1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:   (415) 398-8080
4  Facsimile:   (415) 398-5584

5
   Attorneys for Defendant FAMILYMEDS GROUP, INC., f/k/a
6  DRUGMAX, INC., a Connecticut corporation

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | MCKESSON CORPORATION, a Delaware     | CASE NO.   CV075715 WDB
   | corporation,                         |
12 |                                      | **STIPULATION TO EXTEND TIME FOR
   |           Plaintiff,                 | DEFENDANT FAMILYMEDS GROUP,
13 |                                      | INC., F/K/A DRUGMAX, INC., A
   |     v.                               | CONNECTICUT CORPORATION TO FILE
14 |                                      | ITS RESPONSE TO COMPLAINT FOR
   | FAMILYMEDS GROUP, INC., f/k/a        | BREACH OF CONTRACT**
15 | DRUGMAX, INC., a Connecticut corporation, |
   |                                      | **(LOCAL RULE 6-1)**
16 |           Defendant.                 |
   |                                      |
17 |                                      | Complaint filed: November 9, 2007

18

19       Pursuant to rule 6-1 of the Local Rules for the United States District Court for the

20 Northern District of California, the undersigned hereby stipulate and agree that Defendant

21 Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation shall have until December

22 17, 2007, to file its response to the Complaint for Breach of Contract of Plaintiff McKesson

23 Corporation, a Delaware corporation, on file herein in the above-captioned action.

24       IT IS SO STIPULATED.

25 ///

26 ///

27 ///

28 ///

PRINTED ON
RECYCLED PAPER
642819v1

CV075715 WDB
STIPULATION RE RESPONSIVE PLEADING

1  DATED: December 6, 2007          JEFFER, MANGELS, BUTLER & MARMARO LLP
                                    ROBERT C. GEBHARDT
2                                   MATTHEW S. KENEFICK

3

4                                   By: _____
                                            MATTHEW S. KENEFICK
5                                   Attorneys for Defendant FAMILYMEDS GROUP,
                                    INC., f/k/a DRUGMAX, INC., a Connecticut
                                    corporation
6

7  DATED: December 7, 2007          HENDERSON & CAVERLY LLP
                                    MARIA K. PUM
8                                   KRISTEN E. CAVERLY

9
                                    By: _____
10                                          MARIA K. PUM
                                    Attorneys for Plaintiff McKESSON CORPORATION,
11                                  a Delaware corporation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

