```
 1  MARIA K. PUM (State Bar No. 120987)
    KRISTEN E. CAVERLY (State Bar No. 175070)
 2  HENDERSON & CAVERLY LLP
    P.O. Box 9144 (all U.S. Mail)
 3  16236 San Dieguito Road, Suite 4-13
    Rancho Santa Fe, CA 92067-9144
 4  Telephone:   (858) 756-6342
    Facsimile:   (858) 756-4732
 5
    Attorneys for Plaintiff
 6  McKESSON CORPORATION
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
11  McKESSON CORPORATION, a Delaware      Case No. CV075715 WDB
    corporation,
12                                        CERTIFICATION OF INTERESTED
                Plaintiff,                ENTITIES OR PERSONS
13
         v.                               (Civil L.R. 3-16)
14
    FAMILYMEDS GROUP, INC.,               Date: (No hearing required)
15   f/k/a Drugmax, Inc., a Connecticut   Time:
     corporation,                         Place:
16                                        Complaint filed: November 9, 2007
                Defendant.
17
18       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
19  named parties, there is no such interest to report.
20
21  DATED: December 12, 2007.           HENDERSON & CAVERLY LLP
22
23                                      By: _____
                                            Maria K. Pum
24                                          Attorneys for McKesson Corporation
25
26
27
28
```

## PROOF OF SERVICE

I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On December 13, 2007, I served the following document:

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

> Robert C. Gebhardt, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, California 94111-3824

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

☑ (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

☐ (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone number of the facsimile machine I used was (858) 756-4732.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Rancho Santa Fe, California on December 13, 2007.

_____
Aman Syed