| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MARIA K. PUM, ESQ. SBN 120987<br>HENDERSON & CAVERLY LLP<br>PO BOX 9144, 16236 SAN DIEGUITO RD<br>RANCHO SANTA FE, CA 92067<br>Telephone No: 858-756-6342    FAX No: 858-756-4732 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: MCKESSON CORPORATION
Defendant: FAMILYMEDS GROUP, INC.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 5715 WDB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF CASE ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A JUDGE UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PRCEED BEFORE A MAGISTRATE JUDGE AND RQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:       FAMILYMEDS GROUP INC.
   b. Person served:    CINDY BERENSON, EXECUTIVE ASSISTANT

4. Address where the party was served:    2 BRIDGEWATER RD., 2ND FLOOR
                                          FARMINGTON, CT 06032

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Nov. 21, 2007 (2) at: 2:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: FAMILYMEDS GROUP INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. MICHAEL WALTON
   
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

   First Legal Support Services SM
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Dec. 05, 2007

   Judicial Council Form POS-010                PROOF OF SERVICE                    (MICHAEL WALTON)
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                 892606.henca.101174