1    JEFFER, MANGELS, BUTLER & MARMARO LLP
       ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2    MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
       MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
3    Two Embarcadero Center, Fifth Floor
       San Francisco, California 94111-3824
4    Telephone:     (415) 398-8080
       Facsimile:      (415) 398-5584

5

6    Attorneys for Defendant FAMILYMEDS GROUP, INC., f/k/a
       DRUGMAX, INC., a Connecticut corporation

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12    MCKESSON CORPORATION, a Delaware       CASE NO.     CV075715 WDB
       corporation,

13                  Plaintiff,           **PROOF OF SERVICE RE:**
                                       **ANSWER, COUNTERCLAIM FOR**
14          v.                          **SPECIFIC PERFORMANCE OF**
                                       **CONTRACT AND ACCOUNTING; AND**
15    FAMILYMEDS GROUP, INC., f/k/a             **CROSS-COMPLAINT FOR ACCOUNTING**
       DRUGMAX, INC., a Connecticut corporation,

16                  Defendant.

17

18

19                                      Complaint filed: November 9, 2007

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

644744v1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On December 17, 2007 I served the document(s) described as **Answer to Complaint For Breach of Contract; Counterclaim for Specific Performance of Contract and Accounting; Cross-Complaint For Accounting** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Maria K. Plum, Esq.
Henderson & Caverly LLP
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho-Santa Fe, CA 92067-9144

☒  (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  (BY FAX) At        , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐  (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on December 17, 2007 at San Francisco, California.

☒  (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Angela Pereira

PRINTED ON
RECYCLED PAPER

644744v1

- 2 -

CV075715 WDB
PROOF OF SERVICE