1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2  MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
   MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
3  Two Embarcadero Center, Fifth Floor
   San Francisco, California  94111-3824
4  Telephone:      (415) 398-8080
   Facsimile:      (415) 398-5584
5
   Attorneys for Defendant FAMILYMEDS GROUP, INC., f/k/a
6  DRUGMAX, INC., a Connecticut corporation and Cross-
   Complainant FAMILYMEDS, INC., a Connecticut corporation
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>       Defendant. | CASE NO.   CV075715 WDB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**LOCAL RULE 3-16** |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>       Counterclaimant,<br><br>       v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>       Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>       Cross-Complainant,<br><br>       v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>       Cross-Defendant. | Complaint filed:  November 9, 2007 |

PRINTED ON RECYCLED PAPER

644630v1

CV075715 WDB
CERT. OF INTERESTED PARTIES

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
2 | the named parties, there is no such interest to report.

3 | DATED: December 17, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT
MICHAEL A. GOLD
MATTHEW S. KENEFICK

By: /S/ Matthew S. Kenefick
MATTHEW S. KENEFICK
Attorneys for Defendant FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation and Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation