1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:    (858) 756-6342
   Facsimile:    (858) 756-4732
5
   Attorneys for Plaintiff
6  McKESSON CORPORATION

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| McKESSON CORPORATION, a Delaware corporation, | Case No. CV075715 WDB |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR McKESSON CORPORATION TO RESPOND TO:** |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation, | **(1) COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF CONTRACT AND ACCOUNTING; AND** |
| Defendant. | **(2) CROSS-COMPLAINT FOR ACCOUNTING** |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation, | **(LOCAL RULE 6-1)** |
| Counterclaimant, | Complaint Filed: November 9, 2007 Cross-Complaint Filed: December 17, 2007 |
| v. | |
| McKESSON CORPORATION, a Delaware corporation, | |
| Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation, | |
| Cross-Complainant, | |
| v. | |
| McKESSON CORPORATION, a Delaware corporation, | |
| Cross-Defendant. | |

Case No. CV075715 WDB
Stipulation to Extend Time for McKesson Corporation to Respond to: (1) Counterclaim for Specific Performance of
Contract and Accounting; and (2) Cross-Complaint for Accounting

1    Pursuant to Rule 6-1 of the Local Rules for the United States District Court for the

2  Northern District of California, the undersigned hereby stipulate and agree that Counterdefendant,

3  and Cross-Defendant McKESSON CORPORATION, a Delaware corporation ("McKesson") shall

4  have until January 14, 2007, to file its response to the "Counterclaim for Specific Performance of

5  Contract and Accounting; Cross-Complaint for Accounting" (the "Cross-Complaint") filed and

6  served by FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation

7  ("Familymeds Group") and FAMILYMEDS, INC., a Connecticut corporation ("Subsidiary") on

8  December 17, 2007.

9

10    IT IS SO STIPULATED.

11

12  DATED: December 1 8 , 2007.      HENDERSON & CAVERLY LLP

13

14                                   By:

15                                       Maria K. Purn
                                         Attorneys for McKesson Corporation
16

17  DATED: December 1 8 , 2007.      JEFFER, MANGELS, BUTLER & MARMARO LLP

18

19                                   By:
                                         Matthew S. Kenefick
20                                       Attorneys for Familymeds Group, Inc.

21

22

23

24

25

26

27

28
                                   1
Case No. CV075715 WDB
Stipulation to Extend Time for McKesson Corporation to Respond to: (1) Counterclaim for Specific Performance of
Contract and Accounting; and (2) Cross-Complaint for Accounting

1

## PROOF OF SERVICE

2      I am employed in the County of San Diego, California.  I am over the age of 18 years and

3   not a party to the within action.  My business address is Henderson & Caverly LLP, P.O. Box

4   9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

5      On December 19, 2007, I served the following document:

6          STIPULATION TO EXTEND TIME FOR McKESSON CORPORATION TO
           RESPOND TO:(1) COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF
7          CONTRACT AND ACCOUNTING; AND (2) CROSS-COMPLAINT FOR
           ACCOUNTING
8

9   on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as

10  follows:

11          Robert C. Gebhardt, Esq.
            Jeffer, Mangels, Butler & Marmaro LLP
12          Two Embarcadero Center, Fifth Floor
            San Francisco, California  94111-3824
13

14  ☐   (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-
        class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe,
15      California, following ordinary business practices.  I am familiar with the practice of
        Henderson & Caverly LLP for collection and processing of correspondence, said practice
16      being that in the ordinary course of business, correspondence is deposited in the United
        States Postal service the same day as it is placed for collection.
17

18  ☑   (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will
        send a Notice Of Electronic Filing to CM/ECF participants.
19

20  ☐   (BY FACSIMILE) I transmitted the above-listed document to the party listed above via
        facsimile.  The transmission was reported complete and without error.  The telephone
21      number of the facsimile machine I used was (858) 756-4732.

22      I declare that I am employed in the office of a member of the bar of this court at whose

23  direction the service was made.

24      Executed at Rancho Santa Fe, California on December 19, 2007.

25

26                      Aman Syed

27

28
                                                           Case No. CV075715 WDB
        Stipulation to Extend Time for McKesson Corporation to Respond to: (1) Counterclaim for Specific Performance of
                              Contract and Accounting; and (2) Cross-Complaint for Accounting