1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:   (858) 756-6342
   Facsimile:   (858) 756-4732
5  Email: mpum@hcesq.com

6  Attorneys for Plaintiff
   McKESSON CORPORATION
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 McKESSON CORPORATION, a Delaware corporation, | Case No.4:07-cv-05715 WDB |
| 12        Plaintiff,<br>   v.<br>13<br>FAMILYMEDS GROUP, INC.,<br>14  f/k/a Drugmax, Inc., a Connecticut corporation,<br>15        Defendant. | **DECLARATION OF MARIA K. PUM IN SUPPORT OF MOTION OF McKESSON CORPORATION SEEKING TO DISMISS:**<br><br>**(1) COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF CONTRACT AND ACCOUNTING; AND** |
| 16<br>FAMILYMEDS GROUP, INC.,<br>17  f/k/a Drugmax, Inc., a Connecticut corporation,<br>18        Counterclaimant, | **(2) CROSS-COMPLAINT FOR ACCOUNTING** |
| 19    v.<br>20 McKESSON CORPORATION, a Delaware corporation,<br>21<br>22        Counterdefendant. | Complaint Filed: November 9, 2007<br>Cross-Complaint Filed: December 17, 2007<br><br>Date: March 12, 2008<br>Time: 3:00 pm<br>Place: Ctrm 4<br>       1301 Clay St., 3d Floor<br>       Oakland, CA |
| 23 FAMILYMEDS, INC.,<br>   a Connecticut corporation,<br>24<br>25        Cross-Complainant,<br>   v.<br>26 McKESSON CORPORATION, a Delaware corporation,<br>27<br>28        Cross-Defendant. | |

I, MARIA K. PUM, declare that I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto:

1. I am a partner at the law firm of Henderson & Caverly LLP, counsel for plaintiff McKESSON CORPORATION ("McKesson") in this action.

2. On November 9, 2007, I caused to be filed the complaint commencing this action which is entitled "Complaint for Breach of Contract." It contains a single cause of action and names a single defendant: FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc. ("Familymeds Group").

3. On or about December 17, 2007, I received as counsel for McKesson service of not only an answer to the Complaint, but also with a pleading entitled "Counterclaim for Specific Performance of Contract and Accounting; Cross-Complaint for Accounting" (the "Cross-Complaint"). I have read the Cross-Complaint and know of my own knowledge that:

    a. The Cross-Complaint names Familymeds, Inc. as the "Cross-Complainant" filing the Cross-Complaint against McKesson.

    b. According to paragraph 4 of the Cross-Complaint, Familymeds, Inc. "is the wholly owned subsidiary of Familymeds Group."

    c. Nowhere in the Cross-Complaint is any allegation made by Familymeds Group that Familymeds, Inc. (the party proposed to be added by Familymeds Group to this action) is a person who is or may be liable to Familymeds Group for all or a part of McKesson's claim against Familymeds Group.

    d. Although it is a bit unclear, my reading of the Cross-Complaint, specifically paragraph 11 of the Cross-Complaint, indicates that Familymeds Group and/or Familymeds, Inc. is asserting claims against McKesson in the Cross-Complaint based on a December 28, 2004 contract between Familymeds, Inc., Valley Drug Company and D&K, which is defined in the Cross-Complaint as the "First Agreement." The Cross-Complaint does not allege that McKesson is a party to the First Agreement.

1

Case No. 4:07-cv-05715 WDB
Declaration of Maria K. Pum in Support of Motion of McKesson Corporation Seeking to Dismiss:
(1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for Accounting

e. The Cross-Complaint does not name D&K as a party in the Cross-Complaint even though D&K is the counter-party to the so-called First Agreement and the Cross-Complaint seeks remedies based on the First Agreement.

f. The Cross-Complaint defines the agreement that is the subject of the original Complaint as the "Second Agreement."

4. D&K continues to exist as a separate corporate entity.

5. The so-called "First Agreement" is not a subject of the Complaint. The allegations of the Complaint are confined to breaches relating solely to a contract entitled "Supply Agreement" which was dated February 2, 2007 and executed by Familymeds Group and McKesson and no other parties. This contract is defined in the Cross-Complaint as the "Second Agreement."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of January, 2008.

_____
MARIA K. PUM

2

Case No. 4:07-cv-05715 WDB
Declaration of Maria K. Pum in Support of Motion of McKesson Corporation Seeking to Dismiss:
(1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for Accounting

# PROOF OF SERVICE

I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On January 14, 2008, I served the foregoing:

**DECLARATION OF MARIA K. PUM IN SUPPORT OF MOTION OF McKESSON CORPORATION SEEKING TO DISMISS:**

**(1) COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF CONTRACT AND ACCOUNTING; AND**

**(2) CROSS-COMPLAINT FOR ACCOUNTING**

on the following parties in this action in the manner set forth below:

> Robert C. Gebhardt, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, California 94111-3824

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

☑ (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

☐ (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone number of the facsimile machine I used was (858) 756-4732.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Rancho Santa Fe, California on January 14, 2008.

Quynh N. Nguyen

3

Case No. 4:07-cv-05715 WDB
Declaration of Maria K. Pum in Support of Motion of McKesson Corporation Seeking to Dismiss:
(1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for Accounting