| | |
|---|---|
| 1 | MARIA K. PUM (State Bar No. 120987) |
| | KRISTEN E. CAVERLY (State Bar No. 175070) |
| 2 | HENDERSON & CAVERLY LLP |
| | P.O. Box 9144 (all U.S. Mail) |
| 3 | 16236 San Dieguito Road, Suite 4-13 |
| | Rancho Santa Fe, CA 92067-9144 |
| 4 | Telephone:   (858) 756-6342 |
| | Facsimile:   (858) 756-4732 |
| 5 | Email: mpum@hcesq.com |
| 6 | Attorneys for Plaintiff |
| | McKESSON CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON CORPORATION, a Delaware corporation, | Case No. 4:07-cv-05715 WDB |
| Plaintiff, | **CONSENT OF PLAINTIFF McKESSON CORPORATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation, | |
| Defendant. | Complaint Filed: November 9, 2007 |
| | Cross-Complaint Filed: December 17, 2007 |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation, | |
| Counterclaimant, | |
| v. | |
| McKESSON CORPORATION, a Delaware corporation, | |
| Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation, | |
| Cross-Complainant, | |
| v. | |
| McKESSON CORPORATION, a Delaware corporation, | |
| Cross-Defendant. | |

1   PURSUANT TO Section 636(c) of title 28 of the United States Code, McKESSON
2   CORPORATION, the plaintiff in this action, by and through its counsel of record, Henderson &
3   Caverly LLP, hereby voluntarily consents to have a United States Magistrate Judge conduct any
4   and all further proceedings in the instant action and any properly instituted cross-actions (if any),
5   including trial and the entry of judgment. Appeal from the judgment shall be taken directly to the
6   United States Court of Appeals for the Ninth Circuit.

9   DATED: January 14, 2008.                    HENDERSON & CAVERLY LLP

                                                By: _____
                                                    Maria K. Pum
                                                    Attorneys for McKesson Corporation

1

# PROOF OF SERVICE

I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On January 14, 2008, I served the foregoing:

**CONSENT OF PLAINTIFF McKESSON CORPORATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following parties in this action in the manner set forth below:

> Robert C. Gebhardt, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, California  94111-3824

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

☑ (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

☐ (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone number of the facsimile machine I used was (858) 756-4732.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Rancho Santa Fe, California on January 14, 2008.

Quynh N. Nguyen

2