JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:     (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant and Counterclaimant FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation and Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>　　　　　Defendant. | CASE NO.     CV075715 WDB<br><br>**NOTICE OF APPEARANCE** |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>　　　　　Cross-Complainant,<br><br>　　v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　Cross-Defendant. | Complaint filed:  November 9, 2007 |

1  TO THE CLERK OF THE COURT AND ALL PARTIES ON THE SERVICE
2  LIST:

3  PLEASE TAKE NOTICE that Robert C. Gebhardt, Esq. of Jeffer, Mangels, Butler & Marmaro LLP; enters his appearance in the above-captioned case as lead counsel for Defendant and Counterclaimant Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation ("Familymeds Group") and Cross-Complainant Familymeds, Inc., a Connecticut corporation ("Familymeds").  Mr. Gebhardt requests that he be added to the Court's electronic service list.

DATED: January 17, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT
MICHAEL A. GOLD
MATTHEW S. KENEFICK

By: /S/ Robert C. Gebhardt
    ROBERT C. GEBHARDT
Attorneys for Defendant FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation and Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation