UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McKESSON CORPORATION, a
Delaware corporation,
          Plaintiff(s),

Case No. 4:07-cv-05715 WDB

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

FAMILYMEDS GROUP, INC. etc.

          Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Jan. 31, 2008

                                                                                                  [Party]

Dated: Jan. 31, 2008

                                                                                                  /s/ ROBERT C. GEBHARDT
                                                                                                  [Counsel]