UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON CORPORATION, a Delaware corporation,<br><br>                Plaintiff,<br>v.<br><br>FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation,<br><br>                Defendant. | Case No. 4:07-cv-05715 WDB<br><br>**ADR CERIFICATION BY PARTIES AND COUNSEL**<br><br>Complaint Filed: November 9, 2007<br><br>Counterclaim & Cross-Complaint Filed: December 17, 2007<br><br>CMC Date: February 21, 2008<br>Time:     4:00 p.m.<br>Place:    Ctrm 4 |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation,<br><br>                Counterclaimant,<br>v.<br><br>McKESSON CORPORATION, a Delaware corporation,<br><br>                Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>                Cross-Complainant,<br>v.<br><br>McKESSON CORPORATION, a Delaware corporation,<br><br>                Cross-Defendant. | |

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

1

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/31/08

McKESSON CORPORATION

By: *[signature]*
Title: Sr. Director Financial Services

Dated: 1/31/08

HENDERSON & CAVERLY, LLP

*[signature]*

Maria K. Pum, Counsel for Plaintiff
McKesson Corporation

**PROOF OF SERVICE**

I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On January 31, 2008, I served the foregoing:

ADR CERTIFICATION BY PARTIES AND COUNSEL

on the following parties in this action in the manner set forth below:

> Robert C. Gebhardt, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, California 94111-3824

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

☑ (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

☐ (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone number of the facsimile machine I used was (858) 756-4732.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Rancho Santa Fe, California on January 31, 2008.

Quynh N. Nguyen