UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORP., | No. C 07-5715 WDB |
| Plaintiff, | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| FAMILYMEDS GROUP, INC., | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Initial Case Management Conference currently scheduled for February 21, 2008, is continued to **March 12, 2008, at 3:00 p.m.**  <u>Lead</u> trial counsel for each party must participate in the case management conference.

Dated: February 12, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
       Law Clerk/Deputy Clerk

Copies to:
    All parties,
    WDB, Stats