1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:   (858) 756-6342
   Facsimile:   (858) 756-4732
5  Email:  mpum@hcesq.com

6  Attorneys for Plaintiff
   McKESSON CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 McKESSON CORPORATION, a Delaware        Case No. 4:07-cv-05715 WDB
   corporation,
12
                  Plaintiff,              **NOTICE OF SERVICE OF INITIAL**
13      v.                                **DISCLOSURES PURSUANT TO RULE**
                                          **26(a)(1)OF DEFENDANT,**
14 FAMILYMEDS GROUP, INC.,                **COUNTERCLAIMANT AND CROSS-**
    f/k/a Drugmax, Inc., a Connecticut corporation, **DEFENDANT McKESSON**
15                                        **CORPORATION**
                  Defendant.
                                          Complaint Filed:  November 9, 2007
16
   FAMILYMEDS GROUP, INC.,                Counterclaim & Cross-Complaint Filed:
17  f/k/a Drugmax, Inc., a Connecticut corporation,     December 17, 2007

18                Counterclaimant,

19      v.

20 McKESSON CORPORATION, a Delaware
   corporation,
21
                  Counterdefendant.
22

23 FAMILYMEDS, INC.,
   a Connecticut corporation,
24
                  Cross-Complainant,
25      v.

26 McKESSON CORPORATION, a Delaware
   corporation,
27
                  Cross-Defendant.
28

Case No. 4:07-cv-05715 WDB
Notice of Service of Initial Disclosures

1  Please take notice that Plaintiff, Counterdefendant and Cross-Defendant McKESSON
2  CORPORATION ("Plaintiff") by and through its undersigned counsel, served by first-class mail
3  Plaintiff McKesson Corporation's Initial Disclosures Pursuant to Rule 26(a)(1) on February 14,
4  2008.

DATED: February 14, 2008.

HENDERSON & CAVERLY LLP

By: _____
Maria K. Pum
Attorneys for McKesson Corporation

1

**PROOF OF SERVICE**

I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On February 14, 2008, I served the foregoing:

NOTICE OF SERVICE OF INITIAL DISCLOSURES OF DEFENDANT, COUNTERCLAIMANT AND CROSS-DEFENDANT McKESSON CORPORATION

on the following parties in this action in the manner set forth below:

Robert C. Gebhardt, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

☑ (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

☐ (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone number of the facsimile machine I used was (858) 756-4732.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Rancho Santa Fe, California on February 14, 2008.

*/s/ Quynh N. Nguyen*
Quynh N. Nguyen

2

Case No. 4:07-cv-05715 WDB
Notice of Service of Initial Disclosures