```
 1  JEFFER, MANGELS, BUTLER & MARMARO LLP
    ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
 2  MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
    MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
 3  Two Embarcadero Center, Fifth Floor
    San Francisco, California 94111-3824
 4  Telephone:   (415) 398-8080
    Facsimile:   (415) 398-5584
 5
 6  Attorneys for Defendant and Counterclaimant FAMILYMEDS
    GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation
 7  and Cross-Complainant FAMILYMEDS, INC., a Connecticut
    corporation
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br>       v.<br><br>FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>              Defendant. | CASE NO.   CV075715 WDB<br><br>**PROOF OF SERVICE** |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>              Counterclaimant,<br>       v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>              Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>              Cross-Complainant,<br>       v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>              Cross-Defendant. | Complaint filed:  November 9, 2007 |

PRINTED ON
RECYCLED PAPER

671251v1

CV075715 WDB, PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On February 20, 2008 I served the document(s) described as **MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANT AND COUNTERCLAIMANT FAMILYMEDS GROUP, INC. AND CROSS-COMPLAINANT FAMILYMEDS, INC. IN OPPOSITION TO MOTION OF MCKESSON CORPORATION SEEKING TO DISMISS: (1) COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF CONTRACT AND ACOUNTING; AND (2) CROSS-COMPLAINT FOR ACCOUNTING** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Maria K. Pum, Esq.
Henderson & Caverly LLP
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho-Santa Fe, CA  92067-9144

☒ BY ELECTRONIC SERVICE TRANSMISSION via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System. I served a copy of the above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein.

☐ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At          , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on February 20, 2008 at San Francisco, California.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Angela Pereira

671251v1

- 2 -    CV075715 WDB, PROOF OF SERVICE