UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  March 12, 2008                Time:  3:00 p.m.

TITLE OF CASE    *McKesson Corp., v. Familymeds Group, Inc.,* and related counterclaims and crossclaim

DOCKET #s:    C 07-5715 WDB

ATTORNEY(S)

Plaintiff:          Maria K. Pum, Esq.
                    Kristen E. Caverly, Esq.

Defendants:         Robert C. Gebhardt, Esq.
                    Matthew S. Kenefick, Esq.

Court Reporter / Tape #:  FTR 3-12-08 / Starr Wilson

**PROCEEDINGS**

| | |
|---|---|
| [x] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [ ] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [x] OTHER: McKesson's Motion to dismiss | |

NOTES:
Court established deadline for exchanging information and discussing settlement and continued hearing on McKesson's motion to dismiss counterclaims and crossclaims.

cc: WDB, stats