UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MCKESSON CORP.,                                    No. C 07-5715 WDB

                Plaintiff,               NOTICE RESCHEDULING FOLLOW
                                                   UP CASE MANAGEMENT
                                                   CONFERENCE

      v.

FAMILYMEDS GROUP, INC.,

                Defendant.

——————————————————————/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that due to a scheduling conflict the Follow Up Case Management Conference currently scheduled for Wednesday April 30, 2008, at 3:00 p.m. is advanced to **Tuesday, April 29, 2008, at 3:30 p.m.**   Lead trial counsel for each party must participate in the case management conference. **By Friday, April 25, 2008, at noon**, the parties must file a joint case management conference statement, as set forth in the undersigned's Order re March 12, 2008, Hearing, filed on March 13, 2008.  Any party may appear at the conference by telephone and must call the Court's staff by April 25, 2008, at (510) 637-3324, to arrange to appear by telephone.

Dated:  April 2, 2008

                                        Richard W. Wieking, Clerk
                                        United States District Court

                                        *Sarah Weinstein*

                                        By:    Sarah Weinstein
                                                Law Clerk/Deputy Clerk

Copies to:
        All parties,
        WDB, Stats