UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORP., | No. C 07-5715 WDB |
| Plaintiff, | NOTICE RESCHEDULING FOLLOW UP CASE MANAGEMENT CONFERENCE |
| v. | |
| FAMILYMEDS GROUP, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Follow Up Case Management Conference currently scheduled for Tuesday, April 29, 2008, at 3:30 p.m. is continued to **Thursday, May 1, 2008, at 1:30 p.m.** Lead trial counsel for each party must participate in the case management conference. **By Friday, April 25, 2008, at noon**, the parties must file a joint case management conference statement, as set forth in the undersigned's Order re March 12, 2008, Hearing, filed on March 13, 2008. Any party may appear at the conference by telephone and must call the Court's staff by April 29, 2008, at (510) 637-3324, to arrange to appear by telephone.

Dated: April 4, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
      Law Clerk/Deputy Clerk

Copies to:
   All parties,
   WDB, Stats