UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORP., | No. C 07-5715 WDB |
| Plaintiff, | NOTICE RESCHEDULING FOLLOW UP CASE MANAGEMENT CONFERENCE |
| v. | |
| FAMILYMEDS GROUP, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Follow Up Case Management Conference currently scheduled for Thursday, May 1, 2008, at 1:30 p.m. is continued to **Monday, May 5, 2008, at 1:30 p.m.** The Court will also hear plaintiff's pending Motion to Dismiss at that time, if necessary.

<u>Lead</u> trial counsel for each party must participate in the case management conference. **By Monday, April 28, 2008, at <u>noon</u>**, the parties must file a joint case management conference statement, as set forth in the undersigned's Order re March 12, 2008, Hearing, filed on March 13, 2008. Any party may appear at the conference by telephone and must call the Court's staff by April 29, 2008, at (510) 637-3324, to arrange to appear by telephone.

Dated: April 11, 2008

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          *Michelle Sicula*
                                          By: Michelle L. Sicula
                                               Law Clerk/Deputy Clerk

cc: parties, WDB