UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  May 5, 2008          Time:  1:30 p.m.

<u>TITLE OF CASE</u>    *McKesson Corp., v. Familymeds Group, Inc.,* and related counterclaims and crossclaim

<u>DOCKET #s:</u>    C 07-5715 WDB

<u>ATTORNEY(S)</u>

Plaintiff:    Kristen E. Caverly, Esq.

Defendants:    Robert C. Gebhardt, Esq.
Matthew S. Kenefick, Esq.

Court Reporter / Tape #:  FTR 5-5-08

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [x] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [] DISPOSITIVE MOTION | |
| [] OTHER: | |

NOTES:
Court lifted stay of discovery and directed parties to file further motions if desired. For the reasons stated on the record, the Court denies without prejudice McKesson's motion to dismiss counterclaims and crossclaims. See separate order to follow.

cc: WDB, stats