1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:    (858) 756-6342
   Facsimile:    (858) 756-4732
5  Email: mpum@hcesq.com

6  Attorneys for Plaintiff
   McKESSON CORPORATION
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 McKESSON CORPORATION, a Delaware          Case No.4:07-cv-05715 WDB
   corporation,

12                        Plaintiff,          **COMPENDIUM OF EXHIBITS**
                                              **IN SUPPORT OF MOTION FOR**
13          v.                                **SUMMARY JUDGMENT OR, IN THE**
                                              **ALTERNATIVE, SUMMARY**
14 FAMILYMEDS GROUP, INC.,                    **ADJUDICATION BY McKESSON**
    f/k/a Drugmax, Inc., a Connecticut corporation, **CORPORATION**

15                        Defendant.

16 ─────────────────────────────────────    Complaint Filed: November 9, 2007
                                              Cross-Complaint Filed: December 17, 2007
17 FAMILYMEDS GROUP, INC.,
    f/k/a Drugmax, Inc., a Connecticut corporation, Date:  August 6, 2008
                                              Time:  1:30 p.m.
18                        Counterclaimant,    Place: Ctrm 4
                                                     1301 Clay St., 3d Floor
19          v.                                       Oakland, CA

20 McKESSON CORPORATION, a Delaware
   corporation,

21                        Counterdefendant.

22 ─────────────────────────────────────

23 FAMILYMEDS, INC.,
   a Connecticut corporation,

24
                          Cross-Complainant,
25          v.

26 McKESSON CORPORATION, a Delaware
   corporation,

27                        Cross-Defendant.

28 ─────────────────────────────────────

1    McKESSON CORPORATION ("McKesson"), by and through its counsel or record, hereby

2  submits the Exhibits attached to this "Compendium of Exhibits" in support of its "Motion for

3  Summary Judgment or, in The Alternative, Summary Adjudication by McKesson Corporation"

4  (the "Motion") filed and served herewith.  Each of the Exhibits that is being submitted in support

5  of the Motion is attached hereto as the Exhibit indicated below and is authenticated by the

6  indicated declaration filed and served herewith, also as is set forth below.

7                          **INDEX OF EXHIBITS**

8

| 9  EXHIBIT | DESCRIPTION | AUTHENTICATION |
|---------|-------------|----------------|
| A | "Supply Agreement" between McKesson Corporation and Familymeds Group, Inc. dated as of February 2, 2007 (redacted to omit all terms other than non-confidential terms material to this action) | Schrank Decl. at ¶3(a) |
| B | "Prime Warehouse Supplier Agreement" dated December 28, 2004 (relevant pages only) | Schrank Decl. at ¶15 |
| C | "First Amendment To Prime Warehouse Supplier Agreement" dated December 27, 2005 (relevant pages only) | Schrank Decl. at ¶15 |
| D | McKesson Corporation's 10-Q Report for the quarter ending September 30, 2005 (relevant excerpts only) | Schrank Decl. at ¶17 |
| E | May 30, 2008 Statement for Familymeds Group, Inc. | Morgan Decl. at ¶10 |
| F | Sample Invoices for Familymeds Group, Inc. (redacted) | Morgan Decl. at ¶21 |
| G | McKesson Corporation's "Complaint for Breach of Contract" filed on November 9, 2007 (Court's Docket No. 1.) | Caverly Decl. at ¶2 |
| H | Familymeds Group, Inc.'s "Answer to Complaint for Breach of Contract" filed on December 17, 2007 (Court's Docket No. 6.) | Caverly Decl. at ¶2 |
| I | "Counterclaim for Specific Performance of Contract and Accounting; Cross-Complaint for Accounting" filed by Familymeds Group, Inc. and Familymeds, Inc. on December 17, 2007  (Court's Docket No. 6.) | Caverly Decl. at ¶2 |

1

1

2      J        "Amended Notice of Motion, Motion, Memorandum          Caverly Decl. at ¶2
                of Points and Authorities of McKesson Corporation
3               Seeking to Dismiss: (1) Counterclaim for Specific
                Performance of Contract; and (2) Cross-Complaint
4               for Accounting" filed by McKesson Corporation on
                January 14, 2008 (Court's Docket No. 14.)
5

6      K        "Order Re May 5, 2008, Case Management                 Caverly Decl. at ¶2
                Conference" dated May 5, 2008 (Court's Docket No.
7               36.)

8      L        "Answer of McKesson Corporation To: Counterclaim       Caverly Decl. at ¶2
                for Specific Performance of Contract and
9               Accounting; and (2) Cross Complaint for
                Accounting" filed by McKesson Corporation on May
10              19, 2008 (Court's Docket No. 37.)

11

12    DATED:  June 4, 2008.                    HENDERSON & CAVERLY LLP

13

14

15                                             By:
                                                      Maria K. Pum
16                                             Attorneys for MCKESSON CORPORATION,
                                               Plaintiff, Counterdefendant and Cross-Defendant
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**CONFIDENTIAL**

## SUPPLY AGREEMENT

This Supply Agreement dated this *2* day of *February*, 2007, between Familymeds Group, Inc. (hereinafter, known as "Customer") and McKesson Corporation ("McKesson") shall be to establish a multi-year program for the supply of prescription drugs and other health and beauty care products by McKesson to retail pharmacies owned or operated by Customer (referred to herein as "Pharmacies" or "Stores").  The parties hereto agree as follows:

1.     **MERCHANDISE**

   A.     For purposes hereof, "Merchandise" shall comprise all items normally stocked by McKesson Drug Distribution Centers servicing the 48 contiguous states, including prescription drugs, OTC drugs, health and beauty aids and sundries. McKesson reserves the right at all times to determine what Merchandise it will stock and/or sell or discontinue from inventory based upon product quality, manufacturer indemnity, insurance, and other policies and standards determined by it, and in the event McKesson deletes from its available inventory items of Merchandise, Customer shall have the right to purchase such products from any other source of its choosing.  This Agreement shall not apply to products sold to Customer by McKesson subsidiaries, divisions, or other business operations other than McKesson's pharmaceutical distribution centers.

   B.

2.     **TERM**

   The term of this Agreement shall be for the three (3) year period commencing on December 28, 2006, and during such period Customer agrees to designate McKesson as its primary supplier of Merchandise and to purchase from McKesson substantially all of the requirements of its retail Pharmacies for Merchandise and other items covered hereunder.  Each twelve month period ending on December 27 during the term of this Agreement shall constitute a "Contract Year".

**CONFIDENTIAL**

**3.**

**4.    PAYMENT TERMS**

A.    The payment terms for the Merchandise covered by this Agreement are as follows:

**Seven (7) Day Payment Terms**

Payment for Merchandise delivered to Customer's retail Pharmacies shall be paid by Customer as follows:  Invoices are due and payable within seven days from invoice date via EFT or ACH.

B.

C.

D.

**CONFIDENTIAL**

E.    Any payments made after the due date indicated herein shall result in a two percent (2%) (or the maximum amount permissible under applicable law, if lower) increase in the purchase price of the Merchandise. A one percent (1%) service charge (or the maximum amount permissible under applicable law, if lower) will be imposed semi-monthly on all balances delinquent more than fifteen (15) days.

F.    Customer agrees to render payment in full to McKesson on the applicable due date as specified in this Agreement without (i) making any deductions, short payments, or other accounts payable adjustments to such payment obligation; or (ii) seeking to condition such remittance on any demand for or receipt of proofs of delivery. Any accounts payable adjustments claimed by Customer shall require prior written authorization of McKesson and must be supported by accompanying detail documenting the basis for any such requested adjustments.

**<u>CONFIDENTIAL</u>**

[PAGES 4 THROUGH 17 OF SUBJECT AGREEMENT HAVE BEEN REDACTED.]

**CONFIDENTIAL**

## 12.  TERMINATION

A.  Failure by Customer to make any payment when due in accordance with the terms of this Agreement shall constitute a default.  Any other material breach of this Agreement by either party shall constitute a default if not cured within thirty (30) days after written notice of such breach is given by the non-breaching party. Upon default by either party, the other party may terminate this Agreement on five (5) days' written notice.

**CONFIDENTIAL**

13.

C.    Neither party may disclose the terms of this Agreement during the term hereof
and for an additional period of thirty-six (36) months following the effective date
of expiration or other termination of this Agreement.  Furthermore, except upon
the prior written consent of the other party, neither party may divulge, disclose,
communicate, or use any of the other party's confidential or proprietary
information generally described in Subsection A and B above, in any manner or

**CONFIDENTIAL**

17.  **MISCELLANEOUS**

A.   This Agreement embodies the entire agreement between the parties with regard to the subject matter hereof and supersedes all prior agreements, understandings and representations with the exception of any promissory note, security agreement or other credit or financial related document(s) executed by Customer or between Customer and McKesson.  This Agreement may not be modified, supplemented or extended except by a writing signed by both parties.

B.

C.

D.

E.   This Agreement shall be construed in accordance with the laws of the State of California without regard to the provisions of Section 1654 of the California Civil Code or the rules regarding conflict of laws.

F.

G.

H.

**CONFIDENTIAL**

IN WITNESS WHEREOF the parties have caused this Agreement to be duly executed as of the date and year written below and the persons signing warrant that they are duly authorized to sign for and on behalf of the respective parties. This Agreement shall be deemed accepted by McKesson only upon execution by a duly authorized representative of McKesson.

**MCKESSON CORPORATION**

By: _____

Name: ___Paul C. Julian___
          (Print or Type)

Title:__Executive Vice President, Group President__

Date: ___2/15/07___

**FAMILYMEDS GROUP, INC**

By: _____

Name: ___Ed Mercadante___
          (Print or Type)

Title:__President and CEO__

Date: ___2/2/07___

Familymeds Supply Agreement Execution Copy          25

# EXHIBIT B

# PRIME WAREHOUSE SUPPLIER
## AGREEMENT

This Agreement is made as of the 28th day of December, 2004, is by and between Familymeds, Inc., a Connecticut corporation, and Valley Drug Company South, a Louisiana corporation hereinafter collectively known as "Customer" and D&K Healthcare Resources, Inc. hereinafter known as "D&K".

[Remainder of Document Prior to Signature Page Redacted]

In Witness whereof, the parties have caused this Agreement to be executed by their authorized representatives on the day and year first written above.

**D&K Healthcare Resources, Inc.**

By: _Mont D. Wilson_

Name: _____

Its: _President & COO_

**Familymeds, Inc.**

By: _____

Name: Edgardo A. Mercadante

Its: **President & Chief Executive Officer**

**Valley Drug Company South**

By: _____

Name: Edgardo A. Mercadante

Its: **President & Chief Executive Officer**

6

# EXHIBIT C

**CONFIDENTIAL**

# FIRST AMENDMENT TO
# PRIME WAREHOUSE SUPPLIER AGREEMENT

This First Amendment to the Prime Warehouse Supplier Agreement (the "First Amendment") is entered into the _27th_ day of _December_, 200_5_ by and between DrugMax, Inc. and Familymeds, Inc. (hereinafter, collectively known as "Customer") and D&K Healthcare Resources, Inc. ("D&K").

## INTRODUCTION

Pursuant to the terms of the Prime Warehouse Supplier Agreement dated December 28, 2004 ("Prime Warehouse Supplier Agreement"), Familymeds, Inc. and Valley Drug Company South (collectively, the "Original Customer") and D&K entered into an agreement to establish a program for D&K's supply of pharmaceutical and OTC products to certain of the Original Customer's warehouse facilities.

D&K and Customer now desire to amend the Prime Warehouse Supplier Agreement as set forth below.

[Remainder of Document Prior to Signature Page Redacted]

**CONFIDENTIAL**

IN WITNESS WHEREOF the parties have caused this First Amendment to be duly executed as of the day and year written below and the persons signing warrant that they are duly authorized to sign for and on behalf of the respective parties. This First Amendment shall be deemed accepted by D&K only upon execution by a duly authorized representative of D&K.

**DRUGMAX, INC.**

By: _E.A. Mercadante_

Name: _EA. Mercadante_

Title: _President & CEO_

Date: _12/27/05_

**FAMILYMEDS, INC.**

By: _E.A. Mercadante_

First Amendment - Execution Copy

13

**CONFIDENTIAL**

Name: _E. A. Mercadante_

Title: _President : CEO_

Date: _12/27/05_


**D&K HEALTHCARE RESOURCES, INC.**

By: _____

Name: _Paul C. Julian_

Title: _President_

Date: _1/9/06_

# EXHIBIT D

Table of Contents

# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 10-Q

*(Mark One)*

☑       **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For quarter ended September 30, 2005**

☐       **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the transition period from _____ to _____**

**Commission file number 1-13252**

---

# McKESSON CORPORATION
### (Exact name of Registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-3207296** |
| **(State or other jurisdiction of incorporation or organization)** | **(IRS Employer Identification No.)** |
| **One Post Street, San Francisco, California** | **94104** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(415) 983-8300**
**(Registrant's telephone number, including area code)**

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

Indicate by check mark whether the registrant is an accelerated filer. Yes ☑ No ☐

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| **Class** | **Outstanding at September 30, 2005** |
|---|---|
| Common stock, $0.01 par value | 307,671,158 shares |

---

### McKESSON CORPORATION

### TABLE OF CONTENTS

| Item | | Page |
|---|---|---|
| | **PART I. FINANCIAL INFORMATION** | |

| 1. | Financial Statements | |
| | Condensed Consolidated Balance Sheets September 30, 2005 and March 31, 2005 | 3 |
| | Condensed Consolidated Statements of Operations Quarters and Six Months ended September 30, 2005 and 2004 | 4 |

Table of Contents

**McKESSON CORPORATION**
**FINANCIAL NOTES**
**(UNAUDITED)**

**1. Significant Accounting Policies**

*Basis of Presentation.* The condensed consolidated financial statements of McKesson Corporation ("McKesson," the "Company," or "we" and other similar pronouns) include the financial statements of all majority-owned or controlled companies. Significant intercompany transactions and balances have been eliminated. In our opinion, these unaudited condensed consolidated financial statements include all adjustments necessary for a fair presentation of the Company's financial position as of September 30, 2005, and the results of operations for the quarters and six months ended September 30, 2005 and 2004 and cash flows for the six months ended September 30, 2005 and 2004.

The results of operations for the quarters and six months ended September 30, 2005 and 2004 are not necessarily indicative of the results that may be expected for the entire year. These interim financial statements should be read in conjunction with the annual audited financial statements, accounting policies and financial notes included in our 2005 consolidated financial statements previously filed with the Securities and Exchange Commission.

The Company's fiscal year begins on April 1 and ends on March 31. Unless otherwise noted, all references to a particular year shall mean the Company's fiscal year. Certain prior year amounts have been reclassified to conform to the current year presentation.

*Employee Stock-Based Compensation.* We account for our employee stock-based compensation plans using the intrinsic value method under Accounting Principles Board ("APB") Opinion No. 25, "Accounting for Stock Issued to Employees." We apply the disclosure provisions of Statement of Financial Accounting Standard ("SFAS") No. 123, "Accounting for Stock-Based Compensation," as amended by SFAS No. 148, "Accounting for Stock-Based Compensation – Transition and Disclosure." Had compensation cost for our employee stock-based compensation been recognized based on the fair value method, consistent with the provisions of SFAS No. 123, net income and earnings per share would have been as follows:

| | Quarter Ended September 30, | | Six Months Ended September 30, | |
|---|---|---|---|---|
| *(In millions, except per share amounts)* | **2005** | **2004** | **2005** | **2004** |
| Net income, as reported | $ 167 | $ 86 | $ 338 | $ 250 |
| Compensation expense, net of tax: | | | | |
|     APB Opinion No. 25 expense included in net income | 2 | 2 | 4 | 3 |
|     SFAS No. 123 expense | (16) | (15) | (20) | (23) |
| Pro forma net income | $ 153 | $ 73 | $ 322 | $ 230 |
| | | | | |
| Earnings per share: | | | | |
|     Diluted – as reported | $0.53 | $0.29 | $1.08 | $0.84 |
|     Diluted – pro forma | 0.48 | 0.25 | 1.03 | 0.78 |
|     Basic – as reported | 0.54 | 0.29 | 1.11 | 0.85 |
|     Basic – pro forma | 0.50 | 0.25 | 1.06 | 0.79 |

In 2004, we accelerated vesting of substantially all unvested stock options outstanding whose exercise price was equal to or greater than $28.20, which was substantially all of the total unvested stock options then outstanding. During the second quarter of 2005, we granted 6 million stock options, substantially all of which vested on or before March 31, 2005. Similarly, during the second quarter of 2006, we granted 5 million stock options, substantially all of which will vest on or before March 31, 2006. Prior to 2004, stock options typically vested over a four year period. These actions were approved by the Compensation Committee of the Company's Board of Directors for employee retention purposes and in anticipation of the requirements of SFAS No. 123(R) "Share-Based Payment."

In 2007, we will adopt SFAS No. 123(R) which will require us to recognize the fair value of the equity awards granted to employees as an expense. In addition, this standard requires that the fair value of the unvested equity awards outstanding as of April 1, 2006 be recognized at the grant-date fair value as the remaining requisite service is rendered. Accordingly, SFAS No. 123 expense for the stock option grants that received accelerated vesting in 2004,

6

Table of Contents

**McKESSON CORPORATION**
**FINANCIAL NOTES (CONTINUED)**
**(UNAUDITED)**

as well as the compensation expense associated with the 2005 and 2006 stock options, which either fully vested by March 31, 2005 or will fully vest by March 31, 2006, will not be recognized in our earnings after SFAS 123(R) is adopted.

**2. Acquisitions**

In August 2005, we acquired substantially all of the issued and outstanding stock of D&K Healthcare Resources, Inc. ("D&K") of St. Louis, Missouri, for an aggregate cash purchase price of $478 million, including the assumption of D&K's debt. D&K is primarily a wholesale distributor of branded and generic pharmaceuticals and over-the-counter health and beauty products to independent and regional pharmacies, primarily in the Midwest. The results of D&K's operations have been included in the condensed consolidated financial statements within our Pharmaceutical Solutions segment since the August acquisition date.

The following table summarizes the estimated fair values of the assets acquired and liabilities assumed at the date of acquisition:

| *(In millions)* | |
|---|---:|
| Assets: | |
| Accounts receivable | $ 138 |
| Inventory | 328 |
| Goodwill and intangibles | 209 |
| Other assets | 77 |
| Liabilities: | |
| Accounts payable | (193) |
| Other liabilities | (81) |
| Net assets acquired, less cash and equivalents | $ 478 |

Acquired identifiable intangibles of $43 million primarily represent customer lists and not-to-compete covenants and have a weighted-average useful life of nine years. None of the amount assigned to goodwill is expected to be deductible for tax purposes.

In connection with the D&K acquisition, we have recorded $27 million of liabilities relating to facility exit costs as part of the purchase price allocation. Additional restructuring costs are anticipated to be incurred as the business integration plans are finalized. These restructuring costs are anticipated to be paid by mid-2007.

Also in August 2005, we acquired all of the issued and outstanding shares of Medcon, Ltd. ("Medcon"), an Israeli company, for an aggregate purchase price of $82 million. Medcon provides web-based cardiac image and information management services. Approximately $60 million of the purchase price has been assigned to goodwill, none of which is deductible for tax purposes and $20 million has been assigned to intangibles which represent technology assets and customer lists which have an estimated weighted-average useful life of four years. The results of Medcon's operations have been included in the condensed consolidated financial statements within our Provider Technologies segment since the acquisition date.

In the first quarter of 2005, we acquired all of the issued and outstanding shares of Moore Medical Corp. ("MMC"), of New Britain, Connecticut, for an aggregate cash purchase price of $37 million. MMC is an Internet-enabled, multi-channel marketer and distributor of medical-surgical and pharmaceutical products to non-hospital provider settings. Approximately $19 million of the purchase price has been assigned to goodwill, none of which is deductible for tax purposes. The results of MMC's operations have been included in the condensed consolidated financial statements within our Medical-Surgical Solutions segment since the acquisition date.

During the last two years we also completed a number of smaller acquisitions and investments. Purchase prices for our acquisitions have been allocated based on estimated fair values at the date of acquisition and may be subject to change. Pro forma results of operations for our business acquisitions have not been presented because the effects were not material to the condensed consolidated financial statements on either an individual or aggregate basis.

7

# EXHIBIT E

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008          Page: 001

DC:  8195

FAMILYMEDS PHCY
PAM PRINDLE
312 FARMINGTON AVE.
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Territory:

Customer: 603805
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008          Page: 001
Mail to:                    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:     603805
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| April 10,2007 | April 09,2007 | 0010016001 | CK040907WIRE | Residual | | 21.82- | P | 21.82- | P | 0010016001 | |
| September 14,2007 | September 13,2007 | 3286995001 | CK091307WIRE | Residual | | 5,000.00- | P | 5,000.00- | P | 3286995001 | |
| September 14,2007 | September 14,2007 | 3434546001 | CK091407WIRE | Residual | | 5,000.00- | P | 5,000.00- | P | 3434546001 | |
| September 18,2007 | September 12,2007 | 3322786002 | CK091207WIRE | Residual | | 0.23- | P | 0.23- | P | 3322786002 | |
| September 19,2007 | September 17,2007 | 3605019001 | CK091707WIRE | Residual | | 5,000.00- | P | 5,000.00- | P | 3605019001 | |

# MCKESSON

# STATEMENT

As of: May 30,2008    Page: 001

**Company: 8000**

TOYOTA FAMILY PHCY #411
FAMILYMEDS, INC.
AP
1451 CONCORD ST
FRAMINGHAM MA  01702

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**DC:**  8115

**Territory:**  99

**Customer:** 451387
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**   451387
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 451387   TOYOTA FAMILY PHCY #411** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296694436 | 070010566/PJ | 115Invoice | | 712.38 | P | 712.38 | P | 7296694436 | |
| February 26,2007 | March 05,2007 | 7296694437 | 02/23/2007 | 115Invoice | | 2,683.79 | P | 2,683.79 | P | 7296694437 | |
| February 26,2007 | March 05,2007 | 7296694440 | 02/23/2007 | 115Invoice | | 71.23 | P | 71.23 | P | 7296694440 | |
| March 01,2007 | March 08,2007 | 4000200958 | Service Chg | PastDueBal | | 266.29 | P | 266.29 | P | 4000200958 | |
| March 01,2007 | March 08,2007 | 7297159173 | 070010567/PJ | 115Invoice | | 1,645.86 | P | 1,645.86 | P | 7297159173 | |
| March 01,2007 | March 08,2007 | 7297159177 | 02/28/07 | 115Invoice | | 2,126.95 | P | 2,126.95 | P | 7297159177 | |
| March 01,2007 | March 08,2007 | 7297159184 | 02/28/07 | 115Invoice | | 10.20 | P | 10.20 | P | 7297159184 | |
| September 17,2007 | September 24,2007 | 4000178955 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000178955 | |
| October 01,2007 | October 08,2007 | 4000207375 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000207375 | |
| October 16,2007 | October 23,2007 | 4000189478 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000189478 | |
| November 01,2007 | November 08,2007 | 4000209135 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000209135 | |
| November 16,2007 | November 23,2007 | 4000210696 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000210696 | |
| December 01,2007 | December 08,2007 | 4000206805 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000206805 | |
| December 17,2007 | December 24,2007 | 4000214431 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000214431 | |
| January 01,2008 | January 08,2008 | 4000208106 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000208106 | |
| January 16,2008 | January 23,2008 | 4000177554 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000177554 | |
| February 01,2008 | February 08,2008 | 4000205887 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000205887 | |
| February 16,2008 | February 23,2008 | 4000191990 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000191990 | |
| March 01,2008 | March 08,2008 | 4000205967 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000205967 | |
| March 17,2008 | March 24,2008 | 4000218730 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000218730 | |
| April 01,2008 | April 08,2008 | 4000216293 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000216293 | |
| April 16,2008 | April 23,2008 | 4000220734 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000220734 | |
| May 01,2008 | May 08,2008 | 4000204769 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000204769 | |
| May 16,2008 | May 23,2008 | 4000222730 | Service Chg | PastDueBal | | 72.50 | P | 72.50 | P | 4000222730 | |

# MCKESSON

**STATEMENT**

Company: 8000

TOYOTA FAMILY PHCY #411
FAMILYMEDS, INC.
AP
1451 CONCORD ST
FRAMINGHAM MA  01702

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

DC:          8115

Territory:    99

Customer: 451387
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008        **Page:** 002
**Mail to:**                  **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    451387
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID(✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P =  Past Due Item,    F =  Future Due Item,    blank =  Current Due Item

**TOTAL:**    Customer Number 451387  TOYOTA FAMILY PHCY #411

Subtotals:                              8,749.20    USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | USD | 8,749.20 |
| Past Due: | 8,749.20 | Pay This Amount:        8,749.20    USD | Disc lost if paid late: | |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:        8,749.20    USD | USD | 8,749.20 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

FAMILYMEDS PHCY 726
FAMILYMEDS INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8195

Territory:  109

Customer: 575242
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:                     Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  575242
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 575242  FAMILYMEDS PHCY 726** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296696095 | 25767894 | 195Invoice | | 861.76 | P | 861.76 | P | 7296696095 | |
| March 01,2007 | March 08,2007 | 7297146255 | 26095110 | 195Invoice | | 214.66 | P | 214.66 | P | 7297146255 | |
| March 01,2007 | March 08,2007 | 7297148256 | 26095110 | 195Invoice | | 5,934.19 | P | 5,934.19 | P | 7297148256 | |
| September 17,2007 | September 24,2007 | 4000204388 | Service Chg | PastDueBal | | 122.91 | P | 122.91 | P | 4000204388 | |
| September 28,2007 | October 05,2007 | 8900303909 | C000083 | Addbill INV | | 60.32 | P | 60.32 | P | 8900303909 | |
| October 01,2007 | October 08,2007 | 4000211151 | Service Chg | PastDueBal | | 70.11 | P | 70.11 | P | 4000211151 | |
| October 16,2007 | October 23,2007 | 4000197309 | Service Chg | PastDueBal | | 70.11 | P | 70.11 | P | 4000197309 | |
| November 01,2007 | November 08,2007 | 4000205680 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000205680 | |
| November 16,2007 | November 23,2007 | 4000182769 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000182769 | |
| December 01,2007 | December 08,2007 | 4000213645 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000213645 | |
| December 17,2007 | December 24,2007 | 4000213698 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000213698 | |
| January 01,2008 | January 08,2008 | 4000210588 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000210588 | |
| January 16,2008 | January 23,2008 | 4000216056 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000216056 | |
| February 01,2008 | February 08,2008 | 4000206259 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000206259 | |
| February 16,2008 | February 23,2008 | 4000217249 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000217249 | |
| March 01,2008 | March 08,2008 | 4000217952 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000217952 | |
| March 17,2008 | March 24,2008 | 4000219050 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000219050 | |
| April 01,2008 | April 08,2008 | 4000204464 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000204464 | |
| April 16,2008 | April 23,2008 | 4000220834 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000220834 | |
| May 01,2008 | May 08,2008 | 4000221641 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000221641 | |
| May 16,2008 | May 23,2008 | 4000219285 | Service Chg | PastDueBal | | 70.71 | P | 70.71 | P | 4000219285 | |

# MCKESSON

**STATEMENT**

As of: May 30,2008          Page: 001

Company: 8000

|  |  |  |
|---|---|---|
| FAMILYMEDS PHCY 726 | McKesson | DC:   8195 |
| FAMILYMEDS INC | P.O. Box 848442 | |
| AP | DALLAS TX  75284-8442 | **Territory:**   109 |
| 312 FARMINGTON AVE | | |
| FARMINGTON CT  06032 | | **Customer:**  575242 |
| | | **Date:** May 31,2008 |

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 001
**Mail to:**                            **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**   575242
**Date:** May 31,2008     PLEASE CHECK ANY ITEMS NOT PAID ( ✓ )

PF column legend:    P =  Past Due Item,    F = Future Due Item,    blank =  Current Due Item

National Account 603805

_____
TOTAL:     Customer Number 575242  FAMILYMEDS PHCY 726

|  |  |  |  |
|---|---|---|---|
| | | Subtotals: | 8,324.00   USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Future Due:** | 0.00 | | | | **Due If Paid On Time:** | |
| | | **If Paid By Invoice Terms,** | | | USD | 8,324.00 |
| **Past Due:** | 8,324.00 | **Pay This Amount:** | 8,324.00 | USD | **Disc lost if paid late:** | |
| | | | | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | | | **Due If Paid Late:** | |
| | | **Pay this Amount:** | 8,324.00 | USD | USD | 8,324.00 |

# MCKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

FAMILYMEDS PHCY 728
FAMILYMEDS INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8195

Territory:  109

Customer: 575292
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  575292    PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 575292  FAMILYMEDS PHCY 728** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296749045 | 022307 | 195Invoice | | 171.69 | P | 171.69 | P | 7296749045 | |
| March 01,2007 | March 08,2007 | 7297197125 | 022807 | 195Invoice | | 5,064.43 | P | 5,064.43 | P | 7297197125 | |
| September 17,2007 | September 24,2007 | 4000204389 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000204389 | |
| October 01,2007 | October 08,2007 | 4000211152 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000211152 | |
| October 16,2007 | October 23,2007 | 4000211810 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000211810 | |
| November 01,2007 | November 08,2007 | 4000205681 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000205681 | |
| November 16,2007 | November 23,2007 | 4000182770 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000182770 | |
| December 01,2007 | December 08,2007 | 4000213646 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000213646 | |
| December 17,2007 | December 24,2007 | 4000213699 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000213699 | |
| January 01,2008 | January 08,2008 | 4000210589 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000210589 | |
| January 16,2008 | January 23,2008 | 4000216057 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000216057 | |
| February 01,2008 | February 08,2008 | 4000206260 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000206260 | |
| February 16,2008 | February 23,2008 | 4000217250 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000217250 | |
| March 01,2008 | March 08,2008 | 4000217953 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000217953 | |
| March 17,2008 | March 24,2008 | 4000219051 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000219051 | |
| April 01,2008 | April 08,2008 | 4000204465 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000204465 | |
| April 16,2008 | April 23,2008 | 4000220835 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000220835 | |
| May 01,2008 | May 08,2008 | 4000221642 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000221642 | |
| May 16,2008 | May 23,2008 | 4000219286 | Service Chg | PastDueBal | | 52.36 | P | 52.36 | P | 4000219286 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 575292   FAMILYMEDS PHCY 728

Subtotals:    6,126.24    USD

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 6,126.24 |
| Past Due: | 6,126.24 | Pay This Amount: | 6,126.24   USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 6,126.24   USD | USD | 6,126.24 |

# McKESSON

Company: 8000

## STATEMENT

As of: May 30,2008    Page: 001

To ensure proper credit to your account, detach and return this stub with your remittance

FAMILYMEDS PHCY 729
FAMILYMEDS INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8195

Territory:    109

Customer: 575317
Date: May 31,2008

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    575317
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 575317  FAMILYMEDS PHCY 729** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296741336 | 022407 | 195Invoice | | 1,358.94 | P | 1,358.94 | P | 7296741336 | |
| February 26,2007 | March 05,2007 | 7296741338 | 022407 | 195Invoice | | 60.54 | P | 60.54 | P | 7296741338 | |
| March 01,2007 | March 08,2007 | 7297196503 | 020232462 | 195Invoice | | 109.51 | P | 109.51 | P | 7297196503 | |
| March 01,2007 | March 08,2007 | 7297196505 | 022807 | 195Invoice | | 221.79 | P | 221.79 | P | 7297196505 | |
| March 01,2007 | March 08,2007 | 7297197076 | 022807 | 195Invoice | | 1,876.72 | P | 1,876.72 | P | 7297197076 | |
| September 17,2007 | September 24,2007 | 4000204390 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000204390 | |
| October 01,2007 | October 08,2007 | 4000211153 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000211153 | |
| October 16,2007 | October 23,2007 | 4000211811 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000211811 | |
| November 01,2007 | November 08,2007 | 4000205682 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000205682 | |
| November 16,2007 | November 23,2007 | 4000182771 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000182771 | |
| December 01,2007 | December 08,2007 | 4000213647 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000213647 | |
| December 17,2007 | December 24,2007 | 4000213700 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000213700 | |
| January 01,2008 | January 08,2008 | 4000210590 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000210590 | |
| January 16,2008 | January 23,2008 | 4000216058 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000216058 | |
| February 01,2008 | February 08,2008 | 4000206261 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000206261 | |
| February 16,2008 | February 23,2008 | 4000217251 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000217251 | |
| March 01,2008 | March 08,2008 | 4000217954 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000217954 | |
| March 17,2008 | March 24,2008 | 4000219052 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000219052 | |
| April 01,2008 | April 08,2008 | 4000204466 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000204466 | |
| April 16,2008 | April 23,2008 | 4000220836 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000220836 | |
| May 01,2008 | May 08,2008 | 4000221643 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000221643 | |
| May 16,2008 | May 23,2008 | 4000219287 | Service Chg | PastDueBal | | 36.29 | P | 36.29 | P | 4000219287 | |

# MCKESSON
## STATEMENT

Company: 8000

As of: May 30,2008          Page: 002

FAMILYMEDS PHCY 729
FAMILYMEDS INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:     8195

Territory:    109

Customer: 575317
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008          **Page:** 002
Mail to:                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      575317          **PLEASE CHECK ANY**
Date: May 31,2008          **ITEMS NOT PAID(✓)**

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:**    Customer Number 575317  FAMILYMEDS PHCY 729

|  |  | Subtotals: | 4,280.83 | USD |
|---|---|---|---|---|

| Future Due: | 0.00 | | | | Due If Paid On Time: | |
|---|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | | USD | 4,280.83 |
| Past Due: | 4,280.83 | Pay This Amount: | 4,280.83 | USD | Disc lost if paid late: | |
| | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | Due If Paid Late: | |
| | | Pay this Amount: | 4,280.83 | USD | USD | 4,280.83 |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

To ensure proper credit to your account, detach and return this stub with your remittance

FAMILYMEDS PHCY 732
FAMILYMEDS INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8195

Territory:  109

Customer: 575345
Date: May 31,2008

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  575345
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296747377 | 022307 | 195Invoice | | 124.59 | P | 124.59 | P | 7296747377 | |
| February 26,2007 | March 05,2007 | 7296747382 | otc022307 | 195Invoice | | 98.13 | P | 98.13 | P | 7296747382 | |
| March 01,2007 | March 08,2007 | 7297198135 | 022807 | 195Invoice | | 5,486.82 | P | 5,486.82 | P | 7297198135 | |
| March 01,2007 | March 08,2007 | 7297198142 | 022807 | 195Invoice | | 37.61 | P | 37.61 | P | 7297198142 | |
| September 17,2007 | September 24,2007 | 4000204391 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000204391 | |
| October 01,2007 | October 08,2007 | 4000211154 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000211154 | |
| October 16,2007 | October 23,2007 | 4000211812 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000211812 | |
| November 01,2007 | November 08,2007 | 4000205683 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000205683 | |
| November 16,2007 | November 23,2007 | 4000182772 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000182772 | |
| December 01,2007 | December 08,2007 | 4000213648 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000213648 | |
| December 17,2007 | December 24,2007 | 4000213701 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000213701 | |
| January 01,2008 | January 08,2008 | 4000210591 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000210591 | |
| January 16,2008 | January 23,2008 | 4000216059 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000216059 | |
| February 01,2008 | February 08,2008 | 4000206262 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000206262 | |
| February 16,2008 | February 23,2008 | 4000217252 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000217252 | |
| March 01,2008 | March 08,2008 | 4000217955 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000217955 | |
| March 17,2008 | March 24,2008 | 4000219053 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000219053 | |
| April 01,2008 | April 08,2008 | 4000204467 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000204467 | |
| April 16,2008 | April 23,2008 | 4000220837 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000220837 | |
| May 01,2008 | May 08,2008 | 4000221644 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000221644 | |
| May 16,2008 | May 23,2008 | 4000219288 | Service Chg | PastDueBal | | 57.48 | P | 57.48 | P | 4000219288 | |

**Customer Number 575345  FAMILYMEDS PHCY 732**

# MCKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS PHCY 732
FAMILYMEDS INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:        8195

**Territory:**    109

**Customer:** 575345
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008        **Page:** 001
Mail to:                            **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    575345
**Date:** May 31,2008        **PLEASE CHECK ANY ITEMS NOT PAID (✓ )**

PF column legend:    P =  Past Due Item,    F = Future Due Item,    blank =  Current Due Item

National Account 605805

_____

TOTAL:      Customer Number 575345  FAMILYMEDS PHCY 732

Subtotals:                    6,724.31    USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | | USD                       6,724.31 |
| Past Due: | 6,724.31 | Pay This Amount:          6,724.31    USD | | Disc lost if paid late: |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: |
| | | Pay this Amount:          6,724.31    USD | | USD                       6,724.31 |

# MᶜKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

FAMILYMEDS PHCY 733
FAMILYMEDS INC
AP
312 FARMINTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8195

Territory:  109

Customer: 575360
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    575360
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 575360  FAMILYMEDS PHCY 733** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296740916 | 0733022307 | 195Invoice | | 539.29 | P | 539.29 | P | 7296740916 | |
| March 01,2007 | March 08,2007 | 7297185746 | 200702280733 | 195Invoice | | 10,179.37 | P | 10,179.37 | P | 7297185746 | |
| March 01,2007 | March 08,2007 | 7297185766 | 200702280733 | 195Invoice | | 24.40 | P | 24.40 | P | 7297185766 | |
| September 17,2007 | September 24,2007 | 4000204392 | Service Chg | PastDueBal | | 166.30 | P | 166.30 | P | 4000204392 | |
| October 01,2007 | October 08,2007 | 4000211155 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000211155 | |
| October 16,2007 | October 23,2007 | 4000211813 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000211813 | |
| November 01,2007 | November 08,2007 | 4000205684 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000205684 | |
| November 16,2007 | November 23,2007 | 4000182773 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000182773 | |
| December 01,2007 | December 08,2007 | 4000213649 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000213649 | |
| December 17,2007 | December 24,2007 | 4000213702 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000213702 | |
| January 01,2008 | January 08,2008 | 4000210592 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000210592 | |
| January 16,2008 | January 23,2008 | 4000216060 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000216060 | |
| February 01,2008 | February 08,2008 | 4000206263 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000206263 | |
| February 16,2008 | February 23,2008 | 4000217253 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000217253 | |
| March 01,2008 | March 08,2008 | 4000217956 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000217956 | |
| March 17,2008 | March 24,2008 | 4000219054 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000219054 | |
| April 01,2008 | April 08,2008 | 4000204468 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000204468 | |
| April 16,2008 | April 23,2008 | 4000220838 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000220838 | |
| May 01,2008 | May 08,2008 | 4000221645 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000221645 | |
| May 16,2008 | May 23,2008 | 4000219289 | Service Chg | PastDueBal | | 107.42 | P | 107.42 | P | 4000219289 | |

# MCKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008    Page: 001

DC:    8195

Territory:    109

Customer: 575360
Date: May 31,2008

FAMILYMEDS PHCY 733
FAMILYMEDS INC
AP
312 FARMINTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**                     **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    575360
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID (  )

PF column legend:    P =  Past Due Item,    F = Future Due Item,    blank =  Current Due Item

National Account 603805

_____

TOTAL:    Customer Number 575360  FAMILYMEDS PHCY 733

| | | | |
|---|---|---|---|
| **Subtotals:** | 12,628.08 | USD | |
| **Future Due:** | 0.00 | **If Paid By Invoice Terms,** | **Due If Paid On Time:** |
| | | | USD | 12,628.08 |
| **Past Due:** | 12,628.08 | **Pay This Amount:** | 12,628.08 | USD | **Disc lost if paid late:** |
| | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | **Due If Paid Late:** |
| | | **Pay this Amount:** | 12,628.08 | USD | USD | 12,628.08 |

# MCKESSON

## STATEMENT

Company: 8000

FAMILYMEDS SPEC PHCY 314
FAMILYMEDS, INC
AP
1451 CONCORD ST
FARMINGTON CT  01701

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8110

Territory:  2

Customer: 640740
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of:  May 30,2008    **Page:** 001
**Mail to:**                   **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      640740
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296745648 | 02232007 | 110Invoice | | 31.65 | P | 31.65 | P | 7296745648 | |
| February 26,2007 | March 05,2007 | 7296745650 | 02232007 | 110Invoice | | 1,144.86 | P | 1,144.86 | P | 7296745650 | |
| March 01,2007 | March 08,2007 | 4000197227 | Service Chg | PastDueBal | | 104.50 | P | 104.50 | P | 4000197227 | |
| March 01,2007 | March 08,2007 | 7297204578 | 02282007 | 110Invoice | | 9,270.32 | P | 9,270.32 | P | 7297204578 | |
| March 01,2007 | March 01,2007 | 7297380731 | 7297380731 | 110Credit | | 23.16- | P | 23.16- | P | 7297380731 | |
| September 11,2007 | September 18,2007 | 7316522684 | 09102007 | 110Invoice | | 2,110.24 | P | 2,110.24 | P | 7316522684 | |
| September 12,2007 | September 19,2007 | 7316664753 | 091107 | 110Invoice | | 1,299.71 | P | 1,299.71 | P | 7316664753 | |
| September 12,2007 | September 19,2007 | 7316664754 | 091107lmc | 110Invoice | | 3,932.40 | P | 3,932.40 | P | 7316664754 | |
| September 13,2007 | September 20,2007 | 7316788086 | 09122007 | 110Invoice | | 5,153.06 | P | 5,153.06 | P | 7316788086 | |
| September 13,2007 | September 20,2007 | 7316788088 | 09122007 | 110Invoice | | 29.31 | P | 29.31 | P | 7316788088 | |
| September 14,2007 | September 21,2007 | 7316939903 | 09132007 | 110Invoice | | 14,963.12 | P | 14,963.12 | P | 7316939903 | |
| September 14,2007 | September 21,2007 | 7316941212 | 09132007 | 110Invoice | | 17.03 | P | 17.03 | P | 7316941212 | |
| September 14,2007 | September 21,2007 | 7316941213 | 064856215 | 110Invoice | | 2,069.90 | P | 2,069.90 | P | 7316941213 | |
| September 14,2007 | September 21,2007 | 7316941214 | 09132007-02 | 110Invoice | | 486.69 | P | 486.69 | P | 7316941214 | |
| September 17,2007 | September 24,2007 | 4000208259 | Service Chg | PastDueBal | | 104.24 | P | 104.24 | P | 4000208259 | |
| September 17,2007 | September 24,2007 | 7317093669 | 7317093669 | 110Invoice | | 7,598.82 | P | 7,598.82 | P | 7317093669 | |
| September 21,2007 | September 28,2007 | 8900303176 | 27623LTC01 | Addbill INV | | 35.04 | P | 35.04 | P | 8900303176 | |
| October 01,2007 | October 08,2007 | 4000183466 | Service Chg | PastDueBal | | 104.24 | P | 104.24 | P | 4000183466 | |
| October 16,2007 | October 23,2007 | 4000199359 | Service Chg | PastDueBal | | 481.19 | P | 481.19 | P | 4000199359 | |
| October 30,2007 | November 06,2007 | 8900307548 | 1960100014 | Addbill INV | | 32.04 | P | 32.04 | P | 8900307548 | |
| November 01,2007 | November 08,2007 | 4000212520 | Service Chg | PastDueBal | | 481.19 | P | 481.19 | P | 4000212520 | |
| November 06,2007 | November 06,2007 | 7322482448 | MCFS PR CORR CR | Pricing Cor | | 2,252.50- | P | 2,252.50- | P | 7322482448 | |
| November 06,2007 | November 06,2007 | 7322482449 | MCFS PR CORR CR | Pricing Cor | | 294.57- | P | 294.57- | P | 7322482449 | |
| November 06,2007 | November 06,2007 | 7322482450 | MCFS PR CORR CR | Pricing Cor | | 2,792.44- | P | 2,792.44- | P | 7322482450 | |
| November 06,2007 | November 06,2007 | 7322482451 | MCFS PR CORR CR | Pricing Cor | | 3,603.96- | P | 3,603.96- | P | 7322482451 | |
| November 06,2007 | November 06,2007 | 7322482452 | MCFS PR CORR CR | Pricing Cor | | 1,182.51- | P | 1,182.51- | P | 7322482452 | |
| November 06,2007 | November 06,2007 | 7322482453 | MCFS PR CORR CR | Pricing Cor | | 485.08- | P | 485.08- | P | 7322482453 | |
| November 06,2007 | November 06,2007 | 7322482454 | MCFS PR CORR CR | Pricing Cor | | 6,000.80- | P | 6,000.80- | P | 7322482454 | |
| November 06,2007 | November 13,2007 | 7322482455 | MCFS PR CORR IN | Pricing Cor | | 2,262.09 | P | 2,262.09 | P | 7322482455 | |
| November 06,2007 | November 13,2007 | 7322482456 | MCFS PR CORR IN | Pricing Cor | | 295.81 | P | 295.81 | P | 7322482456 | |
| November 06,2007 | November 13,2007 | 7322482457 | MCFS PR CORR IN | Pricing Cor | | 2,804.43 | P | 2,804.43 | P | 7322482457 | |

**Customer Number 640740  FAMILYMEDS SPEC PHCY 314**

# McKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS SPEC PHCY 314
FAMILYMEDS, INC
AP
1451 CONCORD ST
FARMINGTON CT 01701

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

As of: May 30,2008    Page: 002

DC:       8110

Territory:      2

Customer: 640740
Date: May 31,2008

As of: May 30,2008    **Page:** 002
**Mail to:**              **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust:     640740
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( ✓ )

To ensure proper credit to your account, detach and return this stub with your remittance

## National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| November 06,2007 | November 13,2007 | 7322482458 | MCFS PR CORR IN | Pricing Cor | | 3,619.35 | P | 3,619.35 | P | 7322482458 | |
| November 06,2007 | November 13,2007 | 7322482459 | MCFS PR CORR IN | Pricing Cor | | 1,187.57 | P | 1,187.57 | P | 7322482459 | |
| November 06,2007 | November 13,2007 | 7322482460 | MCFS PR CORR IN | Pricing Cor | | 487.14 | P | 487.14 | P | 7322482460 | |
| November 06,2007 | November 13,2007 | 7322482461 | MCFS PR CORR IN | Pricing Cor | | 6,026.43 | P | 6,026.43 | P | 7322482461 | |
| November 08,2007 | November 08,2007 | 7322767686 | MCFS PR CORR CR | Pricing Cor | | 13,116.20- | P | 13,116.20- | P | 7322767686 | |
| November 16,2007 | November 15,2007 | 7322767687 | MCFS PR CORR IN | Pricing Cor | | 13,172.20 | P | 13,172.20 | P | 7322767687 | |
| November 16,2007 | November 23,2007 | 4000212923 | Service Chg | PastDueBal | | 320.31 | P | 320.31 | P | 4000212923 | |
| December 01,2007 | December 08,2007 | 4000211765 | Service Chg | PastDueBal | | 351.04 | P | 351.04 | P | 4000211765 | |
| December 17,2007 | December 24,2007 | 4000214622 | Service Chg | PastDueBal | | 482.76 | P | 482.76 | P | 4000214622 | |
| January 01,2008 | January 08,2008 | 4000153593 | Service Chg | PastDueBal | | 482.76 | P | 482.76 | P | 4000153593 | |
| January 10,2008 | January 17,2008 | 8900315489 | GERI0908 | Addbill INV | | 7.92 | P | 7.92 | P | 8900315489 | |
| January 16,2008 | January 23,2008 | 4000187396 | Service Chg | PastDueBal | | 482.76 | P | 482.76 | P | 4000187396 | |
| February 01,2008 | February 08,2008 | 4000177258 | Service Chg | PastDueBal | | 482.76 | P | 482.76 | P | 4000177258 | |
| February 01,2008 | February 08,2008 | 8900322003 | ARM0610 | Addbill INV | | 20.88 | P | 20.88 | P | 8900322003 | |
| February 16,2008 | February 23,2008 | 4000204545 | Service Chg | PastDueBal | | 482.84 | P | 482.84 | P | 4000204545 | |
| March 01,2008 | March 08,2008 | 4000210151 | Service Chg | PastDueBal | | 483.05 | P | 483.05 | P | 4000210151 | |
| March 17,2008 | March 24,2008 | 4000218923 | Service Chg | PastDueBal | | 483.05 | P | 483.05 | P | 4000218923 | |
| April 01,2008 | April 08,2008 | 4000220022 | Service Chg | PastDueBal | | 483.05 | P | 483.05 | P | 4000220022 | |
| April 16,2008 | April 23,2008 | 4000220918 | Service Chg | PastDueBal | | 483.05 | P | 483.05 | P | 4000220918 | |
| May 01,2008 | May 08,2008 | 4000221724 | Service Chg | PastDueBal | | 483.05 | P | 483.05 | P | 4000221724 | |
| May 16,2008 | May 23,2008 | 4000219332 | Service Chg | PastDueBal | | 483.05 | P | 483.05 | P | 4000219332 | |

# MCKESSON

## STATEMENT

As of: May 30,2008    Page: 002

Company: 8000

DC:    8110

Territory:    2

FAMILYMEDS SPEC PHCY 314
FAMILYMEDS, INC
AP
1451 CONCORD ST
FARMINGTON CT  01701

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Customer: 640740
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008    Page: 002
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    640740      PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID( )

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

National Account 603805

_____

TOTAL:    Customer Number 640740  FAMILYMEDS SPEC PHCY 314

|  |  | Subtotals: | 55,565.68 | USD |
|---|---|---|---|---|

| Future Due: | 0.00 | | | | | Due If Paid On Time: | |
|---|---|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | | | USD | 55,565.68 |
| Past Due: | 55,565.68 | Pay This Amount: | 55,565.68 | USD | | Disc lost if paid late: | |
| | | | | | | | 0.00 |
| | | If Paid After Invoice Terms, | | | | Due If Paid Late: | |
| Last Payment | 0.00 | Pay this Amount: | 55,565.68 | USD | | USD | 55,565.68 |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

FAMILYMEDS PHARMACY 811
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:   8149

Territory:   73

Customer: 667858
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:                Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:   667858
Date:  May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296729169 | 25750545 | 149Invoice | | 70.61 | P | 70.61 | P | 7296729169 | |
| March 01,2007 | March 08,2007 | 7297186182 | 0811022807 | 149Invoice | | 6,863.06 | P | 6,863.06 | P | 7297186182 | |
| March 01,2007 | March 08,2007 | 7297186195 | 0811022807 | 149Invoice | | 626.94 | P | 626.94 | P | 7297186195 | |
| March 01,2007 | March 01,2007 | 7297249589 | 7297249589 | 149Credit | | 112.74- | P | 112.74- | P | 7297249589 | |
| March 01,2007 | March 01,2007 | 7297249590 | 7297249590 | 149Credit | | 23.25- | P | 23.25- | P | 7297249590 | |
| September 17,2007 | September 24,2007 | 4000208270 | Service Chg | PastDueBal | | 139.12 | P | 139.12 | P | 4000208270 | |
| October 01,2007 | October 08,2007 | 4000183476 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000183476 | |
| October 16,2007 | October 23,2007 | 4000199372 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000199372 | |
| November 01,2007 | November 08,2007 | 4000212529 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000212529 | |
| November 16,2007 | November 23,2007 | 4000212932 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000212932 | |
| December 01,2007 | December 08,2007 | 4000211776 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000211776 | |
| December 17,2007 | December 24,2007 | 4000214633 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000214633 | |
| January 01,2008 | January 08,2008 | 4000153609 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000153609 | |
| January 16,2008 | January 23,2008 | 4000187405 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000187405 | |
| February 01,2008 | February 08,2008 | 4000177266 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000177266 | |
| February 16,2008 | February 23,2008 | 4000204552 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000204552 | |
| March 01,2008 | March 08,2008 | 4000210156 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000210156 | |
| March 17,2008 | March 24,2008 | 4000218932 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000218932 | |
| April 01,2008 | April 08,2008 | 4000220030 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000220030 | |
| April 16,2008 | April 23,2008 | 4000220923 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000220923 | |
| May 01,2008 | May 08,2008 | 4000221731 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000221731 | |
| May 16,2008 | May 23,2008 | 4000219340 | Service Chg | PastDueBal | | 74.25 | P | 74.25 | P | 4000219340 | |

Customer Number 667858  FAMILYMEDS PHARMACY 811

# McKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 811
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008                Page: 002

DC:        8149

Territory:      73

Customer: 667858
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008          Page: 002
Mail to:                   Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      667858       PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 667858  FAMILYMEDS PHARMACY 811

Subtotals:                8,751.74    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                          8,751.74 |
| Past Due: | 8,751.74 | Pay This Amount:           8,751.74   USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:           8,751.74   USD | USD                          8,751.74 |

# McKESSON
## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

To ensure proper credit to your account, detach and return this stub with your remittance

FAMILYMEDS PHARMACY 815
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8149

Territory:    73

Customer: 667896
Date: May 31,2008

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    667896
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 667896  FAMILYMEDS PHARMACY 815** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296747604 | QO02232007 | 149Invoice | | 160.50 | P | 160.50 | P | 7296747604 | |
| February 26,2007 | March 05,2007 | 7296747605 | 25748594 | 149Invoice | | 3,002.00 | P | 3,002.00 | P | 7296747605 | |
| February 26,2007 | March 05,2007 | 7296747608 | 25748594 | 149Invoice | | 995.62 | P | 995.62 | P | 7296747608 | |
| February 26,2007 | March 05,2007 | 7296747960 | QO02232007 | 149Invoice | | 17.33 | P | 17.33 | P | 7296747960 | |
| March 01,2007 | March 08,2007 | 7297203042 | QO02282007 | 149Invoice | | 66.86 | P | 66.86 | P | 7297203042 | |
| March 01,2007 | March 08,2007 | 7297203043 | 26070529 | 149Invoice | | 3,595.95 | P | 3,595.95 | P | 7297203043 | |
| March 01,2007 | March 08,2007 | 7297203044 | 26070529 | 149Invoice | | 281.16 | P | 281.16 | P | 7297203044 | |
| March 01,2007 | March 08,2007 | 7297203045 | QO02282007 | 149Invoice | | 28.54 | P | 28.54 | P | 7297203045 | |
| September 14,2007 | September 14,2007 | 7317016168 | 30002803101 | 149Credit | | 92.36- | P | 92.36- | P | 7317016168 | |
| September 14,2007 | September 14,2007 | 7317016169 | 30002803101 | 149Credit | | 4,888.23- | P | 4,888.23- | P | 7317016169 | |
| September 14,2007 | September 14,2007 | 7317016170 | 30002803101 | 149Credit | | 92.36- | P | 92.36- | P | 7317016170 | |
| September 14,2007 | September 14,2007 | 7317016171 | 7317016171 | 149Credit | | 7,174.68- | P | 7,174.68- | P | 7317016171 | |
| September 14,2007 | September 14,2007 | 7317016172 | 7317016172 | 149Credit | | 759.56- | P | 759.56- | P | 7317016172 | |
| September 14,2007 | September 14,2007 | 7317016173 | 7317016173 | 149Credit | | 1,691.49- | P | 1,691.49- | P | 7317016173 | |
| September 14,2007 | September 14,2007 | 7317016174 | 7317016174 | 149Credit | | 760.28- | P | 760.28- | P | 7317016174 | |
| October 12,2007 | October 19,2007 | 7319987137 | 7317016174 | 149Invoice | | 496.93 | P | 496.93 | P | 7319987137 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 667896   FAMILYMEDS PHARMACY 815

Subtotals:    6,814.07-  USD

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 6,814.07- |
| Past Due: | 6,814.07- | Pay This Amount: | 6,814.07-  USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment: | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 6,814.07-  USD | USD | 6,814.07- |

# MCKESSON

## STATEMENT

**Company: 8000**

ZZARROW PHARMACY 001 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008    Page: 001

DC:  8191

Territory:  8

Customer: 667903
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**                 **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:** 667903
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( ✓ )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 667903  ZZARROW PHARMACY 001 6/07 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296772980 | 0001022307 | 191Invoice | | 279.82 | P | 279.82 | P | 7296772980 | |
| February 26,2007 | March 05,2007 | 7296772981 | 001022407a | 191Invoice | | 401.20 | P | 401.20 | P | 7296772981 | |
| February 26,2007 | March 05,2007 | 7296772982 | 070476876Y | 191Invoice | | 645.57 | P | 645.57 | P | 7296772982 | |
| March 01,2007 | March 08,2007 | 7297207336 | 070476877Y | 191Invoice | | 990.01 | P | 990.01 | P | 7297207336 | |
| March 01,2007 | March 08,2007 | 7297207337 | 00001022807 | 191Invoice | | 603.60 | P | 603.60 | P | 7297207337 | |
| March 01,2007 | March 08,2007 | 7297208954 | 00001022807 | 191Invoice | | 10,134.63 | P | 10,134.63 | P | 7297208954 | |
| September 17,2007 | September 24,2007 | 4000208271 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000208271 | |
| October 01,2007 | October 08,2007 | 4000183477 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000183477 | |
| October 16,2007 | October 23,2007 | 4000199373 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000199373 | |
| November 01,2007 | November 08,2007 | 4000212530 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000212530 | |
| November 16,2007 | November 23,2007 | 4000212933 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000212933 | |
| December 01,2007 | December 08,2007 | 4000211777 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000211777 | |
| December 17,2007 | December 24,2007 | 4000214634 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000214634 | |
| January 01,2008 | January 08,2008 | 4000215510 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000215510 | |
| January 16,2008 | January 23,2008 | 4000187406 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000187406 | |
| February 01,2008 | February 08,2008 | 4000177267 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000177267 | |
| February 16,2008 | February 23,2008 | 4000204553 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000204553 | |
| March 01,2008 | March 08,2008 | 4000210157 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000210157 | |
| March 17,2008 | March 24,2008 | 4000218933 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000218933 | |
| April 01,2008 | April 08,2008 | 4000220031 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000220031 | |
| April 16,2008 | April 23,2008 | 4000220924 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000220924 | |
| May 01,2008 | May 08,2008 | 4000221732 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000221732 | |
| May 16,2008 | May 23,2008 | 4000219341 | Service Chg | PastDueBal | | 130.56 | P | 130.56 | P | 4000219341 | |

# McKESSON

## STATEMENT

Company: 8000

ZZARROW PHARMACY 001 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

DC:  8191

Territory:  8

Customer: 667903
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 002
Mail to:                          Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    667903     PLEASE CHECK ANY
Date: May 31,2008   ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 667903   ZZARROW PHARMACY 001 6/07

|  |  |  | Subtotals: | | | 15,274.35 | USD | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Future Due: | 0.00 | | | | | | Due If Paid On Time: | | | |
| | | If Paid By Invoice Terms, | | | | | USD | | 15,274.35 | |
| Past Due: | 15,274.35 | | Pay This Amount: | | 15,274.35 | USD | Disc lost if paid late: | | | |
| | | | | | | | 0.00 | | | |
| Last Payment | 0.00 | | If Paid After Invoice Terms, | | | | Due If Paid Late: | | | |
| | | | Pay this Amount: | | 15,274.35 | USD | USD | | 15,274.35 | |

# McKESSON

# STATEMENT

As of: May 30,2008      Page: 001

Company: 8000

DC: 8191

To ensure proper credit to your account, detach and return this stub with your remittance

ZZARROW PHARMACY 002 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Territory:      8

Customer: 667941
Date: May 31,2008

As of: May 30,2008      Page: 001
Mail to:                Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      667941        PLEASE CHECK ANY
Date: May 31,2008        ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 667941   ZZARROW PHARMACY 002 6/07** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296773242 | 0002022307 | 191Invoice | | 445.78 | P | 445.78 | P | 7296773242 | |
| February 26,2007 | March 05,2007 | 7296773245 | 7296773245 | 191Invoice | | 205.16 | P | 205.16 | P | 7296773245 | |
| February 26,2007 | March 05,2007 | 7296773253 | 0002022207 | 191Invoice | | 2,173.43 | P | 2,173.43 | P | 7296773253 | |
| February 26,2007 | March 05,2007 | 7296773255 | 0002022207 | 191Invoice | | 418.65 | P | 418.65 | P | 7296773255 | |
| March 01,2007 | March 08,2007 | 7297114446 | 7297114446 | 164Invoice | | 11.08 | P | 11.08 | P | 7297114446 | |
| March 01,2007 | March 08,2007 | 7297206669 | 7297206669 | 191Invoice | | 109.34 | P | 109.34 | P | 7297206669 | |
| March 01,2007 | March 08,2007 | 7297206674 | 00002022807 | 191Invoice | | 5,945.19 | P | 5,945.19 | P | 7297206674 | |
| September 17,2007 | September 24,2007 | 4000208272 | | Service Chg | PastDueBal | 138.54 | P | 138.54 | P | 4000208272 | |
| October 01,2007 | October 08,2007 | 4000183478 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000183478 | |
| October 16,2007 | October 23,2007 | 4000199374 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000199374 | |
| November 01,2007 | November 08,2007 | 4000212531 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000212531 | |
| November 16,2007 | November 23,2007 | 4000212934 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000212934 | |
| December 01,2007 | December 08,2007 | 4000211778 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000211778 | |
| December 17,2007 | December 24,2007 | 4000214635 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000214635 | |
| January 01,2008 | January 08,2008 | 4000215511 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000215511 | |
| January 16,2008 | January 23,2008 | 4000187407 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000187407 | |
| February 01,2008 | February 08,2008 | 4000177268 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000177268 | |
| February 16,2008 | February 23,2008 | 4000204554 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000204554 | |
| March 01,2008 | March 08,2008 | 4000210158 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000210158 | |
| March 17,2008 | March 24,2008 | 4000218934 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000218934 | |
| April 01,2008 | April 08,2008 | 4000220032 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000220032 | |
| April 16,2008 | April 23,2008 | 4000220925 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000220925 | |
| May 01,2008 | May 08,2008 | 4000221733 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000221733 | |
| May 16,2008 | May 23,2008 | 4000219342 | | Service Chg | PastDueBal | 93.08 | P | 93.08 | P | 4000219342 | |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 002

Company: 8000

ZZARROW PHARMACY 002 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

| | |
|---|---|
| **DC:** | 8191 |
| **Territory:** | 8 |
| **Customer:** | 667941 |
| **Date:** | May 31,2008 |

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008    **Page:** 002
**Mail to:**            **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    667941       PLEASE CHECK ANY
**Date:** May 31,2008   ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P =  Past Due Item,    F =  Future Due Item,    blank =  Current Due Item

**TOTAL:**    **Customer Number 667941   ZZARROW PHARMACY 002 6/07**

|  |  |  |
|---|---|---|
| | Subtotals: | 10,936.45    USD |

| | | | |
|---|---|---|---|
| **Future Due:** | 0.00 | | **Due If Paid On Time:** |
| | | **If Paid By Invoice Terms,** | USD                10,936.45 |
| **Past Due:** | 10,936.45 | **Pay This Amount:**    10,936.45    USD | **Disc lost if paid late:** |
| | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | **Due If Paid Late:** |
| | | **Pay this Amount:**    10,936.45    USD | USD                10,936.45 |

# McKESSON

## STATEMENT

As of: May 30,2008        Page: 001

Company: 8000

ARROW PHARMACY 015
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:       8191

Territory:       8

Customer: 667971
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008        Page: 001
Mail to:                          Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      667971
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID (✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 667971   ARROW PHARMACY 015** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296782013 | 0015022307 | 191Invoice | | 35.27 | P | 35.27 | P | 7296782013 | |
| February 26,2007 | March 05,2007 | 7296782015 | 7296782015 | 191Invoice | | 782.85 | P | 782.85 | P | 7296782015 | |
| February 26,2007 | March 05,2007 | 7296782018 | 0015022407 | 191Invoice | | 1,266.37 | P | 1,266.37 | P | 7296782018 | |
| February 26,2007 | March 05,2007 | 7296782020 | 0015022307 | 191Invoice | | 15.57 | P | 15.57 | P | 7296782020 | |
| March 01,2007 | March 08,2007 | 7297211141 | 0015022807 | 191Invoice | | 479.67 | P | 479.67 | P | 7297211141 | |
| March 01,2007 | March 08,2007 | 7297211144 | 0015022807 | 191Invoice | | 8,805.44 | P | 8,805.44 | P | 7297211144 | |
| March 01,2007 | March 08,2007 | 7297211155 | 0015022807 | 191Invoice | | 198.18 | P | 198.18 | P | 7297211155 | |
| March 01,2007 | March 08,2007 | 7297211158 | 0015022807 | 191Invoice | | 1,466.69 | P | 1,466.69 | P | 7297211158 | |
| September 11,2007 | September 18,2007 | 7316575797 | 09/09/07 | 191Invoice | | 10,088.99 | P | 10,088.99 | P | 7316575797 | |
| September 11,2007 | September 18,2007 | 7316575800 | 09/09/07 | 191Invoice | | 12.87 | P | 12.87 | P | 7316575800 | |
| September 11,2007 | September 18,2007 | 7316575801 | 150909DK | 191Invoice | | 9,677.23 | P | 9,677.23 | P | 7316575801 | |
| September 11,2007 | September 18,2007 | 7316575807 | 150909DK | 191Invoice | | 378.36 | P | 378.36 | P | 7316575807 | |
| September 11,2007 | September 18,2007 | 7316575808 | 015091007 | 191Invoice | | 11,214.15 | P | 11,214.15 | P | 7316575808 | |
| September 12,2007 | September 19,2007 | 7316698338 | 015091107 | 191Invoice | | 7,631.33 | P | 7,631.33 | P | 7316698338 | |
| September 12,2007 | September 19,2007 | 7316698341 | 015091107 | 191Invoice | | 286.32 | P | 286.32 | P | 7316698341 | |
| September 13,2007 | September 20,2007 | 7316835196 | 2949828 | 191Invoice | | 6,343.50 | P | 6,343.50 | P | 7316835196 | |
| September 13,2007 | September 20,2007 | 7316835202 | 2949828 | 191Invoice | | 11.73 | P | 11.73 | P | 7316835202 | |
| September 13,2007 | September 20,2007 | 7316835203 | 070099556YNC | 191Invoice | | 500.34 | P | 500.34 | P | 7316835203 | |
| September 13,2007 | September 20,2007 | 7316835205 | 2968424 | 191Invoice | | 5,232.66 | P | 5,232.66 | P | 7316835205 | |
| September 13,2007 | September 20,2007 | 7316835210 | 2968424 | 191Invoice | | 36.73 | P | 36.73 | P | 7316835210 | |
| September 13,2007 | September 20,2007 | 7316836212 | 015091207 | 191Invoice | | 2,092.35 | P | 2,092.35 | P | 7316836212 | |
| September 14,2007 | September 21,2007 | 7316976843 | 090807 | 191Invoice | | 142.99 | P | 142.99 | P | 7316976843 | |
| September 14,2007 | September 21,2007 | 7316976845 | 3044131 | 191Invoice | | 3,802.26 | P | 3,802.26 | P | 7316976845 | |
| September 14,2007 | September 21,2007 | 7316976849 | 3044131 | 191Invoice | | 298.53 | P | 298.53 | P | 7316976849 | |
| September 14,2007 | September 21,2007 | 7316976850 | 070066417YNC | 191Invoice | | 115.31 | P | 115.31 | P | 7316976850 | |
| September 14,2007 | September 21,2007 | 7316976852 | 3069092 | 191Invoice | | 2,270.78 | P | 2,270.78 | P | 7316976852 | |
| September 17,2007 | September 24,2007 | 4000208273 | Service Chg | PastDueBal | | 130.50 | P | 130.50 | P | 4000208273 | |
| September 17,2007 | September 17,2007 | 7317456393 | 090907dk | 191Credit | | 2,399.46- | P | 2,399.46- | P | 7317456393 | |
| October 01,2007 | October 08,2007 | 4000183479 | Service Chg | PastDueBal | | 109.70 | P | 109.70 | P | 4000183479 | |
| October 16,2007 | October 23,2007 | 4000199375 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000199375 | |
| November 01,2007 | November 08,2007 | 4000212532 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000212532 | |

# McKESSON

# STATEMENT

Company: 8000

ARROW PHARMACY 015
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008           Page: 002

DC:        8191

Territory:       8

Customer: 667971
Date: May 31,2008

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    667971     | PLEASE CHECK ANY
**Date:** May 31,2008  | ITEMS NOT PAID (✓)

To ensure proper credit to your account, detach and return this stub with your remittance

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| November 16,2007 | November 23,2007 | 4000212935 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000212935 | |
| December 01,2007 | December 08,2007 | 4000211779 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000211779 | |
| December 17,2007 | December 24,2007 | 4000214636 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000214636 | |
| January 01,2008 | January 08,2008 | 4000215512 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000215512 | |
| January 16,2008 | January 23,2008 | 4000187408 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000187408 | |
| February 01,2008 | February 08,2008 | 4000177269 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000177269 | |
| February 16,2008 | February 23,2008 | 4000204555 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000204555 | |
| March 01,2008 | March 08,2008 | 4000210159 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000210159 | |
| March 17,2008 | March 24,2008 | 4000218935 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000218935 | |
| April 01,2008 | April 08,2008 | 4000220033 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000220033 | |
| April 16,2008 | April 23,2008 | 4000220926 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000220926 | |
| May 01,2008 | May 08,2008 | 4000221734 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000221734 | |
| May 16,2008 | May 23,2008 | 4000219343 | Service Chg | PastDueBal | | 707.87 | P | 707.87 | P | 4000219343 | |

**PF column legend:**     P = Past Due Item,     F = Future Due Item,     blank = Current Due Item

**TOTAL:     Customer Number 667971   ARROW PHARMACY 015**

| | Subtotals: | 81,645.26 | USD |
|---|---|---|---|

| Future Due: | 0.00 | | | Due If Paid On Time: | |
|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | USD | 81,645.26 |
| Past Due: | 81,645.26 | Pay This Amount: | 81,645.26  USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment: | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 81,645.26  USD | USD | 81,645.26 |

# McKESSON

## STATEMENT

Company: 8000

ARROW PHARMACY 018
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

As of: May 30,2008          Page: 001

DC: 8191

Territory: 8

Customer: 668003
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008          **Page:** 001
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust:    668003          **PLEASE CHECK ANY**
Date: May 31,2008        **ITEMS NOT PAID( )**

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668003  ARROW PHARMACY 018** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296781183 | 022407a | 191Invoice | | 1,142.80 | P | 1,142.80 | P | 7296781183 | |
| March 01,2007 | March 08,2007 | 7297210984 | 22807 | 191Invoice | | 3,379.08 | P | 3,379.08 | P | 7297210984 | |
| March 01,2007 | March 08,2007 | 7297210986 | 22807 | 191Invoice | | 14.82 | P | 14.82 | P | 7297210986 | |
| March 01,2007 | March 01,2007 | 7297243319 | TPC 538732 | 191Credit | | 8,325.36- | P | 8,325.36- | P | 7297243319 | |
| September 17,2007 | September 24,2007 | 4000208274 | Service Chg | PastDueBal | | 47.81 | P | 47.81 | P | 4000208274 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:    Customer Number 668003  ARROW PHARMACY 018**

Subtotals:               3,740.85-  USD

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 3,740.85- |
| Past Due: | 3,740.85- | Pay This Amount: | 3,740.85-  USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 3,740.85-  USD | USD | 3,740.85- |

# MCKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

ARROW PHARMACY 020
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8191

Territory:    8

Customer: 668010
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668010
**Date:** May 31,2008    PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668010  ARROW PHARMACY 020** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296769342 | 200223200720 | 191Invoice | | 846.39 | P | 846.39 | P | 7296769342 | |
| March 01,2007 | March 08,2007 | 7297199835 | 0228200720 | 191Invoice | | 7,883.06 | P | 7,883.06 | P | 7297199835 | |
| March 01,2007 | March 08,2007 | 7297199844 | 0228200720 | 191Invoice | | 116.20 | P | 116.20 | P | 7297199844 | |
| September 17,2007 | September 24,2007 | 4000208275 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000208275 | |
| October 01,2007 | October 08,2007 | 4000183480 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000183480 | |
| October 16,2007 | October 23,2007 | 4000199376 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000199376 | |
| November 01,2007 | November 08,2007 | 4000212533 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000212533 | |
| November 16,2007 | November 23,2007 | 4000212936 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000212936 | |
| December 01,2007 | December 08,2007 | 4000211780 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000211780 | |
| December 17,2007 | December 24,2007 | 4000214637 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000214637 | |
| January 01,2008 | January 08,2008 | 4000215513 | Service Chg | PastDueBal | | 88.45 | P | 88.45 | P | 4000215513 | |
| January 09,2008 | January 09,2008 | 7328855591 | TPC 93139876 | 191Credit | | 68.75- | P | 68.75- | P | 7328855591 | |
| January 16,2008 | January 23,2008 | 4000187409 | Service Chg | PastDueBal | | 88.17 | P | 88.17 | P | 4000187409 | |
| February 01,2008 | February 08,2008 | 4000177270 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000177270 | |
| February 16,2008 | February 23,2008 | 4000204556 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000204556 | |
| March 01,2008 | March 08,2008 | 4000210160 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000210160 | |
| March 17,2008 | March 24,2008 | 4000218936 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000218936 | |
| April 01,2008 | April 08,2008 | 4000220034 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000220034 | |
| April 16,2008 | April 23,2008 | 4000220927 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000220927 | |
| May 01,2008 | May 08,2008 | 4000221735 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000221735 | |
| May 16,2008 | May 23,2008 | 4000219344 | Service Chg | PastDueBal | | 87.76 | P | 87.76 | P | 4000219344 | |

# MCKESSON

**STATEMENT**

As of: May 30,2008   Page: 001

Company: 8000

To ensure proper credit to your account, detach and return this stub with your remittance

ARROW PHARMACY 020
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:   8191

Territory:   8

Customer: 668010
Date: May 31,2008

As of: May 30,2008   Page: 001
Mail to:   Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:   668010
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

PF column legend:   P = Past Due Item,   F = Future Due Item,   blank = Current Due Item

National Account 603805

TOTAL:   Customer Number 668010  ARROW PHARMACY 020

Subtotals:   10,274.75   USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD   10,274.75 |
| Past Due: | 10,274.75 | Pay This Amount:   10,274.75   USD | Disc lost if paid late:   0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:   10,274.75   USD | USD   10,274.75 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008    Page: 001

| | |
|---|---|
| ARROW PHARMACY 021 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE | |
| FARMINGTON CT  06032 | |

DC:  8191

Territory:  8

Customer:  668041
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**  668041    PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668041   ARROW PHARMACY 021** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296786758 | 070797587 | 191Invoice | | 2,678.59 | P | 2,678.59 | P | 7296786758 | |
| March 01,2007 | March 08,2007 | 7297218506 | QO02282007 | 191Invoice | | 9.39 | P | 9.39 | P | 7297218506 | |
| March 01,2007 | March 08,2007 | 7297218507 | 7297218507 | 191Invoice | | 253.58 | P | 253.58 | P | 7297218507 | |
| March 01,2007 | March 08,2007 | 7297218510 | 002102282007 | 191Invoice | | 20,467.04 | P | 20,467.04 | P | 7297218510 | |
| March 01,2007 | March 08,2007 | 7297219713 | 002102282007 | 191Invoice | | 846.86 | P | 846.86 | P | 7297219713 | |
| March 01,2007 | March 08,2007 | 7297219715 | 7297219715 | 191Invoice | | 29.74 | P | 29.74 | P | 7297219715 | |
| March 01,2007 | March 08,2007 | 7297219716 | QO02282007 | 191Invoice | | 1,298.10 | P | 1,298.10 | P | 7297219716 | |
| September 17,2007 | September 24,2007 | 4000208276 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000208276 | |
| October 01,2007 | October 08,2007 | 4000183481 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000183481 | |
| October 16,2007 | October 23,2007 | 4000199377 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000199377 | |
| November 01,2007 | November 08,2007 | 4000212534 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000212534 | |
| November 16,2007 | November 23,2007 | 4000212937 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000212937 | |
| December 01,2007 | December 08,2007 | 4000211781 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000211781 | |
| December 17,2007 | December 24,2007 | 4000214638 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000214638 | |
| January 01,2008 | January 08,2008 | 4000215514 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000215514 | |
| January 16,2008 | January 23,2008 | 4000216210 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000216210 | |
| February 01,2008 | February 08,2008 | 4000177271 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000177271 | |
| February 16,2008 | February 23,2008 | 4000204557 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000204557 | |
| March 01,2008 | March 08,2008 | 4000210161 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000210161 | |
| March 17,2008 | March 24,2008 | 4000218937 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000218937 | |
| April 01,2008 | April 08,2008 | 4000220035 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000220035 | |
| April 16,2008 | April 23,2008 | 4000220928 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000220928 | |
| May 01,2008 | May 08,2008 | 4000221736 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000221736 | |
| May 16,2008 | May 23,2008 | 4000219345 | | Service Chg | PastDueBal | 255.84 | P | 255.84 | P | 4000219345 | |

# McKESSON

**STATEMENT**

Company: 8000

ARROW PHARMACY 021
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

DC:  8191

Territory:  8

**Customer:** 668041
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008    **Page:** 002
**Mail to:**                        **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668041        PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:**    Customer Number 668041  ARROW PHARMACY 021

Subtotals:                    29,932.58    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | If Paid By Invoice Terms, | | USD                    29,932.58 |
| Past Due: | 29,932.58 | Pay This Amount: | 29,932.58    USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount: | 29,932.58    USD | USD                    29,932.58 |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

DC:    8191

Territory:    8

ZZARROW PHARMACY 029 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Customer:** 668096
**Date:** May 31,2008

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668096
**Date:** May 31,2008

**To ensure proper credit to your account, detach and return this stub with your remittance**

**PLEASE CHECK ANY ITEMS NOT PAID ( )**

**National Account 603805**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668096  ZZARROW PHARMACY 029 6/07** | | | | | | | | | | | |
| March 01,2007 | March 08,2007 | 7297219646 | 065971489 | 191Invoice | | 1,448.78 | P | 1,448.78 | P | 7297219646 | |
| March 01,2007 | March 08,2007 | 7297219647 | 022807 | 191Invoice | | 6,726.66 | P | 6,726.66 | P | 7297219647 | |
| March 01,2007 | March 08,2007 | 7297219656 | 022807 | 191Invoice | | 12.63 | P | 12.63 | P | 7297219656 | |
| March 01,2007 | March 08,2007 | 7297219657 | 02272006 | 191Invoice | | 241.84 | P | 241.84 | P | 7297219657 | |
| March 01,2007 | March 08,2007 | 7297219661 | 7297219661 | 191Invoice | | 243.11 | P | 243.11 | P | 7297219661 | |
| September 17,2007 | September 24,2007 | 4000208277 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000208277 | |
| October 01,2007 | October 08,2007 | 4000183482 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000183482 | |
| October 16,2007 | October 23,2007 | 4000199378 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000199378 | |
| November 01,2007 | November 08,2007 | 4000212535 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000212535 | |
| November 16,2007 | November 23,2007 | 4000212938 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000212938 | |
| December 01,2007 | December 08,2007 | 4000211782 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000211782 | |
| December 17,2007 | December 24,2007 | 4000214639 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000214639 | |
| January 01,2008 | January 08,2008 | 4000215515 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000215515 | |
| January 16,2008 | January 23,2008 | 4000216211 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000216211 | |
| February 01,2008 | February 08,2008 | 4000177272 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000177272 | |
| February 16,2008 | February 23,2008 | 4000204558 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000204558 | |
| March 01,2008 | March 08,2008 | 4000210162 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000210162 | |
| March 17,2008 | March 24,2008 | 4000218938 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000218938 | |
| April 01,2008 | April 08,2008 | 4000220036 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000220036 | |
| April 16,2008 | April 23,2008 | 4000220929 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000220929 | |
| May 01,2008 | May 08,2008 | 4000221737 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000221737 | |
| May 16,2008 | May 23,2008 | 4000219346 | Service Chg | PastDueBal | | 86.74 | P | 86.74 | P | 4000219346 | |

# MCKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 002

To ensure proper credit to your account, detach and return this stub with your remittance

ZZARROW PHARMACY 029 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8191

Territory:  8

Customer: 668096
Date: May 31,2008

As of: May 30,2008    Page: 002
Mail to:                     Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      668096      PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 668096  ZZARROW PHARMACY 029 6/07

Subtotals:                10,147.60    USD

| | | | | | | |
|---|---|---|---|---|---|---|
| Future Due: | 0.00 | | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | | USD | 10,147.60 |
| Past Due: | 10,147.60 | Pay This Amount: | 10,147.60 USD | | Disc lost if paid late: | |
| | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | Due If Paid Late: | |
| | | Pay this Amount: | 10,147.60 USD | | USD | 10,147.60 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008    Page: 001

ZZARROW PHARMACY 036 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8191

Territory:    8

Customer:  668108
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**                 **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668108
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296785267 | 25791251 | 191Invoice | | 952.00 | P | 952.00 | P | 7296785267 | |
| February 26,2007 | March 05,2007 | 7296786106 | 061327466 | 191Invoice | | 75.81 | P | 75.81 | P | 7296786106 | |
| February 26,2007 | March 05,2007 | 7296786817 | 061327465Y | 191Invoice | | 1,505.92 | P | 1,505.92 | P | 7296786817 | |
| March 01,2007 | March 08,2007 | 7297216938 | 0036022807 | 191Invoice | | 6,302.59 | P | 6,302.59 | P | 7297216938 | |
| September 17,2007 | September 24,2007 | 4000208278 | Service Chg | PastDueBal | | 152.93 | P | 152.93 | P | 4000208278 | |
| October 01,2007 | October 08,2007 | 4000183483 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000183483 | |
| October 16,2007 | October 23,2007 | 4000199379 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000199379 | |
| November 01,2007 | November 08,2007 | 4000212536 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000212536 | |
| November 16,2007 | November 23,2007 | 4000212939 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000212939 | |
| December 01,2007 | December 08,2007 | 4000211783 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000211783 | |
| December 17,2007 | December 24,2007 | 4000214640 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000214640 | |
| January 01,2008 | January 08,2008 | 4000215516 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000215516 | |
| January 16,2008 | January 23,2008 | 4000216212 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000216212 | |
| February 01,2008 | February 08,2008 | 4000177273 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000177273 | |
| February 16,2008 | February 23,2008 | 4000204559 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000204559 | |
| March 01,2008 | March 08,2008 | 4000210163 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000210163 | |
| March 17,2008 | March 24,2008 | 4000218939 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000218939 | |
| April 01,2008 | April 08,2008 | 4000220037 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000220037 | |
| April 16,2008 | April 23,2008 | 4000220930 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000220930 | |
| May 01,2008 | May 08,2008 | 4000221738 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000221738 | |
| May 16,2008 | May 23,2008 | 4000219347 | Service Chg | PastDueBal | | 88.37 | P | 88.37 | P | 4000219347 | |

**Customer Number 668108   ZZARROW PHARMACY 036 6/07**

# MCKESSON

## STATEMENT

Company: 8000

ZZARROW PHARMACY 036 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008        Page: 001

DC:        8191

Territory:        8

Customer: 668108
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008        Page: 001
Mail to:        Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:        668108
Date: May 31,2008        PLEASE CHECK ANY
                         ITEMS NOT PAID ( )

PF column legend:    P =  Past Due Item,    F = Future Due Item,    blank =  Current Due Item

National Account 605805

_____

TOTAL:      Customer Number 668108  ZZARROW PHARMACY 036 6/07

Subtotals:                          10,403.17      USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | USD | 10,403.17 |
| Past Due: | 10,403.17 | Pay This Amount:        10,403.17   USD | Disc lost if paid late: | |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:        10,403.17   USD | USD | 10,403.17 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008    Page: 001

DC:    8191

Territory:    8

**Customer:** 668180
**Date:** May 31,2008

ZZARROW PHARMACY 037 5/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668180    PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296782021 | 065475105 | 191Invoice | | 1,132.08 | P | 1,132.08 | P | 7296782021 | |
| February 26,2007 | March 05,2007 | 7296782022 | front end | 191Invoice | | 66.55 | P | 66.55 | P | 7296782022 | |
| February 26,2007 | March 05,2007 | 7296782023 | 022307 | 191Invoice | | 16.17 | P | 16.17 | P | 7296782023 | |
| March 01,2007 | March 08,2007 | 7297210694 | 022807 | 191Invoice | | 4,663.43 | P | 4,663.43 | P | 7297210694 | |
| March 01,2007 | March 08,2007 | 7297210700 | 022807 | 191Invoice | | 30.09 | P | 30.09 | P | 7297210700 | |
| March 01,2007 | March 08,2007 | 7297210702 | front end | 191Invoice | | 298.20 | P | 298.20 | P | 7297210702 | |
| March 01,2007 | March 01,2007 | 7297380742 | 7297380742 | 191Credit | | 25.89- | P | 25.89- | P | 7297380742 | |
| September 17,2007 | September 24,2007 | 4000208279 | | Service Chg | PastDueBal | 125.51 | P | 125.51 | P | 4000208279 | |
| October 01,2007 | October 08,2007 | 4000183484 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000183484 | |
| October 16,2007 | October 23,2007 | 4000199380 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000199380 | |
| November 01,2007 | November 08,2007 | 4000212537 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000212537 | |
| November 16,2007 | November 23,2007 | 4000212940 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000212940 | |
| December 01,2007 | December 08,2007 | 4000211784 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000211784 | |
| December 17,2007 | December 24,2007 | 4000214641 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000214641 | |
| January 01,2008 | January 08,2008 | 4000215517 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000215517 | |
| January 16,2008 | January 23,2008 | 4000216213 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000216213 | |
| February 01,2008 | February 08,2008 | 4000177274 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000177274 | |
| February 16,2008 | February 23,2008 | 4000204560 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000204560 | |
| March 01,2008 | March 08,2008 | 4000210164 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000210164 | |
| March 17,2008 | March 24,2008 | 4000218940 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000218940 | |
| April 01,2008 | April 08,2008 | 4000220038 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000220038 | |
| April 16,2008 | April 23,2008 | 4000220931 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000220931 | |
| May 01,2008 | May 08,2008 | 4000221739 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000221739 | |
| May 16,2008 | May 23,2008 | 4000219348 | | Service Chg | PastDueBal | 61.80 | P | 61.80 | P | 4000219348 | |

Customer Number 668180  ZZARROW PHARMACY 037 5/07

# MCKESSON

## STATEMENT

As of: May 30,2008          Page: 002

**Company:** 8000

ZZARROW PHARMACY 037 5/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**DC:**  8191

**Territory:**  8

**Customer:** 668180
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     668180
**Date:** May 31,2008

**PLEASE CHECK ANY ITEMS NOT PAID (✓ )**

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

| TOTAL: | Customer Number 668180  ZZARROW PHARMACY 037 5/07 | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Subtotals: | | 7,294.94 | USD | | |

| Future Due: | 0.00 | | Due If Paid On Time: | |
|---|---|---|---|---|
| | | If Paid By Invoice Terms, | USD | 7,294.94 |
| Past Due: | 7,294.94 | Pay This Amount:    7,294.94  USD | Disc lost if paid late: | |
| | | | 0.00 | |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:    7,294.94  USD | USD | 7,294.94 |

# McKESSON

**STATEMENT**

Company: 8000

ARROW PHARMACY 040
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008                    Page:  001

DC:  8191

Territory:  8

Customer:  668185
Date:  May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of:  May 30,2008          Page:  001
Mail to:                              Comp:  8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  668185        PLEASE CHECK ANY
Date:  May 31,2008    ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668185   ARROW PHARMACY 040** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296773107 | 25749356 | 191Invoice | | 417.02 | P | 417.02 | P | 7296773107 | |
| March 01,2007 | March 08,2007 | 7297207742 | 070187246Y | 191Invoice | | 368.94 | P | 368.94 | P | 7297207742 | |
| March 01,2007 | March 08,2007 | 7297207744 | 26074074 | 191Invoice | | 9,517.30 | P | 9,517.30 | P | 7297207744 | |
| March 01,2007 | March 08,2007 | 7297207750 | 26074074 | 191Invoice | | 375.07 | P | 375.07 | P | 7297207750 | |
| September 17,2007 | September 24,2007 | 4000208280 | Service Chg | PastDueBal | | 142.15 | P | 142.15 | P | 4000208280 | |
| October 01,2007 | October 08,2007 | 4000183485 | Service Chg | PastDueBal | | 106.78 | P | 106.78 | P | 4000183485 | |
| October 16,2007 | October 23,2007 | 4000199381 | Service Chg | PastDueBal | | 106.78 | P | 106.78 | P | 4000199381 | |
| November 01,2007 | November 08,2007 | 4000212538 | Service Chg | PastDueBal | | 106.78 | P | 106.78 | P | 4000212538 | |
| November 16,2007 | November 23,2007 | 4000212941 | Service Chg | PastDueBal | | 106.78 | P | 106.78 | P | 4000212941 | |
| December 01,2007 | December 08,2007 | 4000211785 | Service Chg | PastDueBal | | 106.78 | P | 106.78 | P | 4000211785 | |
| December 07,2007 | December 07,2007 | 7325738532 | TPC 9700036919 | 191Credit | | 238.43- | P | 238.43- | P | 7325738532 | |
| December 10,2007 | December 10,2007 | 7325899344 | TPC 970036926 | 191Credit | | 117.77- | P | 117.77- | P | 7325899344 | |
| December 17,2007 | December 24,2007 | 4000214642 | Service Chg | PastDueBal | | 105.12 | P | 105.12 | P | 4000214642 | |
| January 01,2008 | January 08,2008 | 4000215518 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000215518 | |
| January 16,2008 | January 23,2008 | 4000216214 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000216214 | |
| February 01,2008 | February 08,2008 | 4000177275 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000177275 | |
| February 16,2008 | February 23,2008 | 4000204561 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000204561 | |
| March 01,2008 | March 08,2008 | 4000210165 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000210165 | |
| March 17,2008 | March 24,2008 | 4000218941 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000218941 | |
| April 01,2008 | April 08,2008 | 4000220039 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000220039 | |
| April 16,2008 | April 23,2008 | 4000220932 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000220932 | |
| May 01,2008 | May 08,2008 | 4000221740 | Service Chg | PastDueBal | | 103.22 | P | 103.22 | P | 4000221740 | |
| May 02,2008 | May 02,2008 | 7341375018 | TPC 92469633 | 191Credit | | 112.90- | P | 112.90- | P | 7341375018 | |
| May 16,2008 | May 23,2008 | 4000219349 | Service Chg | PastDueBal | | 102.24 | P | 102.24 | P | 4000219349 | |

# MCKESSON

**STATEMENT**

Company: 8000

ARROW PHARMACY 040
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

DC:  8191

Territory:  8

Customer: 668185
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 002
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668185
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 668185  ARROW PHARMACY 040

| | Subtotals: | | 12,021.62 | USD | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Future Due: | 0.00 | | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | | USD | 12,021.62 |
| Past Due: | 12,021.62 | Pay This Amount: | 12,021.62 | USD | Disc lost if paid late: | |
| | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | Due If Paid Late: | |
| | | Pay this Amount: | 12,021.62 | USD | USD | 12,021.62 |

# McKESSON

## STATEMENT

**Company:** 8000

ZZARROW PHARMACY 042 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008  Page: 001

**DC:**  8191

**Territory:**  8

**Customer:** 668192
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**              **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**  668192
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( ✓ )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296781400 | 420221 | OTC | 191Invoice | 758.07 | P | 758.07 | P | 7296781400 | |
| February 26,2007 | March 05,2007 | 7296781407 | 420223 | | 191Invoice | 253.61 | P | 253.61 | P | 7296781407 | |
| March 01,2007 | March 08,2007 | 7297211857 | 42022807 | | 191Invoice | 492.15 | P | 492.15 | P | 7297211857 | |
| March 01,2007 | March 08,2007 | 7297211892 | 42022807 | | 191Invoice | 5,090.88 | P | 5,090.88 | P | 7297211892 | |
| September 17,2007 | September 24,2007 | 4000208281 | | Service Chg | PastDueBal | 122.98 | P | 122.98 | P | 4000208281 | |
| October 01,2007 | October 08,2007 | 4000183486 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000183486 | |
| October 16,2007 | October 23,2007 | 4000199382 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000199382 | |
| November 01,2007 | November 08,2007 | 4000212539 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000212539 | |
| November 16,2007 | November 23,2007 | 4000212942 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000212942 | |
| December 01,2007 | December 08,2007 | 4000211786 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000211786 | |
| December 17,2007 | December 24,2007 | 4000214643 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000214643 | |
| January 01,2008 | January 08,2008 | 4000215519 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000215519 | |
| January 16,2008 | January 23,2008 | 4000216215 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000216215 | |
| February 01,2008 | February 08,2008 | 4000177276 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000177276 | |
| February 16,2008 | February 23,2008 | 4000204562 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000204562 | |
| March 01,2008 | March 08,2008 | 4000210166 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000210166 | |
| March 17,2008 | March 24,2008 | 4000218942 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000218942 | |
| April 01,2008 | April 08,2008 | 4000220040 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000220040 | |
| April 16,2008 | April 23,2008 | 4000220933 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000220933 | |
| May 01,2008 | May 08,2008 | 4000221741 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000221741 | |
| May 16,2008 | May 23,2008 | 4000219350 | | Service Chg | PastDueBal | 65.95 | P | 65.95 | P | 4000219350 | |

**Customer Number 668192  ZZARROW PHARMACY 042 6/07**

# MCKESSON

## STATEMENT

**Company: 8000**

ZZARROW PHARMACY 042 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008     Page:  001

**DC:**     8191

**Territory:**     8

**Customer:**  668192
**Date:**  May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:**  May 30,2008          **Page:** 001
**Mail to:**                     **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     668192     **PLEASE CHECK ANY**
**Date:** May 31,2008   **ITEMS NOT PAID (  )**

PF column legend:    P =  Past Due Item,   F = Future Due Item,   blank =  Current Due Item

National Account 603805

_____

TOTAL:      Customer Number 668192  ZZARROW PHARMACY 042 6/07

Subtotals:                    7,772.89     USD

| | | | | |
|---|---|---|---|---|
| **Future Due:** | 0.00 | | **Due If Paid On Time:** | |
| | | **If Paid By Invoice Terms,** | USD | 7,772.89 |
| **Past Due:** | 7,772.89 | **Pay This Amount:**        7,772.89    USD | **Disc lost if paid late:** | |
| | | | | 0.00 |
| | | **If Paid After Invoice Terms,** | **Due If Paid Late:** | |
| **Last Payment** | 0.00 | **Pay this Amount:**       7,772.89    USD | USD | 7,772.89 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008    Page: 001

|  |  |
|---|---|
| ARROW PHARMACY 044 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE |  |
| FARMINGTON CT  06032 |  |

DC:    8191

Territory:    8

Customer: 668211
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668211    PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668211  ARROW PHARMACY 044** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296756366 | 0223070044 | 191Invoice | | 1,845.69 | P | 1,845.69 | P | 7296756366 | |
| February 26,2007 | March 05,2007 | 7296757012 | 44022307 | 191Invoice | | 446.84 | P | 446.84 | P | 7296757012 | |
| February 26,2007 | March 05,2007 | 7296757020 | 0224070044 | 191Invoice | | 15.08 | P | 15.08 | P | 7296757020 | |
| March 01,2007 | March 08,2007 | 7297199744 | 0044022807 | 191Invoice | | 10,610.51 | P | 10,610.51 | P | 7297199744 | |
| March 01,2007 | March 08,2007 | 7297199748 | 0044022807 | 191Invoice | | 11.94 | P | 11.94 | P | 7297199748 | |
| March 31,2007 | April 07,2007 | 7300267005 | 03290744 | 164Invoice | | 11.49 | P | 11.49 | P | 7300267005 | |
| September 17,2007 | September 24,2007 | 4000208282 | Service Chg | PastDueBal | | 176.86 | P | 176.86 | P | 4000208282 | |
| October 01,2007 | October 08,2007 | 4000183487 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000183487 | |
| October 16,2007 | October 23,2007 | 4000199383 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000199383 | |
| November 01,2007 | November 08,2007 | 4000212540 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000212540 | |
| November 16,2007 | November 23,2007 | 4000212943 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000212943 | |
| December 01,2007 | December 08,2007 | 4000211787 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000211787 | |
| December 17,2007 | December 24,2007 | 4000214644 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000214644 | |
| January 01,2008 | January 08,2008 | 4000215520 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000215520 | |
| January 16,2008 | January 23,2008 | 4000216216 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000216216 | |
| February 01,2008 | February 08,2008 | 4000177277 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000177277 | |
| February 16,2008 | February 23,2008 | 4000204563 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000204563 | |
| March 01,2008 | March 08,2008 | 4000210167 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000210167 | |
| March 17,2008 | March 24,2008 | 4000218943 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000218943 | |
| April 01,2008 | April 08,2008 | 4000220041 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000220041 | |
| April 16,2008 | April 23,2008 | 4000220934 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000220934 | |
| May 01,2008 | May 08,2008 | 4000221742 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000221742 | |
| May 16,2008 | May 23,2008 | 4000219351 | Service Chg | PastDueBal | | 129.42 | P | 129.42 | P | 4000219351 | |

# McKESSON

## STATEMENT

Company: 8000

ARROW PHARMACY 044
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 002

DC:  8191

Territory:  8

**Customer:** 668211
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                              **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     668211      PLEASE CHECK ANY
**Date:** May 31,2008     ITEMS NOT PAID(✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:    Customer Number 668211  ARROW PHARMACY 044**

|  |  | Subtotals: | | 15,189.13 | USD |
|---|---|---|---|---|---|

| Future Due: | 0.00 | | Due If Paid On Time: | |
|---|---|---|---|---|
| | | If Paid By Invoice Terms, | USD | 15,189.13 |
| Past Due: | 15,189.13 | Pay This Amount:     15,189.13  USD | Disc lost if paid late: | |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:     15,189.13  USD | USD | 15,189.13 |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

ARROW PHARMACY 045
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:       8191

Territory:      8

Customer: 668216
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:                Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:       668216
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668216  ARROW PHARMACY 045** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296780780 | 0223070045 | 191Invoice | | 306.63 | P | 306.63 | P | 7296780780 | |
| February 26,2007 | March 05,2007 | 7296780785 | 4502222007 | 191Invoice | | 53.24 | P | 53.24 | P | 7296780785 | |
| February 26,2007 | March 05,2007 | 7296780786 | 45022320075 | 191Invoice | | 48.34 | P | 48.34 | P | 7296780786 | |
| February 26,2007 | March 05,2007 | 7296780792 | 02/25/07/045 | 191Invoice | | 657.74 | P | 657.74 | P | 7296780792 | |
| March 01,2007 | March 08,2007 | 7297211086 | 065996749 | 191Invoice | | 297.78 | P | 297.78 | P | 7297211086 | |
| March 01,2007 | March 08,2007 | 7297211087 | 02/28/2007/045 | 191Invoice | | 6,773.53 | P | 6,773.53 | P | 7297211087 | |
| March 01,2007 | March 08,2007 | 7297211089 | 02/28/2007/045 | 191Invoice | | 125.16 | P | 125.16 | P | 7297211089 | |
| March 01,2007 | March 08,2007 | 7297211090 | 45022820073 | 191Invoice | | 590.02 | P | 590.02 | P | 7297211090 | |
| September 17,2007 | September 24,2007 | 4000208283 | | Service Chg | PastDueBal | 128.41 | P | 128.41 | P | 4000208283 | |
| October 01,2007 | October 08,2007 | 4000183488 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000183488 | |
| October 16,2007 | October 23,2007 | 4000199384 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000199384 | |
| November 01,2007 | November 08,2007 | 4000212541 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000212541 | |
| November 16,2007 | November 23,2007 | 4000212944 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000212944 | |
| December 01,2007 | December 08,2007 | 4000211788 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000211788 | |
| December 17,2007 | December 24,2007 | 4000214645 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000214645 | |
| January 01,2008 | January 08,2008 | 4000215521 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000215521 | |
| January 16,2008 | January 23,2008 | 4000216217 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000216217 | |
| February 01,2008 | February 08,2008 | 4000177278 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000177278 | |
| February 16,2008 | February 23,2008 | 4000204564 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000204564 | |
| March 01,2008 | March 08,2008 | 4000210168 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000210168 | |
| March 17,2008 | March 24,2008 | 4000218944 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000218944 | |
| April 01,2008 | April 08,2008 | 4000220042 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000220042 | |
| April 16,2008 | April 23,2008 | 4000220935 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000220935 | |
| May 01,2008 | May 08,2008 | 4000221743 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000221743 | |
| May 16,2008 | May 23,2008 | 4000219352 | | Service Chg | PastDueBal | 88.53 | P | 88.53 | P | 4000219352 | |

# MCKESSON

Company: 8000

**STATEMENT**

As of: May 30,2008    Page: 002

To ensure proper credit to your
account, detach and return this
stub with your remittance

ARROW PHARMACY 045
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

| | |
|---|---|
| DC: | 8191 |
| Territory: | 8 |
| Customer: | 668216 |
| Date: | May 31,2008 |

**As of:** May 30,2008    **Page:** 002
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust:    668216
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:    Customer Number 668216  ARROW PHARMACY 045**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Subtotals: | | 10,397.33 | USD | | |
| Future Due: | 0.00 | | | | | | Due If Paid On Time: | |
| | | | If Paid By Invoice Terms, | | | | USD | 10,397.33 |
| Past Due: | 10,397.33 | | Pay This Amount: | | 10,397.33 | USD | Disc lost if paid late: | |
| | | | | | | | | 0.00 |
| Last Payment | 0.00 | | If Paid After Invoice Terms, | | | | Due If Paid Late: | |
| | | | Pay this Amount: | | 10,397.33 | USD | USD | 10,397.33 |

# McKESSON

**Company:** 8000

**STATEMENT**

As of: May 30,2008    Page: 001

DC: 8191

Territory: 8

Customer: 668226
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

ARROW SPECIALTY PHCY 047
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

**As of:** May 30,2008    **Page:** 001
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

**Cust:**  668226    PLEASE CHECK ANY
**Date:** May 31,2008   ITEMS NOT PAID ( ✓ )

## National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 668226  ARROW SPECIALTY PHCY 047 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296772807 | week-end | 191 Invoice | | 28.07 | P | 28.07 | P | 7296772807 | |
| March 01,2007 | March 08,2007 | 7297207264 | 066553777 | 191 Invoice | | 793.90 | P | 793.90 | P | 7297207264 | |
| March 01,2007 | March 08,2007 | 7297207267 | 7297207267 | 191 Invoice | | 400.43 | P | 400.43 | P | 7297207267 | |
| March 01,2007 | March 08,2007 | 7297207273 | thurs del | 191 Invoice | | 1,332.53 | P | 1,332.53 | P | 7297207273 | |
| March 01,2007 | March 08,2007 | 7297208761 | thurs del | 191 Invoice | | 10,125.84 | P | 10,125.84 | P | 7297208761 | |
| March 01,2007 | March 01,2007 | 7297380743 | 7297380743 | 191 Credit | | 410.89- | P | 410.89- | P | 7297380743 | |
| September 17,2007 | September 24,2007 | 4000208284 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000208284 | |
| October 01,2007 | October 08,2007 | 4000183489 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000183489 | |
| October 16,2007 | October 23,2007 | 4000199385 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000199385 | |
| November 01,2007 | November 08,2007 | 4000212542 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000212542 | |
| November 16,2007 | November 23,2007 | 4000212945 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000212945 | |
| December 01,2007 | December 08,2007 | 4000211789 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000211789 | |
| December 17,2007 | December 24,2007 | 4000214646 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000214646 | |
| January 01,2008 | January 08,2008 | 4000215522 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000215522 | |
| January 16,2008 | January 23,2008 | 4000216218 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000216218 | |
| February 01,2008 | February 08,2008 | 4000177279 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000177279 | |
| February 16,2008 | February 23,2008 | 4000204565 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000204565 | |
| March 01,2008 | March 08,2008 | 4000210169 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000210169 | |
| March 17,2008 | March 24,2008 | 4000218945 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000218945 | |
| April 01,2008 | April 08,2008 | 4000220043 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000220043 | |
| April 16,2008 | April 23,2008 | 4000220936 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000220936 | |
| May 01,2008 | May 08,2008 | 4000221744 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000221744 | |
| May 16,2008 | May 23,2008 | 4000219353 | Service Chg | PastDueBal | | 122.70 | P | 122.70 | P | 4000219353 | |

# MCKESSON

## STATEMENT

**Company:** 8000

ARROW SPECIALTY PHCY 047
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

**DC:**  8191

**Territory:**  8

**Customer:** 668226
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 002
**Mail to:**                        **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668226       PLEASE CHECK ANY
**Date:** May 31,2008     ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:**    Customer Number 668226  ARROW SPECIALTY PHCY 047

| | | | Subtotals: | | 14,355.78 | USD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Future Due:** | 0.00 | | | **Due If Paid On Time:** | |
| | | **If Paid By Invoice Terms,** | | USD | 14,355.78 |
| **Past Due:** | 14,355.78 | **Pay This Amount:** | 14,355.78  USD | **Disc lost if paid late:** | |
| | | | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | | **Due If Paid Late:** | |
| | | **Pay this Amount:** | 14,355.78  USD | USD | 14,355.78 |

# McKESSON

**STATEMENT**

Company: 8000

ARROW PHARMACY 048
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008      Page: 001

DC:      8191

Territory:      8

Customer: 668261
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008       **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668261      PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668261  ARROW PHARMACY 048** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296792551 | 022307 | 191Invoice | | 1,774.28 | P | 1,774.28 | P | 7296792551 | |
| February 26,2007 | March 05,2007 | 7296792552 | 061629438Y | 191Invoice | | 1,187.32 | P | 1,187.32 | P | 7296792552 | |
| March 01,2007 | March 08,2007 | 7297217052 | 022807 | 191Invoice | | 7,861.24 | P | 7,861.24 | P | 7297217052 | |
| March 01,2007 | March 08,2007 | 7297217053 | 022807 | 191Invoice | | 500.32 | P | 500.32 | P | 7297217053 | |
| March 01,2007 | March 08,2007 | 7297217054 | 022807 | 191Invoice | | 312.36 | P | 312.36 | P | 7297217054 | |
| September 17,2007 | September 24,2007 | 4000208285 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000208285 | |
| October 01,2007 | October 08,2007 | 4000183490 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000183490 | |
| October 16,2007 | October 23,2007 | 4000199386 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000199386 | |
| November 01,2007 | November 08,2007 | 4000212543 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000212543 | |
| November 16,2007 | November 23,2007 | 4000212946 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000212946 | |
| December 01,2007 | December 08,2007 | 4000211790 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000211790 | |
| December 17,2007 | December 24,2007 | 4000214647 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000214647 | |
| January 01,2008 | January 08,2008 | 4000215523 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000215523 | |
| January 16,2008 | January 23,2008 | 4000216219 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000216219 | |
| February 01,2008 | February 08,2008 | 4000177280 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000177280 | |
| February 16,2008 | February 23,2008 | 4000204566 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000204566 | |
| March 01,2008 | March 08,2008 | 4000210170 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000210170 | |
| March 17,2008 | March 24,2008 | 4000218946 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000218946 | |
| April 01,2008 | April 08,2008 | 4000220044 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000220044 | |
| April 16,2008 | April 23,2008 | 4000220937 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000220937 | |
| May 01,2008 | May 08,2008 | 4000221745 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000221745 | |
| May 16,2008 | May 23,2008 | 4000219354 | Service Chg | PastDueBal | | 116.34 | P | 116.34 | P | 4000219354 | |
| May 30,2008 | May 30,2008 | 7344390088 | TPC 319283 | 191Credit | | 2,655.63- | P | 2,655.63- | P | 7344390088 | |

# MCKESSON

**STATEMENT**

As of: May 30,2008        Page: 002

Company: 8000

ARROW PHARMACY 048
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8191

Territory:      8

Customer:  668261
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008         **Page:** 002
**Mail to:**                          **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668261
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P =  Past Due Item,      F = Future Due Item,      blank =  Current Due Item

TOTAL:      Customer Number 668261    ARROW PHARMACY 048

Subtotals:                    10,957.67       USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | USD | 10,957.67 |
| Past Due: | 10,957.67 | Pay This Amount:      10,957.67   USD | Disc lost if paid late: | |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:      10,957.67   USD | USD | 10,957.67 |

# M$^C$KESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

ZZARROW PHARMACY 050 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8191

Territory:    8

Customer:  668264
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008    **Page:** 001
**Mail to:**              **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668264
**Date:** May 31,2008    PLEASE CHECK ANY
                        ITEMS NOT PAID(✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296754457 | 25740026 | 191Invoice | | 349.58 | P | 349.58 | P | 7296754457 | |
| February 26,2007 | March 05,2007 | 7296754458 | 070831255Y | 191Invoice | | 605.51 | P | 605.51 | P | 7296754458 | |
| March 01,2007 | March 08,2007 | 7297196783 | 0050 | 191Invoice | | 6,271.69 | P | 6,271.69 | P | 7297196783 | |
| September 17,2007 | September 24,2007 | 4000208286 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000208286 | |
| October 01,2007 | October 08,2007 | 4000183491 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000183491 | |
| October 16,2007 | October 23,2007 | 4000199387 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000199387 | |
| November 01,2007 | November 08,2007 | 4000212544 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000212544 | |
| November 16,2007 | November 23,2007 | 4000212947 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000212947 | |
| December 01,2007 | December 08,2007 | 4000211791 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000211791 | |
| December 17,2007 | December 24,2007 | 4000214648 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000214648 | |
| January 01,2008 | January 08,2008 | 4000215524 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000215524 | |
| January 16,2008 | January 23,2008 | 4000216220 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000216220 | |
| February 01,2008 | February 08,2008 | 4000177281 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000177281 | |
| February 16,2008 | February 23,2008 | 4000204567 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000204567 | |
| March 01,2008 | March 08,2008 | 4000210171 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000210171 | |
| March 17,2008 | March 24,2008 | 4000218947 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000218947 | |
| April 01,2008 | April 08,2008 | 4000220045 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000220045 | |
| April 16,2008 | April 23,2008 | 4000220938 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000220938 | |
| May 01,2008 | May 08,2008 | 4000221746 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000221746 | |
| May 16,2008 | May 23,2008 | 4000219355 | Service Chg | PastDueBal | | 72.28 | P | 72.28 | P | 4000219355 | |

Customer Number 668264  ZZARROW PHARMACY 050 6/07

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

ZZARROW PHARMACY 050 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:        8191

Territory:        8

Customer: 668264
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008        Page: 001
Mail to:                  Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      668264      PLEASE CHECK ANY
Date: May 31,2008      ITEMS NOT PAID ( )

PF column legend:    P =  Past Due Item,    F = Future Due Item,    blank =  Current Due Item

National Account 603805

_____

TOTAL:      Customer Number 668264  ZZARROW PHARMACY 050 6/07

Subtotals:                          8,455.54      USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | If Paid By Invoice Terms,<br>Pay This Amount: | 8,455.54  USD | Due If Paid On Time:<br>USD                    8,455.54 |
| Past Due: | 8,455.54 | | | Disc lost if paid late:<br>0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms,<br>Pay this Amount: | 8,455.54  USD | Due If Paid Late:<br>USD                    8,455.54 |

# McKESSON

**STATEMENT**

As of: May 30,2008          Page: 001

Company: 8000

ARROW PHARMACY 054
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:        8191

Territory:        8

Customer: 668270
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 001
**Mail to:**                                   **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668270
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296791685 | 0054022307 | 191Invoice | | 271.69 | P | 271.69 | P | 7296791685 | |
| February 26,2007 | March 05,2007 | 7296791687 | 25747843 | 191Invoice | | 2,040.78 | P | 2,040.78 | P | 7296791687 | |
| February 26,2007 | March 05,2007 | 7296791689 | 0054022407 | 191Invoice | | 1,672.52 | P | 1,672.52 | P | 7296791689 | |
| February 26,2007 | March 05,2007 | 7296791690 | 0054022407 | 191Invoice | | 7.11 | P | 7.11 | P | 7296791690 | |
| February 26,2007 | March 05,2007 | 7296791691 | 0054022407 | 191Invoice | | 964.92 | P | 964.92 | P | 7296791691 | |
| March 01,2007 | March 08,2007 | 7297219846 | 0054022807 | 191Invoice | | 11,028.23 | P | 11,028.23 | P | 7297219846 | |
| September 17,2007 | September 24,2007 | 4000208287 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000208287 | |
| October 01,2007 | October 08,2007 | 4000183492 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000183492 | |
| October 16,2007 | October 23,2007 | 4000199388 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000199388 | |
| November 01,2007 | November 08,2007 | 4000212545 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000212545 | |
| November 16,2007 | November 23,2007 | 4000212948 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000212948 | |
| December 01,2007 | December 08,2007 | 4000211792 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000211792 | |
| December 17,2007 | December 24,2007 | 4000214649 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000214649 | |
| January 01,2008 | January 08,2008 | 4000215525 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000215525 | |
| January 16,2008 | January 23,2008 | 4000216221 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000216221 | |
| February 01,2008 | February 08,2008 | 4000177282 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000177282 | |
| February 16,2008 | February 23,2008 | 4000204568 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000204568 | |
| March 01,2008 | March 08,2008 | 4000210172 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000210172 | |
| March 17,2008 | March 24,2008 | 4000218948 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000218948 | |
| April 01,2008 | April 08,2008 | 4000220046 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000220046 | |
| April 16,2008 | April 23,2008 | 4000220939 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000220939 | |
| May 01,2008 | May 08,2008 | 4000221747 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000221747 | |
| May 16,2008 | May 23,2008 | 4000219356 | | Service Chg | PastDueBal | 159.86 | P | 159.86 | P | 4000219356 | |

**Customer Number 668270  ARROW PHARMACY 054**

# McKESSON

**STATEMENT**

As of: May 30,2008   Page: 002

Company: 8000

ARROW PHARMACY 054
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**DC:**  8191

**Territory:**  8

**Customer:** 668270
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008      **Page:** 002
**Mail to:**                        **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668270      **PLEASE CHECK ANY**
**Date:** May 31,2008   **ITEMS NOT PAID( )**

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P =  Past Due Item,     F =  Future Due Item,      blank =  Current Due Item

**TOTAL:**    **Customer Number 668270  ARROW PHARMACY 054**

|  |  | Subtotals: | 18,702.87 | USD |
|---|---|---|---|---|

| Future Due: | 0.00 | | | | Due If Paid On Time: | |
|---|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | | USD | 18,702.87 |
| Past Due: | 18,702.87 | Pay This Amount: | 18,702.87 | USD | Disc lost if paid late: | |
| | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | Due If Paid Late: | |
| | | Pay this Amount: | 18,702.87 | USD | USD | 18,702.87 |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

To ensure proper credit to your account, detach and return this stub with your remittance

ARROW PHARMACY 074
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:        8191

Territory:        8

Customer: 668313
Date: May 31,2008

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668313
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296772447 | 070162673 | 191Invoice | | 1,236.05 | P | 1,236.05 | P | 7296772447 | |
| February 26,2007 | March 05,2007 | 7296772449 | 007402232007 | 191Invoice | | 441.62 | P | 441.62 | P | 7296772449 | |
| March 01,2007 | March 08,2007 | 7297206690 | 070162696 | 191Invoice | | 198.77 | P | 198.77 | P | 7297206690 | |
| March 01,2007 | March 08,2007 | 7297206692 | 007402282007 | 191Invoice | | 14.84 | P | 14.84 | P | 7297206692 | |
| March 01,2007 | March 08,2007 | 7297208082 | 007402282007 | 191Invoice | | 7,441.82 | P | 7,441.82 | P | 7297208082 | |
| September 17,2007 | September 24,2007 | 4000208288 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000208288 | |
| October 01,2007 | October 08,2007 | 4000183493 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000183493 | |
| October 16,2007 | October 23,2007 | 4000199389 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000199389 | |
| November 01,2007 | November 08,2007 | 4000212546 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000212546 | |
| November 16,2007 | November 23,2007 | 4000212949 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000212949 | |
| December 01,2007 | December 08,2007 | 4000211793 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000211793 | |
| December 17,2007 | December 24,2007 | 4000214650 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000214650 | |
| January 01,2008 | January 08,2008 | 4000215526 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000215526 | |
| January 16,2008 | January 23,2008 | 4000216222 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000216222 | |
| February 01,2008 | February 08,2008 | 4000177283 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000177283 | |
| February 16,2008 | February 23,2008 | 4000204569 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000204569 | |
| March 01,2008 | March 08,2008 | 4000210173 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000210173 | |
| March 17,2008 | March 24,2008 | 4000218949 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000218949 | |
| April 01,2008 | April 08,2008 | 4000220047 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000220047 | |
| April 16,2008 | April 23,2008 | 4000220940 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000220940 | |
| May 01,2008 | May 08,2008 | 4000221748 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000221748 | |
| May 16,2008 | May 23,2008 | 4000219357 | Service Chg | PastDueBal | | 93.34 | P | 93.34 | P | 4000219357 | |

Customer Number 668313  ARROW PHARMACY 074

# MCKESSON

## STATEMENT

**Company:** 8000

ARROW PHARMACY 074
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008                Page: 002

**DC:**  8191

**Territory:**   8

**Customer:** 668313
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668313
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:   P = Past Due Item,   F = Future Due Item,   blank = Current Due Item

**TOTAL:**   Customer Number 668313  ARROW PHARMACY 074

| | | Subtotals: | | | 10,919.88 | USD | | | | |

| Future Due: | 0.00 | | | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | | | USD | 10,919.88 |
| Past Due: | 10,919.88 | Pay This Amount: | | 10,919.88 | USD | Disc lost if paid late: | |
| | | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | | Due If Paid Late: | |
| | | Pay this Amount: | | 10,919.88 | USD | USD | 10,919.88 |

# McKESSON

Company: 8000

ARROW PHARMACY 075
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

## STATEMENT

As of: May 30,2008    Page: 001

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8191

Territory:  8

Customer:  668317
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668317
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296786402 | 066603725 | 191Invoice | | 505.92 | P | 505.92 | P | 7296786402 | |
| February 26,2007 | March 05,2007 | 7296786403 | 0075022307 | 191Invoice | | 2,113.64 | P | 2,113.64 | P | 7296786403 | |
| February 26,2007 | March 05,2007 | 7296786407 | 0075022307 | 191Invoice | | 139.09 | P | 139.09 | P | 7296786407 | |
| March 01,2007 | March 08,2007 | 7297216421 | 0075022807 | 191Invoice | | 12,789.17 | P | 12,789.17 | P | 7297216421 | |
| March 01,2007 | March 08,2007 | 7297216423 | 0075022807 | 191Invoice | | 180.14 | P | 180.14 | P | 7297216423 | |
| March 01,2007 | March 08,2007 | 7297216424 | 0075022807 | 191Invoice | | 34.84 | P | 34.84 | P | 7297216424 | |
| September 17,2007 | September 24,2007 | 4000208289 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000208289 | |
| October 01,2007 | October 08,2007 | 4000183494 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000183494 | |
| October 16,2007 | October 23,2007 | 4000199390 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000199390 | |
| November 01,2007 | November 08,2007 | 4000212547 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000212547 | |
| November 16,2007 | November 23,2007 | 4000212950 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000212950 | |
| December 01,2007 | December 08,2007 | 4000211794 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000211794 | |
| December 17,2007 | December 24,2007 | 4000214651 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000214651 | |
| January 01,2008 | January 08,2008 | 4000215527 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000215527 | |
| January 16,2008 | January 23,2008 | 4000216223 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000216223 | |
| February 01,2008 | February 08,2008 | 4000177284 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000177284 | |
| February 16,2008 | February 23,2008 | 4000204570 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000204570 | |
| March 01,2008 | March 08,2008 | 4000210174 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000210174 | |
| March 17,2008 | March 24,2008 | 4000218950 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000218950 | |
| April 01,2008 | April 08,2008 | 4000220048 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000220048 | |
| April 16,2008 | April 23,2008 | 4000220941 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000220941 | |
| May 01,2008 | May 08,2008 | 4000221749 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000221749 | |
| May 16,2008 | May 23,2008 | 4000219358 | | Service Chg | PastDueBal | 157.63 | P | 157.63 | P | 4000219358 | |

Customer Number 668317  ARROW PHARMACY 075

# MCKESSON

**STATEMENT**

Company: 8000

ARROW PHARMACY 075
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 002

DC:      8191

Territory:      8

**Customer:** 668317
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                          **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668317
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**PF column legend:     P =  Past Due Item,     F =  Future Due Item,     blank =  Current Due Item**

**TOTAL:     Customer Number 668317   ARROW PHARMACY 075**

Subtotals:                          18,442.51     USD

| | | | | |
|---|---|---|---|---|
| **Future Due:** | 0.00 | | **Due If Paid On Time:** | |
| | | **If Paid By Invoice Terms,** | USD | 18,442.51 |
| **Past Due:** | 18,442.51 | **Pay This Amount:**      18,442.51   USD | **Disc lost if paid late:** | |
| | | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | **Due If Paid Late:** | |
| | | **Pay this Amount:**      18,442.51   USD | USD | 18,442.51 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

DC:    8191

Territory:    8

ZZETHICAL PHCY 076 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Customer: 668352
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668352
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668352  ZZETHICAL PHCY 076 6/07** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296773200 | 25758206 | 191Invoice | | 408.16 | P | 408.16 | P | 7296773200 | |
| March 01,2007 | March 08,2007 | 7297206448 | 26077868 | 191Invoice | | 615.66 | P | 615.66 | P | 7297206448 | |
| March 01,2007 | March 08,2007 | 7297206449 | 26085624 | 191Invoice | | 2.50 | P | 2.50 | P | 7297206449 | |
| March 01,2007 | March 08,2007 | 7297209022 | 26077868 | 191Invoice | | 13,666.38 | P | 13,666.38 | P | 7297209022 | |
| September 17,2007 | September 24,2007 | 4000208290 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000208290 | |
| October 01,2007 | October 08,2007 | 4000183495 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000183495 | |
| October 16,2007 | October 23,2007 | 4000199391 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000199391 | |
| November 01,2007 | November 08,2007 | 4000212548 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000212548 | |
| November 16,2007 | November 23,2007 | 4000212951 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000212951 | |
| December 01,2007 | December 08,2007 | 4000211795 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000211795 | |
| December 17,2007 | December 24,2007 | 4000214652 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000214652 | |
| January 01,2008 | January 08,2008 | 4000215528 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000215528 | |
| January 16,2008 | January 23,2008 | 4000216224 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000216224 | |
| February 01,2008 | February 08,2008 | 4000177285 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000177285 | |
| February 16,2008 | February 23,2008 | 4000204571 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000204571 | |
| March 01,2008 | March 08,2008 | 4000210175 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000210175 | |
| March 17,2008 | March 24,2008 | 4000218951 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000218951 | |
| April 01,2008 | April 08,2008 | 4000220049 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000220049 | |
| April 16,2008 | April 23,2008 | 4000220942 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000220942 | |
| May 01,2008 | May 08,2008 | 4000221750 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000221750 | |
| May 16,2008 | May 23,2008 | 4000219359 | Service Chg | PastDueBal | | 146.93 | P | 146.93 | P | 4000219359 | |

# MCKESSON

**STATEMENT**

As of: May 30,2008          Page: 001

Company: 8000

| | |
|---|---|
| ZZETHICAL PHCY 076 6/07 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE | |
| FARMINGTON CT  06032 | |

DC:      8191

Territory:      8

**Customer:** 668352
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668352
**Date:** May 31,2008     PLEASE CHECK ANY
                          ITEMS NOT PAID ( )

PF column legend:     P =  Past Due Item,     F = Future Due Item,     blank =  Current Due Item

National Account 603805

_____

TOTAL:      Customer Number 668352  ZZETHICAL PHCY 076 6/07

Subtotals:                    17,190.51     USD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Future Due:** | 0.00 | | | | **Due If Paid On Time:** | |
| | | **If Paid By Invoice Terms,** | | | USD | 17,190.51 |
| **Past Due:** | 17,190.51 | **Pay This Amount:** | 17,190.51 | USD | **Disc lost if paid late:** | |
| | | | | | | 0.00 |
| | | **If Paid After Invoice Terms,** | | | **Due If Paid Late:** | |
| **Last Payment** | 0.00 | **Pay this Amount:** | 17,190.51 | USD | USD | 17,190.51 |

# McKESSON

Company: 8000

ZZETHICAL PHCY 077 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

## STATEMENT

As of: May 30,2008    Page: 001

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

DC:    8191

Territory:    8

Customer: 668353
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust:    668353
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668353  ZZETHICAL PHCY 077 6/07** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296772839 | 7296772839 | 191Invoice | | 702.88 | P | 702.88 | P | 7296772839 | |
| March 01,2007 | March 08,2007 | 7297208018 | 77022807 | 191Invoice | | 10,761.10 | P | 10,761.10 | P | 7297208018 | |
| March 01,2007 | March 08,2007 | 7297208021 | 77022807 | 191Invoice | | 41.69 | P | 41.69 | P | 7297208021 | |
| September 17,2007 | September 24,2007 | 4000208291 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000208291 | |
| October 01,2007 | October 08,2007 | 4000183496 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000183496 | |
| October 16,2007 | October 23,2007 | 4000199392 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000199392 | |
| November 01,2007 | November 08,2007 | 4000212549 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000212549 | |
| November 16,2007 | November 23,2007 | 4000212952 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000212952 | |
| December 01,2007 | December 08,2007 | 4000211796 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000211796 | |
| December 17,2007 | December 24,2007 | 4000214653 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000214653 | |
| January 01,2008 | January 08,2008 | 4000215529 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000215529 | |
| January 16,2008 | January 23,2008 | 4000216225 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000216225 | |
| February 01,2008 | February 08,2008 | 4000177286 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000177286 | |
| February 16,2008 | February 23,2008 | 4000204572 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000204572 | |
| March 01,2008 | March 08,2008 | 4000210176 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000210176 | |
| March 17,2008 | March 24,2008 | 4000218952 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000218952 | |
| April 01,2008 | April 08,2008 | 4000220050 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000220050 | |
| April 16,2008 | April 23,2008 | 4000220943 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000220943 | |
| May 01,2008 | May 08,2008 | 4000221751 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000221751 | |
| May 16,2008 | May 23,2008 | 4000219360 | | Service Chg | PastDueBal | 115.06 | P | 115.06 | P | 4000219360 | |

# MCKESSON

Company: 8000

**STATEMENT**

As of: May 30,2008     Page: 001

ZZETHICAL PHCY 077 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:      8191

Territory:      8

**Customer:** 668353
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008        **Page:** 001
**Mail to:**                  **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668353
**Date:** May 31,2008     PLEASE CHECK ANY
                          ITEMS NOT PAID ( )
                                    ↓

PF column legend:     P =  Past Due Item,    F = Future Due Item,    blank =  Current Due Item

National Account 603805

_____

**TOTAL:**     **Customer Number 668353  ZZETHICAL PHCY 077 6/07**

|                      |                | **Subtotals:** | 13,461.69 | USD |
|----------------------|----------------|----------------|-----------|-----|

| | | | | | |
|---|---|---|---|---|---|
| **Future Due:** | 0.00 | | | | **Due If Paid On Time:** |
| | | **If Paid By Invoice Terms,** | | | USD               13,461.69 |
| **Past Due:** | 13,461.69 | **Pay This Amount:** | 13,461.69 | USD | **Disc lost if paid late:** |
| | | | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | | | **Due If Paid Late:** |
| | | **Pay this Amount:** | 13,461.69 | USD | USD               13,461.69 |

# MCKESSON

**STATEMENT**

Company: 8000

ZZARROW PHCY 078 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

As of: May 30,2008    Page: 001

DC: 8191

Territory: 8

Customer: 668399
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

**Cust:** 668399
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668399  ZZARROW PHCY 078 6/07** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296792357 | 0223070078 | 191 Invoice | | 1,228.87 | P | 1,228.87 | P | 7296792357 | |
| February 26,2007 | March 05,2007 | 7296792358 | 022420070078 | 191 Invoice | | 569.58 | P | 569.58 | P | 7296792358 | |
| March 01,2007 | March 08,2007 | 7297221740 | 0228070078 | 191 Invoice | | 5,469.65 | P | 5,469.65 | P | 7297221740 | |
| September 17,2007 | September 24,2007 | 4000208292 | Service Chg | PastDueBal | | 113.56 | P | 113.56 | P | 4000208292 | |
| October 01,2007 | October 08,2007 | 4000183497 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000183497 | |
| October 16,2007 | October 23,2007 | 4000199393 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000199393 | |
| November 01,2007 | November 08,2007 | 4000212550 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000212550 | |
| November 16,2007 | November 23,2007 | 4000212953 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000212953 | |
| December 01,2007 | December 08,2007 | 4000211797 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000211797 | |
| December 17,2007 | December 24,2007 | 4000214654 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000214654 | |
| January 01,2008 | January 08,2008 | 4000215530 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000215530 | |
| January 16,2008 | January 23,2008 | 4000216226 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000216226 | |
| February 01,2008 | February 08,2008 | 4000177287 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000177287 | |
| February 16,2008 | February 23,2008 | 4000204573 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000204573 | |
| March 01,2008 | March 08,2008 | 4000210177 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000210177 | |
| March 17,2008 | March 24,2008 | 4000218953 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000218953 | |
| April 01,2008 | April 08,2008 | 4000220051 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000220051 | |
| April 16,2008 | April 23,2008 | 4000220944 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000220944 | |
| May 01,2008 | May 08,2008 | 4000221752 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000221752 | |
| May 16,2008 | May 23,2008 | 4000219361 | Service Chg | PastDueBal | | 72.69 | P | 72.69 | P | 4000219361 | |

# MCKESSON

**STATEMENT**

Company: 8000

ZZARROW PHCY 078 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008       Page:  001

DC:       8191

Territory:        8

**Customer:** 668399
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008       **Page:** 001
**Mail to:**                              **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     668399
**Date:** May 31,2008       PLEASE CHECK ANY ITEMS NOT PAID ( )

PF column legend:     P =  Past Due Item,     F = Future Due Item,     blank =  Current Due Item

National Account 605805

_____

**TOTAL:**     Customer Number 668399  ZZARROW PHCY 078 6/07

|  |  |  |
|---|---|---|
| | Subtotals: | 8,544.70     USD |

| | | | | |
|---|---|---|---|---|
| **Future Due:** | 0.00 | | **Due If Paid On Time:** | |
| | | If Paid By Invoice Terms, | USD | 8,544.70 |
| **Past Due:** | 8,544.70 | **Pay This Amount:**    8,544.70   USD | **Disc lost if paid late:** | |
| | | | | 0.00 |
| **Last Payment** | 0.00 | If Paid After Invoice Terms, | **Due If Paid Late:** | |
| | | **Pay this Amount:**    8,544.70   USD | USD | 8,544.70 |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

ARROW PHARMACY 079
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8191

Territory:    8

Customer:  668407
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668407
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 668407  ARROW PHARMACY 079 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296772643 | 25742447 | 191Invoice | | 2,581.42 | P | 2,581.42 | P | 7296772643 | |
| February 26,2007 | March 05,2007 | 7296772650 | 25772685 | 191Invoice | | 222.88 | P | 222.88 | P | 7296772650 | |
| March 01,2007 | March 08,2007 | 7297207125 | 022807 | 191Invoice | | 2,208.74 | P | 2,208.74 | P | 7297207125 | |
| March 01,2007 | March 08,2007 | 7297207132 | 022807 | 191Invoice | | 20.53 | P | 20.53 | P | 7297207132 | |
| September 11,2007 | September 18,2007 | 7316568403 | 2745378 | 191Invoice | | 999.84 | P | 999.84 | P | 7316568403 | |
| September 12,2007 | September 19,2007 | 7316695828 | 2849393 | 191Invoice | | 818.61 | P | 818.61 | P | 7316695828 | |
| September 12,2007 | September 19,2007 | 7316695830 | 2849393 | 191Invoice | | 277.24 | P | 277.24 | P | 7316695830 | |
| September 13,2007 | September 20,2007 | 7316831548 | 091207 | 191Invoice | | 807.87 | P | 807.87 | P | 7316831548 | |
| September 13,2007 | September 20,2007 | 7316831553 | 091207 | 191Invoice | | 87.84 | P | 87.84 | P | 7316831553 | |
| September 14,2007 | September 21,2007 | 7316967572 | 3046803 | 191Invoice | | 597.97 | P | 597.97 | P | 7316967572 | |
| September 14,2007 | September 21,2007 | 7316967573 | 3046803 | 191Invoice | | 44.16 | P | 44.16 | P | 7316967573 | |
| September 17,2007 | September 24,2007 | 4000208293 | Service Chg | PastDueBal | | 50.34 | P | 50.34 | P | 4000208293 | |
| October 01,2007 | October 08,2007 | 4000183498 | Service Chg | PastDueBal | | 50.34 | P | 50.34 | P | 4000183498 | |
| October 16,2007 | October 23,2007 | 4000199394 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000199394 | |
| November 01,2007 | November 08,2007 | 4000212551 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000212551 | |
| November 16,2007 | November 23,2007 | 4000212954 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000212954 | |
| December 01,2007 | December 08,2007 | 4000211798 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000211798 | |
| December 17,2007 | December 24,2007 | 4000214655 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000214655 | |
| January 01,2008 | January 08,2008 | 4000215531 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000215531 | |
| January 16,2008 | January 23,2008 | 4000216227 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000216227 | |
| February 01,2008 | February 08,2008 | 4000177288 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000177288 | |
| February 16,2008 | February 23,2008 | 4000204574 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000204574 | |
| March 01,2008 | March 08,2008 | 4000210178 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000210178 | |
| March 17,2008 | March 24,2008 | 4000218954 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000218954 | |
| April 01,2008 | April 08,2008 | 4000220052 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000220052 | |
| April 16,2008 | April 23,2008 | 4000220945 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000220945 | |
| May 01,2008 | May 08,2008 | 4000221753 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000221753 | |
| May 16,2008 | May 23,2008 | 4000219362 | Service Chg | PastDueBal | | 86.68 | P | 86.68 | P | 4000219362 | |

# MCKESSON

**STATEMENT**

Company: 8000

ARROW PHARMACY 079
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 002

DC:       8191

Territory:        8

Customer: 668407
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008          **Page:** 002
Mail to:                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      668407        PLEASE CHECK ANY
Date: May 31,2008        ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P =  Past Due Item,      F =  Future Due Item,      blank =  Current Due Item

TOTAL:    Customer Number 668407  ARROW PHARMACY 079

Subtotals:                    10,067.98    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | Due If Paid On Time: | |
| | If Paid By Invoice Terms, | USD | 10,067.98 |
| Past Due: | 10,067.98 | Pay This Amount:  10,067.98  USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:  10,067.98  USD | USD   10,067.98 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008    Page: 001

DC:    8191

FAMILYMEDS PHARMACY 095
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Territory:    8

Customer: 668419
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:                 Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668419
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668419  FAMILYMEDS PHARMACY 095** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296781618 | FM0095-022307 | 191Invoice | | 1,194.79 | P | 1,194.79 | P | 7296781618 | |
| March 01,2007 | March 08,2007 | 7297211094 | FM0095-022807 | 191Invoice | | 980.72 | P | 980.72 | P | 7297211094 | |
| September 11,2007 | September 18,2007 | 7316571017 | FM0095 091007 | 191Invoice | | 941.42 | P | 941.42 | P | 7316571017 | |
| September 12,2007 | September 19,2007 | 7316697510 | FM0095 091107 | 191Invoice | | 9,131.13 | P | 9,131.13 | P | 7316697510 | |
| September 12,2007 | September 19,2007 | 7316732525 | FM095-083007 | 191Credit | | 168.57- | P | 168.57- | P | 7316732525 | |
| September 13,2007 | September 20,2007 | 7316837221 | FM0095 091207 | 191Invoice | | 1,371.58 | P | 1,371.58 | P | 7316837221 | |
| September 14,2007 | September 21,2007 | 7316972022 | FM0095 091307 | 191Invoice | | 1,714.26 | P | 1,714.26 | P | 7316972022 | |
| September 17,2007 | September 24,2007 | 4000208294 | Service Chg | PastDueBal | | 21.42 | P | 21.42 | P | 4000208294 | |
| September 17,2007 | September 24,2007 | 7317133443 | FM0095  091407 | 191Invoice | | 1,751.43 | P | 1,751.43 | P | 7317133443 | |
| October 01,2007 | October 08,2007 | 4000183499 | Service Chg | PastDueBal | | 20.07 | P | 20.07 | P | 4000183499 | |
| October 15,2007 | October 22,2007 | 8900305066 | 75232052 | Addbill INV | | 624.81 | P | 624.81 | P | 8900305066 | |
| October 16,2007 | October 23,2007 | 4000199395 | Service Chg | PastDueBal | | 169.16 | P | 169.16 | P | 4000199395 | |
| November 01,2007 | November 08,2007 | 4000212552 | Service Chg | PastDueBal | | 169.16 | P | 169.16 | P | 4000212552 | |
| November 16,2007 | November 23,2007 | 4000212955 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000212955 | |
| December 01,2007 | December 08,2007 | 4000211799 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000211799 | |
| December 17,2007 | December 24,2007 | 4000214656 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000214656 | |
| January 01,2008 | January 08,2008 | 4000215532 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000215532 | |
| January 16,2008 | January 23,2008 | 4000216228 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000216228 | |
| February 01,2008 | February 08,2008 | 4000177289 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000177289 | |
| February 16,2008 | February 23,2008 | 4000204575 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000204575 | |
| March 01,2008 | March 08,2008 | 4000210179 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000210179 | |
| March 17,2008 | March 24,2008 | 4000218955 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000218955 | |
| April 01,2008 | April 08,2008 | 4000220053 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000220053 | |
| April 07,2008 | April 07,2008 | 7338474537 | MCFS PR CORR CR | Pricing Cor | | 5.28- | P | 5.28- | P | 7338474537 | |
| April 07,2008 | April 14,2008 | 7338474538 | MCFS PR CORR IN | Pricing Cor | | 4.54 | P | 4.54 | P | 7338474538 | |
| April 16,2008 | April 23,2008 | 4000220946 | Service Chg | PastDueBal | | 175.38 | P | 175.38 | P | 4000220946 | |
| May 01,2008 | May 08,2008 | 4000221754 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000221754 | |
| May 16,2008 | May 23,2008 | 4000219363 | Service Chg | PastDueBal | | 175.41 | P | 175.41 | P | 4000219363 | |

# MCKESSON

Company: 8000

## STATEMENT

**As of:** May 30,2008    **Page:** 002

To ensure proper credit to your
account, detach and return this
stub with your remittance

FAMILYMEDS PHARMACY 095
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**DC:**    8191

**Territory:**    8

**Customer:** 668419
**Date:** May 31,2008

**As of:** May 30,2008    **Page:** 002
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668419
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID (✓ )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:**    **Customer Number 668419  FAMILYMEDS PHARMACY 095**

|  |  | Subtotals: | 20,200.94 | USD |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | USD | 20,200.94 |
| Past Due: | 20,200.94 | Pay This Amount:    20,200.94  USD | Disc lost if paid late: | |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:    20,200.94  USD | USD | 20,200.94 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

DC: 8191

Territory: 8

Customer: 668433
Date: May 31,2008

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

ARROW PHARMACY 821
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:** 668433
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID (✓)

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296786705 | 7296786705 | 191Invoice | | 108.65 | P | 108.65 | P | 7296786705 | |
| February 26,2007 | March 05,2007 | 7296786706 | 063787818 | 191Invoice | | 503.07 | P | 503.07 | P | 7296786706 | |
| February 26,2007 | March 05,2007 | 7296787213 | 022320070821 | 191Invoice | | 542.04 | P | 542.04 | P | 7296787213 | |
| March 01,2007 | March 08,2007 | 7297216944 | 0228070821 | 191Invoice | | 3,240.21 | P | 3,240.21 | P | 7297216944 | |
| March 01,2007 | March 08,2007 | 7297216951 | 0228070821 | 191Invoice | | 128.09 | P | 128.09 | P | 7297216951 | |
| September 17,2007 | September 24,2007 | 4000208295 | Service Chg | PastDueBal | | 79.05 | P | 79.05 | P | 4000208295 | |
| October 01,2007 | October 08,2007 | 4000183500 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000183500 | |
| October 16,2007 | October 23,2007 | 4000199396 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000199396 | |
| November 01,2007 | November 08,2007 | 4000212553 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000212553 | |
| November 16,2007 | November 23,2007 | 4000212956 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000212956 | |
| December 01,2007 | December 08,2007 | 4000211800 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000211800 | |
| December 17,2007 | December 24,2007 | 4000214657 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000214657 | |
| January 01,2008 | January 08,2008 | 4000215533 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000215533 | |
| January 16,2008 | January 23,2008 | 4000216229 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000216229 | |
| February 01,2008 | February 08,2008 | 4000177290 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000177290 | |
| February 16,2008 | February 23,2008 | 4000204576 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000204576 | |
| March 01,2008 | March 08,2008 | 4000210180 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000210180 | |
| March 17,2008 | March 24,2008 | 4000218956 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000218956 | |
| April 01,2008 | April 08,2008 | 4000220054 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000220054 | |
| April 16,2008 | April 23,2008 | 4000220947 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000220947 | |
| May 01,2008 | May 08,2008 | 4000221755 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000221755 | |
| May 16,2008 | May 23,2008 | 4000219364 | Service Chg | PastDueBal | | 45.22 | P | 45.22 | P | 4000219364 | |

**Customer Number 668433  ARROW PHARMACY 821**

To ensure proper credit to your account, detach and return this stub with your remittance

# MCKESSON

## STATEMENT

Company: 8000

ARROW PHARMACY 821
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 002

DC:    8191

Territory:    8

Customer: 668433
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008          Page: 002
Mail to:                     Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      668433
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( ✓ )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 668433   ARROW PHARMACY 821

|  |  |
|---|---|
| Subtotals: | 5,324.63   USD |

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | Due If Paid On Time: | |
| | | USD | 5,324.63 |
| | If Paid By Invoice Terms, | | |
| Past Due: | 5,324.63 | Pay This Amount:    5,324.63   USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:    5,324.63   USD | USD    5,324.63 |

# McKESSON

**STATEMENT**

As of: May 30,2008   Page: 001

Company: 8000

DC:   8191

Territory:   8

Customer: 668455
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008                Page: 001
Mail to:                          Comp: 8000

ARROW PHARMACY 823
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:   668455          PLEASE CHECK ANY
Date: May 31,2008       ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668455  ARROW PHARMACY 823** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296772841 | 022307 | 191Invoice | | 3,148.43 | P | 3,148.43 | P | 7296772841 | |
| February 26,2007 | March 05,2007 | 7296772843 | 022307 | 191Invoice | | 366.28 | P | 366.28 | P | 7296772843 | |
| September 17,2007 | September 24,2007 | 4000208296 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000208296 | |
| October 01,2007 | October 08,2007 | 4000183501 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000183501 | |
| October 16,2007 | October 23,2007 | 4000199397 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000199397 | |
| November 01,2007 | November 08,2007 | 4000212554 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000212554 | |
| November 16,2007 | November 23,2007 | 4000212957 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000212957 | |
| December 01,2007 | December 08,2007 | 4000211801 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000211801 | |
| December 17,2007 | December 24,2007 | 4000214658 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000214658 | |
| January 01,2008 | January 08,2008 | 4000215534 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000215534 | |
| January 16,2008 | January 23,2008 | 4000216230 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000216230 | |
| February 01,2008 | February 08,2008 | 4000177291 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000177291 | |
| February 16,2008 | February 23,2008 | 4000204577 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000204577 | |
| March 01,2008 | March 08,2008 | 4000210181 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000210181 | |
| March 17,2008 | March 24,2008 | 4000218957 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000218957 | |
| April 01,2008 | April 08,2008 | 4000220055 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000220055 | |
| April 16,2008 | April 23,2008 | 4000220948 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000220948 | |
| May 01,2008 | May 08,2008 | 4000221756 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000221756 | |
| May 16,2008 | May 23,2008 | 4000219365 | Service Chg | PastDueBal | | 35.14 | P | 35.14 | P | 4000219365 | |

PF column legend:   P = Past Due Item,   F = Future Due Item,   blank = Current Due Item

---

**TOTAL:   Customer Number 668455  ARROW PHARMACY 823**

Subtotals:                4,112.09    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                4,112.09 |
| Past Due: | 4,112.09 | Pay This Amount:          4,112.09   USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:          4,112.09   USD | USD                4,112.09 |

# McKESSON

Company: 8000

ZZARROW PHCY 024 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

## STATEMENT

As of: May 30,2008      Page: 001

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8191

Territory:  8

Customer:  668456
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008      Page: 001
Mail to:                 Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668456     PLEASE CHECK ANY
Date: May 31,2008   ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296772204 | 022207000000024 | 191 Invoice | | 117.27 | P | 117.27 | P | 7296772204 | |
| February 26,2007 | March 05,2007 | 7296772209 | 7296772209 | 191 Invoice | | 165.91 | P | 165.91 | P | 7296772209 | |
| March 01,2007 | March 08,2007 | 7297206300 | 066232453Y | 191 Invoice | | 3,860.54 | P | 3,860.54 | P | 7297206300 | |
| March 01,2007 | March 08,2007 | 7297206307 | fm0024022807 | 191 Invoice | | 5,264.30 | P | 5,264.30 | P | 7297206307 | |
| March 01,2007 | March 01,2007 | 7297245891 | fm0024021907 | 191 Credit | | 224.39- | P | 224.39- | P | 7297245891 | |
| September 17,2007 | September 24,2007 | 4000208297 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000208297 | |
| October 01,2007 | October 08,2007 | 4000183502 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000183502 | |
| October 16,2007 | October 23,2007 | 4000199398 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000199398 | |
| November 01,2007 | November 08,2007 | 4000212555 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000212555 | |
| November 16,2007 | November 23,2007 | 4000212958 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000212958 | |
| December 01,2007 | December 08,2007 | 4000211802 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000211802 | |
| December 17,2007 | December 24,2007 | 4000214659 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000214659 | |
| January 01,2008 | January 08,2008 | 4000215535 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000215535 | |
| January 16,2008 | January 23,2008 | 4000216231 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000216231 | |
| February 01,2008 | February 08,2008 | 4000177292 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000177292 | |
| February 16,2008 | February 23,2008 | 4000204578 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000204578 | |
| March 01,2008 | March 08,2008 | 4000210182 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000210182 | |
| March 17,2008 | March 24,2008 | 4000218958 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000218958 | |
| April 01,2008 | April 08,2008 | 4000220056 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000220056 | |
| April 16,2008 | April 23,2008 | 4000220949 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000220949 | |
| May 01,2008 | May 08,2008 | 4000221757 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000221757 | |
| May 16,2008 | May 23,2008 | 4000219366 | Service Chg | PastDueBal | | 91.84 | P | 91.84 | P | 4000219366 | |

**Customer Number 668456  ZZARROW PHCY 024 6/07**

# MCKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008     Page: 002

DC:     8191

Territory:     8

Customer: 668456
Date: May 31,2008

ZZARROW PHCY 024 6/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008     **Page:** 002
**Mail to:**                       **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     668456
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:     P = Past Due Item,     F = Future Due Item,     blank = Current Due Item

TOTAL:     Customer Number 668456   ZZARROW PHCY 024 6/07

|  |  |  |  |
|---|---|---|---|
| | Subtotals: | 10,744.91  USD | |
| Future Due: | 0.00 | | Due If Paid On Time: |
| | If Paid By Invoice Terms, | | USD                10,744.91 |
| Past Due: | 10,744.91 | Pay This Amount: | 10,744.91  USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount: | 10,744.91  USD | USD                10,744.91 |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

| | |
|---|---|
| FAMILYMEDS PHARMACY 825 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE | |
| FARMINGTON CT  06032 | |

DC:    8191

Territory:    8

Customer: 668463
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**                        **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    668463        PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID (✓)

## National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296758832 | 0825022307 | 191Invoice | | 160.62 | P | 160.62 | P | 7296758832 | |
| March 01,2007 | March 08,2007 | 7297199747 | 0825022807 | 191Invoice | | 6,420.18 | P | 6,420.18 | P | 7297199747 | |
| March 01,2007 | March 08,2007 | 7297199750 | 0825022807 | 191Invoice | | 329.22 | P | 329.22 | P | 7297199750 | |
| March 01,2007 | March 08,2007 | 7297199752 | 0825022807a | 191Invoice | | 737.48 | P | 737.48 | P | 7297199752 | |
| September 17,2007 | September 24,2007 | 4000208298 | Service Chg | PastDueBal | | 125.07 | P | 125.07 | P | 4000208298 | |
| October 01,2007 | October 08,2007 | 4000183503 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000183503 | |
| October 16,2007 | October 23,2007 | 4000199399 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000199399 | |
| November 01,2007 | November 08,2007 | 4000212556 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000212556 | |
| November 16,2007 | November 23,2007 | 4000212959 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000212959 | |
| December 01,2007 | December 08,2007 | 4000211803 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000211803 | |
| December 17,2007 | December 24,2007 | 4000214660 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000214660 | |
| January 01,2008 | January 08,2008 | 4000215536 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000215536 | |
| January 16,2008 | January 23,2008 | 4000216232 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000216232 | |
| February 01,2008 | February 08,2008 | 4000177293 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000177293 | |
| February 16,2008 | February 23,2008 | 4000204579 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000204579 | |
| March 01,2008 | March 08,2008 | 4000210183 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000210183 | |
| March 17,2008 | March 24,2008 | 4000218959 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000218959 | |
| April 01,2008 | April 08,2008 | 4000220057 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000220057 | |
| April 16,2008 | April 23,2008 | 4000220950 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000220950 | |
| May 01,2008 | May 08,2008 | 4000221758 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000221758 | |
| May 16,2008 | May 23,2008 | 4000219367 | Service Chg | PastDueBal | | 76.47 | P | 76.47 | P | 4000219367 | |

**Customer Number 668463  FAMILYMEDS PHARMACY 825**

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008          Page: 001

FAMILYMEDS PHARMACY 825
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:   8191

Territory:   8

Customer:  668463
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of:  May 30,2008        **Page:** 001
Mail to:                          **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:       668463
Date: May 31,2008    **PLEASE CHECK ANY ITEMS NOT PAID ( )**

PF column legend:     P =  Past Due Item,     F = Future Due Item,     blank =  Current Due Item

National Account 603805

_____

TOTAL:      Customer Number 668463   FAMILYMEDS PHARMACY 825

|  | Subtotals: | 8,996.09 | USD |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Future Due:** | 0.00 | | | **Due If Paid On Time:** | |
| | | **If Paid By Invoice Terms,** | | USD | 8,996.09 |
| **Past Due:** | 8,996.09 | **Pay This Amount:** | 8,996.09   USD | **Disc lost if paid late:** | |
| | | | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | | **Due If Paid Late:** | |
| | | **Pay this Amount:** | 8,996.09   USD | USD | 8,996.09 |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

DC: 8191

Territory: 8

Customer: 668474
Date: May 31,2008

FAMILYMEDS PHARMACY 827
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:                Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668474
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID (✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296772275 | 0223070827 | 191Invoice | | 921.77 | P | 921.77 | P | 7296772275 | |
| March 01,2007 | March 08,2007 | 7297208115 | 0228070827 | 191Invoice | | 7,549.06 | P | 7,549.06 | P | 7297208115 | |
| March 01,2007 | March 08,2007 | 7297208131 | 0228070827 | 191Invoice | | 349.58 | P | 349.58 | P | 7297208131 | |
| September 17,2007 | September 24,2007 | 4000208299 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000208299 | |
| October 01,2007 | October 08,2007 | 4000183504 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000183504 | |
| October 16,2007 | October 23,2007 | 4000199400 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000199400 | |
| November 01,2007 | November 08,2007 | 4000212557 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000212557 | |
| November 16,2007 | November 23,2007 | 4000212960 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000212960 | |
| December 01,2007 | December 08,2007 | 4000211804 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000211804 | |
| December 17,2007 | December 24,2007 | 4000214661 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000214661 | |
| January 01,2008 | January 08,2008 | 4000215537 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000215537 | |
| January 16,2008 | January 23,2008 | 4000216233 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000216233 | |
| February 01,2008 | February 08,2008 | 4000177294 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000177294 | |
| February 16,2008 | February 23,2008 | 4000204580 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000204580 | |
| March 01,2008 | March 08,2008 | 4000210184 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000210184 | |
| March 17,2008 | March 24,2008 | 4000218960 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000218960 | |
| April 01,2008 | April 08,2008 | 4000220058 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000220058 | |
| April 16,2008 | April 23,2008 | 4000220951 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000220951 | |
| May 01,2008 | May 08,2008 | 4000221759 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000221759 | |
| May 16,2008 | May 23,2008 | 4000219368 | Service Chg | PastDueBal | | 88.21 | P | 88.21 | P | 4000219368 | |

**Customer Number 668474  FAMILYMEDS PHARMACY 827**

# MCKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

FAMILYMEDS PHARMACY 827
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

DC:  8191

Territory:  8

Customer: 668474
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:
McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust:  668474
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

National Account 603805

TOTAL:    Customer Number 668474  FAMILYMEDS PHARMACY 827
_____

Subtotals:              10,319.98    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | If Paid By Invoice Terms, | Due If Paid On Time: |
| | | Pay This Amount:   10,319.98 USD | USD   10,319.98 |
| Past Due: | 10,319.98 | | Disc lost if paid late: 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:   10,319.98 USD | USD   10,319.98 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

FAMILYMEDS PHARMACY 028
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8813

Territory:    69

Customer: 668489
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668489
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296770891 | 02242006rx | 813Invoice | | 1,915.59 | P | 1,915.59 | P | 7296770891 | |
| February 26,2007 | March 05,2007 | 7296770893 | 022407rx02 | 813Invoice | | 3.78 | P | 3.78 | P | 7296770893 | |
| March 01,2007 | March 08,2007 | 7297218574 | 02282007rx | 813Invoice | | 15,241.00 | P | 15,241.00 | P | 7297218574 | |
| March 01,2007 | March 08,2007 | 7297218575 | 02282007rx | 813Invoice | | 2,208.48 | P | 2,208.48 | P | 7297218575 | |
| March 01,2007 | March 01,2007 | 7297253379 | 7297253379 | 813Credit | | 2.61- | P | 2.61- | P | 7297253379 | |
| March 01,2007 | March 01,2007 | 7297253380 | 021307ciii | 813Credit | | 55.66- | P | 55.66- | P | 7297253380 | |
| September 14,2007 | September 21,2007 | 8900302569 | C000083 | Addbill INV | | 52.03 | P | 52.03 | P | 8900302569 | |
| September 17,2007 | September 24,2007 | 4000208300 | Service Chg | PastDueBal | | 193.10 | P | 193.10 | P | 4000208300 | |
| October 01,2007 | October 08,2007 | 4000183505 | Service Chg | PastDueBal | | 193.10 | P | 193.10 | P | 4000183505 | |
| October 16,2007 | October 23,2007 | 4000199401 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000199401 | |
| November 01,2007 | November 08,2007 | 4000212558 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000212558 | |
| November 16,2007 | November 23,2007 | 4000212961 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000212961 | |
| December 01,2007 | December 08,2007 | 4000211805 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000211805 | |
| December 17,2007 | December 24,2007 | 4000214662 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000214662 | |
| January 01,2008 | January 08,2008 | 4000215538 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000215538 | |
| January 16,2008 | January 23,2008 | 4000216234 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000216234 | |
| February 01,2008 | February 08,2008 | 4000177295 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000177295 | |
| February 16,2008 | February 23,2008 | 4000204581 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000204581 | |
| March 01,2008 | March 08,2008 | 4000210185 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000210185 | |
| March 17,2008 | March 24,2008 | 4000218961 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000218961 | |
| April 01,2008 | April 08,2008 | 4000220059 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000220059 | |
| April 16,2008 | April 23,2008 | 4000220952 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000220952 | |
| May 01,2008 | May 08,2008 | 4000221760 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000221760 | |
| May 16,2008 | May 23,2008 | 4000219369 | Service Chg | PastDueBal | | 193.62 | P | 193.62 | P | 4000219369 | |

**Customer Number 668489  FAMILYMEDS PHARMACY 028**

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008          Page: 002

FAMILYMEDS PHARMACY 028
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**DC:**          8813

**Territory:**      69

**Customer:** 668489
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                        **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      668489      PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:      P = Past Due Item,      F = Future Due Item,      blank = Current Due Item

**TOTAL:**      **Customer Number 668489  FAMILYMEDS PHARMACY 028**

|  |  | Subtotals: | 22,653.11 | USD |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 22,653.11 |
| Past Due: | 22,653.11 | Pay This Amount: | 22,653.11  USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 22,653.11  USD | USD | 22,653.11 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

|  | DC: | 8132 |
|---|---|---|

FAMILYMEDS PHARMACY 072
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Territory:    99

Customer: 668520
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    668520
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 668520  FAMILYMEDS PHARMACY 072** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296753585 | 02252007 | 132Invoice | | 192.38 | P | 192.38 | P | 7296753585 | |
| February 26,2007 | March 05,2007 | 7296753586 | 02252007 | 132Invoice | | 7.00 | P | 7.00 | P | 7296753586 | |
| March 01,2007 | March 08,2007 | 7297178981 | 057538481 132 | 132Invoice | | 698.45 | P | 698.45 | P | 7297178981 | |
| March 01,2007 | March 08,2007 | 7297178982 | 057538467 132 | 132Invoice | | 1,444.32 | P | 1,444.32 | P | 7297178982 | |
| March 01,2007 | March 08,2007 | 7297178983 | 02282007 | 132Invoice | | 4,052.10 | P | 4,052.10 | P | 7297178983 | |
| March 01,2007 | March 08,2007 | 7297178988 | 02282007 | 132Invoice | | 156.27 | P | 156.27 | P | 7297178988 | |
| March 01,2007 | March 08,2007 | 7297178989 | 022820072 | 132Invoice | | 126.14 | P | 126.14 | P | 7297178989 | |
| September 17,2007 | September 24,2007 | 4000208301 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000208301 | |
| October 01,2007 | October 08,2007 | 4000183506 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000183506 | |
| October 16,2007 | October 23,2007 | 4000199402 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000199402 | |
| November 01,2007 | November 08,2007 | 4000212559 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000212559 | |
| November 16,2007 | November 23,2007 | 4000212962 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000212962 | |
| December 01,2007 | December 08,2007 | 4000211806 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000211806 | |
| December 17,2007 | December 24,2007 | 4000214663 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000214663 | |
| January 01,2008 | January 08,2008 | 4000215539 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000215539 | |
| January 16,2008 | January 23,2008 | 4000216235 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000216235 | |
| February 01,2008 | February 08,2008 | 4000177296 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000177296 | |
| February 16,2008 | February 23,2008 | 4000204582 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000204582 | |
| March 01,2008 | March 08,2008 | 4000210186 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000210186 | |
| March 17,2008 | March 24,2008 | 4000218962 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000218962 | |
| April 01,2008 | April 08,2008 | 4000220060 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000220060 | |
| April 16,2008 | April 23,2008 | 4000220953 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000220953 | |
| May 01,2008 | May 08,2008 | 4000221761 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000221761 | |
| May 16,2008 | May 23,2008 | 4000219370 | Service Chg | PastDueBal | | 66.75 | P | 66.75 | P | 4000219370 | |

# McKESSON

Company: 8000

## STATEMENT

FAMILYMEDS PHARMACY 072
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**As of:** May 30,2008                    **Page:** 002

**DC:**        8132

**Territory:**      99

**Customer:** 668520
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008                **Page:** 002
**Mail to:**                                       **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     668520        PLEASE CHECK ANY
**Date:** May 31,2008      ITEMS NOT PAID(✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P =  Past Due Item,     F =  Future Due Item,      blank =  Current Due Item

TOTAL:    Customer Number 668520  FAMILYMEDS PHARMACY 072

Subtotals:                    7,811.41    USD

| | | | |
|---|---|---|---|
| **Future Due:** | 0.00 | | **Due If Paid On Time:** |
| | | If Paid By Invoice Terms, | USD                    7,811.41 |
| **Past Due:** | 7,811.41 | Pay This Amount:        7,811.41  USD | Disc lost if paid late: |
| | | | 0.00 |
| **Last Payment** | 0.00 | If Paid After Invoice Terms, | **Due If Paid Late:** |
| | | Pay this Amount:        7,811.41  USD | USD                    7,811.41 |

# McKESSON
## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

DC: 8132

Territory: 99

Customer: 669202
Date: May 31,2008

FAMILYMEDS PHARMACY 073
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    669202
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 669202  FAMILYMEDS PHARMACY 073 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296756666 | 7296756666 | 132Invoice | | 484.47 | P | 484.47 | P | 7296756666 | |
| March 01,2007 | March 08,2007 | 7297197150 | 0073022807rx | 132Invoice | | 5,920.81 | P | 5,920.81 | P | 7297197150 | |
| September 17,2007 | September 24,2007 | 4000208302 | Service Chg | PastDueBal | | 113.45 | P | 113.45 | P | 4000208302 | |
| October 01,2007 | October 08,2007 | 4000183507 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000183507 | |
| October 16,2007 | October 23,2007 | 4000199403 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000199403 | |
| November 01,2007 | November 08,2007 | 4000212560 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000212560 | |
| November 16,2007 | November 23,2007 | 4000212963 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000212963 | |
| December 01,2007 | December 08,2007 | 4000211807 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000211807 | |
| December 17,2007 | December 24,2007 | 4000214664 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000214664 | |
| January 01,2008 | January 08,2008 | 4000215541 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000215541 | |
| January 16,2008 | January 23,2008 | 4000216237 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000216237 | |
| February 01,2008 | February 08,2008 | 4000177297 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000177297 | |
| February 16,2008 | February 23,2008 | 4000204584 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000204584 | |
| March 01,2008 | March 08,2008 | 4000210187 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000210187 | |
| March 17,2008 | March 24,2008 | 4000218963 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000218963 | |
| April 01,2008 | April 08,2008 | 4000220061 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000220061 | |
| April 16,2008 | April 23,2008 | 4000220954 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000220954 | |
| May 01,2008 | May 08,2008 | 4000221762 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000221762 | |
| May 16,2008 | May 23,2008 | 4000219371 | Service Chg | PastDueBal | | 64.05 | P | 64.05 | P | 4000219371 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 669202  FAMILYMEDS PHARMACY 073

Subtotals:    7,543.53    USD

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 7,543.53 |
| Past Due: | 7,543.53 | Pay This Amount: | 7,543.53    USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 7,543.53    USD | USD | 7,543.53 |

# McKESSON

## STATEMENT

**Company:** 8000

FAMILYMEDS PHARMACY 081
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**As of:** May 30,2008    **Page:** 001

**DC:** 8132

**Territory:** 99

**Customer:** 669252
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:** 669252
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 669252  FAMILYMEDS PHARMACY 081** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296760923 | alm/gibson | 132Invoice | | 25.34 | P | 25.34 | P | 7296760923 | |
| February 26,2007 | March 05,2007 | 7296760933 | 25745901 | 132Invoice | | 704.17 | P | 704.17 | P | 7296760933 | |
| March 01,2007 | March 08,2007 | 7297200444 | 26106168 | 132Invoice | | 280.71 | P | 280.71 | P | 7297200444 | |
| March 01,2007 | March 08,2007 | 7297200445 | 26063749 | 132Invoice | | 6,583.70 | P | 6,583.70 | P | 7297200445 | |
| March 01,2007 | March 08,2007 | 7297200447 | 26063749 | 132Invoice | | 1,195.36 | P | 1,195.36 | P | 7297200447 | |
| September 17,2007 | September 24,2007 | 4000208303 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000208303 | |
| October 01,2007 | October 08,2007 | 4000183508 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000183508 | |
| October 16,2007 | October 23,2007 | 4000199404 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000199404 | |
| November 01,2007 | November 08,2007 | 4000212561 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000212561 | |
| November 16,2007 | November 23,2007 | 4000212964 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000212964 | |
| December 01,2007 | December 08,2007 | 4000211808 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000211808 | |
| December 17,2007 | December 24,2007 | 4000214665 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000214665 | |
| January 01,2008 | January 08,2008 | 4000215542 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000215542 | |
| January 16,2008 | January 23,2008 | 4000216238 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000216238 | |
| February 01,2008 | February 08,2008 | 4000177298 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000177298 | |
| February 16,2008 | February 23,2008 | 4000204585 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000204585 | |
| March 01,2008 | March 08,2008 | 4000210188 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000210188 | |
| March 17,2008 | March 24,2008 | 4000218964 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000218964 | |
| April 01,2008 | April 08,2008 | 4000220062 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000220062 | |
| April 16,2008 | April 23,2008 | 4000220955 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000220955 | |
| May 01,2008 | May 08,2008 | 4000221763 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000221763 | |
| May 16,2008 | May 23,2008 | 4000219372 | Service Chg | PastDueBal | | 87.89 | P | 87.89 | P | 4000219372 | |

# McKESSON

## STATEMENT

Company: 8000

| | |
|---|---|
| FAMILYMEDS PHARMACY 081 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE | |
| FARMINGTON CT  06032 | |

As of: May 30,2008      Page: 002

DC:   8132

Territory:   99

**Customer:** 669252
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008       **Page:** 002
**Mail to:**                           **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      669252          PLEASE CHECK ANY
**Date:** May 31,2008      ITEMS NOT PAID ( ✓ )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:     P =  Past Due Item,     F = Future Due Item,     blank =  Current Due Item

TOTAL:     Customer Number 669252  FAMILYMEDS PHARMACY 081

|  |  |  |  |
|---|---|---|---|
| | Subtotals: | 10,283.41    USD | |
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                        10,283.41 |
| Past Due: | 10,283.41 | Pay This Amount:       10,283.41   USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:       10,283.41   USD | USD                        10,283.41 |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008          Page: 001

FAMILYMEDS LTC PHCY 81.5
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8132

Territory:  99

Customer:  669266
Date: May 31,2008

**As of:** May 30,2008          **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  669266          PLEASE CHECK ANY
Date: May 31,2008      ITEMS NOT PAID ( )

To ensure proper credit to your account, detach and return this stub with your remittance

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 669266  FAMILYMEDS LTC PHCY 81.5** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296757999 | 022307 | 132Invoice | | 1,113.08 | P | 1,113.08 | P | 7296757999 | |
| February 26,2007 | March 05,2007 | 7296758001 | 022307 | 132Invoice | | 3,358.97 | P | 3,358.97 | P | 7296758001 | |
| March 01,2007 | March 08,2007 | 7297200668 | 022807 | 132Invoice | | 6,323.97 | P | 6,323.97 | P | 7297200668 | |
| March 01,2007 | March 08,2007 | 7297200670 | 022807 | 132Invoice | | 360.29 | P | 360.29 | P | 7297200670 | |
| March 01,2007 | March 08,2007 | 7297200672 | 022807 | 132Invoice | | 70.61 | P | 70.61 | P | 7297200672 | |
| September 17,2007 | September 24,2007 | 4000208304 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000208304 | |
| October 01,2007 | October 08,2007 | 4000183509 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000183509 | |
| October 16,2007 | October 23,2007 | 4000199405 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000199405 | |
| November 01,2007 | November 08,2007 | 4000212562 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000212562 | |
| November 16,2007 | November 23,2007 | 4000212965 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000212965 | |
| December 01,2007 | December 08,2007 | 4000211809 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000211809 | |
| December 17,2007 | December 24,2007 | 4000214666 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000214666 | |
| January 01,2008 | January 08,2008 | 4000215543 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000215543 | |
| January 16,2008 | January 23,2008 | 4000216239 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000216239 | |
| February 01,2008 | February 08,2008 | 4000177299 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000177299 | |
| February 16,2008 | February 23,2008 | 4000204586 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000204586 | |
| March 01,2008 | March 08,2008 | 4000210189 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000210189 | |
| March 17,2008 | March 24,2008 | 4000218965 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000218965 | |
| April 01,2008 | April 08,2008 | 4000220063 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000220063 | |
| April 16,2008 | April 23,2008 | 4000220956 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000220956 | |
| May 01,2008 | May 08,2008 | 4000221764 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000221764 | |
| May 16,2008 | May 23,2008 | 4000219373 | Service Chg | PastDueBal | | 112.27 | P | 112.27 | P | 4000219373 | |

# MCKESSON

## STATEMENT

As of: May 30,2008          Page: 002

Company: 8000

FAMILYMEDS LTC PHCY 81.5
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:        8132

Territory:        99

Customer:  669266
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008          **Page:** 002
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      669266
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:     P = Past Due Item,     F = Future Due Item,     blank = Current Due Item

TOTAL:    Customer Number 669266  FAMILYMEDS LTC PHCY 81.5

|  |  | Subtotals: | 13,135.51 | USD |
|---|---|---|---|---|

| Future Due: | 0.00 | | Due If Paid On Time: | |
|---|---|---|---|---|
| | | If Paid By Invoice Terms, | USD | 13,135.51 |
| Past Due: | 13,135.51 | Pay This Amount:    13,135.51  USD | Disc lost if paid late: | |
| | | | 0.00 | |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:    13,135.51  USD | USD | 13,135.51 |

# McKESSON
## STATEMENT

Company: 8000

As of: May 30,2008        Page: 001

To ensure proper credit to your account, detach and return this stub with your remittance

FAMILYMEDS PHARMACY 801
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8149

Territory:    99

Customer: 669268
Date: May 31,2008

As of: May 30,2008        Page: 001
Mail to:                  Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    669268
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296749336 | 0801022307 | 149Invoice | | 355.73 | P | 355.73 | P | 7296749336 | |
| March 01,2007 | March 08,2007 | 7297203879 | 0801022807 | 149Invoice | | 5.69 | P | 5.69 | P | 7297203879 | |
| March 01,2007 | March 08,2007 | 7297203882 | 0801022807 | 149Invoice | | 6,423.66 | P | 6,423.66 | P | 7297203882 | |
| March 01,2007 | March 08,2007 | 7297203887 | 0801022807 | 149Invoice | | 166.66 | P | 166.66 | P | 7297203887 | |
| March 01,2007 | March 08,2007 | 7297203890 | 0801022807 | 149Invoice | | 19.57 | P | 19.57 | P | 7297203890 | |
| September 17,2007 | September 24,2007 | 4000208305 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000208305 | |
| October 01,2007 | October 08,2007 | 4000211210 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000211210 | |
| October 16,2007 | October 23,2007 | 4000199406 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000199406 | |
| November 01,2007 | November 08,2007 | 4000212563 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000212563 | |
| November 16,2007 | November 23,2007 | 4000212966 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000212966 | |
| December 01,2007 | December 08,2007 | 4000213810 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000213810 | |
| December 17,2007 | December 24,2007 | 4000214667 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000214667 | |
| January 01,2008 | January 08,2008 | 4000215544 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000215544 | |
| January 16,2008 | January 23,2008 | 4000216240 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000216240 | |
| February 01,2008 | February 08,2008 | 4000177300 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000177300 | |
| February 16,2008 | February 23,2008 | 4000204587 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000204587 | |
| March 01,2008 | March 08,2008 | 4000210190 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000210190 | |
| March 17,2008 | March 24,2008 | 4000218966 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000218966 | |
| April 01,2008 | April 08,2008 | 4000220064 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000220064 | |
| April 16,2008 | April 23,2008 | 4000220957 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000220957 | |
| May 01,2008 | May 08,2008 | 4000221765 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000221765 | |
| May 16,2008 | May 23,2008 | 4000219374 | | Service Chg | PastDueBal | 69.73 | P | 69.73 | P | 4000219374 | |

**Customer Number 669268  FAMILYMEDS PHARMACY 801**

# McKESSON

## STATEMENT

As of: May 30,2008          Page: 002

Company: 8000

DC:     8149

FAMILYMEDS PHARMACY 801        McKesson
FAMILYMEDS, INC                P.O. Box 848442        Territory:    99
AP                             DALLAS TX  75284-8442
312 FARMINGTON AVE                                    Customer: 669268
FARMINGTON CT  06032                                  Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      669268        PLEASE CHECK ANY
Date: May 31,2008       ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 669268  FAMILYMEDS PHARMACY 801

Subtotals:                    8,156.72    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                    8,156.72 |
| Past Due: | 8,156.72 | Pay This Amount:        8,156.72  USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:        8,156.72  USD | USD                    8,156.72 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

| | |
|---|---|
| FAMILYMEDS PHARMACY 802 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE | |
| FARMINGTON CT  06032 | |

DC:    8149

Territory:    73

Customer:    681242
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:                  Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    681242
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( ✓ )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 681242  FAMILYMEDS PHARMACY 802** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296778583 | 802022307 | 149Invoice | | 1,145.36 | P | 1,145.36 | P | 7296778583 | |
| February 26,2007 | March 05,2007 | 7296778584 | QO02232007 | 149Invoice | | 40.70 | P | 40.70 | P | 7296778584 | |
| February 26,2007 | March 05,2007 | 7296778585 | 0802022407 | 149Invoice | | 1,830.23 | P | 1,830.23 | P | 7296778585 | |
| February 26,2007 | March 05,2007 | 7296778586 | 0802022507 | 149Invoice | | 19.80 | P | 19.80 | P | 7296778586 | |
| February 26,2007 | March 05,2007 | 7296778587 | 0802022507 | 149Invoice | | 1,976.45 | P | 1,976.45 | P | 7296778587 | |
| February 26,2007 | March 05,2007 | 7296778589 | 0802022507 | 149Invoice | | 801.11 | P | 801.11 | P | 7296778589 | |
| February 26,2007 | March 05,2007 | 7296778590 | 0802022507 | 149Invoice | | 110.12 | P | 110.12 | P | 7296778590 | |
| February 26,2007 | March 05,2007 | 7296778591 | 0802022507 | 149Invoice | | 605.80 | P | 605.80 | P | 7296778591 | |
| March 01,2007 | March 08,2007 | 7297201608 | 802022807 | 149Invoice | | 545.03 | P | 545.03 | P | 7297201608 | |
| March 01,2007 | March 08,2007 | 7297201609 | QO02282007 | 149Invoice | | 393.21 | P | 393.21 | P | 7297201609 | |
| March 01,2007 | March 08,2007 | 7297201610 | 0802022807 | 149Invoice | | 2.39 | P | 2.39 | P | 7297201610 | |
| March 01,2007 | March 08,2007 | 7297204577 | 802022807 | 149Invoice | | 19,580.07 | P | 19,580.07 | P | 7297204577 | |
| September 17,2007 | September 24,2007 | 4000208309 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000208309 | |
| October 01,2007 | October 08,2007 | 4000211213 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000211213 | |
| October 16,2007 | October 23,2007 | 4000199408 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000199408 | |
| November 01,2007 | November 08,2007 | 4000212566 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000212566 | |
| November 16,2007 | November 23,2007 | 4000212969 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000212969 | |
| December 01,2007 | December 08,2007 | 4000213814 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000213814 | |
| December 17,2007 | December 24,2007 | 4000214670 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000214670 | |
| January 01,2008 | January 08,2008 | 4000215547 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000215547 | |
| January 16,2008 | January 23,2008 | 4000216245 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000216245 | |
| February 01,2008 | February 08,2008 | 4000177305 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000177305 | |
| February 16,2008 | February 23,2008 | 4000204592 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000204592 | |
| March 01,2008 | March 08,2008 | 4000210195 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000210195 | |
| March 17,2008 | March 24,2008 | 4000218971 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000218971 | |
| April 01,2008 | April 08,2008 | 4000220066 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000220066 | |
| April 16,2008 | April 23,2008 | 4000220959 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000220959 | |
| May 01,2008 | May 08,2008 | 4000221767 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000221767 | |
| May 16,2008 | May 23,2008 | 4000219376 | Service Chg | PastDueBal | | 270.49 | P | 270.49 | P | 4000219376 | |

# MCKESSON

**STATEMENT**

As of: May 30,2008          Page: 002

Company: 8000

FAMILYMEDS PHARMACY 802
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:        8149

Territory:      73

**Customer:** 681242
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                              **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     681242        PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID ( ✓ )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:      P =  Past Due Item,      F =  Future Due Item,      blank =  Current Due Item

TOTAL:      Customer Number 681242  FAMILYMEDS PHARMACY 802

Subtotals:                    31,648.60    USD

| Future Due: | 0.00 | | | | | | | Due If Paid On Time: | | | |
| | | | If Paid By Invoice Terms, | | | | | USD | | 31,648.60 |
| Past Due: | 31,648.60 | | Pay This Amount: | | 31,648.60 | USD | | Disc lost if paid late: | | |
| | | | | | | | | | 0.00 |
| Last Payment | 0.00 | | If Paid After Invoice Terms, | | | | | Due If Paid Late: | | |
| | | | Pay this Amount: | | 31,648.60 | USD | | USD | | 31,648.60 |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

DC:    8149

Territory:    73

Customer: 681263
Date: May 31,2008

FAMILYMEDS PHARMACY 804
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008      Page: 001
Mail to:                       Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    681263        PLEASE CHECK ANY
Date: May 31,2008     ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 681263   FAMILYMEDS PHARMACY 804 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296778143 | 0804022407 | 149Invoice | | 755.60 | P | 755.60 | P | 7296778143 | |
| March 01,2007 | March 08,2007 | 7297203678 | 0804022807 | 149Invoice | | 11.94 | P | 11.94 | P | 7297203678 | |
| March 01,2007 | March 08,2007 | 7297204460 | 0804022807 | 149Invoice | | 6,358.08 | P | 6,358.08 | P | 7297204460 | |
| September 14,2007 | September 14,2007 | 7317016175 | 7317016175 | 149Credit | | 34.50- | P | 34.50- | P | 7317016175 | |
| September 14,2007 | September 14,2007 | 7317016176 | 7317016176 | 149Credit | | 6,020.41- | P | 6,020.41- | P | 7317016176 | |
| September 14,2007 | September 14,2007 | 7317016177 | 06422366T | 149Credit | | 1,885.14- | P | 1,885.14- | P | 7317016177 | |
| September 14,2007 | September 14,2007 | 7317016178 | 064229367F | 149Credit | | 756.94- | P | 756.94- | P | 7317016178 | |
| September 19,2007 | September 19,2007 | 7317454760 | 064229367F | 149Credit | | 756.94- | P | 756.94- | P | 7317454760 | |
| September 19,2007 | September 19,2007 | 7317454761 | 06422366T | 149Credit | | 1,885.14- | P | 1,885.14- | P | 7317454761 | |
| October 23,2007 | October 23,2007 | 7321008802 | TPC 93428905 | 149Credit | | 160.06- | P | 160.06- | P | 7321008802 | |
| December 06,2007 | December 06,2007 | 7325593919 | TPC 90814732 | 149Credit | | 1,071.78- | P | 1,071.78- | P | 7325593919 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 681263   FAMILYMEDS PHARMACY 804

Subtotals:                    5,445.29-   USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                  5,445.29- |
| Past Due: | 5,445.29- | Pay This Amount:    5,445.29-  USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:    5,445.29-  USD | USD                  5,445.29- |

# McKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 805
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008                    Page: 001

DC:  8149

Territory:  99

Customer: 681267
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008          Page: 001
Mail to:                          Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:   681267      PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID (  )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296749134 | 0805022307 | 149Invoice | | 34.54 | P | 34.54 | P | 7296749134 | |
| February 26,2007 | March 05,2007 | 7296749135 | 0805022407 | 149Invoice | | 616.37 | P | 616.37 | P | 7296749135 | |
| March 01,2007 | March 08,2007 | 7297202859 | 80502282007 | 149Invoice | | 441.56 | P | 441.56 | P | 7297202859 | |
| March 01,2007 | March 08,2007 | 7297202861 | 80502282007 | 149Invoice | | 581.65 | P | 581.65 | P | 7297202861 | |
| March 01,2007 | March 08,2007 | 7297202862 | 0805022807 | 149Invoice | | 365.81 | P | 365.81 | P | 7297202862 | |
| March 01,2007 | March 08,2007 | 7297202863 | 0805022807 | 149Invoice | | 148.22 | P | 148.22 | P | 7297202863 | |
| March 01,2007 | March 08,2007 | 7297203984 | 80502022807 | 149Invoice | | 3,165.18 | P | 3,165.18 | P | 7297203984 | |
| March 01,2007 | March 01,2007 | 7297250869 | 7297250869 | 149Credit | | 8.27- | P | 8.27- | P | 7297250869 | |
| September 14,2007 | September 14,2007 | 7317016179 | 7317016179 | 149Credit | | 2,165.15- | P | 2,165.15- | P | 7317016179 | |
| September 14,2007 | September 14,2007 | 7317016180 | 7317016180 | 149Credit | | 379.53- | P | 379.53- | P | 7317016180 | |
| September 14,2007 | September 14,2007 | 7317016181 | 081407805 | 149Credit | | 2,252.41- | P | 2,252.41- | P | 7317016181 | |
| September 14,2007 | September 14,2007 | 7317016182 | 7317016182 | 149Credit | | 3,899.88- | P | 3,899.88- | P | 7317016182 | |
| September 14,2007 | September 14,2007 | 7317016183 | 7317016183 | 149Credit | | 1,111.59- | P | 1,111.59- | P | 7317016183 | |

**Customer Number 681267  FAMILYMEDS PHARMACY 805**

PF column legend:     P = Past Due Item,      F = Future Due Item,      blank = Current Due Item

TOTAL:     Customer Number 681267   FAMILYMEDS PHARMACY 805
                          Subtotals:          4,463.50-  USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | Due If Paid On Time: | |
| | If Paid By Invoice Terms, | USD | 4,463.50- |
| Past Due: | 4,463.50- | Pay This Amount:        4,463.50-  USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment: | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:        4,463.50-  USD | USD          4,463.50- |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008          Page: 001

FAMILYMEDS PHARMACY 806
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:       8149

Territory:   73

Customer: 681272
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008     Page: 001
Mail to:                      Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:     681272
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 681272  FAMILYMEDS PHARMACY 806** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296777828 | 0806022307 | 149Invoice | | 993.78 | P | 993.78 | P | 7296777828 | |
| March 01,2007 | March 08,2007 | 7297201071 | 080602282007 | 149Invoice | | 2,562.46 | P | 2,562.46 | P | 7297201071 | |
| March 01,2007 | March 08,2007 | 7297202884 | 080602282007 | 149Invoice | | 765.31 | P | 765.31 | P | 7297202884 | |
| March 01,2007 | March 08,2007 | 7297202888 | 080602282007 | 149Invoice | | 84.23 | P | 84.23 | P | 7297202888 | |
| September 11,2007 | September 18,2007 | 8900302203 | C000083 | Addbill INV | | 27.41 | P | 27.41 | P | 8900302203 | |
| September 17,2007 | September 24,2007 | 4000210810 | Service Chg | PastDueBal | | 89.62 | P | 89.62 | P | 4000210810 | |
| September 28,2007 | October 05,2007 | 8900303910 | C000083 | Addbill INV | | 33.91 | P | 33.91 | P | 8900303910 | |
| October 01,2007 | October 08,2007 | 4000211214 | Service Chg | PastDueBal | | 44.05 | P | 44.05 | P | 4000211214 | |
| October 16,2007 | October 23,2007 | 4000199409 | Service Chg | PastDueBal | | 44.32 | P | 44.32 | P | 4000199409 | |
| November 01,2007 | November 08,2007 | 4000212567 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000212567 | |
| November 16,2007 | November 23,2007 | 4000212970 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000212970 | |
| December 01,2007 | December 08,2007 | 4000213815 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000213815 | |
| December 17,2007 | December 24,2007 | 4000214671 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000214671 | |
| January 01,2008 | January 08,2008 | 4000215548 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000215548 | |
| January 16,2008 | January 23,2008 | 4000216246 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000216246 | |
| February 01,2008 | February 08,2008 | 4000177306 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000177306 | |
| February 16,2008 | February 23,2008 | 4000204593 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000204593 | |
| March 01,2008 | March 08,2008 | 4000210196 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000210196 | |
| March 17,2008 | March 24,2008 | 4000218972 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000218972 | |
| April 01,2008 | April 08,2008 | 4000220067 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000220067 | |
| April 16,2008 | April 23,2008 | 4000220960 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000220960 | |
| May 01,2008 | May 08,2008 | 4000221768 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000221768 | |
| May 16,2008 | May 23,2008 | 4000219377 | Service Chg | PastDueBal | | 44.66 | P | 44.66 | P | 4000219377 | |

# McKESSON

Company: 8000

**STATEMENT**

As of: May 30,2008        Page: 002

FAMILYMEDS PHARMACY 806
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:     8149

Territory:     73

Customer: 681272
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008        **Page:** 002
**Mail to:**                          **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     681272
**Date:** May 31,2008     **PLEASE CHECK ANY
ITEMS NOT PAID ( )**

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:     P = Past Due Item,     F = Future Due Item,     blank = Current Due Item

TOTAL:     Customer Number 681272  FAMILYMEDS PHARMACY 806

Subtotals:                5,270.33     USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | USD | 5,270.33 |
| Past Due: | 5,270.33 | Pay This Amount:          5,270.33     USD | Disc lost if paid late: | |
| | | | 0.00 | |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:          5,270.33     USD | USD | 5,270.33 |

# McKESSON

## STATEMENT

**As of:** May 30,2008    **Page:** 001

To ensure proper credit to your account, detach and return this stub with your remittance

Company: 8000

**DC:** 8149

**Territory:** 73

FAMILYMEDS PHARMACY 807
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Customer:** 686989
**Date:** May 31,2008

**As of:** May 30,2008      **Page:** 001
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**   686989     PLEASE CHECK ANY
**Date:** May 31,2008   ITEMS NOT PAID(  )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296749613 | 0807022307 | 149Invoice | | 515.31 | P | 515.31 | P | 7296749613 | |
| September 17,2007 | September 24,2007 | 4000210812 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000210812 | |
| October 01,2007 | October 08,2007 | 4000211216 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000211216 | |
| October 16,2007 | October 23,2007 | 4000211610 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000211610 | |
| November 01,2007 | November 08,2007 | 4000212568 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000212568 | |
| November 16,2007 | November 23,2007 | 4000212972 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000212972 | |
| December 01,2007 | December 08,2007 | 4000213818 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000213818 | |
| December 17,2007 | December 24,2007 | 4000214674 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000214674 | |
| January 01,2008 | January 08,2008 | 4000215551 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000215551 | |
| January 16,2008 | January 23,2008 | 4000216249 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000216249 | |
| February 01,2008 | February 08,2008 | 4000177309 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000177309 | |
| February 16,2008 | February 23,2008 | 4000204596 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000204596 | |
| March 01,2008 | March 08,2008 | 4000210199 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000210199 | |
| March 17,2008 | March 24,2008 | 4000218975 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000218975 | |
| April 01,2008 | April 08,2008 | 4000220069 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000220069 | |
| April 16,2008 | April 23,2008 | 4000220962 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000220962 | |
| May 01,2008 | May 08,2008 | 4000221770 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000221770 | |
| May 16,2008 | May 23,2008 | 4000219380 | Service Chg | PastDueBal | | 5.15 | P | 5.15 | P | 4000219380 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 686989  FAMILYMEDS PHARMACY 807

Customer Number 686989  FAMILYMEDS PHARMACY 807

Subtotals:          602.86    USD

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 602.86 |
| Past Due: | 602.86 | Pay This Amount: | 602.86   USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 602.86   USD | USD | 602.86 |

# McKESSON

**STATEMENT**

Company: 8000

ZZFAMILYMEDS PHY 8126/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 001

DC:  8149

Territory:  73

Customer: 687005
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**  687005    PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296777689 | 0812022307 | 149Invoice | | 888.16 | P | 888.16 | P | 7296777689 | |
| March 01,2007 | March 08,2007 | 7297204227 | 0812022807 | 149Invoice | | 4,283.18 | P | 4,283.18 | P | 7297204227 | |
| March 01,2007 | March 08,2007 | 7297204230 | 0812022807 | 149Invoice | | 326.83 | P | 326.83 | P | 7297204230 | |
| March 01,2007 | March 08,2007 | 7297204232 | 0228070812 | 149Invoice | | 75.57 | P | 75.57 | P | 7297204232 | |
| March 01,2007 | March 08,2007 | 7297204233 | 0228070812 | 149Invoice | | 26.77 | P | 26.77 | P | 7297204233 | |
| September 17,2007 | September 24,2007 | 4000210813 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000210813 | |
| October 01,2007 | October 08,2007 | 4000211217 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000211217 | |
| October 16,2007 | October 23,2007 | 4000211611 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000211611 | |
| November 01,2007 | November 08,2007 | 4000212569 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000212569 | |
| November 16,2007 | November 23,2007 | 4000212973 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000212973 | |
| December 01,2007 | December 08,2007 | 4000213819 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000213819 | |
| December 17,2007 | December 24,2007 | 4000214675 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000214675 | |
| January 01,2008 | January 08,2008 | 4000215552 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000215552 | |
| January 16,2008 | January 23,2008 | 4000216250 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000216250 | |
| February 01,2008 | February 08,2008 | 4000216810 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000216810 | |
| February 16,2008 | February 23,2008 | 4000204597 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000204597 | |
| March 01,2008 | March 08,2008 | 4000210200 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000210200 | |
| March 17,2008 | March 24,2008 | 4000218976 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000218976 | |
| April 01,2008 | April 08,2008 | 4000220070 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000220070 | |
| April 16,2008 | April 23,2008 | 4000220963 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000220963 | |
| May 01,2008 | May 08,2008 | 4000221771 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000221771 | |
| May 16,2008 | May 23,2008 | 4000219381 | Service Chg | PastDueBal | | 56.01 | P | 56.01 | P | 4000219381 | |

Customer Number 687005  ZZFAMILYMEDS PHY 8126/07

# MCKESSON

## STATEMENT

**Company:** 8000

ZZFAMILYMEDS PHY 8126/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 002

**DC:**  8149

**Territory:**  73

**Customer:** 687005
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    687005          PLEASE CHECK ANY
**Date:** May 31,2008        ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:**    Customer Number 687005   ZZFAMILYMEDS PHY 8126/07

|  | | Subtotals: | | 6,552.68 | USD | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| Future Due: | 0.00 | | | | | | Due If Paid On Time: | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | | | | USD | | | 6,552.68 |
| Past Due: | 6,552.68 | Pay This Amount: | | 6,552.68 | USD | | Disc lost if paid late: | | | |
| | | | | | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | | | Due If Paid Late: | | | |
| | | Pay this Amount: | | 6,552.68 | USD | | USD | | | 6,552.68 |

# McKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS PHARMACY 813
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

As of: May 30,2008    Page: 001

DC: 8149

Territory: 99

Customer: 687051
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust: 687051    PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 687051  FAMILYMEDS PHARMACY 813 | | | | | | | | | | | |
| March 01,2007 | March 08,2007 | 7297202866 | 7297202866 | 149Invoice | | 544.41 | P | 544.41 | P | 7297202866 | |
| September 17,2007 | September 24,2007 | 4000210814 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000210814 | |
| October 01,2007 | October 08,2007 | 4000211218 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000211218 | |
| October 16,2007 | October 23,2007 | 4000211612 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000211612 | |
| November 01,2007 | November 08,2007 | 4000212570 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000212570 | |
| November 16,2007 | November 23,2007 | 4000212974 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000212974 | |
| December 01,2007 | December 08,2007 | 4000213820 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000213820 | |
| December 17,2007 | December 24,2007 | 4000214676 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000214676 | |
| January 01,2008 | January 08,2008 | 4000215553 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000215553 | |
| January 16,2008 | January 23,2008 | 4000216251 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000216251 | |
| February 01,2008 | February 08,2008 | 4000216811 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000216811 | |
| February 16,2008 | February 23,2008 | 4000204598 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000204598 | |
| March 01,2008 | March 08,2008 | 4000210201 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000210201 | |
| March 17,2008 | March 24,2008 | 4000218977 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000218977 | |
| April 01,2008 | April 08,2008 | 4000220071 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000220071 | |
| April 16,2008 | April 23,2008 | 4000220964 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000220964 | |
| May 01,2008 | May 08,2008 | 4000221772 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000221772 | |
| May 16,2008 | May 23,2008 | 4000219382 | Service Chg | PastDueBal | | 5.44 | P | 5.44 | P | 4000219382 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 687051  FAMILYMEDS PHARMACY 813

Subtotals:    636.89    USD

| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 636.89 |
| Past Due: | 636.89 | Pay This Amount: | 636.89    USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 636.89    USD | USD | 636.89 |

# MCKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS PHARMACY 816
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008        Page: 901

DC:  8149

Territory:  73

Customer: 687052
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008        **Page:** 001
**Mail to:**                          **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    687052        PLEASE CHECK ANY
**Date:** May 31,2008        ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296777856 | 0816022107-cii | 149Invoice | | 2,480.05 | P | 2,480.05 | P | 7296777856 | |
| February 26,2007 | March 05,2007 | 7296777857 | 051493730\ | 149Invoice | | 1,286.74 | P | 1,286.74 | P | 7296777857 | |
| February 26,2007 | March 05,2007 | 7296777860 | 0816022307 | 149Invoice | | 164.00 | P | 164.00 | P | 7296777860 | |
| March 01,2007 | March 08,2007 | 7297203740 | 0816022807 | 149Invoice | | 633.24 | P | 633.24 | P | 7297203740 | |
| March 01,2007 | March 08,2007 | 7297205321 | 0816022807 | 149Invoice | | 7,137.74 | P | 7,137.74 | P | 7297205321 | |
| September 14,2007 | September 14,2007 | 7317016184 | faxed order | 149Credit | | 421.12- | P | 421.12- | P | 7317016184 | |
| September 17,2007 | September 24,2007 | 4000210815 | Service Chg | PastDueBal | | 179.14 | P | 179.14 | P | 4000210815 | |
| October 01,2007 | October 08,2007 | 4000211219 | Service Chg | PastDueBal | | 112.53 | P | 112.53 | P | 4000211219 | |
| October 16,2007 | October 23,2007 | 4000211613 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000211613 | |
| November 01,2007 | November 08,2007 | 4000212571 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000212571 | |
| November 16,2007 | November 23,2007 | 4000212975 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000212975 | |
| December 01,2007 | December 08,2007 | 4000213821 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000213821 | |
| December 17,2007 | December 24,2007 | 4000214677 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000214677 | |
| January 01,2008 | January 08,2008 | 4000215554 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000215554 | |
| January 16,2008 | January 23,2008 | 4000216252 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000216252 | |
| February 01,2008 | February 08,2008 | 4000216812 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000216812 | |
| February 16,2008 | February 23,2008 | 4000204599 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000204599 | |
| March 01,2008 | March 08,2008 | 4000210202 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000210202 | |
| March 17,2008 | March 24,2008 | 4000218978 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000218978 | |
| April 01,2008 | April 08,2008 | 4000220072 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000220072 | |
| April 16,2008 | April 23,2008 | 4000220965 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000220965 | |
| May 01,2008 | May 08,2008 | 4000221773 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000221773 | |
| May 16,2008 | May 23,2008 | 4000219383 | Service Chg | PastDueBal | | 112.81 | P | 112.81 | P | 4000219383 | |

Customer Number 687052  FAMILYMEDS PHARMACY 816

# McKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS PHARMACY 816
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

DC:    8149

Territory:    73

**Customer:** 687052
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 002
**Mail to:**                      **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    687052          PLEASE CHECK ANY
**Date:** May 31,2008      ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:**    Customer Number 687052  FAMILYMEDS PHARMACY 816

|  |  |  | Subtotals: | | 13,264.47 | USD |  |
|---|---|---|---|---|---|---|---|

| Future Due: | 0.00 | | | | Due If Paid On Time: | |
|---|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | | USD | 13,264.47 |
| Past Due: | 13,264.47 | Pay This Amount: | 13,264.47 | USD | Disc lost if paid late: | |
| | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | Due If Paid Late: | |
| | | Pay this Amount: | 13,264.47 | USD | USD | 13,264.47 |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

| | |
|---|---|
| FAMILYMEDS PHARMACY 818 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE | |
| FARMINGTON CT  06032 | |

DC:    8149

Territory:    73

Customer:  688110
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    688110    PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 688110  FAMILYMEDS PHARMACY 818** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296748674 | 081802232007 | 149Invoice | | 317.88 | P | 317.88 | P | 7296748674 | |
| March 01,2007 | March 08,2007 | 7297203396 | 081802282007 | 149Invoice | | 37.72 | P | 37.72 | P | 7297203396 | |
| March 01,2007 | March 08,2007 | 7297203397 | 081802282007 | 149Invoice | | 2,859.41 | P | 2,859.41 | P | 7297203397 | |
| September 14,2007 | September 14,2007 | 7317016185 | 7317016185 | 149Credit | | 2,453.24- | P | 2,453.24- | P | 7317016185 | |
| September 17,2007 | September 24,2007 | 4000210816 | Service Chg | PastDueBal | | 73.90 | P | 73.90 | P | 4000210816 | |
| October 01,2007 | October 08,2007 | 4000211220 | Service Chg | PastDueBal | | 5.98 | P | 5.98 | P | 4000211220 | |
| October 16,2007 | October 23,2007 | 4000211614 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000211614 | |
| November 01,2007 | November 08,2007 | 4000212572 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000212572 | |
| November 16,2007 | November 23,2007 | 4000212976 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000212976 | |
| December 01,2007 | December 08,2007 | 4000213822 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000213822 | |
| December 17,2007 | December 24,2007 | 4000214678 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000214678 | |
| January 01,2008 | January 08,2008 | 4000215555 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000215555 | |
| January 11,2008 | January 18,2008 | 8900315910 | 27623ATA01 | Addbill INV | | 9.14 | P | 9.14 | P | 8900315910 | |
| January 16,2008 | January 23,2008 | 4000216253 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000216253 | |
| February 01,2008 | February 08,2008 | 4000216813 | Service Chg | PastDueBal | | 7.62 | P | 7.62 | P | 4000216813 | |
| February 16,2008 | February 23,2008 | 4000204600 | Service Chg | PastDueBal | | 7.71 | P | 7.71 | P | 4000204600 | |
| March 01,2008 | March 08,2008 | 4000210203 | Service Chg | PastDueBal | | 7.71 | P | 7.71 | P | 4000210203 | |
| March 17,2008 | March 24,2008 | 4000218979 | Service Chg | PastDueBal | | 7.71 | P | 7.71 | P | 4000218979 | |
| April 01,2008 | April 08,2008 | 4000220073 | Service Chg | PastDueBal | | 7.71 | P | 7.71 | P | 4000220073 | |
| April 16,2008 | April 23,2008 | 4000220966 | Service Chg | PastDueBal | | 7.71 | P | 7.71 | P | 4000220966 | |
| May 01,2008 | May 08,2008 | 4000221774 | Service Chg | PastDueBal | | 7.71 | P | 7.71 | P | 4000221774 | |
| May 16,2008 | May 23,2008 | 4000219384 | Service Chg | PastDueBal | | 7.71 | P | 7.71 | P | 4000219384 | |

# McKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 818
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

DC:  8149

Territory:  73

Customer: 688110
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008    Page: 002
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  688110
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P =  Past Due Item,    F =  Future Due Item,    blank =  Current Due Item

TOTAL:    Customer Number 688110  FAMILYMEDS PHARMACY 818

Subtotals:                965.72    USD

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 965.72 |
| Past Due: | 965.72 | Pay This Amount: | 965.72  USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 965.72  USD | USD | 965.72 |

# McKESSON
## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

FAMILYMEDS PHARMACY 819
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

DC: 8149

Territory: 73

Customer: 688111
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:                Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust: 688111       PLEASE CHECK ANY
Date: May 31,2008  ITEMS NOT PAID (  )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 688111  FAMILYMEDS PHARMACY 819** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296779074 | 0819022307 | 149Invoice | | 1,055.20 | P | 1,055.20 | P | 7296779074 | |
| March 01,2007 | March 08,2007 | 7297204668 | 0819022807 | 149Invoice | | 9,370.70 | P | 9,370.70 | P | 7297204668 | |
| March 01,2007 | March 08,2007 | 7297204678 | 0819022807 | 149Invoice | | 20.03 | P | 20.03 | P | 7297204678 | |
| September 14,2007 | September 14,2007 | 7317016186 | 7317016186 | 149Credit | | 1,756.68- | P | 1,756.68- | P | 7317016186 | |
| September 14,2007 | September 14,2007 | 7317016187 | 7317016187 | 149Credit | | 54.33- | P | 54.33- | P | 7317016187 | |
| September 17,2007 | September 24,2007 | 4000210817 | Service Chg | PastDueBal | | 151.10 | P | 151.10 | P | 4000210817 | |
| October 01,2007 | October 08,2007 | 4000211221 | Service Chg | PastDueBal | | 85.14 | P | 85.14 | P | 4000211221 | |
| October 16,2007 | October 23,2007 | 4000211615 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000211615 | |
| November 01,2007 | November 08,2007 | 4000212573 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000212573 | |
| November 16,2007 | November 23,2007 | 4000212977 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000212977 | |
| December 01,2007 | December 08,2007 | 4000213823 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000213823 | |
| December 17,2007 | December 24,2007 | 4000214679 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000214679 | |
| January 01,2008 | January 08,2008 | 4000215556 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000215556 | |
| January 16,2008 | January 23,2008 | 4000216254 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000216254 | |
| February 01,2008 | February 08,2008 | 4000216814 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000216814 | |
| February 16,2008 | February 23,2008 | 4000204601 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000204601 | |
| March 01,2008 | March 08,2008 | 4000210204 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000210204 | |
| March 17,2008 | March 24,2008 | 4000218980 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000218980 | |
| April 01,2008 | April 08,2008 | 4000220074 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000220074 | |
| April 16,2008 | April 23,2008 | 4000220967 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000220967 | |
| May 01,2008 | May 08,2008 | 4000221775 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000221775 | |
| May 16,2008 | May 23,2008 | 4000219385 | Service Chg | PastDueBal | | 86.35 | P | 86.35 | P | 4000219385 | |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008          Page: 002

FAMILYMEDS PHARMACY 819
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:       8149

Territory:      73

Customer: 688111
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008          Page: 002
Mail to:                            Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:       688111
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P =  Past Due Item,     F =  Future Due Item,      blank =  Current Due Item

**TOTAL:     Customer Number 688111  FAMILYMEDS PHARMACY 819**

|  |  |  |  |  | Subtotals: | 10,166.41 | USD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Future Due: | 0.00 | | | | Due If Paid On Time: | | |
|---|---|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | USD | | 10,166.41 |
| Past Due: | 10,166.41 | Pay This Amount: | 10,166.41 | USD | Disc lost if paid late: | |
| | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | | |
| | | Pay this Amount: | 10,166.41 | USD | USD | 10,166.41 |

# McKESSON

## STATEMENT

Company: 8000

As of: May 30,2008          Page: 001

DC:  8191

Territory:  8

Customer: 688123
Date: May 31,2008

FAMILYMEDS PHARMACY 829
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008          Page: 001
Mail to:                    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    688123          PLEASE CHECK ANY
Date: May 31,2008        ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 688123  FAMILYMEDS PHARMACY 829 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296675400 | 022307829jeh | 191Invoice | | 1,953.87 | P | 1,953.87 | P | 7296675400 | |
| September 17,2007 | September 24,2007 | 4000210818 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000210818 | |
| October 01,2007 | October 08,2007 | 4000211222 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000211222 | |
| October 16,2007 | October 23,2007 | 4000211616 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000211616 | |
| November 01,2007 | November 08,2007 | 4000212574 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000212574 | |
| November 16,2007 | November 23,2007 | 4000212978 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000212978 | |
| December 01,2007 | December 08,2007 | 4000213824 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000213824 | |
| December 17,2007 | December 24,2007 | 4000214680 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000214680 | |
| January 01,2008 | January 08,2008 | 4000215557 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000215557 | |
| January 16,2008 | January 23,2008 | 4000216255 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000216255 | |
| February 01,2008 | February 08,2008 | 4000216815 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000216815 | |
| February 16,2008 | February 23,2008 | 4000204602 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000204602 | |
| March 01,2008 | March 08,2008 | 4000210205 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000210205 | |
| March 17,2008 | March 24,2008 | 4000218981 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000218981 | |
| April 01,2008 | April 08,2008 | 4000220075 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000220075 | |
| April 16,2008 | April 23,2008 | 4000220968 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000220968 | |
| May 01,2008 | May 08,2008 | 4000221776 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000221776 | |
| May 16,2008 | May 23,2008 | 4000219386 | | Service Chg | PastDueBal | 19.54 | P | 19.54 | P | 4000219386 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 688123  FAMILYMEDS PHARMACY 829

Subtotals:                 2,286.05    USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | USD | 2,286.05 |
| Past Due: | 2,286.05 | Pay This Amount:    2,286.05  USD | Disc lost if paid late: | |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:    2,286.05  USD | USD | 2,286.05 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

DC:         8191

Territory:      8

Customer: 688126
Date: May 31,2008

FAMILYMEDS PHARMACY 830
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008         Page: 001
Mail to:                   Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    688126     PLEASE CHECK ANY
Date: May 31,2008   ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296675433 | 7296675433 | 191Invoice | | 89.03 | P | 89.03 | P | 7296675433 | |
| February 26,2007 | March 05,2007 | 7296675442 | 7296675442 | 191Invoice | | 36.26 | P | 36.26 | P | 7296675442 | |
| March 01,2007 | March 08,2007 | 7297151161 | QO02282007 | 191Invoice | | 136.85 | P | 136.85 | P | 7297151161 | |
| March 01,2007 | March 08,2007 | 7297151162 | 02280830 | 191Invoice | | 3,545.26 | P | 3,545.26 | P | 7297151162 | |
| March 01,2007 | March 08,2007 | 7297151163 | 02280830 | 191Invoice | | 424.34 | P | 424.34 | P | 7297151163 | |
| March 01,2007 | March 08,2007 | 7297151165 | 7297151165 | 191Invoice | | 13.47 | P | 13.47 | P | 7297151165 | |
| September 17,2007 | September 24,2007 | 4000210819 | Service Chg | PastDueBal | | 86.60 | P | 86.60 | P | 4000210819 | |
| October 01,2007 | October 08,2007 | 4000211223 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000211223 | |
| October 16,2007 | October 23,2007 | 4000211617 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000211617 | |
| November 01,2007 | November 08,2007 | 4000212575 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000212575 | |
| November 16,2007 | November 23,2007 | 4000212979 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000212979 | |
| December 01,2007 | December 08,2007 | 4000213825 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000213825 | |
| December 17,2007 | December 24,2007 | 4000214681 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000214681 | |
| January 01,2008 | January 08,2008 | 4000215558 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000215558 | |
| January 16,2008 | January 23,2008 | 4000216256 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000216256 | |
| February 01,2008 | February 08,2008 | 4000216816 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000216816 | |
| February 16,2008 | February 23,2008 | 4000204603 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000204603 | |
| March 01,2008 | March 08,2008 | 4000210206 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000210206 | |
| March 17,2008 | March 24,2008 | 4000218982 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000218982 | |
| April 01,2008 | April 08,2008 | 4000220076 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000220076 | |
| April 16,2008 | April 23,2008 | 4000220969 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000220969 | |
| May 01,2008 | May 08,2008 | 4000221777 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000221777 | |
| May 16,2008 | May 23,2008 | 4000219387 | Service Chg | PastDueBal | | 42.44 | P | 42.44 | P | 4000219387 | |

Customer Number 688126  FAMILYMEDS PHARMACY 830

MCKESSON

# STATEMENT

Company: 8000

As of: May 30,2008   Page: 002

To ensure proper credit to your account, detach and return this stub with your remittance

DC:  8191

Territory:  8

Customer: 688126
Date: May 31,2008

FAMILYMEDS PHARMACY 830
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008   Page: 002
Mail to:   Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  688126
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:   P = Past Due Item,   F = Future Due Item,   blank = Current Due Item

TOTAL:   Customer Number 688126  FAMILYMEDS PHARMACY 830

Subtotals:   5,010.85   USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD   5,010.85 |
| Past Due: | 5,010.85 | Pay This Amount:   5,010.85 USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:   5,010.85 USD | USD   5,010.85 |

# McKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS PHARMACY 832
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 001

DC:        8191

Territory:        8

Customer:  688138
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      688138
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296675535 | 0832022307 | 191Invoice | | 80.98 | P | 80.98 | P | 7296675535 | |
| March 01,2007 | March 08,2007 | 7297150247 | 066799652 | 191Invoice | | 1,932.81 | P | 1,932.81 | P | 7297150247 | |
| March 01,2007 | March 08,2007 | 7297150249 | 0832022807 | 191Invoice | | 4,914.80 | P | 4,914.80 | P | 7297150249 | |
| March 01,2007 | March 08,2007 | 7297150250 | 0832022807 | 191Invoice | | 417.39 | P | 417.39 | P | 7297150250 | |
| March 31,2007 | April 07,2007 | 7300275984 | 08323302007 | 164Invoice | | 10.78 | P | 10.78 | P | 7300275984 | |
| September 17,2007 | September 24,2007 | 4000210820 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000210820 | |
| October 01,2007 | October 08,2007 | 4000211224 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000211224 | |
| October 16,2007 | October 23,2007 | 4000211618 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000211618 | |
| November 01,2007 | November 08,2007 | 4000212576 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000212576 | |
| November 16,2007 | November 23,2007 | 4000212980 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000212980 | |
| December 01,2007 | December 08,2007 | 4000213826 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000213826 | |
| December 17,2007 | December 24,2007 | 4000214682 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000214682 | |
| January 01,2008 | January 08,2008 | 4000215559 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000215559 | |
| January 16,2008 | January 23,2008 | 4000216257 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000216257 | |
| February 01,2008 | February 08,2008 | 4000216817 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000216817 | |
| February 16,2008 | February 23,2008 | 4000204604 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000204604 | |
| March 01,2008 | March 08,2008 | 4000210207 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000210207 | |
| March 17,2008 | March 24,2008 | 4000218983 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000218983 | |
| April 01,2008 | April 08,2008 | 4000220077 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000220077 | |
| April 16,2008 | April 23,2008 | 4000220970 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000220970 | |
| May 01,2008 | May 08,2008 | 4000221778 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000221778 | |
| May 16,2008 | May 23,2008 | 4000219388 | Service Chg | PastDueBal | | 73.57 | P | 73.57 | P | 4000219388 | |

Customer Number 688138  FAMILYMEDS PHARMACY 832

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 002

Company: 8000

| | |
|---|---|
| FAMILYMEDS PHARMACY 832 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE | |
| FARMINGTON CT  06032 | |

DC:    8191

Territory:    8

Customer: 688138
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    688138
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( ✓ )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 688138  FAMILYMEDS PHARMACY 832

|  |  |  |  |
|---|---|---|---|
| | Subtotals: | 8,607.45    USD | |

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | If Paid By Invoice Terms, | | USD                    8,607.45 |
| Past Due: | 8,607.45 | Pay This Amount:          8,607.45   USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:          8,607.45   USD | USD                    8,607.45 |

# McKESSON

Company: 8000

## STATEMENT

As of: May 30,2008    Page: 001

DC: 8191

Territory: 8

Customer: 688159
Date: May 31,2008

FAMILYMEDS PHARMACY 833
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

Cust:    688159
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 688159  FAMILYMEDS PHARMACY 833** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296675957 | 0833022307 | 191Invoice | | 2,565.03 | P | 2,565.03 | P | 7296675957 | |
| February 26,2007 | March 05,2007 | 7296675959 | 0833022307 | 191Invoice | | 56.93 | P | 56.93 | P | 7296675959 | |
| February 26,2007 | March 05,2007 | 7296675961 | 0833022307 | 191Invoice | | 1,628.43 | P | 1,628.43 | P | 7296675961 | |
| March 01,2007 | March 08,2007 | 7297150654 | 0833022807 | 191Invoice | | 7.44 | P | 7.44 | P | 7297150654 | |
| March 01,2007 | March 08,2007 | 7297151007 | 0833022807 | 191Invoice | | 5,185.20 | P | 5,185.20 | P | 7297151007 | |
| September 17,2007 | September 24,2007 | 4000210821 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000210821 | |
| October 01,2007 | October 08,2007 | 4000211225 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000211225 | |
| October 16,2007 | October 23,2007 | 4000211619 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000211619 | |
| November 01,2007 | November 08,2007 | 4000212577 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000212577 | |
| November 16,2007 | November 23,2007 | 4000212981 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000212981 | |
| December 01,2007 | December 08,2007 | 4000213827 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000213827 | |
| December 17,2007 | December 24,2007 | 4000214683 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000214683 | |
| January 01,2008 | January 08,2008 | 4000215560 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000215560 | |
| January 16,2008 | January 23,2008 | 4000216258 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000216258 | |
| February 01,2008 | February 08,2008 | 4000216818 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000216818 | |
| February 16,2008 | February 23,2008 | 4000204605 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000204605 | |
| March 01,2008 | March 08,2008 | 4000210208 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000210208 | |
| March 17,2008 | March 24,2008 | 4000218984 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000218984 | |
| April 01,2008 | April 08,2008 | 4000220078 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000220078 | |
| April 16,2008 | April 23,2008 | 4000220971 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000220971 | |
| May 01,2008 | May 08,2008 | 4000221779 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000221779 | |
| May 16,2008 | May 23,2008 | 4000219389 | | Service Chg | PastDueBal | 94.42 | P | 94.42 | P | 4000219389 | |

# McKESSON

Company: 8000

## STATEMENT

As of: May 30,2008     Page: 002

DC:       8191

Territory:       8

Customer: 688159
Date: May 31,2008

FAMILYMEDS PHARMACY 833
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          **Page:** 002
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      688159
**Date:** May 31,2008

**PLEASE CHECK ANY ITEMS NOT PAID (  )**

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:     P =  Past Due Item,     F = Future Due Item,      blank =  Current Due Item

TOTAL:      Customer Number 688159  FAMILYMEDS PHARMACY 833

Subtotals:                   11,048.17    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                     11,048.17 |
| Past Due: | 11,048.17 | Pay This Amount:          11,048.17   USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:           11,048.17   USD | USD                     11,048.17 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

**Company: 8000**

FAMILYMEDS PHARMACY 835
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8191

Territory:    8

Customer: 688162
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    688162
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 688162  FAMILYMEDS PHARMACY 835** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296676012 | 0835022307 | 191Invoice | | 745.68 | P | 745.68 | P | 7296676012 | |
| March 01,2007 | March 08,2007 | 7297150746 | 022807 | 191Invoice | | 27.15 | P | 27.15 | P | 7297150746 | |
| March 01,2007 | March 08,2007 | 7297151468 | 022807 | 191Invoice | | 5,177.79 | P | 5,177.79 | P | 7297151468 | |
| September 17,2007 | September 24,2007 | 4000210822 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000210822 | |
| October 01,2007 | October 08,2007 | 4000211226 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000211226 | |
| October 16,2007 | October 23,2007 | 4000211620 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000211620 | |
| November 01,2007 | November 08,2007 | 4000212578 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000212578 | |
| November 16,2007 | November 23,2007 | 4000212982 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000212982 | |
| December 01,2007 | December 08,2007 | 4000213828 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000213828 | |
| December 17,2007 | December 24,2007 | 4000214684 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000214684 | |
| January 01,2008 | January 08,2008 | 4000215561 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000215561 | |
| January 16,2008 | January 23,2008 | 4000216259 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000216259 | |
| February 01,2008 | February 08,2008 | 4000216819 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000216819 | |
| February 16,2008 | February 23,2008 | 4000204606 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000204606 | |
| March 01,2008 | March 08,2008 | 4000210209 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000210209 | |
| March 17,2008 | March 24,2008 | 4000218985 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000218985 | |
| April 01,2008 | April 08,2008 | 4000220079 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000220079 | |
| April 16,2008 | April 23,2008 | 4000220972 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000220972 | |
| May 01,2008 | May 08,2008 | 4000221780 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000221780 | |
| May 16,2008 | May 23,2008 | 4000219390 | Service Chg | PastDueBal | | 59.51 | P | 59.51 | P | 4000219390 | |

# MCKESSON

Company: 8000

## STATEMENT

As of: May 30,2008          Page: 001

FAMILYMEDS PHARMACY 835
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:          8191

Territory:          8

Customer:  688162
Date:  May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of:  May 30,2008          Page: 001
Mail to:                          Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      688162
Date:  May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

PF column legend:     P =  Past Due Item,     F =  Future Due Item,     blank =  Current Due Item

National Account 603805

_____

TOTAL:     Customer Number 688162  FAMILYMEDS PHARMACY 835

|  |  | Subtotals: | 6,962.29 | USD |
|---|---|---|---|---|

| Future Due: | 0.00 | If Paid By Invoice Terms, Pay This Amount: | 6,962.29 USD | Due If Paid On Time: USD          6,962.29 |
|---|---|---|---|---|
| Past Due: | 6,962.29 | | | Disc lost if paid late: 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, Pay this Amount: | 6,962.29 USD | Due If Paid Late: USD          6,962.29 |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

ZZFAMILYMEDS PHY 8365/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8191

Territory:  8

Customer:  688186
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    688186
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 688186  ZZFAMILYMEDS PHY 8365/07** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296701973 | 0223070836 | 191Invoice | | 35.36 | P | 35.36 | P | 7296701973 | |
| March 01,2007 | March 08,2007 | 7297168946 | 0836022807 | 191Invoice | | 6,106.63 | P | 6,106.63 | P | 7297168946 | |
| March 01,2007 | March 08,2007 | 7297168958 | 0836022807 | 191Invoice | | 156.27 | P | 156.27 | P | 7297168958 | |
| March 01,2007 | March 08,2007 | 7297168960 | 022807 | 191Invoice | | 291.81 | P | 291.81 | P | 7297168960 | |
| September 17,2007 | September 24,2007 | 4000210823 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000210823 | |
| October 01,2007 | October 08,2007 | 4000211227 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000211227 | |
| October 16,2007 | October 23,2007 | 4000211621 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000211621 | |
| November 01,2007 | November 08,2007 | 4000212579 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000212579 | |
| November 16,2007 | November 23,2007 | 4000212983 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000212983 | |
| December 01,2007 | December 08,2007 | 4000213829 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000213829 | |
| December 17,2007 | December 24,2007 | 4000214685 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000214685 | |
| January 01,2008 | January 08,2008 | 4000215562 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000215562 | |
| January 16,2008 | January 23,2008 | 4000216260 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000216260 | |
| February 01,2008 | February 08,2008 | 4000216820 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000216820 | |
| February 16,2008 | February 23,2008 | 4000204607 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000204607 | |
| March 01,2008 | March 08,2008 | 4000218110 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000218110 | |
| March 17,2008 | March 24,2008 | 4000218986 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000218986 | |
| April 01,2008 | April 08,2008 | 4000220080 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000220080 | |
| April 16,2008 | April 23,2008 | 4000220973 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000220973 | |
| May 01,2008 | May 08,2008 | 4000221781 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000221781 | |
| May 16,2008 | May 23,2008 | 4000219391 | | Service Chg | PastDueBal | 65.90 | P | 65.90 | P | 4000219391 | |

# McKESSON

## STATEMENT

As of:  May 30,2008                          Page: 001

Company: 8000

|  |  |  |
|---|---|---|
| ZZFAMILYMEDS PHY 8365/07 | McKesson | DC:        8191 |
| FAMILYMEDS, INC | P.O. Box 848442 | |
| AP | DALLAS TX  75284-8442 | Territory:      8 |
| 312 FARMINGTON AVE | | |
| FARMINGTON CT  06032 | | Customer: 688186 |
| | | Date: May 31,2008 |

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008                 **Page:** 001
**Mail to:**                                   **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      688186
**Date:** May 31,2008      PLEASE CHECK ANY
                           ITEMS NOT PAID ( ✓ )

PF column legend:     P =  Past Due Item,     F = Future Due Item,     blank =  Current Due Item

National Account 603805

_____

TOTAL:      Customer Number 688186  ZZFAMILYMEDS PHY 8365/07

|  |  |  |  |  |
|---|---|---|---|---|
| | | Subtotals: | 7,710.37 | USD |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| **Future Due:** | 0.00 | | | | **Due If Paid On Time:** | |
| | | **If Paid By Invoice Terms,** | | | USD | 7,710.37 |
| **Past Due:** | 7,710.37 | **Pay This Amount:** | 7,710.37 | USD | **Disc lost if paid late:** | |
| | | | | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | | | **Due If Paid Late:** | |
| | | **Pay this Amount:** | 7,710.37 | USD | USD | 7,710.37 |

# McKesson

## STATEMENT

As of: May 30,2008   Page: 001

To ensure proper credit to your account, detach and return this stub with your remittance

Company: 8000

DC:   8165

Territory:   75

FAMILYMEDS PHARMACY 745
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Customer: 688240
Date: May 31,2008

As of: May 30,2008   Page: 001
Mail to:                          Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:   688240        PLEASE CHECK ANY
Date: May 31,2008     ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 688240  FAMILYMEDS PHARMACY 745 | | | | | | | | | | | |
| March 01,2007 | March 08,2007 | 7297222659 | 022807 | 165Invoice | | 564.43 | P | 564.43 | P | 7297222659 | |
| March 01,2007 | March 08,2007 | 7297223737 | 022807 | 165Invoice | | 3,313.83 | P | 3,313.83 | P | 7297223737 | |
| September 17,2007 | September 24,2007 | 4000210824 | Service Chg | PastDueBal | | 96.25 | P | 96.25 | P | 4000210824 | |
| October 01,2007 | October 08,2007 | 4000211228 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000211228 | |
| October 16,2007 | October 23,2007 | 4000211622 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000211622 | |
| November 01,2007 | November 08,2007 | 4000212580 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000212580 | |
| November 16,2007 | November 23,2007 | 4000212984 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000212984 | |
| December 01,2007 | December 08,2007 | 4000213830 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000213830 | |
| December 17,2007 | December 24,2007 | 4000214686 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000214686 | |
| January 01,2008 | January 08,2008 | 4000215563 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000215563 | |
| January 16,2008 | January 23,2008 | 4000216261 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000216261 | |
| February 01,2008 | February 08,2008 | 4000216821 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000216821 | |
| February 16,2008 | February 23,2008 | 4000204608 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000204608 | |
| March 01,2008 | March 08,2008 | 4000218111 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000218111 | |
| March 17,2008 | March 24,2008 | 4000218987 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000218987 | |
| April 01,2008 | April 08,2008 | 4000220081 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000220081 | |
| April 16,2008 | April 23,2008 | 4000220974 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000220974 | |
| May 01,2008 | May 08,2008 | 4000221782 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000221782 | |
| May 16,2008 | May 23,2008 | 4000219392 | Service Chg | PastDueBal | | 38.78 | P | 38.78 | P | 4000219392 | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:   Customer Number 688240  FAMILYMEDS PHARMACY 745

Subtotals:                        4,594.99   USD

| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 4,594.99 |
| Past Due: | 4,594.99 | Pay This Amount: | 4,594.99   USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 4,594.99   USD | USD | 4,594.99 |

# McKESSON
## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

DC: 8165

Territory: 75

Customer: 688292
Date: May 31,2008

FAMILYMEDS PHARMACY 746
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    688292
Date: May 31,2008    PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Customer Number 688292  FAMILYMEDS PHARMACY 746** | | | | | | | |
| February 26,2007 | March 05,2007 | 7296788864 | 0746022207CII | 165Invoice | | 1,740.93 | P | 1,740.93 | P | 7296788864 | |
| February 26,2007 | March 05,2007 | 7296788869 | 0746022307 | 165Invoice | | 147.24 | P | 147.24 | P | 7296788869 | |
| February 26,2007 | March 05,2007 | 7296788870 | 0746022407 | 165Invoice | | 477.10 | P | 477.10 | P | 7296788870 | |
| February 26,2007 | March 05,2007 | 7296788871 | 0746022407 | 165Invoice | | 29.69 | P | 29.69 | P | 7296788871 | |
| February 26,2007 | March 05,2007 | 7296788872 | 0746022407 | 165Invoice | | 93.32 | P | 93.32 | P | 7296788872 | |
| February 26,2007 | March 05,2007 | 7296788873 | 0746022407 | 165Invoice | | 102.16 | P | 102.16 | P | 7296788873 | |
| March 01,2007 | March 08,2007 | 7297222507 | 00007 | 165Invoice | | 3,778.60 | P | 3,778.60 | P | 7297222507 | |
| March 01,2007 | March 08,2007 | 7297222508 | 00007 | 165Invoice | | 148.60 | P | 148.60 | P | 7297222508 | |
| September 17,2007 | September 24,2007 | 4000210825 | Service Chg | PastDueBal | | 114.82 | P | 114.82 | P | 4000210825 | |
| October 01,2007 | October 08,2007 | 4000211229 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000211229 | |
| October 16,2007 | October 23,2007 | 4000211623 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000211623 | |
| November 01,2007 | November 08,2007 | 4000212581 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000212581 | |
| November 16,2007 | November 23,2007 | 4000212985 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000212985 | |
| December 01,2007 | December 08,2007 | 4000213831 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000213831 | |
| December 17,2007 | December 24,2007 | 4000214687 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000214687 | |
| January 01,2008 | January 08,2008 | 4000215564 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000215564 | |
| January 16,2008 | January 23,2008 | 4000216262 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000216262 | |
| February 01,2008 | February 08,2008 | 4000216822 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000216822 | |
| February 16,2008 | February 23,2008 | 4000204609 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000204609 | |
| March 01,2008 | March 08,2008 | 4000218112 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000218112 | |
| March 17,2008 | March 24,2008 | 4000218988 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000218988 | |
| April 01,2008 | April 08,2008 | 4000220082 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000220082 | |
| April 16,2008 | April 23,2008 | 4000220975 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000220975 | |
| May 01,2008 | May 08,2008 | 4000221783 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000221783 | |
| May 16,2008 | May 23,2008 | 4000219393 | Service Chg | PastDueBal | | 65.18 | P | 65.18 | P | 4000219393 | |

# McKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS PHARMACY 746
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 002

DC:        8165

Territory:      75

Customer: 688292
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008          **Page:** 002
**Mail to:**                 **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      688292          PLEASE CHECK ANY
**Date:** May 31,2008     ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:     P = Past Due Item,     F = Future Due Item,     blank = Current Due Item

TOTAL:     Customer Number 688292  FAMILYMEDS PHARMACY 746

| | | | Subtotals: | | | 7,675.34 | USD | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Future Due: | 0.00 | | | | | | | Due If Paid On Time: | | | |
| | | | If Paid By Invoice Terms, | | | | | USD | | | 7,675.34 |
| Past Due: | 7,675.34 | | Pay This Amount: | | | 7,675.34 | USD | Disc lost if paid late: | | | |
| | | | | | | | | | | | 0.00 |
| Last Payment | 0.00 | | If Paid After Invoice Terms, | | | | | Due If Paid Late: | | | |
| | | | Pay this Amount: | | | 7,675.34 | USD | USD | | | 7,675.34 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008     Page: 001

FAMILYMEDS PHARMACY 747
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

**DC:** 8165

**Territory:** 75

**Customer:** 688807
**Date:** May 31,2008

**As of:** May 30,2008     **Page:** 001
**Mail to:**                      **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

**Cust:** 688807
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

To ensure proper credit to your
account, detach and return this
stub with your remittance

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 688807   FAMILYMEDS PHARMACY 747** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296788118 | QO02232007 | 165Invoice | | 77.32 | P | 77.32 | P | 7296788118 | |
| February 26,2007 | March 05,2007 | 7296788122 | 0747022307 | 165Invoice | | 189.91 | P | 189.91 | P | 7296788122 | |
| February 26,2007 | March 05,2007 | 7296788123 | 0747022407 | 165Invoice | | 994.32 | P | 994.32 | P | 7296788123 | |
| March 01,2007 | March 08,2007 | 7297222509 | 0747022807 | 165Invoice | | 84.12 | P | 84.12 | P | 7297222509 | |
| March 01,2007 | March 08,2007 | 7297223937 | 0747022807 | 165Invoice | | 5,441.88 | P | 5,441.88 | P | 7297223937 | |
| September 17,2007 | September 24,2007 | 4000210826 | Service Chg | PastDueBal | | 108.53 | P | 108.53 | P | 4000210826 | |
| October 01,2007 | October 08,2007 | 4000211230 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000211230 | |
| October 16,2007 | October 23,2007 | 4000211624 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000211624 | |
| November 01,2007 | November 08,2007 | 4000212582 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000212582 | |
| November 16,2007 | November 23,2007 | 4000212986 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000212986 | |
| December 01,2007 | December 08,2007 | 4000213832 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000213832 | |
| December 17,2007 | December 24,2007 | 4000214688 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000214688 | |
| January 01,2008 | January 08,2008 | 4000215565 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000215565 | |
| January 16,2008 | January 23,2008 | 4000216263 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000216263 | |
| February 01,2008 | February 08,2008 | 4000216823 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000216823 | |
| February 16,2008 | February 23,2008 | 4000217310 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000217310 | |
| March 01,2008 | March 08,2008 | 4000218113 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000218113 | |
| March 17,2008 | March 24,2008 | 4000218989 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000218989 | |
| April 01,2008 | April 08,2008 | 4000220083 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000220083 | |
| April 16,2008 | April 23,2008 | 4000220976 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000220976 | |
| May 01,2008 | May 08,2008 | 4000221784 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000221784 | |
| May 16,2008 | May 23,2008 | 4000219394 | Service Chg | PastDueBal | | 67.87 | P | 67.87 | P | 4000219394 | |

# McKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 747
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 002

DC:         8165

Territory:       75

Customer:  688807
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                          **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      688807
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID (  )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:     P =  Past Due Item,     F =  Future Due Item,     blank =  Current Due Item

**TOTAL:**     Customer Number 688807  FAMILYMEDS PHARMACY 747

| | | | Subtotals: | | | 7,982.00 | USD | | | | |

| Future Due: | 0.00 | | | | | | | Due If Paid On Time: | | | |
| | | | If Paid By Invoice Terms, | | | | | USD | | | 7,982.00 |
| Past Due: | 7,982.00 | | Pay This Amount: | | 7,982.00 | USD | | Disc lost if paid late: | | | |
| | | | | | | | | 0.00 | | | |
| Last Payment | 0.00 | | If Paid After Invoice Terms, | | | | | Due If Paid Late: | | | |
| | | | Pay this Amount: | | 7,982.00 | USD | | USD | | | 7,982.00 |

# McKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 748
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 001

DC:  8165

Territory:  75

Customer: 688835
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  688835        PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 688835  FAMILYMEDS PHARMACY 748** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296789003 | 0748022307 | 165Invoice | | 156.27 | P | 156.27 | P | 7296789003 | |
| February 26,2007 | March 05,2007 | 7296789004 | 0748022407 | 165Invoice | | 773.23 | P | 773.23 | P | 7296789004 | |
| March 01,2007 | March 08,2007 | 7297223046 | 07X000018 | 165Invoice | | 473.50 | P | 473.50 | P | 7297223046 | |
| March 01,2007 | March 08,2007 | 7297223053 | 0748022807 | 165Invoice | | 5,783.60 | P | 5,783.60 | P | 7297223053 | |
| March 01,2007 | March 08,2007 | 7297223058 | 0748022807 | 165Invoice | | 38.27 | P | 38.27 | P | 7297223058 | |
| March 01,2007 | March 08,2007 | 7297223059 | 0748022807 | 165Invoice | | 21.23 | P | 21.23 | P | 7297223059 | |
| September 17,2007 | September 24,2007 | 4000210827 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000210827 | |
| October 01,2007 | October 08,2007 | 4000211231 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000211231 | |
| October 16,2007 | October 23,2007 | 4000211625 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000211625 | |
| November 01,2007 | November 08,2007 | 4000212583 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000212583 | |
| November 16,2007 | November 23,2007 | 4000212987 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000212987 | |
| December 01,2007 | December 08,2007 | 4000213833 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000213833 | |
| December 17,2007 | December 24,2007 | 4000214689 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000214689 | |
| January 01,2008 | January 08,2008 | 4000215566 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000215566 | |
| January 16,2008 | January 23,2008 | 4000216264 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000216264 | |
| February 01,2008 | February 08,2008 | 4000216824 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000216824 | |
| February 16,2008 | February 23,2008 | 4000217311 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000217311 | |
| March 01,2008 | March 08,2008 | 4000218114 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000218114 | |
| March 17,2008 | March 24,2008 | 4000218990 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000218990 | |
| April 01,2008 | April 08,2008 | 4000220084 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000220084 | |
| April 16,2008 | April 23,2008 | 4000220977 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000220977 | |
| May 01,2008 | May 08,2008 | 4000221785 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000221785 | |
| May 16,2008 | May 23,2008 | 4000219395 | | Service Chg | PastDueBal | 72.46 | P | 72.46 | P | 4000219395 | |

# MCKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 748
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008          Page:  002

DC:      8165

Territory:     75

Customer:  688835
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      688835
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( ✓ )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P =  Past Due Item,    F =  Future Due Item,    blank =  Current Due Item

**TOTAL:**    Customer Number 688835   FAMILYMEDS PHARMACY 748

|  |  |  | Subtotals: | 8,477.92 | USD |  |
|---|---|---|---|---|---|---|

| Future Due: | 0.00 | | | Due If Paid On Time: | |
|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | USD | 8,477.92 |
| Past Due: | 8,477.92 | Pay This Amount: | 8,477.92 USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 8,477.92 USD | USD | 8,477.92 |

# McKESSON
## STATEMENT

Company: 8000

ZZFAMILYMEDS PHY 749 2/09
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 001

DC:   8165

Territory:   75

Customer: 688882
Date: May 31,2008

**To ensure proper credit to your account, detach and return this stub with your remittance**

**As of:** May 30,2008    **Page:** 001
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**   688882    **PLEASE CHECK ANY**
**Date:** May 31,2008   **ITEMS NOT PAID** ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 688882   ZZFAMILYMEDS PHY 749 2/09 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296753182 | 25773946 | 165Invoice | | 564.38 | P | 564.38 | P | 7296753182 | |
| March 01,2007 | March 08,2007 | 7297192968 | 0749022607cll | 165Invoice | | 7,031.51 | P | 7,031.51 | P | 7297192968 | |
| March 01,2007 | March 08,2007 | 7297192969 | 26098096 | 165Invoice | | 3,798.92 | P | 3,798.92 | P | 7297192969 | |
| March 01,2007 | March 08,2007 | 7297192970 | 26098096 | 165Invoice | | 401.71 | P | 401.71 | P | 7297192970 | |
| March 01,2007 | March 01,2007 | 7297380754 | 0749021207 | 165Credit | | 101.55- | P | 101.55- | P | 7297380754 | |
| September 17,2007 | September 24,2007 | 4000210828 | Service Chg | PastDueBal | | 162.32 | P | 162.32 | P | 4000210828 | |
| October 01,2007 | October 08,2007 | 4000211232 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000211232 | |
| October 16,2007 | October 23,2007 | 4000211626 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000211626 | |
| November 01,2007 | November 08,2007 | 4000212584 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000212584 | |
| November 16,2007 | November 23,2007 | 4000212988 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000212988 | |
| December 01,2007 | December 08,2007 | 4000213834 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000213834 | |
| December 17,2007 | December 24,2007 | 4000214690 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000214690 | |
| January 01,2008 | January 08,2008 | 4000215567 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000215567 | |
| January 16,2008 | January 23,2008 | 4000216265 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000216265 | |
| February 01,2008 | February 08,2008 | 4000216825 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000216825 | |
| February 16,2008 | February 23,2008 | 4000217312 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000217312 | |
| March 01,2008 | March 08,2008 | 4000218115 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000218115 | |
| March 17,2008 | March 24,2008 | 4000218991 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000218991 | |
| April 01,2008 | April 08,2008 | 4000220085 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000220085 | |
| April 16,2008 | April 23,2008 | 4000220978 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000220978 | |
| May 01,2008 | May 08,2008 | 4000221786 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000221786 | |
| May 16,2008 | May 23,2008 | 4000219396 | Service Chg | PastDueBal | | 116.95 | P | 116.95 | P | 4000219396 | |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008        Page: 002

ZZFAMILYMEDS PHY 749 2/09
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:    8165

Territory:    75

Customer: 688882
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008        **Page:** 002
Mail to:                              **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    688882      **PLEASE CHECK ANY**
Date: May 31,2008    **ITEMS NOT PAID( )**

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item**

**TOTAL:    Customer Number 688882  ZZFAMILYMEDS PHY 749 2/09**

Subtotals:                          13,728.49    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                    13,728.49 |
| Past Due: | 13,728.49 | Pay This Amount:        13,728.49    USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:        13,728.49    USD | USD                    13,728.49 |

# McKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 750
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008    Page: 001

DC:  8165

Territory:  75

Customer: 688898
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  688898
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 688898  FAMILYMEDS PHARMACY 750 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296754088 | 0750022307c2 | 165Invoice | | 1,195.65 | P | 1,195.65 | P | 7296754088 | |
| February 26,2007 | March 05,2007 | 7296754090 | 0750022307 | 165Invoice | | 16.17 | P | 16.17 | P | 7296754090 | |
| February 26,2007 | March 05,2007 | 7296754091 | 0750022307 | 165Invoice | | 3.52 | P | 3.52 | P | 7296754091 | |
| February 26,2007 | March 05,2007 | 7296756178 | 0750022307 | 165Invoice | | 3,161.19 | P | 3,161.19 | P | 7296756178 | |
| March 01,2007 | March 08,2007 | 7297193132 | 0750022807 | 165Invoice | | 2,115.85 | P | 2,115.85 | P | 7297193132 | |
| March 01,2007 | March 08,2007 | 7297193133 | 0750022807 | 165Invoice | | 196.57 | P | 196.57 | P | 7297193133 | |
| September 17,2007 | September 24,2007 | 4000210829 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000210829 | |
| October 01,2007 | October 08,2007 | 4000211233 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000211233 | |
| October 16,2007 | October 23,2007 | 4000211627 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000211627 | |
| November 01,2007 | November 08,2007 | 4000212585 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000212585 | |
| November 16,2007 | November 23,2007 | 4000212989 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000212989 | |
| December 01,2007 | December 08,2007 | 4000213835 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000213835 | |
| December 17,2007 | December 24,2007 | 4000214691 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000214691 | |
| January 01,2008 | January 08,2008 | 4000215568 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000215568 | |
| January 16,2008 | January 23,2008 | 4000216266 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000216266 | |
| February 01,2008 | February 08,2008 | 4000216826 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000216826 | |
| February 16,2008 | February 23,2008 | 4000217313 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000217313 | |
| March 01,2008 | March 08,2008 | 4000218116 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000218116 | |
| March 17,2008 | March 24,2008 | 4000218992 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000218992 | |
| April 01,2008 | April 08,2008 | 4000220086 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000220086 | |
| April 16,2008 | April 23,2008 | 4000220979 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000220979 | |
| May 01,2008 | May 08,2008 | 4000221787 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000221787 | |
| May 16,2008 | May 23,2008 | 4000219397 | | Service Chg | PastDueBal | 66.90 | P | 66.90 | P | 4000219397 | |

# McKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 750
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 002

DC:    8165

Territory:    75

Customer: 688898
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 002
Mail to:                      Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    688898        PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P =  Past Due Item,    F =  Future Due Item,    blank =  Current Due Item

TOTAL:    Customer Number 688898  FAMILYMEDS PHARMACY 750

Subtotals:                7,826.25    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                    7,826.25 |
| Past Due: | 7,826.25 | Pay This Amount:        7,826.25  USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:        7,826.25  USD | USD                    7,826.25 |

# McKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

DC: 8165

FAMILYMEDS PHARMACY 752
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Territory: 75

Customer: 688920
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:** 688920    PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 688920  FAMILYMEDS PHARMACY 752 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296785345 | 0752022307 | 165Invoice | | 1,122.96 | P | 1,122.96 | P | 7296785345 | |
| February 26,2007 | March 05,2007 | 7296785353 | 0752022307 | 165Invoice | | 3.90 | P | 3.90 | P | 7296785353 | |
| March 01,2007 | March 08,2007 | 7297222575 | 0752022807 | 165Invoice | | 757.74 | P | 757.74 | P | 7297222575 | |
| March 01,2007 | March 08,2007 | 7297222576 | QO02282007 | 165Invoice | | 20.41 | P | 20.41 | P | 7297222576 | |
| March 01,2007 | March 08,2007 | 7297223837 | 0752022807 | 165Invoice | | 3,508.73 | P | 3,508.73 | P | 7297223837 | |
| March 01,2007 | March 01,2007 | 7297245122 | 7297245122 | 165Credit | | 2.56- | P | 2.56- | P | 7297245122 | |
| March 01,2007 | March 01,2007 | 7297245123 | 7297245123 | 165Credit | | 1.42- | P | 1.42- | P | 7297245123 | |
| March 01,2007 | March 01,2007 | 7297380755 | 7297380755 | 165Credit | | 101.36- | P | 101.36- | P | 7297380755 | |
| September 17,2007 | September 24,2007 | 4000210830 | Service Chg | PastDueBal | | 103.83 | P | 103.83 | P | 4000210830 | |
| October 01,2007 | October 08,2007 | 4000211234 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000211234 | |
| October 16,2007 | October 23,2007 | 4000211628 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000211628 | |
| November 01,2007 | November 08,2007 | 4000212586 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000212586 | |
| November 16,2007 | November 23,2007 | 4000212990 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000212990 | |
| December 01,2007 | December 08,2007 | 4000213836 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000213836 | |
| December 17,2007 | December 24,2007 | 4000214692 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000214692 | |
| January 01,2008 | January 08,2008 | 4000215569 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000215569 | |
| January 16,2008 | January 23,2008 | 4000216267 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000216267 | |
| February 01,2008 | February 08,2008 | 4000216827 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000216827 | |
| February 16,2008 | February 23,2008 | 4000217314 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000217314 | |
| March 01,2008 | March 08,2008 | 4000218117 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000218117 | |
| March 17,2008 | March 24,2008 | 4000218993 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000218993 | |
| April 01,2008 | April 08,2008 | 4000220087 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000220087 | |
| April 16,2008 | April 23,2008 | 4000220980 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000220980 | |
| May 01,2008 | May 08,2008 | 4000221788 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000221788 | |
| May 16,2008 | May 23,2008 | 4000219398 | Service Chg | PastDueBal | | 53.09 | P | 53.09 | P | 4000219398 | |

# MCKESSON

## STATEMENT

**Company:** 8000

FAMILYMEDS PHARMACY 752
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT 06032

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

**As of:** May 30,2008    **Page:** 002

**DC:** 8165

**Territory:** 75

**Customer:** 688920
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 002
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX 75284-8442

**Cust:** 688920
**Date:** May 31,2008    PLEASE CHECK ANY ITEMS NOT PAID ( )

**National Account 603805**

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:    Customer Number 688920  FAMILYMEDS PHARMACY 752**

|  |  | Subtotals: |  |  | 6,261.67 | USD |  |  |  |
|---|---|---|---|---|---|---|---|---|---|

| Future Due: | 0.00 | | | Due If Paid On Time: | | |
|---|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | USD | | 6,261.67 |
| Past Due: | 6,261.67 | Pay This Amount: | 6,261.67 USD | Disc lost if paid late: | | |
| | | | | 0.00 | | |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | | |
| | | Pay this Amount: | 6,261.67 USD | USD | | 6,261.67 |

# McKESSON

**STATEMENT**

Company: 8000

ZZFAMILYMEDS PHY 085 10/7
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008                      Page: 001

DC:  8176

Territory:  99

Customer: 689052
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**   689052
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296790433 | 022307 | 176Invoice | | 39.92 | P | 39.92 | P | 7296790433 | |
| February 26,2007 | March 05,2007 | 7296790435 | 7296790435 | 176Invoice | | 382.10 | P | 382.10 | P | 7296790435 | |
| March 01,2007 | March 08,2007 | 7297235271 | 022807 | 176Invoice | | 406.70 | P | 406.70 | P | 7297235271 | |
| March 01,2007 | March 08,2007 | 7297235534 | 022807 | 176Invoice | | 18,700.21 | P | 18,700.21 | P | 7297235534 | |
| September 17,2007 | September 24,2007 | 4000210831 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000210831 | |
| October 01,2007 | October 08,2007 | 4000211235 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000211235 | |
| October 16,2007 | October 23,2007 | 4000211629 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000211629 | |
| November 01,2007 | November 08,2007 | 4000212587 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000212587 | |
| November 16,2007 | November 23,2007 | 4000212991 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000212991 | |
| December 01,2007 | December 08,2007 | 4000213837 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000213837 | |
| December 17,2007 | December 24,2007 | 4000214693 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000214693 | |
| January 01,2008 | January 08,2008 | 4000215570 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000215570 | |
| January 16,2008 | January 23,2008 | 4000216268 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000216268 | |
| February 01,2008 | February 08,2008 | 4000216828 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000216828 | |
| February 16,2008 | February 23,2008 | 4000217315 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000217315 | |
| March 01,2008 | March 08,2008 | 4000218118 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000218118 | |
| March 17,2008 | March 24,2008 | 4000218994 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000218994 | |
| April 01,2008 | April 08,2008 | 4000220088 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000220088 | |
| April 16,2008 | April 23,2008 | 4000220981 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000220981 | |
| May 01,2008 | May 08,2008 | 4000221789 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000221789 | |
| May 16,2008 | May 23,2008 | 4000219399 | Service Chg | PastDueBal | | 195.29 | P | 195.29 | P | 4000219399 | |

**Customer Number 689052  ZZFAMILYMEDS PHY 085 10/7**

# McKESSON

## STATEMENT

Company: 8000

ZZFAMILYMEDS PHY 085 10/7
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008          Page: 001

DC:       8176

Territory:      99

Customer: 689052
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008          Page: 001
Mail to:                              Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:       689052
Date: May 31,2008     PLEASE CHECK ANY
                                  ITEMS NOT PAID (  )

PF column legend:     P =  Past Due Item,     F = Future Due Item,     blank =  Current Due Item

National Account 603805

_____

TOTAL:     Customer Number 689052   ZZFAMILYMEDS PHY 085 10/7

Subtotals:                     22,848.86     USD

| | | | | |
|---|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | USD | 22,848.86 |
| Past Due: | 22,848.86 | Pay This Amount:          22,848.86   USD | Disc lost if paid late: | |
| | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: | |
| | | Pay this Amount:          22,848.86   USD | USD | 22,848.86 |

# McKESSON

## STATEMENT

As of: May 30,2008    Page: 001

Company: 8000

DC:    8176

Territory:    99

Customer: 689054
Date: May 31,2008

ZZFAMILYMEDS PHY 0876/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    689054
Date: May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 689054   ZZFAMILYMEDS PHY 0876/07** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296785387 | 022307 | 176Invoice | | 597.35 | P | 597.35 | P | 7296785387 | |
| March 01,2007 | March 08,2007 | 7297232563 | 7297232563 | 176Invoice | | 216.04 | P | 216.04 | P | 7297232563 | |
| March 01,2007 | March 08,2007 | 7297232564 | 022807 | 176Invoice | | 5,195.18 | P | 5,195.18 | P | 7297232564 | |
| March 01,2007 | March 08,2007 | 7297232566 | 022807 | 176Invoice | | 28.35 | P | 28.35 | P | 7297232566 | |
| September 17,2007 | September 24,2007 | 4000210832 | | Service Chg | PastDueBal | 122.48 | P | 122.48 | P | 4000210832 | |
| October 01,2007 | October 08,2007 | 4000211236 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000211236 | |
| October 16,2007 | October 23,2007 | 4000211630 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000211630 | |
| November 01,2007 | November 08,2007 | 4000212588 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000212588 | |
| November 16,2007 | November 23,2007 | 4000212992 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000212992 | |
| December 01,2007 | December 08,2007 | 4000213838 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000213838 | |
| December 17,2007 | December 24,2007 | 4000214694 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000214694 | |
| January 01,2008 | January 08,2008 | 4000215571 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000215571 | |
| January 16,2008 | January 23,2008 | 4000216269 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000216269 | |
| February 01,2008 | February 08,2008 | 4000216829 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000216829 | |
| February 16,2008 | February 23,2008 | 4000217316 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000217316 | |
| March 01,2008 | March 08,2008 | 4000218119 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000218119 | |
| March 17,2008 | March 24,2008 | 4000218995 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000218995 | |
| April 01,2008 | April 08,2008 | 4000220089 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000220089 | |
| April 16,2008 | April 23,2008 | 4000220982 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000220982 | |
| May 01,2008 | May 08,2008 | 4000221790 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000221790 | |
| May 16,2008 | May 23,2008 | 4000219400 | | Service Chg | PastDueBal | 60.36 | P | 60.36 | P | 4000219400 | |

# MCKESSON

**STATEMENT**

Company: 8000

ZZFAMILYMEDS PHY 0876/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008          Page: 001

DC:        8176

Territory:      99

Customer:  689054
Date:  May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:      689054
Date:  May 31,2008    PLEASE CHECK ANY
                      ITEMS NOT PAID ( )

PF column legend:    P =  Past Due Item,    F =  Future Due Item,    blank =  Current Due Item

National Account 603805

_____

TOTAL:      Customer Number 689054  ZZFAMILYMEDS PHY 0876/07

Subtotals:                      7,125.16    USD

| | | | | |
|---|---|---|---|---|
| **Future Due:** | 0.00 | | | |
| | | **If Paid By Invoice Terms,** | | **Due If Paid On Time:** |
| | | | | USD              7,125.16 |
| **Past Due:** | 7,125.16 | **Pay This Amount:** | 7,125.16    USD | **Disc lost if paid late:** |
| | | | | 0.00 |
| **Last Payment** | 0.00 | **If Paid After Invoice Terms,** | | **Due If Paid Late:** |
| | | **Pay this Amount:** | 7,125.16    USD | USD              7,125.16 |

# McKESSON

## STATEMENT

Company: 8000

ZZFAMILYMEDS PHY 088 10/7
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008          Page: 901

DC:  8176

Territory:  99

Customer: 689056
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008          Page: 001
Mail to:                     Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:   689056
Date: May 31,2008   PLEASE CHECK ANY ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 689056  ZZFAMILYMEDS PHY 088 10/7** |||||||||||
| February 26,2007 | March 05,2007 | 7296789785 | 0088022307 | 176Invoice | | 426.05 | P | 426.05 | P | 7296789785 | |
| February 26,2007 | March 05,2007 | 7296789787 | 0088022407 | 176Invoice | | 2,365.69 | P | 2,365.69 | P | 7296789787 | |
| March 01,2007 | March 08,2007 | 7297235733 | 0088022807 | 176Invoice | | 5,866.50 | P | 5,866.50 | P | 7297235733 | |
| March 01,2007 | March 08,2007 | 7297235739 | 0088022807 | 176Invoice | | 32.76 | P | 32.76 | P | 7297235739 | |
| September 17,2007 | September 24,2007 | 4000210833 | Service Chg | PastDueBal | | 134.53 | P | 134.53 | P | 4000210833 | |
| September 18,2007 | September 18,2007 | 3322786001 | 7296789786 | Residual | | 3,792.32- | P | 3,792.32- | P | 3322786001 | |
| October 01,2007 | October 08,2007 | 4000211237 | Service Chg | PastDueBal | | 56.58 | P | 56.58 | P | 4000211237 | |
| October 16,2007 | October 23,2007 | 4000211631 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000211631 | |
| November 01,2007 | November 08,2007 | 4000212589 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000212589 | |
| November 16,2007 | November 23,2007 | 4000212993 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000212993 | |
| December 01,2007 | December 08,2007 | 4000213839 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000213839 | |
| December 17,2007 | December 24,2007 | 4000214695 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000214695 | |
| January 01,2008 | January 08,2008 | 4000215572 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000215572 | |
| January 16,2008 | January 23,2008 | 4000216270 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000216270 | |
| February 01,2008 | February 08,2008 | 4000216830 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000216830 | |
| February 16,2008 | February 23,2008 | 4000217317 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000217317 | |
| March 01,2008 | March 08,2008 | 4000218120 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000218120 | |
| March 17,2008 | March 24,2008 | 4000218996 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000218996 | |
| April 01,2008 | April 08,2008 | 4000220090 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000220090 | |
| April 16,2008 | April 23,2008 | 4000220983 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000220983 | |
| May 01,2008 | May 08,2008 | 4000221791 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000221791 | |
| May 16,2008 | May 23,2008 | 4000219401 | Service Chg | PastDueBal | | 49.00 | P | 49.00 | P | 4000219401 | |

# MCKESSON

Company: 8000

**STATEMENT**

ZZFAMILYMEDS PHY 088 10/7
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008      Page:  002

DC:  8176

Territory:  99

**Customer:** 689056
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008        **Page:** 002
**Mail to:**                 **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    689056        PLEASE CHECK ANY
**Date:** May 31,2008      ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:     P = Past Due Item,     F = Future Due Item,      blank = Current Due Item

**TOTAL:**    Customer Number 689056   ZZFAMILYMEDS PHY 088 10/7

|  |  |  |  |  |
|---|---|---|---|---|
| | | Subtotals: | 5,824.79  USD | |
| **Future Due:** | 0.00 | | | **Due If Paid On Time:** |
| | | If Paid By Invoice Terms, | | USD                    5,824.79 |
| **Past Due:** | 5,824.79 | Pay This Amount: | 5,824.79  USD | Disc lost if paid late: |
| | | | | 0.00 |
| **Last Payment** | 0.00 | If Paid After Invoice Terms, | | **Due If Paid Late:** |
| | | Pay this Amount: | 5,824.79  USD | USD                    5,824.79 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008    Page: 001

ZZFAMILYMEDS PHY 8096/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8149

Territory:  73

Customer: 689843
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    689843
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID (   )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 689843   ZZFAMILYMEDS PHY 8096/07 | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296778524 | 25793159 | 149Invoice | | 553.80 | P | 553.80 | P | 7296778524 | |
| February 26,2007 | March 05,2007 | 7296778530 | 7296778530 | 149Invoice | | 873.14 | P | 873.14 | P | 7296778530 | |
| March 01,2007 | March 08,2007 | 7297202892 | 26073419 | 149Invoice | | 157.86 | P | 157.86 | P | 7297202892 | |
| March 01,2007 | March 08,2007 | 7297202894 | 26084736 | 149Invoice | | 52.99 | P | 52.99 | P | 7297202894 | |
| March 01,2007 | March 08,2007 | 7297202895 | 7297202895 | 149Invoice | | 648.91 | P | 648.91 | P | 7297202895 | |
| March 01,2007 | March 08,2007 | 7297204628 | 26084736 | 149Invoice | | 5,848.15 | P | 5,848.15 | P | 7297204628 | |
| September 17,2007 | September 24,2007 | 4000210834 | Service Chg | PastDueBal | | 82.27 | P | 82.27 | P | 4000210834 | |
| October 01,2007 | October 08,2007 | 4000211239 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000211239 | |
| October 16,2007 | October 23,2007 | 4000211633 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000211633 | |
| November 01,2007 | November 08,2007 | 4000212591 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000212591 | |
| November 16,2007 | November 23,2007 | 4000212996 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000212996 | |
| December 01,2007 | December 08,2007 | 4000213842 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000213842 | |
| December 17,2007 | December 24,2007 | 4000214697 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000214697 | |
| January 01,2008 | January 08,2008 | 4000215573 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000215573 | |
| January 16,2008 | January 23,2008 | 4000216272 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000216272 | |
| February 01,2008 | February 08,2008 | 4000216831 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000216831 | |
| February 16,2008 | February 23,2008 | 4000217319 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000217319 | |
| March 01,2008 | March 08,2008 | 4000218121 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000218121 | |
| March 17,2008 | March 24,2008 | 4000218997 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000218997 | |
| April 01,2008 | April 08,2008 | 4000220091 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000220091 | |
| April 16,2008 | April 23,2008 | 4000220984 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000220984 | |
| May 01,2008 | May 08,2008 | 4000221792 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000221792 | |
| May 16,2008 | May 23,2008 | 4000219402 | Service Chg | PastDueBal | | 81.35 | P | 81.35 | P | 4000219402 | |

# McKESSON

Company: 8000

**STATEMENT**

As of: May 30,2008          Page: 002

ZZFAMILYMEDS PHY 8096/07
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

| | |
|---|---|
| **DC:** | 8149 |
| **Territory:** | 73 |
| **Customer:** | 689843 |
| **Date:** | May 31,2008 |

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      689843
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

**TOTAL:    Customer Number 689843   ZZFAMILYMEDS PHY 8096/07**

|  |  |  |  |
|---|---|---|---|
| Subtotals: | 9,518.72 | USD | |
| **Future Due:** 0.00 | | **Due If Paid On Time:** | |
| | **If Paid By Invoice Terms,** | USD | 9,518.72 |
| **Past Due:** 9,518.72 | **Pay This Amount:** 9,518.72 USD | **Disc lost if paid late:** | |
| | | | 0.00 |
| **Last Payment** 0.00 | **If Paid After Invoice Terms,** | **Due If Paid Late:** | |
| | **Pay this Amount:** 9,518.72 USD | USD | 9,518.72 |

# McKESSON

## STATEMENT

**Company:** 8000

FAMILYMEDS PHARMACY 810
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008      Page: 001

**DC:** 8149

**Territory:** 73

**Customer:** 689848
**Date:** May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008        **Page:** 001
**Mail to:**                       **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    689848       PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 689848  FAMILYMEDS PHARMACY 810** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296777641 | 25683381 | 149Invoice | | 360.41 | P | 360.41 | P | 7296777641 | |
| February 26,2007 | March 05,2007 | 7296777642 | 081002222007 | 149Invoice | | 21.57 | P | 21.57 | P | 7296777642 | |
| February 26,2007 | March 05,2007 | 7296777644 | 081002232007 | 149Invoice | | 2,510.41 | P | 2,510.41 | P | 7296777644 | |
| March 01,2007 | March 08,2007 | 7297201659 | 081002282007 | 149Invoice | | 5,271.29 | P | 5,271.29 | P | 7297201659 | |
| March 01,2007 | March 08,2007 | 7297201664 | 081002282007 | 149Invoice | | 316.67 | P | 316.67 | P | 7297201664 | |
| September 17,2007 | September 24,2007 | 4000210835 | | Service Chg | PastDueBal | 127.28 | P | 127.28 | P | 4000210835 | |
| October 01,2007 | October 08,2007 | 4000211240 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000211240 | |
| October 16,2007 | October 23,2007 | 4000211634 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000211634 | |
| November 01,2007 | November 08,2007 | 4000212592 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000212592 | |
| November 16,2007 | November 23,2007 | 4000212997 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000212997 | |
| December 01,2007 | December 08,2007 | 4000213843 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000213843 | |
| December 17,2007 | December 24,2007 | 4000214698 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000214698 | |
| January 01,2008 | January 08,2008 | 4000215574 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000215574 | |
| January 16,2008 | January 23,2008 | 4000216273 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000216273 | |
| February 01,2008 | February 08,2008 | 4000216832 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000216832 | |
| February 16,2008 | February 23,2008 | 4000217320 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000217320 | |
| March 01,2008 | March 08,2008 | 4000218122 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000218122 | |
| March 17,2008 | March 24,2008 | 4000218998 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000218998 | |
| April 01,2008 | April 08,2008 | 4000220092 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000220092 | |
| April 16,2008 | April 23,2008 | 4000220985 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000220985 | |
| May 01,2008 | May 08,2008 | 4000221793 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000221793 | |
| May 16,2008 | May 23,2008 | 4000219403 | | Service Chg | PastDueBal | 84.80 | P | 84.80 | P | 4000219403 | |

# MCKESSON

## STATEMENT

Company: 8000

As of: May 30,2008    Page: 002

FAMILYMEDS PHARMACY 810
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8149

Territory:  73

Customer: 689848
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of: May 30,2008    Page: 002
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  689848    PLEASE CHECK ANY
Date: May 31,2008    ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 689848  FAMILYMEDS PHARMACY 810

Subtotals:                9,964.43    USD

| | | | | | | |
|---|---|---|---|---|---|---|
| Future Due: | 0.00 | | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | | USD | 9,964.43 |
| Past Due: | 9,964.43 | Pay This Amount: | | 9,964.43  USD | Disc lost if paid late: | |
| | | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | | Due If Paid Late: | |
| | | Pay this Amount: | | 9,964.43  USD | USD | 9,964.43 |

# McKESSON
## STATEMENT

Company: 8000

As of: May 30,2008    Page: 001

To ensure proper credit to your account, detach and return this stub with your remittance

FAMILYMEDS PHARMACY 820
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8149

Territory:  73

Customer:  689849
Date: May 31,2008

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:  689849
Date: May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID ( )

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| February 26,2007 | March 05,2007 | 7296791634 | 0820022407 | 149Invoice | | 674.24 | P | 674.24 | P | 7296791634 | |
| February 26,2007 | March 05,2007 | 7296791635 | 231 894152 | 149Invoice | | 465.42 | P | 465.42 | P | 7296791635 | |
| February 26,2007 | March 05,2007 | 7296791636 | 231 894152 | 149Invoice | | 43.43 | P | 43.43 | P | 7296791636 | |
| March 01,2007 | March 08,2007 | 7297228723 | 26065478 | 149Invoice | | 562.92 | P | 562.92 | P | 7297228723 | |
| March 01,2007 | March 08,2007 | 7297228724 | 26065478 | 149Invoice | | 7,481.33 | P | 7,481.33 | P | 7297228724 | |
| September 17,2007 | September 24,2007 | 4000210836 | Service Chg | PastDueBal | | 92.26 | P | 92.26 | P | 4000210836 | |
| October 01,2007 | October 08,2007 | 4000211241 | Service Chg | PastDueBal | | 92.26 | P | 92.26 | P | 4000211241 | |
| October 16,2007 | October 23,2007 | 4000211635 | Service Chg | PastDueBal | | 92.26 | P | 92.26 | P | 4000211635 | |
| November 01,2007 | November 08,2007 | 4000212593 | Service Chg | PastDueBal | | 92.26 | P | 92.26 | P | 4000212593 | |
| November 16,2007 | November 23,2007 | 4000212998 | Service Chg | PastDueBal | | 92.26 | P | 92.26 | P | 4000212998 | |
| December 01,2007 | December 08,2007 | 4000213844 | Service Chg | PastDueBal | | 92.26 | P | 92.26 | P | 4000213844 | |
| December 07,2007 | December 07,2007 | 7325736321 | TPC 9700036940 | 149Credit | | 113.70- | P | 113.70- | P | 7325736321 | |
| December 17,2007 | December 24,2007 | 4000214699 | Service Chg | PastDueBal | | 91.65 | P | 91.65 | P | 4000214699 | |
| January 01,2008 | January 08,2008 | 4000215575 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000215575 | |
| January 16,2008 | January 23,2008 | 4000216274 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000216274 | |
| February 01,2008 | February 08,2008 | 4000216833 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000216833 | |
| February 16,2008 | February 23,2008 | 4000217321 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000217321 | |
| March 01,2008 | March 08,2008 | 4000218123 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000218123 | |
| March 17,2008 | March 24,2008 | 4000218999 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000218999 | |
| April 01,2008 | April 08,2008 | 4000220093 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000220093 | |
| April 16,2008 | April 23,2008 | 4000220986 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000220986 | |
| May 01,2008 | May 08,2008 | 4000221794 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000221794 | |
| May 16,2008 | May 23,2008 | 4000219404 | Service Chg | PastDueBal | | 91.12 | P | 91.12 | P | 4000219404 | |

Customer Number 689849  FAMILYMEDS PHARMACY 820

# MCKESSON

## STATEMENT

Company: 8000

FAMILYMEDS PHARMACY 820
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**As of:** May 30,2008       **Page:** 002

**DC:**  8149

**Territory:**   73

**Customer:** 689849
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008       **Page:** 002
**Mail to:**                 **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**     689849      PLEASE CHECK ANY
**Date:** May 31,2008   ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:     P = Past Due Item,      F = Future Due Item,      blank = Current Due Item

TOTAL:     Customer Number 689849  FAMILYMEDS PHARMACY 820

Subtotals:              10,670.05    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | Due If Paid On Time: |
| | | If Paid By Invoice Terms, | USD                            10,670.05 |
| Past Due: | 10,670.05 | Pay This Amount:          10,670.05  USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:          10,670.05  USD | USD                            10,670.05 |

# McKESSON

Company: 8000

**STATEMENT**

As of: May 30,2008    Page: 001

DC: 8164

Territory: 99

Customer: 695538
Date: May 31,2008

WORKSITE PHCY 401
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008    **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:** 695538    PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID ( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 695538  WORKSITE PHCY 401** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296723395 | 7296723395 | 164Invoice | | 322.81 | P | 322.81 | P | 7296723395 | |
| March 01,2007 | March 08,2007 | 4000197241 | Service Chg | PastDueBal | | 365.62 | P | 365.62 | P | 4000197241 | |
| March 01,2007 | March 08,2007 | 7297176856 | 7297176856 | 164Invoice | | 18,442.72 | P | 18,442.72 | P | 7297176856 | |
| March 01,2007 | March 08,2007 | 7297176859 | 7297176859 | 164Invoice | | 8.76 | P | 8.76 | P | 7297176859 | |
| March 01,2007 | March 01,2007 | 7297251971 | 7297251971 | 164Credit | | 343.96- | P | 343.96- | P | 7297251971 | |
| September 17,2007 | September 24,2007 | 4000210837 | Service Chg | PastDueBal | | 184.31 | P | 184.31 | P | 4000210837 | |
| October 01,2007 | October 08,2007 | 4000211243 | Service Chg | PastDueBal | | 184.31 | P | 184.31 | P | 4000211243 | |
| October 16,2007 | October 23,2007 | 4000211638 | Service Chg | PastDueBal | | 184.31 | P | 184.31 | P | 4000211638 | |
| November 01,2007 | November 08,2007 | 4000212599 | Service Chg | PastDueBal | | 184.31 | P | 184.31 | P | 4000212599 | |
| November 16,2007 | November 23,2007 | 4000213003 | Service Chg | PastDueBal | | 184.31 | P | 184.31 | P | 4000213003 | |
| December 01,2007 | December 08,2007 | 4000213845 | Service Chg | PastDueBal | | 184.31 | P | 184.31 | P | 4000213845 | |
| December 03,2007 | December 10,2007 | 8900311166 | C000083 | Addbill INV | | 8.12 | P | 8.12 | P | 8900311166 | |
| December 17,2007 | December 24,2007 | 4000214703 | Service Chg | PastDueBal | | 184.31 | P | 184.31 | P | 4000214703 | |
| January 01,2008 | January 08,2008 | 4000215576 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000215576 | |
| January 16,2008 | January 23,2008 | 4000216275 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000216275 | |
| February 01,2008 | February 08,2008 | 4000216834 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000216834 | |
| February 16,2008 | February 23,2008 | 4000217322 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000217322 | |
| March 01,2008 | March 08,2008 | 4000218124 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000218124 | |
| March 17,2008 | March 24,2008 | 4000219001 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000219001 | |
| April 01,2008 | April 08,2008 | 4000220095 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000220095 | |
| April 16,2008 | April 23,2008 | 4000220988 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000220988 | |
| May 01,2008 | May 08,2008 | 4000221796 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000221796 | |
| May 16,2008 | May 23,2008 | 4000219406 | Service Chg | PastDueBal | | 184.39 | P | 184.39 | P | 4000219406 | |

# McKESSON

**STATEMENT**

As of: May 30,2008          Page: 002

Company: 8000

|  |  |
|---|---|
| WORKSITE PHCY 401 | McKesson |
| FAMILYMEDS, INC | P.O. Box 848442 |
| AP | DALLAS TX  75284-8442 |
| 312 FARMINGTON AVE |  |
| FARMINGTON CT  06032 |  |

DC:          8164

Territory:      99

Customer: 695538
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                           **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**      695538      PLEASE CHECK ANY
**Date:** May 31,2008    ITEMS NOT PAID (✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 695538  WORKSITE PHCY 401

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Subtotals: |  | 21,938.14    USD |  |
| Future Due: | 0.00 |  |  |  | Due If Paid On Time: |
|  |  | If Paid By Invoice Terms, |  |  | USD          21,938.14 |
| Past Due: | 21,938.14 | Pay This Amount: |  | 21,938.14    USD | Disc lost if paid late: |
|  |  |  |  |  | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, |  |  | Due If Paid Late: |
|  |  | Pay this Amount: |  | 21,938.14    USD | USD          21,938.14 |

# MCKESSON

**STATEMENT**

As of: May 30,2008    Page: 001

Company: 8000

DC:    8115

Territory:    99

Customer: 780285
Date: May 31,2008

ZZVALLEY DRUG COMPANY SOU
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

As of: May 30,2008    Page: 001
Mail to:    Comp: 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

Cust:    780285
Date: May 31,2008

**PLEASE CHECK ANY ITEMS NOT PAID (✓ )**

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 780285  ZZVALLEY DRUG COMPANY SOU** | | | | | | | | | | | |
| February 14,2008 | February 21,2008 | 7332809761 | Unreturned Telxo | 115Invoice | | 255.10 | P | 255.10 | P | 7332809761 | |
| March 25,2008 | April 01,2008 | 7337098823 | 7337098823 | Fee Billing | | 500.00 | P | 500.00 | P | 7337098823 | |
| May 01,2008 | May 08,2008 | 4000222034 | Service Chg | PastDueBal | | 7.55 | P | 7.55 | P | 4000222034 | |
| May 16,2008 | May 23,2008 | 4000222639 | Service Chg | PastDueBal | | 7.55 | P | 7.55 | P | 4000222639 | |

**PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item**

**TOTAL:    Customer Number 780285  ZZVALLEY DRUG COMPANY SOU**

| | | |
|---|---|---|
| Subtotals: | 770.20 | USD |

| | | | | | |
|---|---|---|---|---|---|
| Future Due: | 0.00 | | | Due If Paid On Time: | |
| | | If Paid By Invoice Terms, | | USD | 770.20 |
| Past Due: | 770.20 | Pay This Amount: | 770.20 USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment: | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 770.20 USD | USD | 770.20 |

# McKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS SPEC PHCY SVCS
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008                    Page: 001

DC:  8191

Territory:  8

Customer: 781045
Date: May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

As of:  May 30,2008              **Page:** 001
**Mail to:**                         **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    781045        **PLEASE CHECK ANY**
**Date:** May 31,2008    **ITEMS NOT PAID( )**

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 781045  FAMILYMEDS SPEC PHCY SVCS** | | | | | | | | | | | |
| March 01,2007 | March 08,2007 | 4000202031 | Service Chg | PastDueBal | | 79.15 | P | 79.15 | P | 4000202031 | |
| March 01,2007 | March 08,2007 | 7297212226 | 061109368Y | 191Invoice | | 137.57 | P | 137.57 | P | 7297212226 | |
| March 01,2007 | March 08,2007 | 7297212229 | 02/28/07 | 191Invoice | | 557.08 | P | 557.08 | P | 7297212229 | |
| September 11,2007 | September 11,2007 | 7316594189 | TPC 84034931 | 191Credit | | 704.90- | P | 704.90- | P | 7316594189 | |
| February 25,2008 | February 25,2008 | 7333890880 | TPC 2600484952 | 191Credit | | 1,260.57- | P | 1,260.57- | P | 7333890880 | |

PF column legend:     P = Past Due Item,     F = Future Due Item,     blank = Current Due Item

TOTAL:    **Customer Number 781045  FAMILYMEDS SPEC PHCY SVCS**

| | | |
|---|---|---|
| **Subtotals:** | 1,191.67-  USD | |
| **Future Due:** 0.00 | | **Due If Paid On Time:** |
| | **If Paid By Invoice Terms,** | USD                         1,191.67- |
| **Past Due:** 1,191.67- | **Pay This Amount:**      1,191.67-  USD | **Disc lost if paid late:** |
| | | 0.00 |
| **Last Payment** 0.00 | **If Paid After Invoice Terms,** | **Due If Paid Late:** |
| | **Pay this Amount:**     1,191.67-  USD | USD                         1,191.67- |

# MCKESSON
# STATEMENT

Company: 8000

FAMILYMEDS RTV CREDITS
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of:  May 30,2008          Page: 001

DC:  8191

Territory:  99

Customer: 848208
Date: May 31,2008

**As of:** May 30,2008          **Page:** 001
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

To ensure proper credit to your account, detach and return this stub with your remittance

Cust:    848208          PLEASE CHECK ANY
Date: May 31,2008        ITEMS NOT PAID( ✓ )

## National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Number 848208  FAMILYMEDS RTV CREDITS | | | | | | | | | | | |
| October 18,2007 | October 25,2007 | 7320563510 | 555650007232 | 191 Invoice | | 102.04 | P | 102.04 | P | 7320563510 | |
| October 29,2007 | October 29,2007 | 7321620254 | 555650007232 | 191 Credit | | 100.00- | P | 100.00- | P | 7321620254 | |

PF column legend:    P =  Past Due Item,    F =  Future Due Item,    blank =  Current Due Item

TOTAL:    Customer Number 848208  FAMILYMEDS RTV CREDITS

|  | | Subtotals: | 2.04  USD |
|---|---|---|---|

| Future Due: | 0.00 | | | Due If Paid On Time: | |
|---|---|---|---|---|---|
| | | If Paid By Invoice Terms, | | USD | 2.04 |
| Past Due: | 2.04 | Pay This Amount: | 2.04  USD | Disc lost if paid late: | |
| | | | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | | Due If Paid Late: | |
| | | Pay this Amount: | 2.04  USD | USD | 2.04 |

# McKESSON

**STATEMENT**

Company: 8000

As of: May 30,2008          Page: 001

ZZFAMILYMEDS PHY 758 2/09
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

DC:  8165

Territory:  75

Customer: 959201
Date: May 31,2008

To ensure proper credit to your account, detach and return this stub with your remittance

**As of:** May 30,2008     **Page:** 001
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**  959201
**Date:** May 31,2008

PLEASE CHECK ANY ITEMS NOT PAID (✓)

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Customer Number 959201   ZZFAMILYMEDS PHY 758 2/09** | | | | | | | | | | | |
| February 26,2007 | March 05,2007 | 7296752361 | 067002011C | 165Invoice | | 135.89 | P | 135.89 | P | 7296752361 | |
| February 26,2007 | March 05,2007 | 7296752362 | 25743059 | 165Invoice | | 988.71 | P | 988.71 | P | 7296752362 | |
| March 01,2007 | March 08,2007 | 4000199137 | Service Chg | PastDueBal | | 68.72 | P | 68.72 | P | 4000199137 | |
| March 01,2007 | March 08,2007 | 7297193044 | 0758022807 | 165Invoice | | 688.45 | P | 688.45 | P | 7297193044 | |
| March 01,2007 | March 08,2007 | 7297193047 | 0758022807 | 165Invoice | | 122.35 | P | 122.35 | P | 7297193047 | |
| September 17,2007 | September 24,2007 | 4000189068 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000189068 | |
| October 01,2007 | October 08,2007 | 4000210375 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000210375 | |
| October 16,2007 | October 23,2007 | 4000210756 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000210756 | |
| November 01,2007 | November 08,2007 | 4000203047 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000203047 | |
| November 16,2007 | November 23,2007 | 4000213125 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000213125 | |
| December 01,2007 | December 08,2007 | 4000205337 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000205337 | |
| December 17,2007 | December 24,2007 | 4000214831 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000214831 | |
| January 01,2008 | January 08,2008 | 4000215433 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000215433 | |
| January 16,2008 | January 23,2008 | 4000211453 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000211453 | |
| February 01,2008 | February 08,2008 | 4000185059 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000185059 | |
| February 16,2008 | February 23,2008 | 4000215957 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000215957 | |
| March 01,2008 | March 08,2008 | 4000203252 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000203252 | |
| March 17,2008 | March 24,2008 | 4000219224 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000219224 | |
| April 01,2008 | April 08,2008 | 4000220125 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000220125 | |
| April 16,2008 | April 23,2008 | 4000209441 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000209441 | |
| May 01,2008 | May 08,2008 | 4000221824 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000221824 | |
| May 16,2008 | May 23,2008 | 4000222522 | Service Chg | PastDueBal | | 19.35 | P | 19.35 | P | 4000222522 | |

# MCKESSON

Company: 8000

ZZFAMILYMEDS PHY 758 2/09
FAMILYMEDS, INC
AP
312 FARMINGTON AVE
FARMINGTON CT  06032

## STATEMENT

**As of:** May 30,2008          **Page:** 002

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**DC:**  8165

**Territory:**  75

**Customer:** 959201
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008          **Page:** 002
**Mail to:**                    **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**  959201       PLEASE CHECK ANY
**Date:** May 31,2008   ITEMS NOT PAID( )

National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    Customer Number 959201    ZZFAMILYMEDS PHY 758 2/09

Subtotals:                  2,333.07    USD

| | | | |
|---|---|---|---|
| Future Due: | 0.00 | | |
| | | If Paid By Invoice Terms, | Due If Paid On Time: |
| | | | USD                        2,333.07 |
| Past Due: | 2,333.07 | Pay This Amount:    2,333.07 USD | Disc lost if paid late: |
| | | | 0.00 |
| Last Payment | 0.00 | If Paid After Invoice Terms, | Due If Paid Late: |
| | | Pay this Amount:    2,333.07 USD | USD                        2,333.07 |

# McKESSON

**STATEMENT**

Company: 8000

FAMILYMEDS PHCY
PAM PRINDLE
312 FARMINGTON AVE.
FARMINGTON CT  06032

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

As of: May 30,2008    Page: 003

DC:    8195

Territory:

**Customer:** 603805
**Date:** May 31,2008

To ensure proper credit to your
account, detach and return this
stub with your remittance

**As of:** May 30,2008    **Page:** 003
**Mail to:**                **Comp:** 8000

McKesson
P.O. Box 848442
DALLAS TX  75284-8442

**Cust:**    603805
**Date:** May 31,2008

PLEASE CHECK ANY
ITEMS NOT PAID (✓)

### National Account 603805

| Billing Date | Due Date | Receivable Number | Order Reference | Description | Cash Discount | Amount (gross) | P F | Amount (net) | P F | Receivable Number | |
|---|---|---|---|---|---|---|---|---|---|---|---|

PF column legend:    P = Past Due Item,    F = Future Due Item,    blank = Current Due Item

TOTAL:    National Acct 603805   FAMILYMEDS PHCY

|  |  |  | Subtotals: |  | 814,419.44   USD |  |  |  |  |  |  |

| Future Due: | 0.00 | | | | | Due If Paid On Time: | |
|---|---|---|---|---|---|---|---|

| | | | If Paid By Invoice Terms, | | | USD | 814,419.44 |

| Past Due: | 814,419.44 | | Pay This Amount: | | 814,419.44   USD | Disc lost if paid late: | |

| | | | | | | | 0.00 |

| Last Payment | 46,867.03 | | If Paid After Invoice Terms, | | | Due If Paid Late: | |

| September | | | Pay this Amount: | | 814,419.44   USD | USD | 814,419.44 |

# EXHIBIT F

**INVOICE(Reprint)**

MCKESSON DRUG TAMPA
1515 WEST BELLA VISTA
LAKELAND,FL-33805

Phone:(863) 616-1818
Dea:PM0000771
State Lic:22:00013

| Customer Number: | 575345 |
|---|---|

SOLD TO:
FAMILYMEDS PHCY 732
21 W COLUMBIA ST
ORLANDO,FL-32806

Dea:BF7056206
CustID:732

PHCY#:PH17597
EOE#:026B037514

| Billing Date: | 01/29/07 |
|---|---|
| Sales Territory ID: | 0109 |
| Route: | 551 |
| Stop: | 006 |

| Invoice Date | Invoice Number | PO # | Supplier ID |
|---|---|---|---|
| 01/29/07 | 7293969594 | 012607 00 | |

All product discounts earned or granted under Mckesson and Value-Rite programs, including off-invoice allowances, maybe subject to certain state and federal laws and regulations affecting reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or changes made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF PAGE

| CNTNR | RX/DEPT | CUST DEPT | NDC/UPC NUM | CUST NUM | ITEM NUM | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | GP% | ID | CODE | TAX | EXTENS | HM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RX/BE | RX | 49502069761 | | 1336817 | 2 | CT | ALBUTEROL 0.083% F/P UD DEY60@ | | | | | | | | |
| | RX/AC | RX | 63304097001 | | 1464742 | 4 | EA | AMOXICIL O/S 4CMG/5ML RAN75ML@ | | | | | | | | |
| | RX/AD | RX | 00149075215 | | 1213222 | 2 | EA | ASACOL D/R TAB 400MG 180 | | | | | | | | |
| | OTC/DC | RX | 00193709021 | | 1874460 | 1 | EA | ASCENSIA CONTOUR TST STRIP 100 | | | | | | | | |
| | RX/AD | RX | 65597010630 | | 1476019 | 2 | EA | BENICAR HCT TAB 40/12.5MG 30 | | | | | | | | |
| | RX/BA | RX | 68669052505 | | 2480119 | 2 | EA | BETIMOL OPHT SOL 0.5% 5ML | | | | | | | | |
| | RX/AD | RX | 00185077430 | | 1665850 | 2 | EA | BISOPR TAB 10MG SAN 30@ | | | | | | | | |
| | RX/AD | RX | 00004018682 | | 1212802 | 2 | EA | BONIVA TAB 150MG 3 | | | | | | | | |
| | OTC/XZ | SP | 96705615300 | | 1273077 | 2 | EA | CAP CLEAR-VU CL-38 OI 100 | | | | | | | | |
| | OTC/XZ | SP | 96705615500 | | 1275650 | 1 | EA | CAP CLEAR-VU CL-58 OI 50 | | | | | | | | |
| | RX/AD | RX | 00002446430 | | 1333913 | 1 | EA | CIALIS TAB 20MG 30 | PRICING | | | | | | | |
| | RX/AD | RX | 55111034301 | | 1441187 | 1 | EA | CITALOPRAM TAB 20MG DR/R 100@ | REDACTED | | | | | | | |
| | RX/AD | RX | 00002323730 | | 1213768 | 1 | EA | CYMBALTA CAP 60MG 30 | | | | | | | | |
| | RX/AD | RX | 00078038334 | | 2493559 | 2 | EA | DIOVAN HCT TAB 160/25MG 90 | | | | | | | | |
| | RX/AD | RX | 00173071400 | | 2783850 | 1 | EA | EPIVIR TAB 300MG 30 | | | | | | | | |
| | RX/CA | RX | 00781705459 | | 1255413 | 1 | EA | ERYTHROMYC TOP GEL SAN 46.6GM@ | | | | | | | | |
| | RX/AB | RX | 00078024915 | | 1319813 | 2* | EA | FEMARA TAB 2.5MG 30 | | | | | | | | |
| | OTC/DC | RX | 99073012101 | | 1283191 | 1 | EA | FREESTYLE TEST STRIP 12101 100 | | | | | | | | |
| | RX/AE | RX | 62175044231 | | 1246305 | 1 | EA | GLYCOLAX PWD KRE 527GM@ | | | | | | | | |
| | RX/AD | RX | 00006074731 | | 1888130 | 1 | EA | HYZAAR TAB 100/25 UU 30 | | | | | | | | |
| | RX/AD | RX | 00006071754 | | 3281052 | 2* | EA | HYZAAR TAB 50/12.5 UU 90 | | | | | | | | |
| | RX/AD | RX | 00185011701 | | 1166248 | 2 | EA | LABETALOL TAB 200MG SAN 100@ | | | | | | | | |
| | RX/IA | RX | 00088222033 | | 2722601 | 2 | EA | LANTUS INSULIN VIAL 10ML | | | | | | | | |
| | RX/AD | RX | 00085193401 | | 1234079 | 1 | EA | LEVITRA TAB 20MG 30 | | | | | | | | |
| | RX/CA | RX | 64980031914 | | 1253830 | 2 | EA | LIDAZONE HC CRM 14X7G RIS KIT | | | | | | | | |
| | RX/CA | RX | 00093101042 | | 1997014 | 3 | EA | MUPIROCIN OINT 2% TEV 22GM@ | | | | | | | | |
| | RX/AD | RX | 63653117106 | | 1882943 | 4 | EA | PLAVIX TAB 75MG 30 | | | | | | | | |
| | RX/AD | RX | 58468062101 | | 1812015 | 1 | EA | RENAGEL TAB 800MG 180 | | | | | | | | |
| | RX/AD | RX | 65862005330 | | 1708684 | 3 | EA | SIMVASTAT TAB 40MG AURO 30@ | | | | | | | | |
| | RX/CA | RX | 10337080305 | | 1806918 | 1 | EA | SOLARAZE GEL 3% 50GM | | | | | | | | |
| | RX/CA | RX | 00168000480 | | 1195825 | 6 | EA | TRIAMCIN CRM 0.1% FOUG 80GM@ | | | | | | | | |
| | RX/AD | RX | 00173056504 | | 1374719 | 3 | EA | VALTREX CAPL 1GM 30 | | | | | | | | |
| | RX/AD | RX | 00173093308 | | 2248185 | 1 | EA | VALTREX CAPL 500MG 30 | | | | | | | | |
| | OTC/XZ | SP | 09670503346 | | 1737949 | 1 | CS | VIAL CLIC Z10A CL-VU OI CS250 | | | | | | | | |
| | RX/AD | RX | 61958040101 | | 2484111 | 1 | EA | VIREAD TAB 300MG 30 | | | | | | | | |
| | RX/AD | RX | 00003196701 | | 2135150 | 1 | EA | ZERIT CAP 40MG 60 | | | | | | | | |

CODES AND CLASSIFICATIONS
Hazardous Material

| A.Flammable Compressed Gas N.O.S | C.Flammable Liqid | F.Oxidizing Material |
|---|---|---|
| | D.Corrosive Material | G.Position Liquid or Solid Class B |
| B.Non Flammable Compressed Gas N.O.S | E.Flammable Solid | T.Toxic Material |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL Rx PURCHASES:** | | $6,143.10 | **TOTAL CONTRACT PURCHASE:** | | $288.28 | |
| **TOTAL OTC PURCHASES:** | | $218.13 | **TOTAL NONCONTRACT PURCHASE:** | | $6,072.95 | |
| | | | **SALES TAX:** | | | $0.00 |
| | | | **NET PAYABLE BY STATEMENT DUE DATE:** 02/05/07 | | | $6,361.23 |
| | | | **GROSS PAYABLE BY STATEMENT DUE DATE:** 02/05/07 | | | $6,491.05 |

**McKesson or a member of the McKesson Network purchased the specific unit of the specified drug directly from the manufacturer.**

| | LINES | CASES | CARTONS | PIECES | |
|---|---|---|---|---|---|
| | 36 | 1 | 2 | 63 | THE INVOICE PAYABLE TO MCKESSON DRUG CO.AT ABOVE ADDRESS. CLAIMS MUST BE MADE WITH IN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT ABOVE NAMED PARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. |

| CODES AND CLASSIFICATIONS | | |
|---|---|---|
| Hazardous Material | | |
| A.Flammable Compressed Gas N.O.S | C.Flammable Liqid | F.Oxidizing Material |
| | D.Corrosive Material | G.Position Liquid or Solid Class B |
| B.Non Flammable Compressed Gas N.O.S | E.Flammable Solid | T.Toxic Material |

# INVOICE(Reprint)

**MCKESSON DRUG ROCKY HILL**
**280 DIVIDEND ROAD**
**ROCKY HILL,CT-06067**

**Phone:**(860) 721-0800
**Dea:**PR0104593
**State Lic:**

**SOLD TO:**
**FAMILYMEDS PHARMACY 825**
**31 HALL DRIVE**
**AMHERST,MA-01002**

**Dea:**BT6628931          **PHCY#:**PENDING
**CustID:**0825               **EOE#:**081B141548

| Customer Number: | 668463 |
|---|---|

| Billing Date: | 03/23/07 |
|---|---|
| Sales Territory ID: | 0008 |
| Route: | 708 |
| Stop: | 010 |

| Invoice Date | Invoice Number | PO # | Supplier ID |
|---|---|---|---|
| 03/23/07 | 7299482574 | 0825032207 00 | |

All product discounts earned or granted under Mckesson and Value-Rite programs, including off-invoice allowances, maybe subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or changes made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider contract.

**HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF PAGE**

| CNTNR | RXDEPT | CUST DEPT | NDC/UPC NUM | CUST NUM | ITEM NUM | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | GP% | ID | CODE | TAX | EXTENS | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RX/AD | RX | | 00149047201 | | 1934066 | 1 | EA | ACTONEL TAB 35MG WEEKLY 4 | | | | | | | | |
| RX/BA | RX | | 00023927705 | | 1861889 | 1 | EA | ACULAR LS OPTH SOL 5ML | | | | | | | | |
| RX/BE | RX | | 00173069600 | | 1284538 | 5 | EA | ADVAIR DISKUS 250/50MCG 60DOSE | | | | | | | | |
| RX/CC | RX | | 59366273908 | | 1948769 | 1 | EA | BENZOYL PERX WASH 5% GLA 8OZ@ | | | | | | | | |
| RX/AD | RX | | 00781293850 | | 1766690 | 1 | EA | CEFADROX CAP 500MG SAN 50@ | | | | | | | | |
| RX/AC | RX | | 00093417774 | | 2166437 | 1 | EA | CEPHALEX O/S 250MG TEV 200ML@ | | | | | | | | |
| RX/AD | RX | | 00002324030 | | 1210772 | 4 | EA | CYMBALTA CAP 30MG 30 | | | | | | | | |
| RX/AD | RX | | 00677079905 | | 2781706 | 1 | EA | DOXYCYC TAB 100MG URL 500@ | | | | | | | | |
| RX/AD | RX | | 00008083621 | | 1384130 | 4 | EA | EFFEXOR XR CAP 150MG 30 | | | | | | | | |
| RX/AD | RX | | 63304083601 | | 1851666 | 1 | EA | ENALAPR MAL TB 10MG RAN 100@ | | | | | | | | |
| RX/EA | RX | | 00430375414 | | 2129641 | 2 | EA | ESTRACE VAG CRM+APP 42.5GM | | | | | | | | |
| OTC/ZW | OT | | 09670500370 | | 1811892 | 5 | CT | FAM/MED SCREW/L SL35 CT100 | | | | | | | | |
| RX/BE | RX | | 00173071900 | | 1387059 | 5 | EA | FLOVENT HFA 110MCG 120DSE | | | | | | | | B |
| RX/BE | RX | | 00173072000 | | 1388008 | 2 | EA | FLOVENT HFA 220MCG 120DSE | | | | | | | | B |
| RX/CA | RX | | 45802022137 | | 1265438 | 1 | EA | FLUTICAS OINT 0.005% PER 60GM@ | | | | | | | | |
| RX/AD | RX | | 00006003144 | | 1278027 | 2 | EA | FOSAMAX TAB 70MG UU 4 | | | | | | | | |
| RX/AD | RX | | 00049398060 | | 1391838 | 1 | EA | GEODON CAP 60MG 60 | | | | | | | | |
| RX/AD | RX | | 00093834410 | | 1144831 | 1 | EA | GLYBURIDE TAB M 5MG TEV 1000@ | | | | | | | | |
| RX/AD | RX | | 49884088811 | | 1332006 | 2 | EA | LEFLUNOM TAB 10MG PAR 30@ | | | | | | | | |
| RX/AD | RX | | 49884088811 | | 1332006 | 1 | EA | LEFLUNOM TAB 10MG PAR 30@ | | | | | | | | |
| RX/AD | RX | | 00071015523 | | 2211100 | 4 | EA | LIPITOR TAB 10MG 90 | | | | | | | | |
| RX/AD | RX | | 00071015723 | | 1114610 | 2 | EA | LIPITOR TAB 40MG 90 | | | | | | | | |
| RX/AD | RX | | 00172375980 | | 1944941 | 1 | EA | LISINOPR TAB 10MG IVA 1000@ | | | | | | | | |
| RX/AD | RX | | 00172375880 | | 1944628 | 1 | EA | LISINOPR TAB 5MG IVA 1000@ | | | | | | | | |
| RX/AD | RX | | 00093014905 | | 1359157 | 1 | EA | NAPROXEN TAB 500MG TEV 500@ | | | | | | | | |
| RX/AD | RX | | 58177032418 | | 2170603 | 1 | EA | NITROQCK SUBL 0.4MG ETH 4X25@ | | | | | | | | |
| RX/AD | RX | | 62175011837 | | 1144138 | 5 | EA | OMEPRAZ DR CAP 20MG KRE 100@ | | | | | | | | |
| RX/AA | RX | | 62175044601 | | 2245678 | 2 | EA | PEG-3350+ELECT O/S 4-LITER@ | | | | | | | | |
| RX/IA | RX | | 00713052612 | | 2470565 | 2 | EA | PROMETHEGAN SUPP 25MG G/W 12@ | | | | | | | | |
| RX/AD | RX | | 00008084181 | | 1130541 | 3 | EA | PROTONIX TAB 40MG 90 | | | | | | | | |
| RX/AD | RX | | 00049234045 | | 1364934 | 1 | EA | RELPAX TAB 40MG BLIS-PAK 6 | | | | | | | | |
| RX/BA | RX | | 00023916332 | | 1307636 | 2 | CT | RESTASIS OPTH EMUL .4ML UDV 32 | | | | | | | | |
| RX/AA | RX | | 46287000601 | | 2712388 | 2 | EA | SPS SUSP 15GM CMP 16OZ | | | | | | | | |
| RX/AD | RX | | 60598010101 | | 1805621 | 1 | EA | TEVETEN TAB 600MG 100 | | | | | | | | |
| RX/AD | RX | | 00067434504 | | 1395300 | 1 | BX | TRANSDERM SCOP PATCH 4 | | | | | | | | |
| OTC/XZ | SP | | 09670500343 | | 1738921 | 1 | CS | VIAL CLR-VU S/L L-13A OI CS300 | | | | | | | | |

PRICING
REDACTED

| CODES AND CLASSIFICATIONS | | |
|---|---|---|
| Hazardous Material | | |
| A Flammable Compressed Gas N O S | C Flammable Liqid | F Oxidizing Material |
| | D Corrosive Material | G Position Liquid or Solid Class B |
| B Non Flammable Compressed Gas N O S | E Flammable Solid | T Toxic Material |

| RX/AD | RX | 00555083202 | 1407683 | 1 | EA | WARFARIN SOD TB 2.5MG BARR 1C@ | 62.84 | 14.18 | .77 | R | 0.0 | 14.18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| TOTAL Rx PURCHASES: | $6,657.62 | TOTAL CONTRACT PURCHASE: | $593.60 |
| TOTAL OTC PURCHASES: | $78.82 | TOTAL NONCONTRACT PURCHASE: | $6,142.84 |
| | | SALES TAX: | $0.00 |
| | | NET PAYABLE BY STATEMENT DUE DATE: 03/30/07 | $6,736.44 |
| | | GROSS PAYABLE BY STATEMENT DUE DATE: 03/30/07 | $6,873.92 |

| LINES | CASES | CARTONS | PIECES |
|---|---|---|---|
| 37 | 1 | 7 | 65 |

THE INVOICE PAYABLE TO MCKESSON DRUG CO.AT ABOVE ADDRESS. CLAIMS MUST BE MADE WITH IN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT ABOVE NAMED PARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

| CODES AND CLASSIFICATIONS Hazardous Material | | |
|---|---|---|
| A Flammable Compressed Gas N O S | C Flammable Liqid | F Oxidizing Material |
| | D Corrosive Material | G Position Liquid or Solid Class B |
| B Non Flammable Compressed Gas N O S | E Flammable Solid | T Toxic Material |

**INVOICE(Reprint)**

MCKESSON DRUG ROCKY HILL
280 DIVIDEND ROAD
ROCKY HILL,CT-06067

Phone:(860) 721-0800
Dea:PR0104593
State Lic:

**Customer Number:** 668407

SOLD TO:
ARROW PHARMACY 079
400 SAYBROOK ROAD #201
MIDDLETOWN,CT-06457

Dea:BF8882525
CustID:0079

PHCY#:NONE
EOE#:193A079436

**Billing Date:** 07/13/07
**Sales Territory ID:** 0008
**Route:** 012
**Stop:** 080

| | Invoice Date | Invoice Number | PO # | Supplier ID |
|---|---|---|---|---|
| | 07/13/07 | 7310604448 | 353433347 00 | |

All product discounts earned or granted under Mckesson and Value-Rite programs, including off-invoice allowances, maybe subject to certain state and federal laws and regulations regarding reporting and/or disclosure requirements and may be required to be reflected in the costs claimed or changes made by your pharmacy under Medicaid, Medicare or any other healthcare reimbursement program or provider plan.

HAZARDOUS MATERIALS CODE CLASSIFICATIONS LISTED AT BOTTOM OF PAGE

| CNTNR | RXDEPT | CUST DEPT | NDC/UPC NUM | CUST NUM | ITEM NUM | QTY | UM | ITEM DESCRIPTION | AWP OR RETAIL | UNIT PRICE | GP% | ID | CODE | TAX | EXTENS | H M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RX/AD | RX | 62856024390 | | 1300367 | 1 | EA | ACIPHEX TAB 20MG 90 | | | | | | | | |
| | RX/AD | RX | 66213054060 | | 1263391 | 1 | EA | ANIMI-3 CAP 60 | | | | | | | | |
| | RX/CA | RX | 00781707427 | | 1117936 | 5 | EA | BETAMET DIP AU 0.05% SAN 15GM@ | | | | | | | | |
| | OTC/XZ | SP | 09670562050 | | 3520681 | 3 | CT | CAP SCREW-LOC 13-16DR SL35 100 | | | | | | | | |
| | RX/CC | RX | 00065853302 | | 1993104 | 0* | EA | CIPRODEX OTIC SUSP 7.5ML | | | | | | | | |
| | RX/AD | RX | 00093103801 | | 1396233 | 2 | EA | GABAPENT CAP 100MG TEV 100@ | | | | | | | | |
| | RX/CA | RX | 00472033720 | | 2438505 | 2 | EA | HYDROCORT CRM 2.5% ALPH 20GM@ | | | | | | | | |
| | RX/CA | RX | 00093084015 | | 1144054 | 2 | EA | KETOCONAZOLE CRM 2% TEV 15GM@ | | | | | | | | |
| | RX/AD | RX | 00070101S623 | | 2211100 | 2 | EA | LIPITOR TAB 10MG 90 | | | | | | | | |
| | RX/AD | RX | 00070101S623 | | 2171700 | 1 | EA | LIPITOR TAB 20MG 90 | | | | | | | | |
| | RX/AD | RX | 00070101S823 | | 1259993 | 1 | EA | LIPITOR TAB 80MG 90 | | | | | | | | |
| | RX/AD | RX | 65862004401 | | 1945245 | 2 | EA | LISINOP+HCTZ 20.12.5MGAURO100@ | | | | | | | | |
| | RX/AD | RX | 00781502207 | | 1139781 | 2 | EA | METHYLPRED TAB 4MG SAN 21@ | | | | | | | | |
| | RX/BD | RX | 00085128801 | | 1137520 | 2 | EA | NASONEX NASAL SPR 50MCG 17GM | | | | | | | | |
| | RX/AD | RX | 00310027110 | | 1887066 | 1 | EA | SEROQUEL TAB 100MG 100 | | | | | | | | |
| | RX/AD | RX | 00172240760 | | 3682887 | 3 | EA | TETRACY CP 500MG BK IVA 100@ | | | | | | | | |
| | OTC/XZ | SP | 09670500343 | | 1738921 | 2 | CS | VIAL CLR-VU S/L L-13A OI CS300 | | | | | | | | |
| | RX/AD | RX | 00603643021 | | 1113786 | 1 | EA | YOHIMBINE TAB 5.4MG Q/P 100@ | | | | | | | | |
| | RX/CA | RX | 99207030030 | | 1944370 | 1 | EA | ZIANA GEL 30GM | | | | | | | | |
| | RX/CA | RX | 99207030060 | | 1961796 | 1 | EA | ZIANA GEL 60GM | | | | | | | | |

PRICING REDACTED

| | | | |
|---|---|---|---|
| TOTAL Rx PURCHASES: | $2,337.89 | TOTAL CONTRACT PURCHASE: | $115.20 |
| TOTAL OTC PURCHASES: | $97.72 | TOTAL NONCONTRACT PURCHASE: | $2,320.41 |
| | | SALES TAX: | $0.00 |
| | | NET PAYABLE BY STATEMENT DUE DATE: 07/20/07 | $2,435.61 |
| | | GROSS PAYABLE BY STATEMENT DUE DATE: 07/20/07 | $2,485.32 |

| LINES | CASES | CARTONS | PIECES |
|---|---|---|---|
| 20 | 2 | 3 | 30 |

THE INVOICE PAYABLE TO MCKESSON DRUG CO.AT ABOVE ADDRESS. CLAIMS MUST BE MADE WITH IN FIVE DAYS AND SHOW DATE OF INVOICE. THIS IS TO CERTIFY THAT ABOVE NAMED PARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

CODES AND CLASSIFICATIONS
Hazardous Material

| A.Flammable Compressed Gas N.O.S | C.Flammable Liqid | F.Oxidizing Material |
|---|---|---|
| | D.Corrosive Material | G.Position Liquid or Solid Class B |
| B.Non Flammable Compressed Gas N.O.S | E.Flammable Solid | T.Toxic Material |

# EXHIBIT G

1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:    (858) 756-6342
   Facsimile:    (858) 756-4732
5
   Attorneys for Plaintiff
6  McKESSON CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10
   McKESSON CORPORATION, a Delaware          Case No. CV-07
11 corporation,                                                          5715
12                  Plaintiff,              COMPLAINT FOR BREACH OF
                                            CONTRACT
13        v.
                                            (Diversity Jurisdiction: 28 U.S.C. § 1332)
14 FAMILYMEDS GROUP, INC.,
   f/k/a Drugmax, Inc., a Connecticut corporation,   DEMAND FOR JURY TRIAL
15
                  Defendant.
16

17

18        Plaintiff, McKESSON CORPORATION ("Plaintiff") alleges as follows:

19                            **THE PARTIES**

20        1.    Plaintiff is a Delaware corporation with its principal place of business at One Post

21 Street, San Francisco, CA 94104.

22        2.    Plaintiff is informed and believes, and thereon alleges, that defendant

23 FAMILYMEDS GROUP, INC. f/k/a Drugmax, Inc. ("Familymeds") is a Connecticut corporation

24 with its principal place of business at 312 Farmington Avenue, Farmington, CT 06032.

25                        **VENUE AND JURISDICTION**

26        3.    Venue properly lies in this district pursuant to 28 U.S.C. § 1391(a) because a

27 substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

28        4.    Pursuant to 28 U.S.C. § 1332, this Court has jurisdiction in this matter.

Complaint

1    **GENERAL ALLEGATIONS**

2        5.    Plaintiff is in the business of distributing pharmaceutical products manufactured by

3    others to retailers and others.

4        6.    Defendants are in the business of operating pharmacies and selling pharmaceutical

5    and other products to consumers and other persons and entities.  Familymeds was formed by the

6    merger on November 12, 2004, of DrugMax, Inc., and Familymeds Group, Inc.

7        7.    On February 2, 2007, Familymeds and Plaintiff entered into a contract entitled

8    "Supply Agreement" (the "Agreement") for fair and valuable consideration, pursuant to which

9    Plaintiff agreed to sell to Familymeds and Familymeds agreed to buy from Plaintiff certain

10   "Merchandise" described therein.

11       8.    The Agreement provides that it lasts for a term of three years commencing on

12   December 28, 2006.  The Agreement currently remains in full force and effect.

13       9.    The Agreement provides:

14           Customer agrees to render payment in full to McKesson on the
     applicable due date as specified in this Agreement without (i) making
15           any deductions, short payments, or other accounts payable
     adjustments to such payment obligation; or (ii) seeking to condition
16           such remittance on any demand for or receipt of proofs of delivery.
     Any accounts payable adjustments claimed by Customer shall require
17           prior written authorization of McKesson and must be supported by
     accompanying detail documenting the basis for any such requested
18           adjustments.

19       10.    Pursuant to the Agreement, Familymeds has purchased Merchandise from Plaintiff

20   for which Familymeds is obligated to pay Plaintiff in accordance with pricing terms contained in

21   the Agreement.

22       11.    Familymeds has failed to pay for Merchandise sold and/or delivered to Familymeds

23   by Plaintiff pursuant to the Agreement.  The amount owing by Familymeds to Plaintiff is now past

24   due.

25       12.    The Agreement also provides:

26           Any payments made after the due date indicated herein shall result in a two
     percent (2%) (or the maximum amount permissible under applicable law, if
27           lower) increase in the purchase price of the Merchandise.  A one percent
     (1%) service charge (or the maximum amount permissible under applicable
28

                                            1

1                                     law, if lower) will be imposed semi-monthly on all balances delinquent
                                   more than fifteen (15) days.

2

3  Thus, if Familymeds fails to make payment timely, the purchase price for the Merchandise for

4  which payment has not been timely received increases by 2 percent or the maximum amount

5  permissible by law, if lower (in either case, referred to herein as the "2% Price Increase").

6  Additionally, all balances delinquent more than 15 days result in Familymeds incurring a 1 percent

7  service charge (or the maximum amount permissible under applicable law, if lower) imposed

8  semimonthly on such delinquent balance (in either case, referred to herein as the "1% Service

9  Charge").

10          13.      In addition to the 2% Price Increase and the 1% Service Charge, the Agreement

11  provides the price that Familymeds must pay to Plaintiff for Merchandise increases as the volume

12  of purchases decreases, and vice versa, across several levels of purchase volumes. This adjustment

13  to the price that Familymeds must pay for Merchandise purchased from Plaintiff based on the

14  volume purchased is referred to herein as the "Volume Price Adjustment."

15          14.      After executing the Agreement, Familymeds failed to purchase a sufficient volume

16  of Merchandise to qualify for the lowest price level specified in the Agreement. Notwithstanding

17  that fact, to the extent Familymeds paid for Merchandise, it paid at the lowest pricing level

18  specified in the Agreement even though it was not entitled to do so.

19          15.      As of October 31, 2007, the past due amount owing by Familymeds to Plaintiff on

20  account of Merchandise sold to Familymeds pursuant to the Agreement aggregated at least

21  $724,574.80 (the "Past Due Amount"), which calculation takes into account the 2% Price Increase

22  and the 1% Service Charge through October 31, 2007, but does not take into account the price

23  increase that applies if the Volume Price Adjustment is made due to Familymeds' failure to qualify

24  for the lowest price level specified in the Agreement. Based on the volume of Merchandise

25  purchased by Familymeds in recent months, Familymeds should be paying the highest price set

26  forth in the Agreement. The $724,574.80 figure is calculated without applying the Volume Price

27  Adjustment to which Plaintiff is entitled.

28

Complaint

1    16.    The 1% Service Charge continued to accrue after October 31, 2007, and continues

2    to accrue.

3    17.    Plaintiff has made demand upon Familymeds to pay the Past Due Amount owing to

4    Plaintiff, but Familymeds has advised Plaintiff that it will not pay the Past Due Amount to Plaintiff.

5    18.    Plaintiff has performed its obligations under the Agreement.

6    19.    The Agreement provides that it "shall be construed in accordance with the laws of

7    the State of California without regard to the provisions of Section 1654 of the California Civil

8    Code or the rules regarding conflict of laws."

9
                        **FIRST CAUSE OF ACTION**
                    **BREACH OF WRITTEN CONTRACT**
10                          **(Against Familymeds)**

11    20.    Plaintiff refers to and incorporates herein by reference paragraphs 1 through 19 of

12    this Complaint as though set forth in full herein.

13    21.    Familymeds has breached the Agreement, including by failing to pay the Past Due

14    Amount when the same (or each portion thereof) was due to be paid under the terms of the

15    Agreement.

16    22.    Familymeds has also breached the Agreement by failing to pay the Past Due

17    Amount upon demand from Plaintiff.

18    23.    Familymeds has also breached the Agreement by failing to pay the proper purchase

19    price for Merchandise after application of the Volume Price Adjustment to purchases made since

20    the execution of the Agreement.

21    24.    The breaches by Familymeds were material and not excused.

22    25.    As a result of Familymeds' conduct alleged herein, Plaintiff has been damaged in an

23    amount equal to at least $724,574.80, plus the 1% Service Charge on the Past Due Amount which

24    accrues semimonthly after October 31, 2007.

25    26.    As a result of Familymeds' conduct alleged herein, Plaintiff has also been damaged

26    in an amount to be determined in accordance with proof to the extent Familymeds has failed to pay

27    to Plaintiff the proper purchase price for all Merchandise purchased by Plaintiff since execution of

28

3

1    the Agreement after the Volume Price Adjustment is properly applied to the purchases made by

2    Familymeds from Plaintiff pursuant to the Agreement.

3                                           **PRAYER**

4         WHEREFORE, Plaintiff prays for relief as follows:

5         27.    For monetary damages of at least $724,574.80, plus the 1% service Charge from and

6    after October 31, 2007;

7         28.    For additional monetary damages in an amount to be demonstrated by proof based

8    on Familymeds' having paid the incorrect purchase price for Merchandise due to its failure to

9    properly apply the Volume Price Adjustment to the Merchandise purchased from Plaintiff since

10   execution of the Agreement;

11        29.    For interest as may be allowed by law;

12        30.    For costs, including reasonable attorneys' fees; and,

13        31.    For such other and further relief as the Court deems proper.

14   DATED: November ___8___, 2007.          HENDERSON & CAVERLY LLP

15

16                                          By: _____
17                                              Maria K. Pum
18                                              Attorneys for McKesson Corporation

19

20                              **DEMAND FOR JURY TRIAL**

21        Plaintiff hereby demands trial by jury on all claims for which such right attaches.

22

23   DATED: November ___8___, 2007.          HENDERSON & CAVERLY LLP

24

25                                          By: _____
26                                              Maria K. Pum
                                                Attorneys for McKesson Corporation

27

28

                                              4

# EXHIBIT H

1   JEFFER, MANGELS, BUTLER & MARMARO LLP
    ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2   MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
    MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
3   Two Embarcadero Center, Fifth Floor
    San Francisco, California  94111-3824
4   Telephone:    (415) 398-8080
    Facsimile:    (415) 398-5584
5
6   Attorneys for Defendant FAMILYMEDS GROUP, INC., f/k/a
    DRUGMAX, INC., a Connecticut corporation
7
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
11
12  MCKESSON CORPORATION, a Delaware          CASE NO.    CV075715 WDB
    corporation,
13                                            **ANSWER TO COMPLAINT FOR BREACH
                   Plaintiff,                 OF CONTRACT**
14
         v.
15
    FAMILYMEDS GROUP, INC., f/k/a             **DEMAND FOR JURY TRIAL**
16  DRUGMAX, INC., a Connecticut corporation,
17                 Defendant.
18                                            Complaint filed:  November 9, 2007
19
20          Defendant Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation

21  ("Familymeds") hereby responds to the Complaint for Breach of Contract of McKesson

22  Corporation, a Delaware corporation, ("McKesson") (the "Complaint") and answers, alleges, and

23  avers as follows.

24                          **THE PARTIES**

25          1.    In answer to paragraph 1 of the Complaint, Familymeds admits the allegations

26  contained therein.

27          2.    In answer to paragraph 2 of the Complaint, Familymeds admits that it is a

28  Connecticut corporation with its principal place of business at 2 Bridgewater Road, Farmington,

JMBM  Jeffer Mangels
      Butler & Marmaro LLP

Connecticut 06032.

**VENUE AND JURISDICTION**

3.      In answer to paragraph 3 of the Complaint, Familymeds admits the allegations contained therein.

4.      In answer to paragraph 4 of the Complaint, Familymeds admits the allegations contained therein.

**GENERAL ALLEGATIONS**

5.      In answer to paragraph 5 of the Complaint, Familymeds admits the allegations contained therein.

6.      In answer to paragraph 6 of the Complaint, Familymeds admits the allegations contained therein.

7.      In answer to paragraph 7 of the Complaint, Familymeds admits the allegations contained therein.

8.      In answer to paragraph 8 of the Complaint, Familymeds admits only that the Agreement provides for a term of three (3) years commencing on December 28, 2006.  Familymeds denies each and every remaining allegation of said paragraph.

9.      In answer to paragraph 9 of the Complaint, Familymeds admits the allegations contained therein.

10.     In answer to paragraph 10 of the Complaint, Familymeds admits the allegations contained therein.

11.     In answer to paragraph 11 of the Complaint, Familymeds admits only that McKesson has demanded from Familymeds certain amounts which McKesson claims to be due and owing, and that Familymeds has justifiably not paid said amounts.  Familymeds further answers that it is informed and believes, and based thereon alleges, that Familymeds is entitled to an amount of credit and/or setoff from McKesson which reduces, meets, or exceeds the amounts McKesson claims to be due and owing.  Familymeds denies each and every remaining allegation of said paragraph.

12.     In answer to paragraph 12 of the Complaint, Familymeds admits only that the Agreement provides as follows:

PRINTED ON
RECYCLED PAPER

643467v1

CV075715 WDB
ANSWER TO COMPLAINT

JMBM | Jeffer Mangels Butler & Marmaro LLP

1             Any payments made after the due date indicated herein shall result in
     a two percent (2%) (or the maximum amount permissible under

2    applicable law, if lower) increase in the purchase price of the
     Merchandise.  A one percent (1%) service charge (or the maximum

3    amount permissible under applicable law, if lower) will be imposed
     semi-monthly on all balances delinquent more than fifteen (15) days.

4

5    Familymeds denies each and every remaining allegation of said paragraph.

6           13.     In answer to paragraph 13 of the Complaint, Familymeds admits only that under the

7    terms of the Agreement and as set forth more specifically therein, the price of Merchandise may

8    increase or decrease based on the volume of purchases made by Familymeds.

9           14.     In answer to paragraph 14 of the Complaint, Familymeds is informed and believes,

10   and based thereon alleges, that it qualified for the lowest pricing level specified in the Agreement,

11   and that it did not underpay to McKesson any amount due thereunder.  Familymeds denies each and

12   every remaining allegation of said paragraph.

13          15.     In answer to paragraph 15 of the Complaint, Familymeds admits only that McKesson

14   has demanded from Familymeds certain amounts which McKesson claims to be due and owing, and

15   that Familymeds has justifiably not paid said amounts.  Familymeds further answers that it is

16   informed and believes, and based thereon alleges, that Familymeds is entitled to an amount of credit

17   and/or setoff from McKesson which reduces, meets, or exceeds the amounts McKesson claims to be

18   due and owing.  Familymeds denies each and every remaining allegation of said paragraph.

19          16.     In answer to paragraph 16 of the Complaint, Familymeds denies the allegations

20   contained therein.

21          17.     In answer to paragraph 17 of the Complaint, Familymeds admits only that McKesson

22   has demanded from Familymeds certain amounts which McKesson claims to be due and owing, and

23   that Familymeds has justifiably not paid said amounts.  Familymeds further answers that it is

24   informed and believes, and based thereon alleges, that Familymeds is entitled to an amount of credit

25   and/or setoff from McKesson which reduces, meets, or exceeds the amounts McKesson claims to be

26   due and owing.  Familymeds denies each and every remaining allegation of said paragraph.

27          18.     In answer to paragraph 18 of the Complaint, Familymeds denies the allegations

28   contains therein.

PRINTED ON

RECYCLED PAPER

643467v1

- 3 -

CV075715 WDB
ANSWER TO COMPLAINT

19.     In answer to paragraph 19 of the Complaint, Familymeds admits the allegations contained therein.

### FIRST CAUSE OF ACTION
### BREACH OF WRITTEN CONTRACT
### (Against Familymeds)

20.     In answer to paragraphs 20 of the Complaint, Familymeds hereby incorporates by reference each admission, denial, and each denial on information and belief, as well as all explanations regarding those allegations, made in response to paragraphs 1 through 19, inclusive, as though fully set forth herein.

21.     In answer to paragraph 21 of the Complaint, Familymeds admits only that McKesson has demanded from Familymeds certain amounts which McKesson claims to be due and owing, and that Familymeds has justifiably not paid said amounts.  Familymeds further answers that it is informed and believes, and based thereon alleges, that Familymeds is entitled to an amount of credit and/or setoff from McKesson which reduces, meets, or exceeds the amounts McKesson claims to be due and owing.  Familymeds denies each and every remaining allegation of said paragraph.

22.     In answer to paragraph 22 of the Complaint, Familymeds admits only that McKesson has demanded from Familymeds certain amounts which McKesson claims to be due and owing, and that Familymeds has justifiably not paid said amounts.  Familymeds further answers that it is informed and believes, and based thereon alleges, that Familymeds is entitled to an amount of credit and/or setoff from McKesson which reduces, meets, or exceeds the amounts McKesson claims to be due and owing.  Familymeds denies each and every remaining allegation of said paragraph.

23.     In answer to paragraph 23 of the Complaint, Familymeds admits only that McKesson has demanded from Familymeds certain amounts which McKesson claims to be due and owing, and that Familymeds has justifiably not paid said amounts.  Familymeds further answers that it is informed and believes, and based thereon alleges, that Familymeds is entitled to an amount of credit and/or setoff from McKesson which reduces, meets, or exceeds the amounts McKesson claims to be due and owing.  Familymeds denies each and every remaining allegation of said paragraph.

24.     In answer to paragraph 24 of the Complaint, Familymeds denies the allegations contained therein.

643467v1

CV075715 WDB
ANSWER TO COMPLAINT

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels
Butler & Marmaro LLP

1    25.    In answer to paragraph 25 of the Complaint, Familymeds admits only that it has

2    justifiably not paid to McKesson certain amounts that McKesson claims to be due and owing.

3    Familymeds denies each and every remaining allegation of said paragraph.

4    26.    In answer to paragraph 26 of the Complaint, Familymeds denies that it has breached

5    its obligations under the Agreement and admits only that it has justifiably not paid to McKesson

6    certain amounts that McKesson claims to be due and owing.  Familymeds denies each and every

7    remaining allegation of said paragraph.

8    WHEREFORE, Familymeds prays for judgment as hereinafter set forth.

9    **FIRST AFFIRMATIVE DEFENSE**

10    **(Unclean Hands)**

11    27.    Familymeds is informed and believes, and based thereon allege, that the Complaint,

12    and the whole thereof, is barred by the doctrine of unclean hands.

13    **SECOND AFFIRMATIVE DEFENSE**

14    **(Failure To Perform Conditions Precedent)**

15    28.    Familymeds is informed and believes, and based thereon alleges, that Familymeds

16    was excused from performance under the Agreement by McKesson's failure to perform conditions

17    precedent under the terms of that Agreement.

18    **THIRD AFFIRMATIVE DEFENSE**

19    **(Set-Off)**

20    29.    In the event McKesson recovers a monetary judgment against Familymeds,

21    Familymeds alleges that any amounts determined to be owed by Familymeds should be set-off

22    against the indebtedness owed by McKesson to Familymeds.

23    WHEREFORE, Familymeds prays:

24    1.    That McKesson's Complaint be dismissed;

25    2.    That McKesson take nothing by reason thereof;

26    3.    That judgment be entered in favor of Familymeds and Familymeds recover

27    its costs of suit; and

28    4.    For such other and further relief as the Court deems just and proper.

PRINTED ON

RECYCLED PAPER

643467v1

- 5 -

CV075715 WDB
ANSWER TO COMPLAINT

JMBM | Jeffer Mangels
Butler & Marmaro LLP

1

2    DATED: December 17, 2007              JEFFER, MANGELS, BUTLER & MARMARO LLP
                                          ROBERT C. GEBHARDT
3                                         MICHAEL A. GOLD
                                          MATTHEW S. KENEFICK
4

5                                         By: /S/ Matthew S. Kenefick
                                                MATTHEW S. KENEFICK
6                                         Attorneys for Defendant FAMILYMEDS GROUP,
                                          INC., f/k/a DRUGMAX, INC., a Connecticut
7                                         corporation

8                                   **JURY DEMAND**

9
            Familymeds demands a jury trial on all issues so triable.
10

11   DATED: December 17, 2007              JEFFER, MANGELS, BUTLER & MARMARO LLP
                                          ROBERT C. GEBHARDT
12                                        MICHAEL A. GOLD
                                          MATTHEW S. KENEFICK
13

14                                        By: /S/ Matthew S. Kenefick
                                                MATTHEW S. KENEFICK
15                                        Attorneys for Defendant FAMILYMEDS GROUP,
                                          INC., f/k/a DRUGMAX, INC., a Connecticut
16                                        corporation

17

18

19

20

21

22

23

24

25

26

27

28

JMBM | Jeffer Mangels
       Butler & Marmaro LLP

PRINTED ON
RECYCLED PAPER

643467v1                          - 6 -        CV075715 WDB
                                               ANSWER TO COMPLAINT

# EXHIBIT I

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2  MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
   MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
3  Two Embarcadero Center, Fifth Floor
   San Francisco, California  94111-3824
4  Telephone:    (415) 398-8080
   Facsimile:    (415) 398-5584
5
6  Attorneys for Defendant and Counterclaimant FAMILYMEDS
   GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation
7  and Cross-Complainant FAMILYMEDS, INC., a Connecticut
   corporation
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA

11 | MCKESSON CORPORATION, a Delaware corporation, | CASE NO.    CV075715 WDB |
12 | Plaintiff, | **COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF CONTRACT AND ACCOUNTING; CROSS-COMPLAINT FOR ACCOUNTING** |
13 | v. | |
14 | FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation, | |
15 | | **DEMAND FOR JURY TRIAL** |
16 | Defendant. | |
17 | FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation, | |
18 | Counterclaimant, | |
19 | v. | |
20 | MCKESSON CORPORATION, a Delaware corporation, | |
21 | | |
22 | Counterdefendant. | |
23 | FAMILYMEDS, INC., a Connecticut corporation, | |
24 | Cross-Complainant, | |
25 | v. | Complaint filed:  November 9, 2007 |
26 | MCKESSON CORPORATION, a Delaware corporation, | |
27 | | |
28 | Cross-Defendant. | |

JMBM | Jeffer Mangels
Butler & Marmaro LLP

1    Defendant and Counterclaimant Familymeds Group, Inc., f/k/a Drugmax, Inc., a

2  Connecticut corporation ("Familymeds Group") and Cross-Complainant Familymeds, Inc., a

3  Connecticut corporation ("Familymeds"), hereby each respectively complain against McKesson

4  Corporation, a Delaware corporation, ("McKesson"), as follows:

5                              **GENERAL ALLEGATIONS**

6                                    **JURISDICTION**

7    1.    This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332.

8    2.    Familymeds Group is a Connecticut corporation with its principal place of business

9  at 2 Bridgewater Road, Farmington, Connecticut 06032.

10   3.    Familymeds is a Connecticut corporation with its principal place of business at 2

11  Bridgewater Road, Farmington, Connecticut 06032.

12   4.    Familymeds is the wholly-owned subsidiary of Familymeds Group.

13   5.    Familymeds Group and Familymeds are informed and believe, and on that basis

14  allege that at all times herein mentioned, McKesson is a Delaware corporation with its principal

15  place of business at One Post Street, San Francisco, California 94104.

16   6.    Familymeds Group and Familymeds are informed and believe, and on that basis

17  allege that McKesson became the successor-in-interest to D&K Healthcare Resources, Inc.

18  ("D&K") in 2005.

19   7.    Familymeds Group is the successor-by-merger to DrugMax, Inc. ("DrugMax").

20   8.    The amount in controversy under the respective claims of Familymeds and

21  Familymeds Group each exceed the sum or value of $75,000.

22                                    **VENUE**

23   9.    All actions complained of herein took place within the jurisdiction of the United

24  States District Court, Northern District of California.  Accordingly, venue is invoked pursuant to 28

25  U.S.C. § 1391(a).

26                         **INTRADISTRICT ASSIGNMENT**

27   10.   A substantial part of the events or omissions giving rise to the claims for relief set

28  forth herein occurred in the City and County of San Francisco.

1

## **FACTUAL BACKGROUND**

2      11.     On or about December 28, 2004, Familymeds, Valley Drug Company South, a

3   Louisiana corporation ("Valley Drug"), and D&K entered into that certain written Prime Warehouse

4   Supplier Agreement (the "First Agreement") for fair and valuable consideration, which provided,

5   *inter alia*, for D&K to sell and Familymeds and Valley Drug to buy certain "Products" (as that term

6   is defined therein).

7      12.     The First Agreement provided for a term of two (2) years, commencing on

8   December 28, 2004.

9      13.     On or about December 27, 2005, DrugMax, Familymeds, and D&K entered in that

10   certain written First Amendment to Prime Warehouse Supplier Agreement for fair and valuable

11   consideration, which provided, *inter alia,* to amend certain terms of the First Agreement.

12      14.     On or about February 2, 2007, Familymeds Group and McKesson entered into that

13   certain written Supply Agreement (the "Second Agreement") for fair and valuable consideration,

14   which provided, *inter alia*, for McKesson to sell and Familymeds Group to buy certain

15   "Merchandise" and "Products" (as those terms are defined therein).

16      15.     The Second Agreement provided for a term of three (3) years commencing on

17   December 28, 2007.

18      16.     In or about September 2007, McKesson made demand upon Familymeds Group for

19   certain amounts allegedly due and owing under the Second Agreement without providing sufficient

20   documentation to enable Familymeds Group to ascertain the validity of said demand.

21      17.     On or about September 18, 2007, Familymeds Group requested from McKesson

22   documentation pertaining to prior account statements, charges, credits, pricing adjustments, and

23   payments made under the Second Agreement, as well as documentation supporting the amounts

24   McKesson claimed were due and owing under the Second Agreement (the "Documentation") (the

25   "Request").

26      18.     The Documentation Familymeds Group sought in its Request is within the exclusive

27   possession and control of McKesson.

28      19.     McKesson wrongfully refused and wholly denied the Request.

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels
Butler & Marmaro LLP

20.     Based on information within its possession and control, Familymeds Group is informed and believes that McKesson has wrongfully overcharged Familymeds Group certain amounts and has failed to properly issue to Familymeds Group credits due under the Second Agreement; however, the Documentation necessary to verify this is within McKession's exclusive possession and control and McKesson has wrongfully refused to release the same to Familymeds Group.

## FIRST CLAIM FOR RELIEF
Familymeds Group against Mckesson
(Specific Performance of Contract)

21.     Familymeds Group incorporates by reference the allegations contained in Paragraphs 1 through 20 above.

22.     Under the Second Agreement an implied obligation exists for McKesson to provide Familymeds Group with the Documentation (the "Accounting Obligation").

23.     The Accounting Obligation is necessary to make the Second Agreement reasonable and conformable to usage, and the Second Agreement manifests no contrary intention.

24.     The terms of the Second Agreement, including the Accounting Obligation, are sufficiently precise, certain, and definite for enforcement by this Court.

25.     The terms of the Second Agreement, including the Accounting Obligation, are fair, just, and reasonable under all of the circumstances, and adequate consideration was provided by and to all parties.

26.     The terms of the Second Agreement, including the Accounting Obligation, are mutually available and can be enforced by and against either Familymeds Group or McKesson.

27.     Familymeds Group has duly performed all conditions precedent on its part required to be performed under the terms of the Second Agreement, except as to those conditions for which performance was excused by McKesson's material breaches.

28.     McKesson has breached the Second Agreement by wrongfully refusing the Request, thereby breaching its Accounting Obligation.

29.     Familymeds Group requests that this Court order McKesson to specifically perform

643537v1

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Marmaro LLP

1  in accordance with the terms of the Second Agreement by providing the Documentation as required

2  by the Accounting Obligation.

3      30.    Familymeds Group has no adequate legal remedy.

4      WHEREFORE, Familymeds Group prays for judgment as set forth herein.

5      **SECOND CLAIM FOR RELIEF**
       Familymeds Group against Mckesson

6      (Accounting)

7

8      31.    Familymeds Group incorporates by reference the allegations contained in Paragraphs

9  1 through 20 above.

10     32.    A relationship exists between Familymeds Group and McKesson, and circumstances

11 require, that McKesson provide to Familymeds Group an accounting in equity.

12     33.    An unknown balance is due from McKesson to Familymeds Group for unissued and

13 improperly withheld credits and overcharges which cannot be ascertained without an accounting,

14 the means of which are in the exclusive knowledge and control of McKesson.

15     34.    McKesson has the obligation and the ability to account to Familymeds Group.

16     35.    No adequate remedy is available to Familymeds Group at law and thus an accounting

17 is necessary to preserve Familymeds Group's rights.

18     WHEREFORE, Familymeds Group prays for judgment as set forth herein.

19     **THIRD CLAIM FOR RELIEF**
       Familymeds against Mckesson

20     (Accounting)

21     36.    Familymeds incorporates by reference the allegations contained in Paragraphs 1

22 through 20 above.

23     37.    A relationship exists between Familymeds and McKesson, and circumstances

24 require, that McKesson provide to Familymeds an accounting in equity.

25     38.    An unknown balance is due from McKesson to Familymeds for unissued and

26 improperly withheld credits and overcharges which cannot be ascertained without an accounting,

27 the means of which are in the exclusive knowledge and control of McKesson.

28     39.    McKesson has the obligation and the ability to account to Familymeds.

40.     No adequate remedy is available to Familymeds at law and thus an accounting is necessary to preserve Familymeds' rights.

WHEREFORE, Familymeds prays for judgment as set forth herein.

## PRAYER FOR RELIEF

WHEREFORE, Familymeds Group and Familymeds each pray for judgment against McKesson as follows:

### On The First Claim For Relief:

1.     For specific enforcement of the Second Agreement compelling McKesson to comply with its Accounting Obligation;

2.     For costs of suit herein incurred; and

3.     For such other and further relief as the Court may deem proper.

### On the Second Claim For Relief:

1.     For an order compelling McKesson to provide to Familymeds Group an accounting in equity;

2.     For costs of suit herein incurred; and

3.     For such other and further relief as the Court may deem proper.

### On the Third Claim For Relief:

1.     For an order compelling McKesson to provide to Familymeds an accounting in equity;

2.     For costs of suit herein incurred; and

3.     For such other and further relief as the Court may deem proper.

DATED: December 17, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT
MICHAEL A. GOLD
MATTHEW S. KENEFICK


By: /S/ Matthew S. Kenefick
                MATTHEW S. KENEFICK
Attorneys for Defendant FAMILYMEDS GROUP,
INC., f/k/a DRUGMAX, INC., a Connecticut
corporation and Cross-Complainant FAMILYMEDS,
INC., a Connecticut corporation

CV075715 WDB
COUNTERCLAIM AND CROSS-COMPLAINT

643537v1

## JURY DEMAND

Familymeds Group and Familymeds each demand a jury trial on all issues so triable.

DATED: December 17, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT
MICHAEL A. GOLD
MATTHEW S. KENEFICK


By: /S/ Matthew S. Kenefick
MATTHEW S. KENEFICK
Attorneys for Defendant FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation and Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation

CV075715 WDB
COUNTERCLAIM AND CROSS-COMPLAINT

643537v1

# EXHIBIT J

MARIA K. PUM (State Bar No. 120987)
KRISTEN E. CAVERLY (State Bar No. 175070)
HENDERSON & CAVERLY LLP
P.O. Box 9144 (all U.S. Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067-9144
Telephone:     (858) 756-6342
Facsimile:      (858) 756-4732
E-mail:  mpum@hcesq.com

Attorneys for Plaintiff
McKESSON CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON CORPORATION, a Delaware corporation, | Case No. 4:07-cv-05715 WDB |
| Plaintiff, | **AMENDED** |
| v. | **NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES OF McKESSON CORPORATION SEEKING TO DISMISS:** |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation, | |
| Defendant. | **(1) COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF CONTRACT AND ACCOUNTING; AND** |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation, | **(2) CROSS-COMPLAINT FOR ACCOUNTING** |
| Counterclaimant, | |
| v. | |
| McKESSON CORPORATION, a Delaware corporation, | Complaint Filed:  November 9, 2007 Cross-Complaint Filed: December 17, 2007 |
| Counterdefendant. | Date:  March 12, 2008 Time:  3:00 pm Place: Ctrm 4 |
| FAMILYMEDS, INC., a Connecticut corporation, | 1301 Clay St., 3d Floor Oakland, CA |
| Cross-Complainant, | |
| v. | |
| McKESSON CORPORATION, a Delaware corporation, | |
| Cross-Defendant. | |

AMENDED Notice of Motion, Motion and Memorandum of Points and Authorities of McKesson Corporation Seeking to Dismiss: (1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for Accounting

1

## **NOTICE OF MOTION**

2      PLEASE TAKE NOTICE that on **March 12, 2008** at **3:00 p.m**. in the above referenced

3  Court, or as soon thereafter as the matter may be called, McKESSON CORPORATION, a

4  Delaware corporation ("McKesson") will move this Court for an order dismissing that certain

5  "Counterclaim for Specific Performance of Contract and Accounting; Cross-Complaint for

6  Accounting" (the "Cross-Complaint & Counterclaim") filed by FAMILYMEDS GROUP, INC.,

7  f/k/a Drugmax, Inc. ("Familymeds Group") and  FAMILYMEDS, INC., a Connecticut corporation

8  ("Familymeds, Inc.").

9

## **MOTION**

10      McKesson hereby moves this Court for an order dismissing the Cross-Complaint &

11  Counterclaim on the bases (among others) that:

12          (1) the joinder of a stranger to the action as a Cross-Complainant (not a third party

13  defendant) against McKesson is not permitted pursuant to Federal Rule of Civil Procedure

14  ("FRCP") 14 and the Cross-Complaint & Counterclaim must therefore be dismissed;

15          (2) the Cross-Complaint & Counterclaim violates FRCP 19 and FRCP 12(b)(7) because

16  it fails to name D&K Healthcare Resources, Inc. ("D&K") as a party to the action

17  notwithstanding that D&K (and not McKesson) is the entity that signed one of the contracts

18  that Familymeds Group seeks to enforce through the Cross-Complaint & Counterclaim; and

19          (3) the Third Claim for Relief in the Cross-Complaint & Counterclaim fails to state a

20  claim against McKesson for which relief can be granted such that dismissal thereof is mandated

21  by FRCP 12(b)(6).

22

23

24

25

26

27

1

28

AMENDED Notice of Motion, Motion and Memorandum of Points and Authorities of McKesson Corporation Seeking
to Dismiss: (1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for
Accounting

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

### I. STATEMENT OF ISSUES TO BE DECIDED.

3        On November 9, 2007, McKESSON CORPORATION, a Delaware corporation

4    ("McKesson") filed a complaint (the "Complaint") for breach of contract against a single

5    defendant, FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc. ("Familymeds Group").  On or

6    about December 17, 2007, McKesson was served not only with an answer to the Complaint, but

7    also with a pleading entitled "Counterclaim for Specific Performance of Contract and Accounting;

8    Cross-Complaint for Accounting" (the "Cross-Complaint & Counterclaim").  Pursuant to its

9    motion and this memorandum of points and authorities, McKesson requests that this Court dismiss

10   the Cross-Complaint & Counterclaim.  The bases for that request are that the Cross-Complaint &

11   Counterclaim adds a new party to this action not as a third party defendant under FRCP 14, but

12   rather as a *cross-complainant*.  Specifically, the cross –complainant named in the Cross-Complaint

13   & Counterclaim is not Familymeds Group, but rather is Familymeds, Inc., a Connecticut

14   corporation, which according to the Cross-Complaint & Counterclaim is a subsidiary of

15   Familymeds Group.  In addition, the Cross-Complaint & Counterclaim should be dismissed for the

16   failure to name a necessary party as a third party defendant:  D&K Healthcare Resources, Inc.

17   ("D&K").  D&K is a necessary party because the Cross-Complaint & Counterclaim purports to

18   seek to enforce contract not mentioned in the Complaint, against McKesson, yet the contract at

19   issue is not a contract to which McKesson is a party.  The party to the contract is D&K.  Contract

20   parties are necessary parties to an action to enforce the contract.  Finally, the Cross-Complaint &

21   Counterclaim, or at least the third claim for relief asserted therein, should be dismissed pursuant to

22   FRCP 12(b)(6) for failure to state an claim against McKesson for which relief may be granted.

23

24

25

26

27
────────────────────────────
28

2

Case No. 4:07-cv-05715  WDB
AMENDED Notice of Motion, Motion and Memorandum of Points and Authorities of McKesson Corporation Seeking
to Dismiss: (1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for
Accounting

1    ## II. STATEMENT OF FACTS.

2    The Complaint filed by McKesson against Familymeds Group is a simple breach of

3    contract complaint seeking to collect sums owing for the purchase by Familymeds Group of

4    products from McKesson under the terms of a contract entitled "Supply Agreement" which was

5    dated February 2, 2007 and executed by Familymeds Group and McKesson and no other parties.

6    In response, McKesson received not only an answer from Familymeds Group, but the Cross-

7    Complaint & Counterclaim which alleges three claims for relief against McKesson. The trouble is

8    that at least one, possibly more, of those claims for relief are brought by an entirely new entity,

9    Familymeds, Inc., and appear to be based on an agreement other than the contract that is the subject

10   of the Complaint: a December 28, 2004 contract between Familymeds, Inc., Valley Drug Company

11   and D&K, which is defined in the Cross-Complaint & Counterclaim as the "First Agreement."

12   The result is a muddled pleading situation and a fatally defective Cross-Complaint & Counterclaim

13   that should be dismissed.

14   ## III. ARGUMENT.

15   **A. Defendant Cannot Add a Third Party Cross-Complainant to the Instant Action.**

16   Federal Rule of Civil Procedure ("FRCP") 14 governs the addition of parties to an action by

17   a defendant. As was summarized by the Ninth Circuit in *Stewart v. Am. Int'l Oil & Gas Co.*, 845

18   F.2d 196, 199 (9th Cir. 1988):

19   Fed. R. Civ. P. 14(a) allows a defending party to bring in as third-party

20   *defendant* a person not a party to the action *who is or may be liable to him*
     for all or part of plaintiff's claim against him. *Thus, a third-party claim may*

21   *be asserted only when the third party's liability is in some way dependent on*
     *the outcome of the main claim and is secondary or derivative thereto.*

22   (Emphasis added.). The *Stewart* court continued, quoting Professors Wright and Miller:

23   . . . [the claim] cannot simply be an independent or related claim but *must be*

24   *based upon plaintiff's claim against defendant.* The crucial characteristic of
     a Rule 14 claim is that defendant is attempting to transfer to the third-party

25   defendant the liability asserted against him by the original plaintiff. The
     mere fact that the alleged third-party claim arises from the same transaction

26   or set of facts as the original claim is not enough.

27

28
     Case No. 4:07-cv-05715 WDB
     AMENDED Notice of Motion, Motion and Memorandum of Points and Authorities of McKesson Corporation Seeking
     to Dismiss: (1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for
     Accounting

1   *Id.* at 200 (emphasis added)(*citing* 6 FED. PRAC. & PROC. § 1446 at 257 (1971 ed.)).  Because the

2   defendant in *Stewart* failed to meet the requirements of FRCP 14 in bringing a third party

3   complaint, the Ninth Circuit affirmed the District Court's dismissal of the third party complaint.

4   Here, Familymeds Group has not added a third party *defendant* in filing the Cross-

5   Complaint & Counterclaim, nor does the Cross-Complaint & Counterclaim relate to the facts of the

6   original Complaint.  Instead, Familymeds Group has tacked on to the instant case an entirely new

7   action brought by an entirely new entity, Familymeds, Inc., based on an entirely new contract, the

8   so-called "First Agreement."  The instant Cross-Complaint & Counterclaim does not properly or

9   permissibly add a party pursuant to FRCP 14 to this action and is not permitted by FRCP 7[1] or any

10  of the other Federal Rules of Civil Procedure.  The Cross-Complaint & Counterclaim should be

11  dismissed.

12  **B. Familymeds Group Cannot Assert Claims Against D&K Healthcare Resources**
13  **Inc. Without Naming D&K Healthcare Resources Inc. as a Party.**

14  In addition to the fatal defect relating to the improper application of FRCP 14, the Cross-

15  Complaint & Counterclaim is fatally flawed in that it asserts claims against a new entity that is not

16  named as a party in the Cross-Complaint & Counterclaim.  Specifically, in paragraph 11 of the

17  Cross-Complaint & Counterclaim, the Cross-Complaint & Counterclaim makes reference to a

18  contract defined as the "First Agreement" which is described as an agreement entered into on

19  December 28, 2004 by and among Familymeds, Inc., Valley Drug Company and D&K Healthcare

20  Resources Inc.  It appears that the Cross-Complaint & Counterclaim is making claims against

21  McKesson based on that contract though the contract with D&K—an entity that still exists as a

22  separate corporate entity.   FRCP 19(a) provides in pertinent part:

23

24  ───────────────
    [1] FRCP 7(a) provides:

25      There shall be a complaint and an answer; a reply to a counterclaim denominated as such; and answer to a cross-
        claim, if the answer contains a cross-claim; **a third party complaint, if a person who was not an original party**
26      **is summoned under the provisions of Rule 14**; and a third party answer, if a third party complaint is served.  No
        other pleading shall be allowed, except that the court may order a reply to an answer of a third-party answer.

27  (Emphasis added.)

                                                    4
28                                                        Case No. 4:07-cv-05715  WDB
    AMENDED Notice of Motion, Motion and Memorandum of Points and Authorities of McKesson Corporation Seeking
    to Dismiss: (1) Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross-Complaint for
                                                                                              Accounting

**(a) Persons Required to Be Joined if Feasible.** A person who is subject to service of process and whose joinder will not deprive the court of jurisdiction over the subject matter of the action shall be joined as a party in the action if:

    (1) in that person's absence complete relief cannot be accorded among those already parties; or

    (2) the person claims an interest relating to the subject of the action and is so situated that the disposition of the action in the person's absence may:

        (i) as a practical matter impair or impede the person's ability to protect that interest or

        (ii) leave any of the persons already parties subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations by reason of the claimed interest.

The Court cannot accord complete relief to McKesson and Familymeds Group if D&K is not a participant to this action inasmuch as Familymeds Group cannot get relief with respect to the First Agreement against McKesson; remedies under the First Agreement, assuming it has been breached, will lie only against D&K.

Clearly, it is incumbent upon Familymeds Group to name D&K as a third party defendant in this action if it (or Familymeds, Inc. in a properly plead action) seeks to enforce any claims based on the First Agreement. "Generally, in breach of contract actions, all parties to the contract are necessary ones." *Rojas v. Loewen Group Int'l*, 178 F.R.D. 356, 361 (D.C. Puerto Rico 1998). Allegations that McKesson is somehow the alter ego of D&K do not cure this defect. *See, id.* at 363-64. Thus because Familymeds Group has failed to join D&K which is a necessary party pursuant to FRCP 19, the Cross-Complaint & Counterclaim should be dismissed pursuant to FRCP 12(b)(7). This should not be problematic in this action because joinder of D&K will not destroy diversity and it is feasible to join D&K.

## C. The Third Claim for Relief in the Cross-Complaint & Counterclaim Should be Dismissed or Stricken Pursuant to FRCP 12(b)(6).

Alternatively, if the entire Cross-Complaint & Counterclaim is not dismissed, the Third Claim for Relief should be dismissed or stricken. It appears to allege a claim by Familymeds, Inc. against McKesson based on the First Agreement. However, McKesson is not a party to the First

5

1   Agreement and therefore no relief may be had by Familymeds, Inc. against McKesson based on

2   that agreement. The Third Claim for Relief should be dismissed or stricken.

3                               **IV. CONCLUSION.**

4         The Cross-Complaint & Counterclaim contains fatal defects. It should be dismissed in its

5   entirety. At a minimum, all request for relief contained in the Third Claim for Relief should be

6   dismissed or stricken.

7

8   DATED: January 14, 2008.            HENDERSON & CAVERLY LLP

9

10

11                                By: _____

                                      Maria K. Pum

12                                      Attorneys for McKesson Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT K

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9

McKesson Corp., a Delaware Corp.,                 No. C-07-5715 WDB

10                    Plaintiff,

11          v.                                    **ORDER RE MAY 5, 2008, CASE**
                                                  **MANAGEMENT CONFERENCE**
12   Familymeds Group, Inc., f/k/a
     Drugmax, Inc., a Connecticut
13   corporation,

14                    Defendants.
     _____/
15
     Familymeds Group, Inc., f/k/a
16   Drugmax, Inc., a Connecticut
     corporation,
17
                      Counterclaimant
18          v.

19   McKesson Corp., a Delaware
     corporation,
20
                      Counterdefendant.
21   _____/

22

23          On May 5, 2008, the Court conducted a case management conference.

24          For the reasons stated on the record, the Court ORDERS as follows.

25          1.      The Court RULES that informal production of additional materials by

26   McKesson to Familymeds may not serve as the basis for an argument by

27   Familymeds that McKesson has waived rights or objections.

28

1

1      2.      For the reasons explained on the record, the Court DENIES

2 WITHOUT PREJUDICE McKesson's Motion to Dismiss, filed January 14, 2008.

3      3.      The Court LIFTS the stay of discovery and further motions practice

4 entered in its March 13, 2008 Order.

5      Familymeds Group may, using an appropriate procedural device, seek to add

6 Familymeds Inc., and/or D&K as a party in this or a separate lawsuit.

7      McKesson may file a substantive motion seeking to enforce its breach of

8 contract claim.  **By Wednesday, June 4, 2008,**  McKesson must file with the Court

9 its substantive motion _or_ inform the Court that McKesson does not intend to file a

10 substantive motion.  If McKesson notifies the Court that it does not intend to file a

11 substantive motion the Court promptly will convene a follow up case management

12 conference to discuss scheduling.

13 IT IS SO ORDERED.

14 Dated: May 5, 2008

15

16 WAYNE D. BRAZIL
United States Magistrate Judge

17 Copies to: parties, wdb, stats

2

# EXHIBIT L

<table>
<tr><td>1</td><td>MARIA K. PUM (State Bar No. 120987)<br>KRISTEN E. CAVERLY (State Bar No. 175070)</td></tr>
</table>

1 | MARIA K. PUM (State Bar No. 120987)
KRISTEN E. CAVERLY (State Bar No. 175070)
2 | HENDERSON & CAVERLY LLP
P.O. Box 9144 (all U.S. Mail)
3 | 16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067-9144
4 | Telephone:    (858) 756-6342
Facsimile:    (858) 756-4732
5 | E-mail:  mpum@hcesq.com

6 | Attorneys for Plaintiff
McKESSON CORPORATION
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | McKESSON CORPORATION, a Delaware corporation,

Case No. 4:07-cv-05715 WDB

12 | Plaintiff,
v.

**ANSWER OF McKESSON CORPORATION TO:**

13 |

**(1) COUNTERCLAIM FOR SPECIFIC PERFORMANCE OF CONTRACT AND ACCOUNTING; AND**

14 | FAMILYMEDS GROUP, INC.,
f/k/a Drugmax, Inc., a Connecticut corporation,

15 | Defendant.

**(2) CROSS-COMPLAINT FOR ACCOUNTING**

16 |

17 | FAMILYMEDS GROUP, INC.,
f/k/a Drugmax, Inc., a Connecticut corporation,

18 | Counterclaimant,

Complaint Filed:  November 9, 2007
Cross-Complaint Filed: December 17, 2007

19 | v.

Date:  (No hearing necessary.)

20 | McKESSON CORPORATION, a Delaware corporation,

21 |

22 | Counterdefendant.

23 | McKESSON CORPORATION, a Delaware corporation ("McKesson") responds to the

24 | allegations made by FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc. ("Familymeds Group")

25 | against McKesson in the "Counterclaim for Specific Performance of Contract and Accounting;

26 | Cross-Complaint for Accounting" (the "Counterclaim & Cross-Complaint") filed by Familymeds

27 | Group and by its affiliate, FAMILYMEDS, INC., a Connecticut corporation ("Affliate").  This

28 | Answer does not answer (or assert affirmative defenses to) the allegations made by Affiliate in the

1

1    Counterclaim & Cross-Complaint, because the Court ruled at the Case Management Conference

2    held on May 5, 2008 that Affiliate was not properly added as a party to the instant action.

3                                        **JURISDICTION**

4        1.       In answer to paragraph 1 of the Counterclaim & Cross-Complaint, McKesson

5    admits the allegations contained therein.

6        2.       In answer to paragraph 2 of the Counterclaim & Cross-Complaint, McKesson

7    admits the allegations contained therein.

8        3.       In answer to paragraph 3 of the Counterclaim & Cross-Complaint, McKesson

9    admits the allegations contained therein.

10        4.       In answer to paragraph 4 of the Counterclaim & Cross-Complaint, McKesson lacks

11    sufficient information to admit or deny whether Affiliate is a wholly owned subsidiary of

12    Familymeds Group and on that basis denies all of the allegations contained therein.

13        5.       In answer to paragraph 5 of the Counterclaim & Cross-Complaint, McKesson

14    admits the allegations contained therein.

15        6.       In answer to paragraph 6 of the Counterclaim & Cross-Complaint, McKesson

16    admits it acquired the stock of D&K Healthcare Resources, Inc. in 2005.  Except as expressly

17    admitted, McKesson denies each and every allegation of paragraph 6 of the Counterclaim & Cross-

18    Complaint.

19        7.       In answer to paragraph 7 of the Counterclaim & Cross-Complaint, McKesson lacks

20    sufficient information and belief to admit or deny the allegations in said paragraph and on that

21    basis denies each and every allegation contained therein.

22        8.       In answer to paragraph 8 of the Counterclaim & Cross-Complaint, McKesson

23    admits that Familymeds Group contends that it has claims against McKesson that exceed $75,000.

24    Except as expressly admitted, McKesson denies each and every allegation contained in paragraph 8

25    of the Counterclaim & Cross-Complaint.

26    ///

27    ///

28    ///

2

1         9.      In answer to paragraph 9 of the Counterclaim & Cross-Complaint, McKesson

2    admits the allegations contained therein.

3         10.     In answer to paragraph 10 of the Counterclaim & Cross-Complaint, McKesson

4    admits the allegations contained therein.

5         11.     In answer to paragraph 11 of the Counterclaim & Cross-Complaint, McKesson lacks

6    sufficient information and belief to admit or deny the allegations in said paragraph and on that

7    basis denies each and every allegation contained therein.

8         12.     In answer to paragraph 12 of the Counterclaim & Cross-Complaint, McKesson

9    admits the allegations contained therein.

10        13.     In answer to paragraph 13 of the Counterclaim & Cross-Complaint, McKesson lacks

11   sufficient information and belief to admit or deny the allegations in said paragraph and on that

12   basis denies each and every allegation contained therein.

13        14.     In answer to paragraph 14 of the Counterclaim & Cross-Complaint, McKesson

14   admits the allegations contained therein.

15        15.     In answer to paragraph 15 of the Counterclaim & Cross-Complaint, McKesson

16   admits the allegations contained therein.

17        16.     In answer to paragraph 16 of the Counterclaim & Cross-Complaint, McKesson

18   admits that in September, 2007 it made demand on Familymeds Group for an amount due and

19   owing under the so-called Second Agreement. Except as expressly admitted, McKesson denies

20   each and every allegation contained in paragraph 16 of the Counterclaim & Cross-Complaint.

21        17.     In answer to paragraph 17 of the Counterclaim & Cross-Complaint, McKesson

22   admits that Familymeds Group sent a letter on or about September 18, 2007 requesting

23   documentation from McKesson. Except as expressly admitted, McKesson denies each and every

24   allegation contained in paragraph 17 of the Counterclaim & Cross-Complaint.

25        18.     In answer to paragraph 18 of the Counterclaim & Cross-Complaint, McKesson

26   admits the allegations contained therein.

27        19.     In answer to paragraph 19 of the Counterclaim & Cross-Complaint, McKesson

28   denies each and every allegation contained therein.

3

1     20.    In answer to paragraph 20 of the Counterclaim & Cross-Complaint, McKesson

2 denies the allegations contained therein.

<h3 style="text-align:center"><b>FIRST CLAIM FOR RELIEF</b></h3>
Familymeds Group against McKesson<br>(Specific Performance of Contract)

6     21.    In answer to paragraph 21 of the Counterclaim & Cross-Complaint, McKesson

7 incorporates by reference each of the responses it made in each of the preceding paragraphs 1

8 through 20 of this Answer to the corresponding paragraphs 1 through 20 of the Counterclaim &

9 Cross-Complaint incorporated into Paragraph 21 of the Counterclaim & Cross-Complaint as

10 though fully set forth herein.

11     22.    In answer to paragraph 22 of the Counterclaim & Cross-Complaint, McKesson

12 denies each and every allegation contained therein.

13     23.    In answer to paragraph 23 of the Counterclaim & Cross-Complaint, McKesson

14 denies each and every allegation contained therein.

15     24.    In answer to paragraph 24 of the Counterclaim & Cross-Complaint, McKesson

16 admits that the terms of the so-called Second Agreement are sufficiently precise, certain, and

17 definite for enforcement by this Court. Except as expressly admitted, McKesson denies each and

18 every allegation contained in paragraph 24 of the Counterclaim & Cross-Complaint.

19     25.    In answer to paragraph 25 of the Counterclaim & Cross-Complaint, McKesson

20 admits that the terms of the so-called Second Agreement are fair, just and reasonable under the

21 circumstances known to McKesson, and that adequate consideration was provided by and to all

22 parties. Except as expressly admitted, McKesson denies each and every allegation contained in

23 paragraph 25 of the Counterclaim & Cross-Complaint.

24     26.    In answer to paragraph 26 of the Counterclaim & Cross-Complaint, McKesson

25 admits that the terms of the so-called Second Agreement are mutually available and can be

26 enforced by and against either Familymeds Group or McKesson. Except as expressly admitted,

27 McKesson denies each and every allegation contained in paragraph 26 of the Counterclaim &

28 Cross-Complaint.

4

1        27.     In answer to paragraph 27 of the Counterclaim & Cross-Complaint, McKesson

2  denies each and every allegation contained therein.

3        28.     In answer to paragraph 28 of the Counterclaim & Cross-Complaint, McKesson

4  denies each and every allegation contained therein.

5        29.     In answer to paragraph 29 of the Counterclaim & Cross-Complaint, McKesson

6  denies each and every allegation contained therein.

7        30.     In answer to paragraph 30 of the Counterclaim & Cross-Complaint, McKesson

8  denies each and every allegation contained therein.

9

10

11

**SECOND CLAIM FOR RELIEF**
Familymeds Group against McKesson
(Accounting)

12        31.     In answer to paragraph 31 of the Counterclaim & Cross-Complaint, McKesson

13  incorporates by reference each of the responses it made in each of the preceding paragraphs 1

14  through 20 of this Answer to the corresponding paragraphs 1 through 20 of the Counterclaim &

15  Cross-Complaint incorporated into paragraph 31 of the Counterclaim & Cross-Complaint as

16  though fully set forth herein.

17        32.     In answer to paragraph 32 of the Counterclaim & Cross-Complaint, McKesson

18  denies each and every allegation contained therein.

19        33.     In answer to paragraph 33 of the Counterclaim & Cross-Complaint, McKesson

20  denies each and every allegation contained therein.

21        34.     In answer to paragraph 34 of the Counterclaim & Cross-Complaint, McKesson

22  admits that given enough resources it has the ability to account to Familymeds Group.  Except as

23  expressly admitted, McKesson denies each and every allegation contained in paragraph 34 of the

24  Counterclaim & Cross-Complaint.

25        35.     In answer to paragraph 35 of the Counterclaim & Cross-Complaint, McKesson

26  denies each and every allegation contained therein.

27  ///

28  ///

5

## THIRD CLAIM FOR RELIEF
### Affiliate against McKesson
### (Accounting)

36.     Based on the Court's ruling at the Case Management Conference held on May 5,

2008 that Affiliate was not properly added as a party to the instant action, and the allegations made

in paragraphs 36 through 40 of the Counterclaim & Cross-Complaint are alleged solely by Affiliate

against McKesson, no further response to the allegations made in paragraphs 36 through 40 of the

Counterclaim & Cross-Complaint is required, though if it were, McKesson would (a) incorporate

by reference the responses it made in each of the preceding paragraphs 1 through 20 of this Answer

in response to paragraph 36, and would otherwise deny each and every allegations made in

paragraphs 37 through 40 of the Counterclaim & Cross-Complaint.

## AFFIRMATIVE DEFENSES

37.     In addition to the foregoing admissions and denials, McKesson is informed and

believes that one or more of the following affirmative defenses are applicable to the Counterclaim

& Cross-Complaint and each cause of action therein:

### First Affirmative Defense
### (Failure to State a Claim)

38.     The Counterclaim & Cross-Complaint, and each purported cause of action alleged

therein, fails to state facts sufficient to constitute a cause of action against McKesson and should be

dismissed

### Second Affirmative Defense
### (Waiver)

39.             Familymeds, by its acts, conduct and/or failure to act, has waived any and all

claims as alleged in the Counterclaim & Cross-Complaint.

### Third Affirmative Defense
### (Excuse)

40.             McKesson has been excused from performance of any of the obligations or

agreements alleged by Familymeds as remaining owing by McKesson to Familymeds.

///

**Fourth Affirmative Defense**
**(Laches)**

41.        Any and all claims as alleged in the Counterclaim & Cross-Complaint are barred by the doctrine of laches.

**Fifth Affirmative Defense**
**(Estoppel)**

42.    Familymeds is estopped by action of law and/or conduct from maintaining the actions set forth in the Counterclaim & Cross-Complaint.

**Sixth Affirmative Defense**
**(Statute of Limitations)**

43.    The Counterclaim & Cross-Complaint and each and every cause of action alleged therein are barred by the applicable statute of limitations.

**Seventh Affirmative Defense**
**(Setoff)**

44.    If any liability is attributed to McKesson, which liability is expressly denied, Familymeds may not recover any damages because McKesson is entitled to a set-off and/or credit greater than the amount Familymeds now claims McKesson owes.

**Eighth Affirmative Defense**
**(Bad Faith)**

45.    McKesson alleges, on information and belief, that the Counterclaim & Cross-Complaint was (and is) filed in bad faith, has no merit, is frivolous and is designed to cause unnecessary delay. As a result and/or pursuant to California Code of Civil Procedure § 128.5, McKesson is entitled to recover attorneys' fees and costs from Familymeds relating to the Counterclaim & Cross-Complaint and otherwise in defending the action commenced by the Complaint.

**Ninth Affirmative Defense**
**(Unclean Hands)**

46.    The Counterclaim & Cross-Complaint and each and every cause of action alleged therein are barred by Familymeds' unclean hands.

///

7

**Tenth Affirmative Defense**
**(Failure of Condition Precedent)**

47.     The Counterclaim & Cross-Complaint and each and every cause of action alleged therein are barred because as a condition precedent to raising any claims against McKesson, Familymeds must pay McKesson all sums claimed to be due and owing.

## RESERVATION OF RIGHTS

48.     McKesson presently has insufficient knowledge or information on which to form a belief as to whether McKesson may have additional, as yet unstated, affirmative defenses available. McKesson hereby reserves the right to assert additional defenses in the event that discovery indicates that such would be appropriate.

## PRAYER

WHEREFORE, McKesson prays that:

1.   Familymeds take nothing by the Counterclaim & Cross-Complaint;

2.   The Counterclaim & Cross-Complaint be dismissed and McKesson be awarded costs incurred in defending the allegations in the Counterclaim & Cross-Complaint (including attorney's fees); and

3.   For such other, further and different relief as the court may deem just and proper.

DATED:  May 19, 2008.              HENDERSON & CAVERLY LLP

By: _____
     Maria K. Pum
     Attorneys for McKesson Corporation

8