1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:    (858) 756-6342
   Facsimile:    (858) 756-4732
5  Email:  mpum@hcesq.com

6  Attorneys for Plaintiff
   McKESSON CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | McKESSON CORPORATION, a Delaware corporation, | Case No. 4:07-cv-05715 WDB |

12 |                           Plaintiff, | **PROOF OF SERVICE** |

13 |             v. |  |

14 | FAMILYMEDS GROUP, INC.,  f/k/a Drugmax, Inc., a Connecticut corporation, | Complaint filed: November 9, 2007 |

15 |                           Defendant. | Counterclaim & Cross-Complaint Filed: December 17, 2007 |

16 | _____ | Date:  August 6, 2008 |

17 | FAMILYMEDS GROUP, INC.,  f/k/a Drugmax, Inc., a Connecticut corporation, | Time:  1:30 p.m. Place:  Ctrm 4 |

18 |                           Counter-Claimant, |           1301 Clay St., 3d Floor |

19 |             v. |           Oakland, CA |

20 | McKESSON CORPORATION, a Delaware corporation, |  |

21 |  |  |

22 |                           Counterdefendant. |  |

23 | _____ FAMILYMEDS, INC., a Connecticut corporation, |  |

24 |  |  |

25 |                           Cross-Complainant,             v. |  |

26 | McKESSON CORPORATION, a Delaware corporation, |  |

27 |  |  |

28 |                           Cross-Defendant. |  |

1

**PROOF OF SERVICE**

2       I am employed in the County of San Diego, California.  I am over the age of 18

3   years and not a party to the within action.  My business address is Henderson & Caverly LLP, P.O.

4   Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

5       On June 4, 2008, I served the foregoing:

6   -   **NOTICE OF MOTION; MOTION FOR SUMMARY JUDGMENT OR, IN THE
        ALTERNATIVE, SUMMARY ADJUDICATION BY McKESSON**

7       **CORPORATION; AND MEMORANDUM OF POINTS AND AUTHORITIES;**

8   -   **COMPENDIUM OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY
        JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY**

9       **McKESSON CORPORATION**

10  -   **DECLARATION OF LESLIE MORGAN IN SUPPORT OF MOTION FOR
        SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY**

11      **ADJUDICATION BY McKESSON CORPORATION;**

12  -   **DECLARATION OF ANA SCHRANK IN SUPPORT OF MOTION FOR
        SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY**

13      **ADJUDICATION BY McKESSON CORPORATION;**

14  -   **DECLARATION OF KRISTEN E. CAVERLY, ESQ. IN SUPPORT OF
        MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,**

15      **SUMMARY ADJUDICATION BY McKESSON CORPORATION;**

16  -   **STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF McKESSON
        CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE**

17      **ALTERNATIVE, SUMMARY ADJUDICATION**

18  -   ***[PROPOSED]* ORDER GRANTING SUMMARY JUDGMENT TO McKESSON
        CORPORATION**

19

20  on the following parties in this action in the manner set forth below:

21      Robert C. Gebhardt, Esq.
        Jeffer, Mangels, Butler & Marmaro LLP

22      Two Embarcadero Center, Fifth Floor
        San Francisco, California  94111-3824

23

24      ☐       (BY MAIL) I placed each such sealed envelope, with postage thereon fully
                prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP,

25      Rancho Santa Fe, California, following ordinary business practices.  I am familiar with
        the practice of Henderson & Caverly LLP for collection and processing of

26      correspondence, said practice being that in the ordinary course of business,
        correspondence is deposited in the United States Postal service the same day as it is

27      placed for collection.

28

1

1

2
☑    (BY EMAIL) I electronically filed such document using the ("CM/ECF")
system which will send a Notice Of Electronic Filing to CM/ECF participants.

3

4
☐    (BY FACSIMILE) I transmitted the above-listed document to the party listed
above via facsimile.  The transmission was reported complete and without error.  The
telephone number of the facsimile machine I used was (858) 756-4732.

5

6

7
I declare that I am employed in the office of a member of the bar of this court at

8
whose direction the service was made.

9
Executed at Rancho Santa Fe, California on June 4, 2008.

10

11
Quynh N. Nguyen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4: 07-cv-05715 WDB
MOTION FOR SUMMARY JUDGMENT BY McKESSON CORPORATION