1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2  MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
   MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
3  Two Embarcadero Center, Fifth Floor
   San Francisco, California  94111-3824
4  Telephone:   (415) 398-8080
   Facsimile:   (415) 398-5584
5

6  Attorneys for Plaintiffs FAMILYMEDS, INC., a Connecticut
   corporation and FAMILYMEDS GROUP, INC. a Nevada
7  corporation, f/k/a DRUGMAX, INC., a Nevada corporation

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  FAMILYMEDS, INC., a Connecticut            CASE NO.    CV082850 BZ
    corporation; and FAMILYMEDS GROUP,  *RELATED*  CASE NO.  CV075715 WDB
13  INC. a Nevada corporation, f/k/a DRUGMAX,
    INC., a Nevada corporation,
14                                             **DECLARATION OF MATTHEW S.
              Plaintiffs,                      KENEFICK IN SUPPORT OF
15                                             ADMINISTRATIVE MOTION TO
         v.                                    CONSIDER WHETHER CASES SHOULD
16                                             BE RELATED**
                                               **[Local Rule 3-12(b)]**
17  MCKESSON CORPORATION, a Delaware
    corporation; and D&K HEALTHCARE           **Accompanying Papers**:  Motion; Request for
18  RESOURCES LLC, a Delaware limited         Judicial Notice; and (Proposed) Order
    liability company, f/k/a D&K HEALTHCARE
19  RESOURCES, INC., a Delaware corporation,

20            Defendants.

21                                             Complaint filed:    June 6, 2008
                                               Trial date:         none set
22

23  I, Matthew S. Kenefick, declare:

24       1.     I am an attorney at law duly licensed to practice before all the Courts of the state of

25  California, as well as all of the United States District Courts located within the state of

26  California, and am an attorney with Jeffer, Mangels, Butler & Marmaro LLP ("**JMBM**"), attorneys of record

27  for Plaintiffs Familymeds, Inc., a Connecticut corporation and Familymeds Group, Inc. a Nevada

28  corporation, f/k/a DrugMax, Inc., a Nevada corporation (collectively "**Familymeds**").  I have

JMBM  Jeffer Mangels
      Butler & Marmaro LLP

1    personal knowledge of the facts set forth in this declaration and could competently testify to each of

2    the facts if called upon to do so.  My knowledge of the facts set forth in this declaration arises from

3    the fact that at all applicable times, either I or one of my colleagues at JMBM have been one of the

4    attorneys primarily responsible for the litigation of the within action.

5            2.    On June 9, 2008, I sent to Maria Pum and Kristen Caverly, attorneys of record for

6    McKesson Corporation in the matter of *McKesson Corporation v. Familymeds Group etc.*, Northern

7    District of California Case Number CV075715 WDB, filed on November 9, 2007 (the "**First**

8    **Action**"), an e-mail correspondence requesting that: A) Ms. Pum and/or Ms. Caverly confirm that

9    their office will be representing McKesson Corporation, a Delaware corporation, and D&K

10   Healthcare Resources LLC, a Delaware limited liability company, f/k/a D&K Healthcare

11   Resources, Inc., a Delaware corporation (collectively "**Defendants**") in the matter of *Familymeds*

12   *Inc. etc., et al. v. McKesson Corporation etc., et al.*, Northern District of California Case Number

13   CV082850 BZ, filed on June 6, 2008 (the "**Second Action**"); and B) that Defendants stipulate to the

14   designation of the Second Action as related to the First Action, and to the re-assignment of the

15   Second Action to the Honorable Wayne D. Brazil, the Court before which the earlier filed and

16   numbered First Action is pending (the "**Request**").  A true and correct copy of the Request is

17   attached hereto as **Exhibit 1**.  Ms. Pum read the request on or about June 10, 2008 at 10:07 a.m. -

18   attached hereto as **Exhibit 2** is a true and correct copy of a Microsoft Outlook read-receipt

19   indicating this.

20           3.    On June 12, 2008, I called Ms. Pum to discuss the Request.  Ms. Pum informed me

21   that Ms. Caverly was out of the office and that Ms. Pum had been unable to reach anyone at

22   McKesson Corporation to discuss the Request.  Ms. Pum further advised me that she hoped to be

23   able to have an answer to me regarding the Request during the week of June 16-20, 2008; however,

24   could not commit to any specific date.  I advised Ms. Pum that to comply with Familymeds'

25   obligations under the Local Rules, Familymeds would file this Administrative Motion and if

26   Defendants had not been able to respond to the Request by that time, then Defendants could indicate

27   whether they would stipulate to this Administrative Motion in their response thereto.

28   ///

JMBM  Jeffer Mangels Butler & Marmaro ᴸᴸᴾ

1    I declare certify under penalty of perjury that the foregoing is true and correct.

2    Executed on June 16, 2008          /S/  Matthew S. Kenefick
                                        MATTHEW S. KENEFICK, Declarant

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

**Kenefick, Matthew**

| | |
|---|---|
| **From:** | Kenefick, Matthew |
| **Sent:** | Monday, June 09, 2008 9:31 PM |
| **To:** | mpum@hcesq.com; Kristen Caverly |
| **Cc:** | Gebhardt, Robert C. |
| **Subject:** | Familymeds, Inc. et al. v. D&K etc. et al. |

**Attachments:**    Complaint.pdf

Maria/Kristen-
Please find attached a .pdf scan of the complaint filed on June 6, 2008 by Familymeds, Inc. and Familymeds Group, Inc. against D&K Healthcare Resources, LLC and McKesson Corporation (the "**Second Action**").

Please confirm that your office will be representing D&K Healthcare Resources, LLC and McKesson Corporation in the Second Action. Please let me know if you are willing to accept service on behalf of D&K Healthcare Resources, LLC and McKesson Corporation. Additionally, please let me know, on or before the end of business Wednesday June 11, 2008, if D&K Healthcare Resources, LLC and McKesson Corporation will stipulate to the designation of the Second Action as related to the *McKesson etc. v. Familymeds etc.* lawsuit currently before Magistrate Judge Brazil, and to the re-assignment of the Second Action to Judge Brazil.

Thank you again,
-Matt
_____

Matthew Kenefick for
JMBM | Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111

(415) 984-9677 Direct
(888) 430-5785 Fax
MKenefick@jmbm.com
JMBM.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.


Complaint.pdf (333 KB)

EXHIBIT /

# EXHIBIT 2

**Kenefick, Matthew**

| | |
|---|---|
| **From:** | Maria Pum [mpum@hcesq.com] |
| **To:** | undisclosed-recipients |
| **Sent:** | Tuesday, June 10, 2008 10:07 AM |
| **Subject:** | Read: Familymeds, Inc. et al. v. D&K etc. et al. |

Your message

    **To:**      mpum@hcesq.com
    **Subject:**

was read on 6/10/2008 10:07 AM.

EXHIBIT 2