JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Plaintiffs FAMILYMEDS, INC., a Connecticut corporation and FAMILYMEDS GROUP, INC. a Nevada corporation, f/k/a DRUGMAX, INC., a Nevada corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAMILYMEDS, INC., a Connecticut corporation; and FAMILYMEDS GROUP, INC. a Nevada corporation, f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MCKESSON CORPORATION, a Delaware corporation; and D&K HEALTHCARE RESOURCES LLC, a Delaware limited liability company, f/k/a D&K HEALTHCARE RESOURCES, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.      CV082850 BZ<br>*RELATED*   CASE NO.      CV075715 WDB<br><br>**(Proposed) ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br>**[Local Rule 3-12(b)]**<br><br>**Accompanying Papers**: Motion; Request for Judicial Notice; and Kenefick Declaration<br><br>Complaint filed:      June 6, 2008<br>Trial date:             none set |

This Court, having considered the Administrative Motion to Consider Whether Cases Should be Related of Plaintiffs Familymeds, Inc., a Connecticut corporation, and Familymeds Group, Inc. a Nevada corporation, f/k/a Drugmax, Inc., a Nevada corporation (collectively, "**Plaintiffs**") (the "**Motion**"), as well as the pleadings and papers on file herein, hereby grants Plaintiffs' Motion.

IT IS THEREFORE ORDERED as follows:  the matter of *Familymeds Inc. etc., et al. v. McKesson Corporation etc., et al.*, Northern District of California Case Number CV082850 BZ,

1  filed on June 6, 2008 is deemed related to the matter of *McKesson Corporation v. Familymeds*

2  *Group etc.*, Northern District of California Case Number CV075715 WDB, filed on November 9,

3  2007 (the "**First Action**"), and is re-assigned to Honorable Wayne D. Brazil, the Court before

4  which the earlier filed and numbered First Action is pending.

5  IT IS SO ORDERED.

7  DATED: _____

THE HONORABLE WAYNE D. BRAZIL of the
United States District Court