UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br>    v.<br><br>FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>        Defendant. | CASE NO.   CV07-5715 WDB<br><br>*Consolidated with Case No. CV08-2850 WBD*<br><br>**STIPULATION RE CONTINUANCE OF HEARING**<br><br>**Local Rule 7-7** |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>        Counterclaimant,<br>    v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>        Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>        Cross-Complainant,<br>    v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>        Cross-Defendant. | Complaint filed:      Nov. 9, 2007<br>Counterclaim filed:   Dec. 17, 2007<br>Cross-Complaint Filed: Dec. 17, 2007<br>Trial date:             none set |

        Familymeds Group, Inc., f/k/a Drugmax, Inc., a Nevada corporation, Familymeds, Inc., a Connecticut corporation (collectively, "**Familymeds**"), and McKesson Corporation ("**McKesson**") each hereby stipulate and agree, by and through their respective undersigned counsel, that the hearing on McKesson's Motion for Summary Judgment or, in the Alternative, Summary Adjudication (the "**Motion for Summary Judgment**") currently set to be heard on

August 6, 2008, at 1:30 p.m. is and shall be continued to August 20, 2008 at 1:30 p.m. in Courtroom 4 of the above-referenced Court.

The briefing schedule on McKesson's Motion for Summary Judgment will track the August 20, 2008 hearing date and any opposition to the Motion for Summary Judgment must be filed and served on or before July 30, 2008 and any reply thereto must be filed and served on or before August 6, 2008. This Stipulation does not constitute a waiver of any of the partys' respective rights and/or obligations.

IT IS SO STIPULATED.

DATED: July 1, 2008                HENDERSON & CAVERLY LLP

                                   By: _____
                                   MARIA K. PUM
                                   Attorneys for MCKESSON CORPORATION

DATED: July 1, 2008                JEFFER, MANGELS, BUTLER & MARMARO LLP
                                   ROBERT C. GEBHARDT
                                   MICHAEL A. GOLD
                                   MATTHEW S. KENEFICK

                                   By: _____
                                   ROBERT C. GEBHARDT
                                   Attorneys for FAMILYMEDS GROUP, INC., f/k/a
                                   DRUGMAX, INC., a Nevada corporation and
                                   FAMILYMEDS, INC., a Connecticut corporation