UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORP., | No. C 07-5715 WDB |
| Plaintiff, | NOTICE CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| FAMILYMEDS GROUP, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, pursuant to the Stipulation filed by counsel for the parties on July 1, 2008, the hearing on Plaintiff's Motion for Summary Judgment currently scheduled for Wednesday, August 6, 2008, is continued to **Wednesday, August 20, 2008, at 1:30 p.m.**

Dated: July 7, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
      Law Clerk/Deputy Clerk

Copies to:
   All parties,
   WDB, Stats