| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com |
| 2 | MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com |
| | MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com |
| 3 | Two Embarcadero Center, Fifth Floor |
| | San Francisco, California  94111-3824 |
| 4 | Telephone:     (415) 398-8080 |
| | Facsimile:      (415) 398-5584 |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant FAMILYMEDS |
| | GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation and |
| 7 | Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MCKESSON CORPORATION, a Delaware corporation, | | CASE NO.     CV07-5715 WDB |
| | Plaintiff, | *Consolidated with Case No. CV08-2850 WBD* |
| v. | | |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation, | | **(Proposed) ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF** |
| | Defendant. | **Local Rule 7-11** |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation, | | **Accompanying papers**:  Memorandum of Points and Authorities; and Kenefick Declaration |
| | Counterclaimant, | |
| v. | | |
| MCKESSON CORPORATION, a Delaware corporation, | | |
| | Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation, | | |
| | Cross-Complainant, | |
| v. | | Complaint filed:           Nov. 9, 2007 |
| MCKESSON CORPORATION, a Delaware corporation, | | Counterclaim filed:       Dec. 17, 2007 |
| | | Cross-Complaint Filed: Dec. 17, 2007 |
| | | Trial date:                    none set |
| | Cross-Defendant. | |

This Court, having considered the Motion for Administrative Relief of Familymeds Group, Inc., f/k/a Drugmax, Inc., a Nevada corporation and Familymeds, Inc. a Connecticut corporation (collectively "**Familymeds**") (the "**Motion**"), as well as the pleadings and papers on file herein, hereby grants Familymeds' Motion.

IT IS THEREFORE ORDERED as follows: the hearing on the Motion for Summary Judgment or, in the Alternative, Summary Adjudication (the "**MSJ**") of McKesson Corporation currently set for August 6, 2008 in the above-referenced Court is and shall be continued for sixty (60) days until October 6, 2008, at 1:30 p.m. pursuant to Federal Rule of Civil Procedure 56(f) to enable Familymeds to conduct discovery on the bases for the MSJ. The briefing schedule for the MSJ shall be adjusted accordingly and any opposition to the MSJ must be filed and served on or before September 15, 2008 and any reply thereto must be filed and served on or before September 22, 2008.

IT IS SO ORDERED.

DATED: _____        _____
                              THE HONORABLE D. LOWELL JENSEN of the
                              United States District Court