1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2  MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
   MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
3  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
4  Telephone:    (415) 398-8080
   Facsimile:    (415) 398-5584
5

6  Attorneys for Defendant and Counterclaimant FAMILYMEDS
   GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation and
7  Cross-Complainant FAMILYMEDS, INC., a Connecticut
   corporation
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                              OAKLAND DIVISION
11

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br>        v.<br><br>FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>            Defendant. | CASE NO.    CV07-5715 WDB<br><br>**DECLARATION OF MATTHEW S. KENEFICK AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER GRANTING FAMILYMEDS, INC. LEAVE TO DISMISS CROSS-COMPLAINT WITHOUT PREJUDICE**<br><br>**FRCP 41(a)(2)** |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>            Counterclaimant,<br>        v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>            Counterdefendant. | **Accompanying papers**: Notice and Motion/Memorandum of Points and Authorities; and (Proposed) Order<br><br>Time:    August 20, 2008<br>Date:    1:30 p.m.<br>Place:   Ctrm. 4<br>         1301 Clay St., 3d Floor<br>         Oakland, CA<br>Judge:   The Hon. Wayne D. Brazil |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>            Cross-Complainant,<br>        v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>            Cross-Defendant. | Complaint filed:       Nov. 9, 2007<br>Counterclaim filed:    Dec. 17, 2007<br>Cross-Complaint Filed: Dec. 17, 2007<br>Trial date:            none set |

753008v1

CV07-5715 WDB
KENEFICK DECLARATION

I, Matthew S. Kenefick, declare:

1. I am an attorney at law duly licensed to practice before all the Courts of the state of California, as well as all of the United States District Courts located within the state of California, and am an attorney with Jeffer, Mangels, Butler & Marmaro LLP ("**JMBM**"), attorneys of record for Defendant and Counterclaimant Familymeds Group, Inc., f/k/a Drugmax, Inc., a Nevada corporation ("**FM Group**") and Cross-Complainant Familymeds, Inc., a Connecticut corporation ("**FM Inc.**") (collectively, "**Familymeds**"). I have personal knowledge of the facts set forth in this declaration and could competently testify to each of the facts if called upon to do so. My knowledge of the facts set forth in this declaration arises from the fact that at all applicable times, either I or one of my colleagues at JMBM have been one of the attorneys primarily responsible for the litigation of the within action.

2. On November 9, 2007, McKesson filed its Complaint for Breach of Contract against Familymeds Group (the "**Complaint**") (the "**First Action**"). Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint, of which, pursuant to Federal Rule of Evidence 201, Familymeds respectfully requests the Court take judicial notice.

3. On December 17, 2007, Familymeds filed their Counterclaim for Specific Performance of Contract and Accounting; Cross-Complaint for Accounting seeking an accounting under contract and in equity (the "**Counterclaim**"). Attached hereto as **Exhibit 2** is a true and correct copy of the Counterclaim, of which, pursuant to Federal Rule of Evidence 201, Familymeds respectfully requests the Court take judicial notice.

4. On January 14, 2008, McKesson filed its Motion to Dismiss Counterclaim for Specific Performance of Contract and Accounting and Cross-Complaint for Accounting (the "**Motion to Dismiss**"). Attached hereto collectively as **Exhibit 3** are true and correct copies of the Motion to Dismiss and McKesson's Reply in support thereof, of which, pursuant to Federal Rule of Evidence 201, Familymeds respectfully requests the Court take judicial notice.

5. On May 5, 2008, the Court heard and denied McKesson's Motion to Dismiss without prejudice, directing FM Inc. to either file a motion to join the First Action or to re-file its claims in a separate lawsuit (the "**May 5 Order**"). Attached hereto as **Exhibit 4** is a true and correct copy of

the May 5 Order, of which, pursuant to Federal Rule of Evidence 201, Familymeds respectfully requests the Court take judicial notice.

6. On June 4, 2008, McKesson filed its Motion for Summary Judgment (the "**MSJ**"). Attached hereto as **Exhibit 5** is a true and correct copy of McKesson's Notice of Motion; Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation; and Memorandum of Points and Authorities, of which, pursuant to Federal Rule of Evidence 201, Familymeds respectfully requests the Court take judicial notice.

7. On June 6, 2008, in the related matter of *Familymeds Inc. etc. et al. v. McKesson Corp. etc. et al.*, United States District Court, Northern District of California Case Number *CV08-2850 WBD*, filed on June 6, 2008 (the "**Second Action**") (the First Action and Second Action are collectively referred to herein as the "**Actions**"), Familymeds filed their Complaint for Specific Performance of Contract and Accounting (the "**Second Complaint**"). Attached hereto as **Exhibit 6** is a true and correct copy of the Second Complaint, of which, pursuant to Federal Rule of Evidence 201, Familymeds respectfully requests the Court take judicial notice.

8. On June 12, 2008, Familymeds requested McKesson stipulate to the First Action being designated as related to the Second Action. McKesson would not stipulate. Accordingly, on June 16, 2008, Familymeds filed its Administrative Motion to Consider Whether Cases Should be Related (the "**Administrative Motion**"). On June 18, 2008, McKesson filed its opposition to Familymeds' Administrative Motion. On June 19, 2008, the Court entered its order granting Familymeds' Administrative Motion, thereby designating the Actions as related and re-assigning the Second Action to Judge Brazil (the "**June 19 Order**"). Attached hereto as **Exhibit 7** is a true and correct copy of the June 19 Order, of which, pursuant to Federal Rule of Evidence 201, Familymeds respectfully requests the Court take judicial notice.

9. On July 14, 2008, I left a voicemail message for Maria Pum, Counsel for McKesson, requesting that McKesson stipulate to the dismissal of the Cross-Complaint without prejudice. On July 15, 2008, I received from Ms. Pum an e-mail stating that McKesson would not so stipulate. Attached hereto as **Exhibit 8** is a true and correct copy of Ms. Pum's July 15, 2008 e-mail.

10. I thereafter requested by e-mail that that McKesson stipulate to continuing the

1  hearing on the MSJ for a sufficient period of time for the Court to determine Familymeds' motion
2  for an order granting leave to dismiss the Cross-Complaint without prejudice.  Ms. Pum rejected
3  that request as well, agreeing to have the motion heard concurrently with the MSJ on August 20,
4  2008.  Attached hereto as **Exhibit 9** is a true and correct copy of this e-mail correspondence chain
5  between Ms. Pum and myself.

7      I declare under penalty of perjury that the foregoing is true and correct.
8  Executed on July 16, 2008       /s/  Matthew S. Kenefick
                                         MATTHEW S. KENEFICK, Declarant