# EXHIBIT 8

**Kenefick, Matthew**

| | |
|---|---|
| **From:** | Maria Pum [mpum@hcesq.com] |
| **Sent:** | Tuesday, July 15, 2008 3:41 PM |
| **To:** | Kenefick, Matthew |
| **Cc:** | Kristen Caverly |
| **Subject:** | Familymeds |

Matt:

I got the message you left yesterday requesting that we agree to allow Familymeds to dismiss the counterclaim and cross-complaint without prejudice. We do not agree to such a dismissal, if it is without prejudice.

Maria K. Pum
Henderson & Caverly LLP
P.O. Box 9144 (all US Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA  92067
Tel:  (858) 756-6342
Fax:  (858) 756-4732
Email:  mpum@hcesq.com

EXHIBIT 8

7/16/2008