# EXHIBIT 9

**Kenefick, Matthew**

**From:** Maria Pum [mpum@hcesq.com]
**Sent:** Tuesday, July 15, 2008 6:34 PM
**To:** Kenefick, Matthew
**Cc:** Kristen Caverly; Gebhardt, Robert C.
**Subject:** RE: Familymeds

Matt--

We already agreed to move the date for the hearing once, which is why it is now pending for August 20. We don't see the need to agree to your proposed continuance because your motion may well prove to be moot if the judge rules in our favor on our summary judgment motion. If you are committed to bringing a motion seeking to leave to dismiss the cross-complaint, we would agree to having the matter heard on August 20--assuming the court's schedule would accommodate having both hearings on that date. That way the motion for summary judgment could be ruled upon and if the ruling on the motion for summary judgment does not dispose of the case, you could then argue your motion for leave to dismiss the cross-complaint without prejudice.

Maria K. Pum
Henderson & Caverly LLP
P.O. Box 9144 (all US Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA  92067
Tel:  (858) 756-6342
Fax:  (858) 756-4732
Email:  mpum@hcesq.com

**From:** Kenefick, Matthew [mailto:MSK@JMBM.com]
**Sent:** Tuesday, July 15, 2008 3:52 PM
**To:** Maria Pum
**Cc:** Kristen Caverly; Gebhardt, Robert C.
**Subject:** RE: Familymeds

Will you then stipulate to continuing the hearing on the Motion for Summary Judgment to allow the Court sufficient time to decide Familymeds Inc.'s motion for an order authorizing Familymeds Inc. to dismiss its Cross-Complaint from the first action without prejudice?

thank you,
-Matt

Matthew Kenefick for
JMBM | Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor San Francisco, California 94111
(415) 984-9677 Direct
(888) 430-5785 Fax
MKenefick@jmbm.com

**EXHIBIT 9**

7/16/2008

JMBM.com

---

From: Maria Pum [mailto:mpum@hcesq.com]
Sent: Tuesday, July 15, 2008 3:41 PM
To: Kenefick, Matthew
Cc: Kristen Caverly
Subject: Familymeds


Matt:

I got the message you left yesterday requesting that we agree to allow Familymeds to dismiss the counterclaim and cross-complaint without prejudice. We do not agree to such a dismissal, if it is without prejudice.


Maria K. Pum
Henderson & Caverly LLP
P.O. Box 9144 (all US Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA  92067
Tel:  (858) 756-6342
Fax:  (858) 756-4732
Email:  mpum@hcesq.com