United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKesson Corp., a Delaware Corp., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation, <br><br>　　　　Defendants. <br>_____/ <br>Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation, <br><br>　　　　Counterclaimant <br>　v. <br><br>McKesson Corp., a Delaware corporation, <br><br>　　　　Counterdefendant. <br>_____/ | No. C-07-5715 WDB <br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONTRACTS UNDER SEAL** |

On June 4, 2008, plaintiff filed its Motion for Summary Judgment ("Motion") asking the Court, *inter alia*, to enter judgment on its claim for <u>breach of contract</u> in favor of McKesson and against Familymeds Group.

In support of its Motion, plaintiff attached those <u>excerpts</u> of the subject contracts that plaintiff deemed relevant to resolution of its Motion. Plaintiff did

1

not attach <u>complete</u> copies of the contracts at issue because, in plaintiff's view, at least some of the terms of the contracts are confidential.

If plaintiff seeks to have the Court consider the merits of its Motion, plaintiff MUST FILE UNDER SEAL complete copies of all contracts that are referenced in plaintiff's Motion.

**By Wednesday, July 23, 2008, at 2:00 p.m.,** plaintiff must file under seal *and* deliver to chambers complete copies of all contracts referenced in plaintiff's Motion. If plaintiff opts not to file complete copies of the subject contracts with the Court the Court will deem plaintiff's Motion withdrawn and will vacate the hearing scheduled for August 20, 2008.

IT IS SO ORDERED.

Dated: July 18, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: parties, wdb, stats

2