MARIA K. PUM (State Bar No. 120987)
KRISTEN E. CAVERLY (State Bar No. 175070)
HENDERSON & CAVERLY LLP
P.O. Box 9144 (all U.S. Mail)
16236 San Dieguito Road, Suite 4-13
Rancho Santa Fe, CA 92067-9144
Telephone:   (858) 756-6342
Facsimile:    (858) 756-4732
Email: mpum@hcesq.com

Attorneys for Plaintiff
McKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>v.<br>FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation,<br>　　　　　　Defendant. | Case No.4:07-cv-05715 WDB<br><br>**DECLARATION OF MARIA K. PUM IN SUPPORT OF OPPOSITION OF McKESSON CORPORATION TO THE MOTION BY FAMILYMEDS, INC., FOR AN ORDER GRANTING LEAVE TO DISMISS CROSS-COMPLAINT WITHOUT PREJUDICE** |
| FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation,<br>　　　　　　Counterclaimant,<br>v.<br>McKESSON CORPORATION, a Delaware corporation,<br>　　　　　　Counterdefendant. | Complaint filed: November 9, 2007<br><br>Counterclaim & Cross-Complaint Filed: December 17, 2007<br><br>Date:  August 20, 2008<br>Time: 1:30 p.m.<br>Place: Ctrm 4<br>　　　　1301 Clay St., 3d Floor<br>　　　　Oakland, CA |
| FAMILYMEDS, INC., a Connecticut corporation,<br>　　　　　　Cross-Complainant,<br>v.<br>McKESSON CORPORATION, a Delaware corporation,<br>　　　　　　Cross-Defendant. | |

1   Case No. 4:07-cv-05715 WDB
Declaration of Maria K. Pum in Support of
Opposition to Motion for Leave to Dismiss Cross-Complaint Without Prejudice

I, MARIA K. PUM, declare that I have personal knowledge of the following facts and, if called upon to do so, I could and would testify competently thereto:

1.  I am a partner at the law firm of Henderson & Caverly LLP, counsel for plaintiff McKESSON CORPORATION ("McKesson") in this action.

2.  On June 4, 2008, McKesson filed its motion for summary judgment in this action (the "Motion for Summary Judgment") and electronically served it upon counsel for Familymeds Group, Inc. and Familymeds, Inc. (together, "Familymeds").

3.  Among the pleadings and papers filed on behalf of McKesson in support of the Motion for Summary Judgment was a "Declaration of Kristen E. Caverly, Esq. in Support of Motion for Summary Judgment Or, in the Alternative, Summary Adjudication by McKesson Corporation" (the "Caverly Declaration"). A true and correct copy of the Caverly Declaration as it was filed (and served) on June 4, 2008 as Document no. 41 on the Docket is attached hereto as **Exhibit A**.

4.  On June 6, 2008, FM Group and FM Inc. filed their complaint commencing Case No. 08-CV-2850 (the "New Lawsuit"). We as counsel for the defendants in the New Lawsuit agreed to accept service of the complaint commencing the New Lawsuit on June 20, 2008.

5.  On July 14, 2008, Matthew Kenefick, one of the attorneys for Familymeds, left a voicemail message for me asking that McKesson stipulate to a dismissal of FM Inc. from the instant action without prejudice. This was not a an acceptable request in the face of McKesson's already-filed motion for summary judgment which, if granted, would dispose of all matters raised in the pending litigation, including the claims of FM Inc.

6.  Familymeds filed its motion for leave to dismiss FM Inc. from this action without prejudice on July 16, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of July, 2008.

_____
MARIA K. PUM

1 Case No. 4:07-cv-05715 WDB
Declaration of Maria K. Pum in Support of
Opposition to Motion for Leave to Dismiss Cross-Complaint Without Prejudice

**PROOF OF SERVICE**

I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On July 30, 2008, I served the foregoing:

**DECLARATION OF MARIA K. PUM IN SUPPORT OF OPPOSITION OF McKESSON CORPORATION TO THE MOTION BY FAMILYMEDS, INC., FOR AN ORDER GRANTING LEAVE TO DISMISS CROSS-COMPLAINT WITHOUT PREJUDICE**

on the following parties in this action in the manner set forth below:

> Robert C. Gebhardt, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, California 94111-3824

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

☑ (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

☐ (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone number of the facsimile machine I used was (858) 756-4732.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Rancho Santa Fe, California on July 30, 2008.

_____
Quynh N. Nguyen

Case No. 4:07-cv-05715 WDB
Declaration of Maria K. Pum in Support of
Opposition to Motion for Leave to Dismiss Cross-Complaint Without Prejudice

# EXHIBIT A

1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:   (858) 756-6342
   Facsimile:   (858) 756-4732
5  Email: mpum@hcesq.com

6  Attorneys for Plaintiff
   McKESSON CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 McKESSON CORPORATION, a Delaware          Case No.4:07-cv-05715 WDB
   corporation,
12
                  Plaintiff,                 **DECLARATION OF KRISTEN E.**
13        v.                                 **CAVERLY, ESQ. IN SUPPORT OF**
                                             **MOTION FOR SUMMARY JUDGMENT**
14 FAMILYMEDS GROUP, INC.,                   **OR, IN THE ALTERNATIVE,**
   f/k/a Drugmax, Inc., a Connecticut corporation,  **SUMMARY ADJUDICATION BY**
                                             **McKESSON CORPORATION**
15                Defendant.

16
   FAMILYMEDS GROUP, INC.,                   Complaint Filed: November 9, 2007
17 f/k/a Drugmax, Inc., a Connecticut corporation,  Cross-Complaint Filed: December 17, 2007

18                Counterclaimant,            Motion Date: August 6, 2008
                                              Time: 1:30 p.m.
19        v.                                  Place: Ctrm 4
                                                     1301 Clay St., 3d Floor
20 McKESSON CORPORATION, a Delaware                  Oakland, CA
   corporation,
21
                  Counterdefendant.
22

23 FAMILYMEDS, INC.,
   a Connecticut corporation,
24
                  Cross-Complainant,
25        v.

26 McKESSON CORPORATION, a Delaware
   corporation,
27
                  Cross-Defendant.
28

---

Case No. 4:07-cv-05715 WDB
DECLARATION OF KRISTEN E. CAVERLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY McKESSON

1    I, KRISTEN E. CAVERLY, declare that I have personal knowledge of the following facts
2    or know of such facts based on my review of the files and records maintained by my office in the
3    normal course of business, and, if called upon to do so, I could testify competently thereto:
4    1.    I am a partner at the law firm of Henderson & Caverly LLP, counsel of record for
5    McKESSON CORPORATION ("McKesson") in this action.

### Authentication of Documents

7    2.    I have in my custody and control various pleadings that were filed in this case by
8    McKesson and by each of FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut
9    corporation ("FM Group") and FAMILYMEDS, INC., a Connecticut corporation ("FM, Inc." and
10   together with FM Group called "Familymeds"). Based on my review of such pleadings and papers
11   that have been filed in this case, I know of my own personal knowledge that attached to the
12   "Compendium of Exhibits" (the "Exhibit Compendium") as Exhibits G through L as listed below,
13   are true and correct copies of the documents described in the second column below:

| Exhibit Reference | Document |
|---|---|
| G | McKesson Corporation's "Complaint for Breach of Contract" filed on November 9, 2007 (Court's Docket No. 1.) |
| H | Familymeds Group, Inc.'s "Answer to Complaint for Breach of Contract" filed on December 17, 2007 (Court's Docket No. 6.) |
| I | "Counterclaim for Specific Performance of Contract and Accounting; Cross-Complaint for Accounting" filed by Familymeds Group, Inc. and Familymeds, Inc. on December 17, 2007 (Court's Docket No. 6.) |
| J | "Amended Notice of Motion, Motion, Memorandum of Points and Authorities of McKesson Corporation Seeking to Dismiss: (1) Counterclaim for Specific Performance of Contract; and (2) Cross-Complaint for Accounting" filed by Corporation on January 14, 2008 (Court's Docket No. 14.) |
| K | "Order Re May 5, 2008, Case Management Conference" dated May 5, 2008 (Court's Docket No. 36.) |

1

Case No. 4:07-cv-05715 WDB
DECLARATION OF KRISTEN E. CAVERLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY McKESSON

L "Answer of McKesson Corporation To: Counterclaim for Specific Performance of Contract and Accounting; and (2) Cross Complaint for Accounting" filed by McKesson Corporation on May 19, 2008 (Court's Docket No. 37.)

### Efforts to Obtain Joint Statement of Undisputed Facts

3. In compliance with Judge Brazil's Standing Order requiring the parties to meet and confer regarding a Joint Statement of Undisputed Facts on McKesson's summary judgment motion, on Wednesday May 28, 2008 at 11:47 a.m., I sent an email to Messrs. Robert C. Gebhardt and Matthew S. Kenefick, counsel for Familymeds with a proposed joint statement.

4. In that email, I informed Messrs. Gebhardt and Kenefick of the Court's requirement that the parties attempt to agree on a joint statement, and that McKesson's motion for summary judgment would be filed on June 4, 2008 and is set for hearing on August 6, 2008 at 1:30 p.m.

5. I requested that Messrs. Gebhardt and Kenefick reply no later than Monday, June 2, if there are facts on the proposed joint statement to which Familymeds would not stipulate or if Familymeds would want to suggest reworking of a particular fact to allow for stipulation. I also stated that the facts to which the parties could not jointly agree would be moved to Section II of the proposed joint statement.

6. On June 2, 2008, I spoke to Mr. Kenefick by phone. At that time, he and Mr. Gebhardt had not reached an agreement as to any of the proposed joint facts.

7. On June 3, 2008, Mr. Keneflick and I exchanged at least three phone messages. Mr. Keneflick did not indicate in his messages whether or not there were certain of the proposed facts to which Familymeds would stipulate.

8. On June 4, 2008 at approximately 10:15 a.m., I again left a message for Mr. Keneflick with no response. Later that day, I sent a revised Statement of Facts to Mr. Keneflick and Mr. Gebhardt as McKesson's intended filing given the lack of stipulation or communication

///

///

///

1 | from Familymeds. I indicated that McKesson would continue to be available to discuss stipulated
2 | facts prior to Familymeds' opposition.
3 |     I declare under penalty of perjury under the laws of the United States of America and the
4 | State of California that the foregoing is true and correct. Executed June 4, 2008 in Rancho Santa
5 | Fe, California.

*/s/ Kristen E. Caverly*
KRISTEN E. CAVERLY