| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com |
| 2 | MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com |
| | MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com |
| 3 | Two Embarcadero Center, Fifth Floor |
| | San Francisco, California  94111-3824 |
| 4 | Telephone:     (415) 398-8080 |
| | Facsimile:      (415) 398-5584 |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant FAMILYMEDS |
| | GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation and |
| 7 | Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MCKESSON CORPORATION, a Delaware corporation, | | CASE NO.    CV07-5715 WDB |
| | Plaintiff, | **DECLARATION OF MATTHEW S. KENEFICK IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | | |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation, | | **Local Rule 7-95** |
| | Defendant. | **Accompanying papers**: Administrative Motion; and (Proposed) Order |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation, | | |
| | Counterclaimant, | |
| v. | | |
| MCKESSON CORPORATION, a Delaware corporation, | | |
| | Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation, | | |
| | Cross-Complainant, | Complaint filed:          Nov. 9, 2007 |
| v. | | Counterclaim filed:      Dec. 17, 2007 |
| | | Cross-Complaint Filed:  Dec. 17, 2007 |
| MCKESSON CORPORATION, a Delaware corporation, | | Trial date:                    none set |
| | Cross-Defendant. | |

I, Matthew S. Kenefick, declare:

1. I am an attorney at law duly licensed to practice before all the Courts of the state of California, as well as all of the United States District Courts located within the state of California, and am an attorney with Jeffer, Mangels, Butler & Marmaro LLP ("**JMBM**"), attorneys of record for Defendant and Counterclaimant Familymeds Group, Inc., f/k/a Drugmax, Inc., a Nevada corporation and Cross-Complainant Familymeds, Inc., a Connecticut corporation ("**Familymeds**"). I have personal knowledge of the facts set forth in this declaration and could competently testify to each of the facts if called upon to do so. My knowledge of the facts set forth in this declaration arises from the fact that at all applicable times, either I or one of my colleagues at JMBM have been one of the attorneys primarily responsible for the litigation of the within action.

2. In connection with the Motion for Summary Judgment, or, in the Alternative, Summary Adjudication filed by McKesson Corporation ("**McKesson**") (the "**MSJ**") in this Action, McKesson submitted the Declaration of Ana Schrank in Support of Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation (the "**Schrank Declaration**"). In the Schrank Declaration, Ms. Schrank declares at paragraph 3(a) that the Supply Agreement (as that term is defined therein) is a confidential agreement.

3. The Supply Agreement, at Paragraph 13, designates the terms of that agreement as proprietary and confidential.

4. The Prime Warehouse Supplier Agreement by and between FM Inc., Valley Drug Company South, and D&K Healthcare Resources, Inc. and dated December 28, 2004, (the "**First Agreement**"), provides, at paragraph 18, that the terms set forth therein are to be treated as confidential and disclosure is to be limited to employees of the parties which have a reasonable need to have access to such information.

5. On December 27, 2005, DrugMax, FM, Inc., and D&K entered in that certain written First Amendment to Prime Warehouse Supplier Agreement, which provided, *inter alia*, to amend certain terms of the First Agreement (the First Agreement, as amended, shall be referred to herein as the "**First Amendment**"). The First Amendment did not modify paragraph 18 of the First Agreement, which therefore subsisted and the provisions of the First Amendment were therefore

1  designated confidential.

2      6.     During discovery, McKesson produced certain materials and information, which

3  McKesson designated as confidential.

4      7.     In opposing McKesson's MSJ, Familymeds intends to file the following documents

5  which discuss, address, and disclose the terms of First Agreement, First Amendment, and Supply

6  Agreement, as well as those materials designated confidential by McKesson during discovery.

7  Familymeds, therefore, requests to file the below indicated portions of the following documents

8  under seal:

> Separate Statement of Disputed, Undisputed and Additional Facts in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.9, lines 2-4, 5-6, 7-11, 22-23, 25-26, and 28; p.10, lines 2-5; p.12, lines 20-21; p.16, lines 19-20; and p.17, lines 7-9.
>
> Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.3, lines 17-28; p.4, lines 1, 3-11, 28; p.5, lines 1-8, 10, 12-13; p.7, line 7; and p.15, lines 12-13, 22-23.
>
> Declaration of Matthew S. Kenefick in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > Exhibit 4 (those portions marked as Exhibit 1 thereto); Exhibit 5 (those portions marked as Exhibit 1 thereto); Exhibit 7; and Exhibit 8.
>
> Declaration of Edgardo Mercadante in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.8, line 28; and p.9 lines 1-2, 8-9.
>
> Declaration of Christian Tregillis in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.3, lines 14-15, 21; p.4, line 5; indicated portions of Exhibit 2; indicated portions of Exhibit 4; indicated portions of Exhibit 5; and indicated portions of Exhibit 6.

///

PRINTED ON RECYCLED PAPER

Jeffer Mangels Butler & Marmaro LLP — JMBM

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on July 30, 2008        /s/  Matthew S. Kenefick
                                      MATTHEW S. KENEFICK, Declarant

754761v1                              - 3 -    CV07-5715 WDB
                                               KENEFICK DECLARATION