JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:  (415) 398-8080
Facsimile:  (415) 398-5584

Attorneys for Defendant and Counterclaimant FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation and Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MCKESSON CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br>    v.<br>FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>    Defendant. | CASE NO.   CV075715 WDB<br><br>**PROOF OF SERVICE RE DOCUMENTS UNDER SEAL** |
|---|---|
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Connecticut corporation,<br><br>    Counterclaimant,<br>    v.<br>MCKESSON CORPORATION, a Delaware corporation,<br><br>    Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>    Cross-Complainant,<br>    v.<br>MCKESSON CORPORATION, a Delaware corporation,<br><br>    Cross-Defendant. | Complaint filed:  November 9, 2007 |

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On July 30, 2008 I served the document(s) described as

**<u>DOCUMENTS UNDER SEAL AS FOLLOWS:</u>**

**1. MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY MCKESSON CORPORATION;**

**2. DECLARATION OF EDGARDO MERCADANTE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY MCKESSON CORPORATION;**

**3. DECLARATION OF CHRISTIAN TREGILLIS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY MCKESSON CORPORATION;**

**4. SEPARATE STATEMENT OF DISPUTED, UNDISPUTED AND ADDITIONAL FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY MCKESSON CORPORATION;**

**5. DECLARATION OF MATTHEW S. KENEFICK IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY MCKESSON CORPORATION;**

in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Maria K. Pum, Esq.
Henderson & Caverly LLP
P.O. Box 9144
16236 San Dieguito Road, Suite 4-13
Rancho-Santa Fe, CA 92067-9144

☐ BY ELECTRONIC SERVICE TRANSMISSION via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System. I served a copy of the above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein.

☐ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At     ,     I transmitted, pursuant to Rule 2.306, the above-described document

PRINTED ON RECYCLED PAPER

Jeffer Mangels Butler & Marmaro LLP — JMBM

by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☒ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on July 30, 2008 at San Francisco, California.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Angela Pereira