1    JEFFER, MANGELS, BUTLER & MARMARO LLP
     ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
2    MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
     MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
3    Two Embarcadero Center, Fifth Floor
     San Francisco, California  94111-3824
4    Telephone:    (415) 398-8080
     Facsimile:    (415) 398-5584
5

6    Attorneys for Defendant and Counterclaimant FAMILYMEDS
     GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation and
7    Cross-Complainant FAMILYMEDS, INC., a Connecticut
     corporation

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12   MCKESSON CORPORATION, a Delaware          CASE NO.    CV07-5715 WDB
     corporation,
                                               **(Proposed) ORDER GRANTING
13              Plaintiff,                      ADMINISTRATIVE MOTION TO FILE
                                               DOCUMENTS UNDER SEAL**
14        v.
                                               **Local Rule 7-95**
15   FAMILYMEDS GROUP, INC., f/k/a
     DRUGMAX, INC., a Nevada corporation,      **Accompanying papers**:   Memorandum of
16                                             Points and Authorities; and Kenefick Declaration
                Defendant.
17
     FAMILYMEDS GROUP, INC., f/k/a
18   DRUGMAX, INC., a Nevada corporation,

19              Counterclaimant,

20        v.

21   MCKESSON CORPORATION, a Delaware
     corporation,
22
                Counterdefendant.
23
     FAMILYMEDS, INC., a Connecticut
24   corporation,

25              Cross-Complainant,             Complaint filed:        Nov. 9, 2007
                                               Counterclaim filed:     Dec. 17, 2007
26        v.                                   Cross-Complaint Filed:  Dec. 17, 2007
                                               Trial date:             none set
27   MCKESSON CORPORATION, a Delaware
     corporation,
28
                Cross-Defendant.

1    This Court, having considered the Administrative Motion to File Documents Under Seal of

2    Familymeds Group, Inc., f/k/a Drugmax, Inc., a Nevada corporation and Familymeds, Inc. a

3    Connecticut corporation (collectively "**Familymeds**") (the "**Motion**"), as well as the pleadings and

4    papers on file herein, hereby grants Familymeds' Motion.

5    IT IS THEREFORE ORDERED as follows: Pursuant to Local Rule 7-95, the below

6    indicated portions of the following documents shall be filed under seal:

7    Separate Statement of Disputed, Undisputed and Additional Facts in
     Opposition to Motion for Summary Judgment or, in the Alternative,
8    Summary Adjudication by McKesson Corporation at:

9    p.9, lines 2-4, 5-6, 7-11, 22-23, 25-26, and 28; p.10, lines 2-5;
     p.12, lines 20-21; p.16, lines 19-20; and p.17, lines 7-9.
10

11   Memorandum of Points and Authorities in Opposition to Motion for
     Summary Judgment or, in the Alternative, Summary Adjudication by
     McKesson Corporation at:
12

13   p.3, lines 17-28; p.4, lines 1, 3-11, 28; p.5, lines 1-8, 10, 12-
     13; p.7, line 7; and p.15, lines 12-13, 22-23.

14   Declaration of Matthew S. Kenefick in Opposition to Motion for
     Summary Judgment or, in the Alternative, Summary Adjudication by
15   McKesson Corporation at:

16   Exhibit 4 (those portions marked as Exhibit 1 thereto); Exhibit
     5 (those portions marked as Exhibit 1 thereto); Exhibit 7; and
17   Exhibit 8.

18   Declaration of Edgardo Mercandante in Opposition to Motion for
     Summary Judgment or, in the Alternative, Summary Adjudication by
19   McKesson Corporation at:

20   p.8, line 28; and p.9 lines 1-2, 8-9.

21   Declaration of Christian Tregillis in Opposition to Motion for
     Summary Judgment or, in the Alternative, Summary Adjudication by
22   McKesson Corporation at:

23   p.3, lines 14-15, 21; p.4, line 5; indicated portions of Exhibit
     2; indicated portions of Exhibit 4; indicated portions of
24   Exhibit 5; and indicated portions of Exhibit 6.

25   IT IS SO ORDERED.

26   DATED: _____     _____
                                        THE HONORABLE WAYNE D. BRAZIL of the
27                                      United States District Court

28

PRINTED ON

RECYCLED PAPER

754940v1                                        - 1 -      CV07-5715 WDB
                                                           (Proposed) ORDER