JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT C. GEBHARDT (Bar No. 48965), rcg@jmbm.com
MICHAEL A. GOLD (Bar No. 90667), mag@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant and Counterclaimant FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation and Cross-Complainant FAMILYMEDS, INC., a Connecticut corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>Defendant. | CASE NO.   CV07-5715 WDB<br><br>(Proposed) ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>Local Rule 7-95<br><br>**Accompanying papers**:  Memorandum of Points and Authorities; and Kenefick Declaration |
| FAMILYMEDS GROUP, INC., f/k/a DRUGMAX, INC., a Nevada corporation,<br><br>Counterclaimant,<br>v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>Counterdefendant. | |
| FAMILYMEDS, INC., a Connecticut corporation,<br><br>Cross-Complainant,<br>v.<br><br>MCKESSON CORPORATION, a Delaware corporation,<br><br>Cross-Defendant. | Complaint filed:         Nov. 9, 2007<br>Counterclaim filed:     Dec. 17, 2007<br>Cross-Complaint Filed: Dec. 17, 2007<br>Trial date:                  none set |

1  This Court, having considered the Administrative Motion to File Documents Under Seal of Familymeds Group, Inc., f/k/a Drugmax, Inc., a Nevada corporation and Familymeds, Inc. a Connecticut corporation (collectively "**Familymeds**") (the "**Motion**"), as well as the pleadings and papers on file herein, hereby grants Familymeds' Motion.

IT IS THEREFORE ORDERED as follows: Pursuant to Local Rule 7-95, the below indicated portions of the following documents shall be filed under seal:

> Separate Statement of Disputed, Undisputed and Additional Facts in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.9, lines 2-4, 5-6, 7-11, 22-23, 25-26, and 28; p.10, lines 2-5; p.12, lines 20-21; p.16, lines 19-20; and p.17, lines 7-9.
>
> Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.3, lines 17-28; p.4, lines 1, 3-11, 28; p.5, lines 1-8, 10, 12-13; p.7, line 7; and p.15, lines 12-13, 22-23.
>
> Declaration of Matthew S. Kenefick in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > Exhibit 4 (those portions marked as Exhibit 1 thereto); Exhibit 5 (those portions marked as Exhibit 1 thereto); Exhibit 7; and Exhibit 8.
>
> Declaration of Edgardo Mercadante in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.8, line 28; and p.9 lines 1-2, 8-9.
>
> Declaration of Christian Tregillis in Opposition to Motion for Summary Judgment or, in the Alternative, Summary Adjudication by McKesson Corporation at:
>
> > p.3, lines 14-15, 21; p.4, line 5; indicated portions of Exhibit 2; indicated portions of Exhibit 4; indicated portions of Exhibit 5; and indicated portions of Exhibit 6.

IT IS SO ORDERED.

DATED: 8/4/08

_____
THE HONORABLE WAYNE D. BRAZIL of the United States District Court