```
1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  HENDERSON & CAVERLY LLP
   P.O. Box 9144 (all U.S. Mail)
3  16236 San Dieguito Road, Suite 4-13
   Rancho Santa Fe, CA 92067-9144
4  Telephone:   (858) 756-6342
   Facsimile:   (858) 756-4732
5  Email: mpum@hcesq.com

6  Attorneys for Plaintiff
   McKESSON CORPORATION
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKESSON CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br>    v.<br><br>FAMILYMEDS GROUP, INC.,<br> f/k/a Drugmax, Inc., a Connecticut corporation,<br><br>              Defendant. | Case No.4:07-cv-05715 WDB<br><br>**PROOF OF SERVICE RE: AUGUST 7, 2008 ECF FILING**<br><br>Complaint Filed: November 9, 2007<br>Cross-Complaint Filed: December 17, 2007<br><br>Motion Date: August 20, 2008<br>Time: 1:30 p.m.<br>Place: Ctrm 4<br>        1301 Clay St., 3d Floor<br>        Oakland, CA |
| FAMILYMEDS GROUP, INC.,<br> f/k/a Drugmax, Inc., a Connecticut corporation,<br><br>              Counterclaimant,<br>    v.<br><br>McKESSON CORPORATION, a Delaware corporation,<br><br>              Counterdefendant. | |
| FAMILYMEDS, INC.,<br>a Connecticut corporation,<br><br>              Cross-Complainant,<br>    v.<br><br>McKESSON CORPORATION, a Delaware corporation,<br><br>              Cross-Defendant. | |

**PROOF OF SERVICE**

I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Henderson & Caverly LLP, P.O. Box 9144, 16236 San Dieguito Road, Suite 4-13, Rancho Santa Fe, California 92067.

On August 7, 2008, I served the foregoing:

**REQUEST TO STRIKE AND OBJECTIONS TO FAMILYMEDS' PURPORTED STATEMENT OF UNDISPUTED FACTS, AND RECONCILIATION OF STATEMENTS OF UNDISPUTED FACTS SUBMITTED IN SUPPORT OF (AND IN OPPOSITION TO) McKESSON CORPORATION'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION;**

**REPLY OF McKESSON CORPORATION TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE SUMMARY ADJUCATION;**

**REPLY TO EVIDENTIARY OBJECTIONS RAISED BY FAMILYMEDS GROUP, INC. IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY McKESSON CORPORATION;**

**EVIDENTIARY OBJECTION BY MCKESSON CORPORATION TO DECLARATION OF EDGARDO MERCADANTE DATED JULY 30, 2008;**

**DECLARATION OF MARIA K. PUM IN REPLY TO OPPOSITION OF FAMILYMEDS TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION FILED BY McKESSON CORPORATION;**

**SUPPLEMENTAL DECLARATION OF ANA SCHRANK IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY McKESSON CORPORATION;**

**SUPPLEMENTAL DECLARATION OF ANA SCHRANK IN REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY McKESSON CORPORATION;**

**AND**

**DECLARATION OF MARIA K. PUM PURSUANT TO GENERAL ORDER NO. 45**

on the following parties in this action in the manner set forth below:

> Robert C. Gebhardt, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, California  94111-3824

1
2
3
4

☐ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Henderson & Caverly LLP, Rancho Santa Fe, California, following ordinary business practices. I am familiar with the practice of Henderson & Caverly LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal service the same day as it is placed for collection.

5
6

☑ (BY EMAIL) I electronically filed such document using the ("CM/ECF") system which will send a Notice Of Electronic Filing to CM/ECF participants.

7
8
9

☐ (BY FACSIMILE) I transmitted the above-listed document to the party listed above via facsimile. The transmission was reported complete and without error. The telephone number of the facsimile machine I used was (858) 756-4732.

10
11

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

12

Executed at Rancho Santa Fe, California on August 7, 2008.

13
14
15

_____
Quynh N. Nguyen

16
17
18
19
20
21
22
23
24
25
26
27
28