UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  August 20, 2008                Time:  1:30 p.m.

TITLE OF CASE     *McKesson Corp., v. Familymeds Group, Inc.,* and related counterclaims

DOCKET #s:     C 07-5715 WDB

ATTORNEY(S)

Plaintiff:          Kristen E. Caverly, Esq.
                    Maria K. Pum, Esq.

Defendants:     Robert C. Gebhardt, Esq.
                    Matthew S. Kenefick, Esq.

Court Reporter / Tape #:  Raynee Mercado/FTR 8-20-08

**PROCEEDINGS**

| | |
|---|---|
| [] INITIAL STATUS CONFERENCE | [] SETTLEMENT CONFERENCE (1ST) |
| [] FOLLOW-UP STATUS CONFERENCE | [] FOLLOW-UP SETTLEMENT CONF. |
| [] PRETRIAL CONFERENCE (NOT FINAL) | [] DISCOVERY CONF. (INFORMAL) |
| [] FINAL PRETRIAL CONFERENCE | [] DISCOVERY HEARING (FORMAL) |
| [] NONDISPOSITIVE MOTION (ORDER | [] EXAM. OF JUDGMENT DEBTOR |
| [] NONDISPOSITIVE MOTION (OPINION) | [] EVIDENTIARY HEARING |
| [x] DISPOSITIVE MOTION | |
| [] OTHER: | |

NOTES:
     Court heard oral argument with respect to plaintiff's Motion for Summary Judgment.  The Court will issue its written ruling after September 3, 2008, unless the parties have notified the Court that they have settled this action.  See separate order to follow.

cc: WDB, stats