United States District Court<br>For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKesson Corp., a Delaware Corp., | No. C-07-5715 WDB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation, | |
| Defendants. _____/ | |
| Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation, | |
| Counterclaimant | |
| v. | |
| McKesson Corp., a Delaware corporation, | |
| Counterdefendant. _____/ | |

Pursuant to the Court's Order and Memorandum Opinion re McKesson's Motion for Summary Judgment, filed September 9, 2008:

Judgment is entered in favor of plaintiff McKesson Corporation and against defendant Familymeds Group, Incorporated, on plaintiff's claim that Familymeds

1 Group, Inc., breached the parties' contract dated February 2, 2007 (referred to in
2 this action as the "Supply Agreement").
3     Judgment is entered in favor of plaintiff and against defendant in the amount
4 $747,474.09 (seven hundred forty seven thousand four hundred seventy four
5 dollars and nine cents).
6     The Court finds that there is no just reason for delay and hereby certifies this
7 judgment for appeal pursuant to Federal Rule of Civil Procedure 54(b).
8 IT IS SO ORDERED AND ADJUDGED.
9 Dated: September 9, 2008

                                                          WAYNE D. BRAZIL
                                                          United States Magistrate Judge

Copies to: parties, wdb, stats