UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKesson Corp., a Delaware Corp.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation,<br><br>　　　　　　Defendants.<br>_____/<br>Familymeds Group, Inc., f/k/a Drugmax, Inc., a Connecticut corporation,<br><br>　　　　　　Counterclaimant<br>　v.<br><br>McKesson Corp., a Delaware corporation,<br><br>　　　　　　Counterdefendant.<br>_____/ | No. C-07-5715 WDB<br><br>**ORDER RE SEPTEMBER 17, 2008, CASE MANAGEMENT CONFERENCE** |
| **and related case**<br>Familymeds, Inc., a Connecticut corporation, et al<br><br>　　　　　　Plaintiffs<br>　v.<br><br>McKesson Corp., a Delaware corporation, and D&K Healthcare Resources LLC<br><br>　　　　　　Defendants.<br>_____/ | No. C-08-2850 WDB |

1

On September 17, 2008, the Court conducted a case management conference in the above-captioned actions. For the reasons stated on the record, the Court ORDERS as follows.

1. Familymeds Group, Inc. and Familymeds, Inc., (collectively referred to herein as "Familymeds") and their counsel are to work as diligently as their circumstances permit to respond to McKesson's most recent settlement demand.

2. **By October 17, 2008,** if Familymeds can do so consistent with Federal Rule of Civil Procedure 11, it must file with the Court and serve on McKesson and D&K Healthcare Familymeds' Motion for Leave to Amend the Complaint(s).

3. Absent a stipulation to the contrary, all briefs relating to the pending Motion to Dismiss and the forthcoming Motion for Leave to Amend the Complaint(s) MUST BE FILED in accordance with the time frames set forth in the Local Rules for the Northern District of California.

4. **On Wednesday, October 29, 2008, at 3:00 p.m.**, the Court will conduct a follow up case management conference in connection with both of the above captioned actions unless, before that date, the parties have notified the Court that they have settled all matters.

**On Wednesday, October 29, 2008**, **at 3:00 p.m**., absent written notice from McKesson and D&K Healthcare withdrawing their Motion to Dismiss, the Court will conduct a hearing in connection with the pending Motion to Dismiss as previously scheduled.

IT IS SO ORDERED.

Dated: September 17, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: parties, wdb, stats

2