1  MARIA K. PUM (State Bar No. 120987)
   KRISTEN E. CAVERLY (State Bar No. 175070)
2  ROBERT C. MARDIAN III (State Bar No. 224377)
   HENDERSON, CAVERLY, PUM & CHARNEY LLP
3  P.O. Box 9144 (all U.S. Mail)
   16236 San Dieguito Road, Suite 4-13
4  Rancho Santa Fe, CA 92067-9144
   Telephone:   (858) 756-6342
5  Facsimile:   (858) 756-4732

6  Attorneys for Plaintiff
   McKESSON CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 McKESSON CORPORATION, a Delaware          Case No. 4:07-cv-05715 WDB
   corporation,
11
                      Plaintiff,             **STIPULATION AND REQUEST FOR
12      v.                                   ORDER CONTINUING DATES FOR:**

13 FAMILYMEDS GROUP, INC.,                   **(1) CASE MANAGEMENT
      f/k/a Drugmax, Inc., a Connecticut corporation,   CONFERENCE; AND**
14
                      Defendant.             **(2) DEADLINE TO FILE MOTION FOR
15                                           LEAVE TO FILE AN AMENDED
                                             COMPLAINT**
16 FAMILYMEDS GROUP, INC.,
      f/k/a Drugmax, Inc., a Connecticut corporation,   **AND ORDER THEREON**
17
                      Counterclaimant,       **(LOCAL RULE 6-2)**
18
        v.                                   Complaint Filed: November 9, 2007
19                                           Cross-Complaint Filed: December 17, 2007
   McKESSON CORPORATION, a Delaware
20 corporation,                               **Original Date:**
                                             Date: October 29, 2008
21                    Counterdefendant.      Time: 3:00 p.m.
                                             Court: Courtroom 4, Oakland, CA
22
   FAMILYMEDS, INC.,                         **Requested Date:**
23 a Connecticut corporation,                Date: November 12, 2008
                                             Time: 2:30 p.m.
24                    Cross-Complainant,     Court: Courtroom 4, Oakland, CA
        v.
25
   McKESSON CORPORATION, a Delaware
26 corporation,

27                    Cross-Defendant.

28

                                                     Case No. CV07-5715 WDB
   STIPULATION AND REQUEST FOR ORDER CONTINUING HEARING AND DEADLINES

1. Pursuant to Rule 6-2 of the Local Rules for the United States District Court for the Northern District of California, McKESSON CORPORATION, a Delaware corporation ("McKesson"), FAMILYMEDS GROUP, INC., f/k/a Drugmax, Inc., a Connecticut corporation ("FM Group"), and FAMILYMEDS, INC., a Connecticut corporation ("FM Inc." and, together with FM Group, called "Familymeds") hereby stipulate and agree and request the Court to enter an order stating:

   1. The Case Management Conference currently scheduled in this action for October 29, 2008, at 3:00 p.m. shall be rescheduled for November 12, 2008, at 2:30 p.m. in Courtroom 4 of the above-captioned Court.

   2. The October 17, 2008 deadline for Familymeds to file a motion for leave to file an amended complaint, if any, shall be extended to October 22, 2008.

The parties request the above scheduling changes to enable them to conduct a mediation on October 16, 2008, and potentially avoid the need for further litigation. Except as set forth above, no other deadlines or hearings in this action are extended or continued. The above stipulation is without waiver of any defense or claim, including lack of timeliness, except as to the extension period set forth above.

IT IS SO STIPULATED.

DATED: October 6, 2008.

HENDERSON, CAVERLY, PUM & CHARNEY LLP

By: _____
Maria K. Pum
Attorneys for McKesson Corporation

DATED: October 6, 2008.

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
Matthew S. Kenefick
Attorneys for Familymeds Group, Inc. and Familymeds, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 7, 2008.

_____
WAYNE D. BRAZIL
United States Magistrate Judge